# EXHIBIT A

Dockets.Justia.com



US006446045B1

(12) **United States Patent**
Stone et al.

(10) **Patent No.:** **US 6,446,045 B1**
(45) **Date of Patent:** **Sep. 3, 2002**

(54) **METHOD FOR USING COMPUTERS TO FACILITATE AND CONTROL THE CREATING OF A PLURALITY OF FUNCTIONS**

(76) Inventors: **Lucinda Stone**, 6610 Regalbluff, Dallas, TX (US); **Michael A. Dean**, 6610 Regalbluff, Dallas, TX (US) 75240

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/480,303

(22) Filed: **Jan. 10, 2000**

(51) Int. Cl.[7] . . . . . . . . . . . . . . . . . . . . . . **C06F 17/60**
(52) U.S. Cl. . . . . . . . . . . . . . . . . . . . . . . . **705/26**
(58) Field of Search . . . . . . . . . . . 705/14, 26, 27

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,193,056 A | 3/1993 | Boes | |
| 5,581,461 A | 12/1996 | Coll et al | |
| 5,724,520 A | 3/1998 | Goheen | |
| 5,794,207 A | 8/1998 | Walker et al | |
| 5,797,126 A | 8/1998 | Helbling et al | |
| 5,845,261 A | 12/1998 | McAhian | |
| 5,878,141 A | 3/1999 | Daly et al | |
| 5,884,277 A | 3/1999 | Khosla | |
| 5,893,076 A | 4/1999 | Hafner et al. | |
| 5,946,646 A | 8/1999 | Schena | |
| 6,026,371 A | * 2/2000 | Beck et al . . . | 705/14 |
| 6,038,545 A | * 3/2000 | Mandeberg et al . | 705/27 |
| 6,064,967 A | * 5/2000 | Speicher . . . . | 705/14 |
| 6,119,101 A | * 9/2000 | Peckover . . . . | 705/14 |

| | | | |
|---|---|---|---|
| 6,324,519 B1 | * 11/2001 | Eldering . . . | 705/14 |
| 2001/0011226 A1 | * 8/2001 | Greer et al . . | 705/14 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 408249426 A | * 9/1996 | . . G06F/17/24 |

OTHER PUBLICATIONS

"Groups set to unveil Web ad guidelines Dec 9, 1996, Advertising Age, vol 67, No 50, p 1.*
"ABC formally launches Reader Profile Service as NAA unveils the NICC's silhouette" Aug 2, 1999, NewsInc, vol 11, NO 1.*
Hamblen, Matt, "Shell protects brand via net" Jan 10, 2000, Computerworld, vol 34, No 2, p 39 *

* cited by examiner

*Primary Examiner*—Robert P. Olszewski
*Assistant Examiner*—Bryan Jaketic
(74) *Attorney, Agent, or Firm*—Henry Croskell, Esq

(57)                    **ABSTRACT**

The present invention is a method and apparatus that allows competing as well as complementing suppliers, vendors, service providers, purveyors, and other types of sellers internal inventory management as well as controlled design and publication of presentations for external near real-time interactive access to buyer-centered presentation, sales, distribution, and confirmation systems as well as other traditional media advertising and outreach The Automated Media Presentation Generator including a Publication and Placement Control Engine, integrates a Distributed Sales and Inventory Control structure with Processing and Communications Resource Saver, and further provides a Reservation, Access, and Verification System replacing traditional ticket and confirmation methods

**23 Claims, 35 Drawing Sheets**





Fig. 1a



Fig. 1b

Fig. 2a



Fig. 2b



## Fig. 2c



## Fig. 2d



# Fig. 2e



## Fig. 3a



Fig. 3b



# Fig. 3c



Fig. 3d



# Fig. 3e



10312 — Does Buyer Wish to Cancel or Modify Booking Request or Booking

No

10314 — Buyer Does Nothing

Yes

10316 — Buyer Returns to Selection Server Uses Delivery or Network ID and Or Credit Card Number as Access to Cancel or Modify Booking

10320 — Is Requested Inventory Controlled by Resource Saver Protocol

Yes

10322 — Has Notification Level Been Reached or Breached

No

Yes

10324 — Calculates Remaining Inventory, Format Resource Saver Data to Add to Transaction Message

10330 — Calculates Inventory Confirmation Number

10340 — Selection Server Updates All Databases and Creates Booking Message to Send to Central Controller

10342 — Database

10350 — Central Controller Receives Booking Message from Selection Server

Fig. 3f



10360 Central Controller Confirms Transaction Logic then Updates All Databases

10362 Database

10364 Calculates and Compares Inventory Confirmation Number

10370 Central Controller Creates Transaction Message to Send to Facility

10380 Are Other Central Presentation and Selection Servers Effected

10382 Central Controller Sends Inventory Update Messages to all Central Presentation and Selection Servers Affected

Yes

10384 Network

10386 Central Presentation and Selection Servers

10390 Facility Online 24/7 or Receives Messages On Demand by Modem

On Demand

10392 Modem Server

Online

10400 Either Leased Line Network or Public Access Internet

10410 Facility Receives Transaction Messages

Fig. 3g



# Fig. 3h



10460 Facility Interface Update Database

10462 Database

10470 Process Booking Request Send Booking Message to Facility Accounting / Management Software

10472 Facility Accounting / Management Software

10480 Is Requested Inventory Controlled by Resource Saver Protocol

Yes

10482 Calculate Available Inventory Level and Compare to Notification Level

10484 Has Available Inventory Level Reached or Breached Notification Level

No

No

Yes

10486 Send Booking Message With Current Inventory to Central Controller

10490 Facility Accounting and Management Software Sends Acknowledgment Message to Central Controller

10488 Modem or Network

## Fig. 3i



Fig. 3j



## Fig. 3k



10590 Reader or Scanner Receives Input Confirms Admittance with Database

10592 Database

10600 Confirmed or Not Confirmed

Not Confirmed

10602 Management Moves Buyer to Manual Processing

Confirmed

10610 Does Facility Require Printed Ticket or Reservation Confirmation

10614 Database

Yes

10612 Printer Creates Ticket or Reservation Confirmation

No

10620 Facility or Event Management Manually Issues Tickets or Reservation Confirmation

10630 Buyer Admitted

# Fig. 3i-a

