U.S. Patent     Sep. 3, 2002     Sheet 20 of 35     US 6,446,045 B1

Fig. 4a



Fig. 4b



Fig. 4c





Fig. 4d



Fig. 4e

Fig. 4f





Fig. 4g

Fig. 4h



Fig. 5a





Fig. 5b



Fig. 5c

Fig. 5d



Fig. 5e



Fig. 5f





Fig. 5g

Fig. 5h

