Function Media, L.L.C. v. Google, Inc. et al
Case 2:07-cv-00279-TJW   Document 1   Filed 07/03/2007   Page 1 of 20
Doc. 1 Att. 5

# EXHIBIT B

Dockets.Justia.com



US007240025B2

## (12) United States Patent
### Stone et al.

(10) Patent No.: **US 7,240,025 B2**
(45) Date of Patent: **Jul. 3, 2007**

(54) **INTERNET ADVERTISING SYSTEM AND METHOD**

(76) Inventors: **Lucinda Stone**, 6610 Regal Bluff, Dallas, TX (US) 75240; **Michael A. Dean**, 6610 Regal Bluff, Dallas, TX (US) 75240

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/954,820**

(22) Filed: **Sep. 30, 2004**

(65) **Prior Publication Data**
US 2005/0044009 A1    Feb. 24, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/165,091, filed on Jun. 7, 2002, now Pat. No. 6,829,587, which is a continuation of application No. 09/480,303, filed on Jan. 10, 2000, now Pat. No. 6,446,045.

(51) **Int. Cl.**
G06Q 30/00    (2006.01)
(52) **U.S. Cl.** ............................................. **705/26**; 705/14
(58) **Field of Classification Search** ............ 705/26, 705/27, 14
See application file for complete search history.

(56) **References Cited**
U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,193,056 A | 3/1993 | Boes | |
| 5,214,793 A * | 5/1993 | Conway et al. | 455/500 |
| 5,233,423 A * | 8/1993 | Jernigan et al. | 348/564 |
| 5,543,856 A * | 8/1996 | Rosser et al. | 348/578 |
| 5,581,461 A | 12/1996 | Coll et al. | |
| 5,684,918 A | 11/1997 | Abecassis | |
| 5,724,520 A | 3/1998 | Goheen | |
| 5,794,207 A | 8/1998 | Walker et al. | |
| 5,797,126 A | 8/1998 | Helbling et al. | |
| 5,845,261 A | 12/1998 | McAbian | |

(Continued)

FOREIGN PATENT DOCUMENTS

JP    408249326    8/1996

(Continued)

OTHER PUBLICATIONS

White, Ron, How Computers Work, Millennium Ed. Que Corporation, Sep. 1999.*

(Continued)

*Primary Examiner*—Andrew J. Fischer
(74) *Attorney, Agent, or Firm*—Henry Croskell

(57) **ABSTRACT**

An internet advertising system and method that provides a seller self-serve control for creation, publication, and display of advertisements on internet media venues owned or controlled by entities other than the seller in a form automatically modified to comply with the media venues' presentation rules, which may include design or style standards for "look and feel," editorial standards, and distribution factors. Self-serve, menu driven interfaces are provided for sellers to target internet media venues, and for internet media venues to enter their presentation rules. An ad modification engine processes or customizes the advertisement for publication and display on each internet media venue in compliance with the media venue's presentation rules. The system also includes an online reporting tool, an interface for a seller's accounting management system to automatically update advertisements and control publication timing, and a buyer interface for purchase, reservation, or referral regarding the advertised product or service.

**397 Claims, 35 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,878,141 A | 3/1999 | Daly et al. |
| 5,884,277 A | 3/1999 | Khosla |
| 5,893,076 A | 4/1999 | Hafner |
| 5,933,811 A | 8/1999 | Angles et al. |
| 5,946,646 A | 8/1999 | Schena et al. |
| 5,991,735 A | 11/1999 | Gerace |
| 6,026,371 A | 2/2000 | Beck et al. |
| 6,038,545 A | 3/2000 | Mandeberg |
| 6,064,967 A | 5/2000 | Speicher |
| 6,073,105 A | 6/2000 | Sutcliffe et al. |
| 6,112,192 A | 8/2000 | Capek |
| 6,119,101 A | 9/2000 | Peckover |
| 6,138,142 A | 10/2000 | Linsk |
| 6,167,382 A | 12/2000 | Sparks et al. |
| 6,182,050 B1 | 1/2001 | Ballard |
| 6,191,780 B1 | 2/2001 | Martin et al. |
| 6,285,987 B1 | 9/2001 | Roth et al. |
| 6,324,519 B1 | 11/2001 | Eldering |
| 6,385,592 B1 | 5/2002 | Angles et al. |
| 6,397,246 B1 | 5/2002 | Wolfe |
| 6,401,075 B1 | 6/2002 | Mason et al. |
| 6,430,603 B2 | 8/2002 | Hunter |
| 6,430,605 B2 | 8/2002 | Hunter |
| 6,442,577 B1 | 8/2002 | Britton et al. |
| 6,446,045 B1 * | 9/2002 | Stone et al. ............... 705/26 |
| 6,460,036 B1 | 10/2002 | Herz |
| 6,466,975 B1 | 10/2002 | Sterling |
| 6,487,538 B1 | 11/2002 | Gupta et al. |
| 6,526,575 B1 | 2/2003 | McCoy et al. |
| 6,553,178 B2 | 4/2003 | Abecassis |
| 6,560,578 B2 | 5/2003 | Eldering |
| 6,567,854 B1 | 5/2003 | Olshansky et al. |
| 6,654,725 B1 | 11/2003 | Langheinrich et al. |
| 6,718,551 B1 | 4/2004 | Swiz et al. |
| 6,829,587 B2 * | 12/2004 | Stone et al. ............... 705/26 |
| 6,889,382 B1 | 5/2005 | Anderson |
| 6,892,226 B1 | 5/2005 | Tso et al. |
| 6,931,591 B1 | 8/2005 | Brown et al. |
| 2001/0011226 A1 | 8/2001 | Greer et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO/01/37119 | 11/1999 |

OTHER PUBLICATIONS

Gralla, Preston, How the Internet Works. Millennium Ed. Que Corporation, Sep. 1999.*

"Groups set to unveil Web ad guidelines" Dec. 9, 1996 Advertising Age, vol. 67, No. 50, p. 1.

"ABC formally launches Reader Profile Service as NAA unveils the NICC's silhouette" Aug. 2, 1999, Newsinc, vol. 11, No. 1.

Hamblen, Matt, "Shell protects brand via net" Jan. 10, 2000 Computerworld vol. 34, No. 2, p. 39.

www.nationwideadvertising.com About 65 pages taken from the web site as of Mar. 27, 2003.

Kenneth S. Roberts, Declaration Document, Feb. 10, 2006, pp. 1-8 Los Angles California.

Presstime Magazine. NEXPO 97 Report, Copyright 1997 Newspaper of America.

* cited by examiner



Fig. 1a



Fig. 1b



Fig. 2a

Fig. 2b





Fig. 2c

Fig. 2d



Fig. 2e



Fig. 3a



Fig. 3b





Fig. 3c



Fig. 3d



Fig. 3e

Fig. 3f





Fig. 3g



Fig. 3h



Fig. 3i



Fig. 3i-a