Function Media, L.L.C. v. Google, Inc. et al Doc. 1 Att. 6

U.S. Patent Jul. 3, 2007 Sheet 18 of 35 US 7,240,025 B2

Fig. 3j

10540
No
Does Buyer Desire to Use Delivery or Network ID
Yes
10550
Does Facility or Event Have Automatic Ticket / Admittance Vendors
Yes
10552
Buyer Uses Network ID (Magnetic, Smart, or Optical Card, or Biometric Authentication) With Automatic Vendor
No
10556
Database
10554
Automatic Reader or Scanner Receives Input, Confirms Admittance with Database
10562
Buyer Referred for Manual Admittance Processing
Not Confirmed
10558
Admittance Confirmed or Not Confirmed
Confirmed
10566
Printer Creates Ticket or Reservation Confirmation
Printed
10564
Automatic Admittance or Printed Ticked Required
Automatic
10568
Database
10572
Turnstile or Automatic Gate Opened
10580
Management Uses Buyers Network ID (Magnetic, Smart, or Optical Card, or Biometric Authentication)
10574
Attendant Accepts Ticket or Confirmation Allows Admittance

Dockets.Justia.com



Fig. 3k

10590
Reader or Scanner Receives Input Confirms Admittance with Database
10592
Database
10600
Confirmed or Not Confirmed
Not Confirmed
10602
Management Moves Buyer to Manual Processing
Confirmed
10614
Database
10610
Does Facility Require Printed Ticket or Reservation Confirmation
Yes
10612
Printer Creates Ticket or Reservation Confirmation
No
10620
Facility or Event Management Manually Issues Tickets or Reservation Confirmation
10630
Buyer Admitted



Fig. 4a

11100
Facility Is New Client of Directory, Index or Presentation Service
Yes
No
11102
Facility Installs Presentation and Configuration Program 4715, Transaction Processing Program 4720, Communication and Transport Program 4760, and Buyer Admission Control Program 4770
11104
Facility Installs and Configures Software
11106
Facility's Operator Provides Payment Information and Acknowledgment of Contract for Presentation
11110
Facility's Operator Starts Presentation Software
11120
Facility's Operator Enters Password
11130
Facility's Operator Chooses Presentations, Interactive Presentations, Non-Resident Media or Other Choices to Enter, Edit, Update, or Add
11132
Presentations, Interactive Presentations, Non-Resident Media and Directory Descriptions, Requirements, and Costs
11140
Facility's Operator Enters, Edits, or Updates Presentation Information, and Adds Photos or Graphics
11142
System Restricts Input Based on Directory and Content Guidelines by Specific Subject Areas



Fig. 4b

11150
Do Modifications Require Additional Charges for Presentation
Yes
11152
Facility's Operator Provides Acknowledgment of Charges for Presentation
No
Yes
No
11154
Facility Operator Provides Payment Method or Information
11156
Presentation and Configuration Software Rolls Back Modifications, Notifies Operator That Information Will Not be Published
11160
Print Reports for Review by Management
Yes
11162
Facility's Operator Chooses Report to Print
No
11170
Send Information, Edits, or Update to Central Controller Now or Later
Later
11172
Facility's Operator Delays Sending Information
Now

Fig. 4c

11180
Facility Online 24/7 or On Demand by Modem
On Demand
11182
Modem
Online
11190
Internet or Proprietary Network
11200
Central Controller and Presentation Processor Receives Information
11210
New or Existing Presentation
New
11212
Central Controller Sets up Control Account, Database Records
11214
Database
Existing
11220
Central Controller Authenticates Facility Password
11222
Database





Fig. 4d
11230
Central Controller Analyses Presentation Data
11232
Presentation and Format Guidelines, Link, Language, and Other Content Restrictions
Database
11243
11240
Does Presentation Pass / Fail Guidelines and Restrictions or Does it Need Review by Editor
Passed
Failed
11242
Update or Edit Failure Message Sent to Facility Rollback Database
Review by Editor
11250
Questionable Data Queued for Editor Review
11244
Message Sent to Seller and to Management
11262
Review by Editor
11260
Passed, Failed or Edited
11246
Modem or Network Connection
Passed
Failed
11270
Data Passed, Failed, or Edited
11272
Management Exams Edit to Modify Presentation Rules Database or Algorithms
Passed
Edited
11280
Central Controller Verifies and Processes Payment Information, Passes Data to Accounting and Management Software
11282
Accounting and Management Software
11284
Database

Fig. 4e

11290
Is Presentation Data Used on More Than One Directory or Presentation Index
Yes
No
11292
Identify All Directories and Presentation Indexes in Which This Data Should be Published
11294
Format Data For Each Directory or Presentation Index
11300
Format Data For Directory or Presentation Index
11396
Database
11310
New Presentation or Existing Presentation
New
Existing
11312
Central Controller and Presentation Processor Generates New Presentation, Prepares All Information for Publication
11320
Central Controller and Presentation Processor Modifies All Presentations Affected by Changes Prepares only Those for Publication
11330
Central Controller Updates Database, Sends Publication Notice to Facility
11332
Create Message to Facility Notifying as to Any Edits or Modification to their Submission
11334
Database
11336
Modem or Network Connection



Fig. 4f

11340
Is Presentation For Resident or Non-Resident Media
Non-Resident
11350
Central Controller and Presentation Processor Creates Publication Transaction Message Sends to Media Interface 6000 For Publication
Resident Media Immediate Electronic Publication Internet, Intranet, Other
11352
Media Interface 6000 Receives Publication Transaction Message
11351
Modem or Network Connection
11353
Transaction Processing Program Processes Publication Transaction Message Updates Database
11354
Database
11355
Non-Resident Media Presentation Printed, or Other
Printed
Other
11356
Presentation Publication Time or Date Based on Requirements of Media Type and Specific Media Vendor
11357
Presentation Held for Publication Date Printer Prints and Prepares Publication for Distribution
11358
11360
Electronically Published or Other
Other
Electronically Published
11362
Additional Programs and Methods Added as Needed to Support Other Resident Media
Distribution to Potential Buyers





Fig. 4g

11370
Is Publication Urgent or Course of Business
Course of Business
Urgent
11372
Hold for Course of Business Publication
11374
Database
11380
Central Controller and Presentation Processor Identifies Internal Directory Indexes and References Affected by Edits or New Presentation, adds to Required Publication List
11382
Directory Indexes and Affected Presentations
11390
Central Controller and Presentation Processor Publishes to Presentation and Selection Servers, or Third Party Directories all Pages and/or Files Affected by Updates, Edits or New Presentation



Fig. 4h

11400
Central Presentation and Selection Server
11402
Central Presentation and Selection Server
11404
Central Presentation and Selection Server
11410
Third Party Directories and Presentations
11412
Third Party Directories and Presentations
11414
Third Party Directories and Presentations



Fig. 5a

13100
Seller Logs On to Presentation and Configuration Software
13110
Separate Inventory as to Groups of Products, Goods, or Services Based on Substitutability to Buyer
13120
Analyze Each Group as to Total Inventory
13132
Resource Saver Protocol not Used on this Inventory Item
No
13130
Is Inventory Identical, or so Similar, that it is Substitutable to any Given Buyer
Yes
13140
Determine Maximum Units of Inventory that Buyer Will be Allowed to Purchase
13152
Use Transmission Level Method
No
Yes
13154
Set Transmission Level
Common
13150
Is Inventory Common or Limited / Time-Sensitive
Unique / Time Sensitive
13156
Use Transmission Period
No
Yes
13158
Set Transmission Period



Fig. 5b

13162
Use Transmission Time Control
No
Yes
General
13164
Set General or Specific Transmission Time
13168
Have Transmission Offsets Been Set for Outlets
Yes
Specific
13166
Set Specific Transmission Time for Each Outlet
No
13172
Set Offsets for Outlets
13174
Set General Transmission Time
13176
Is Transmission Level or Transmission Period Used
No
Yes
13182
Database
13178
Update Database With Item or Group Inventory ID and Transmission Data
13184
Setup for Inventory Item Complete Review and Analyze Next Item
13190
Determine Buffer Inventory
13200
Calculate Inventory After Subtracting Reasonable Max Units and Buffer Units



Fig. 5c

13210
Is There Sufficient Inventory to Realize Savings
No
13212
Resource Saver Protocol not Used on this Inventory Item
Yes
13220
Determine Notification Level Notification Level = (Maximum Units Allowed Each Purchase)+(Buffer Inventory Units)
13240
Update Database With Item or Group Inventory ID and Notification Level
13242
Database
13250
Have all Groups of Inventory Been Analyzed
No
Yes
13260
Inventory Notification Levels Set Notification Levels Sent to Central Controller and Presentation Processor
13262
Modem or Network Connection



Fig. 5d

13270
Transaction Message of Sale Sent From Central Controller
13282
Seller's Staff Makes Sale
13284
Other Sales Outlet or Channels Makes Sale
13280
Process Transaction Message
13290
Is Requested Inventory Controlled by Notification Level
No
Yes
13300
Calculate Available Inventory Level and Compare to Notification Level
13310
Has Available Inventory Level Reached or Breached Notification Level
Yes
No
13292
Send Transaction Message With Current Inventory to Central Controller
13294
Central Controller Sends Transactions Messages With Current Inventory to Selection Servers
13296
Central Presentation and Selection Servers
13320
Continue Processing of Purchase or Reservation



Fig. 5e

13330
Process Transaction Message
13340
Is Requested Inventory Controlled by Transmission Level
Yes
13342
Has Held Sold Inventory Reached Transmission Level
Yes
No
No
13350
Is Requested Inventory Controlled by Transmission Period
Yes
13352
Add Transaction Message to Those Being Held
13354
Database
No
13356
Check Time and Compare to Transmission Time
13358
Transmission Time = Specific Transmission Time or General Transmission Time + Designated Offset
No
Yes
13262
Has Transmission Period Expired
Yes
No
13364
Has Transmission Time Been Reached
Yes
13366
Transmit All Transactions Messages to Central Controller and Presentation Processor



Fig. 5f

13370
Is Requested Inventory Controlled by Notification Level
Yes
No
13372
Has Notification Level Been Reached or Breached
Yes
No
13374
Calculate Remaining Inventory = Current Inventory - Current Sale
13376
Database
13378
Add Inventory Information to Transaction Message
13418
Central Controller and Presentation Processor Updates Database With Revised Inventory Data
13380
Transmit Transaction Message to Central Controller and Presentation Processor
13416
Central Controller and Presentation Processor Transmits Inventory Data to Central Presentation and Selection Servers
13390
Central Controller and Presentation Processor Receives, Processes, and Transmits Transaction Message to Seller Interface
13414
Central Controller and Presentation Processor Receives Transaction Message Updates Inventory Data
13415
Database
13400
Seller Interface Receives and Processes Transaction Message
13412
Seller Interface Calculates Available Inventory Sends Transaction Message to Central Controller and Presentation Processor and Any Other Sales Outlets
13410
Is Notification Level Reached or Breached
Yes
No
13420
Seller Interface Continues Transaction Processing

Fig. 5g

13500
Upon Setup or Changes Seller Defines Inventory in Presentation and Configuration Program 4715
13502
Changes In Replaceable Inventory Availability Count
13510
Is Inventory Replaceable or Fixed
13512
Which Inventory Control Program is Seller Using
Replaceable
Fixed
13514
Transaction Processing Program 4720
13516
Seller Accounting or Management Program 4000B
13520
Central Controller And Presentation Processor
13530
Updates Inventory Database Sends Transaction Messages to Affected Central Presentation and Selection Servers
13532
Database
13540
Central Presentation and Selection Servers



Fig. 5h

13554
Database
13552
Set or Reset Inventory Count If Current Inventory Is Greater Than Notification Level Set Use of Notification Level to Off
13550
Is Inventory Controlled by Notification Level Method
Yes
No
13560
Set or Reset Inventory Count
13562
Database

