US 7,240,025 B2

45

46

The presentations that are to be published in resident media are then sorted into those that the Central Controller and Presentation Processor 1000 publishes to directly, supported electronic media such as Internet, Intranet, and other similar electronic presentations and those "other" supported resident media. For any given instance of the present invention there may or may not be other resident media such as printed directories and presentations. Their inclusion is entirely optional (blocks 11360, 11362).

Presentations that the Central Controller and Presentation Processor 1000 will directly publish on media such as the Central Presentation and Selection Servers 2000 may be published either on an "urgent" or "course of business" basis. This designation is set by the Seller at the time that the "original presentation" or "update to a publication" information is sent to the Central Controller and Presentation Processor 1000 thereby allowing the Seller a measure of control if the nature of the presentation or correction warrants it. The "urgent" designation means that the Central Controller and Presentation Processor 1000 will process that presentation as soon as it receives the message. The "course of business" designation allows the Central Controller and Presentation Processor 1000 to place the presentation and any associate files into a queue for processing and publishing at a time when the resources of the network are at their lowest utilization (blocks 11370-11374).

The publications that are directed for resident media and are to be electronically published on the Internet, Intranet, or other electronic presentation channels are matched to the supporting, linking, dependent, reference, attached, or other affected parts or components of the directories, indexes, or presentation structures to which the presentations are published. Once identified, those parts or components are updated to reflect the changes caused by the new and updated presentations and information. As an example of the cascading or domino effect that the publication of a new presentation might have on an instance of the present invention, suppose the Central Controller and Presentation Processor 1000 is supporting a Central Presentation and Selection Server 2000 that is configured to represent lodging. A given directory for lodging may require that the new presentation be indexed by the state and city in which the lodging facility is located. In the interest of giving the best and most useful presentation to potential Buyers of the lodging services, the directory could also index the lodging facility by other categories to make the Buyer's selection easier. Some of the possible logical divisions are by locations such as "Lodging by the Ocean" or "Lodging in the Mountains", by services or specialties such as "Weddings" or "Business Conference and Meeting Facilities", or by promotional offerings such as "Romantic Getaways" or "Corporate Retreats". Each of these additional categories would need indexes and supporting structures that would be updated and changed when the referenced facilities were changed or updated. It should be noted that the prior art generally allowed these indexes or categories to be accessed by the buyer using database searches thereby not allowing or promoting the open access created by the present invention.

This embodiment of the present invention is not configured to support resident media other than the core presentations intended for Internet, Intranet, and interactive electronic presentations. However, depending on the demographics of the Buyers and Sellers, additional resident media can be added by the management of the instance of the present invention (block 11380).

At this point the Presentation Generation Program 1710 contains all the presentations and presentation components that have been created or edited. The Presentation Generation Program 1710 will proceed to publish or place the presentations and any supporting components in their proper locations on the Central Presentation and Selection Servers 2000 and Independent Presentation Directories and Indexes 3000 (block 11390-11414).

Seller Setup and Use of the Resource Saver Protocol

The preferred embodiment of the present invention utilizes the Resource Saver Protocol to reduce the number of messages sent and received by all components of the present invention while maintaining the control and synchronization of any qualified inventory that is offered for sale. With the reductions in the quantity of messages needed to maintain inventory synchronization, there is a corresponding reduction in all other aspects of communications and processing overhead between both collocated and remote components. This savings is especially significant, with magnified results, when more than one Central Presentation and Selection Servers 2000, sales outlets or channels are used in the marketing of the controlled inventory. Although most inventory types can benefit substantially from the utilization of the Resource Saver Protocol, it is most effective when controlling those inventory items that are substitutable but may be limited in availability.

It should be noted that the term inventory is used in a very broad and general sense. The term inventory can apply to goods, products, services, reservations for services, or any other identifiable unit or item to be sold, conveyed, or reserved.

The block diagram of FIG. 5a through 5h is an example of the Seller's setup and use of the Resource Saver Protocol as part of this embodiment of the present invention. In the first example, the instance of the present invention has been configured to represent Hotels and Lodging, and the Seller is a hotel with 312 rooms of the following types: 200 standard rooms, 100 upgrade rooms, and 12 suites.

The setup of the Resource Saver Protocol is accomplished within the Presentation and Configuration Program 4715 of the Seller Interface 4000. The Seller divides the inventory into its logical groups for marketing, presentation, and sales to the Buyers. In this case, the groups are standard rooms, upgrade rooms, and penthouse suites (blocks 13100, 13110). Each item in each group of inventory must be substitutable with all the other items within that group. With the example hotel, we will assume that all rooms are identical within their groups without special view or amenities (blocks 13120-13132). If the inventory were not absolutely substitutable to any given Buyer, then the Seller would not use the Resource Saver Protocol with this inventory. That does not mean that all the Inventory items or groups of a Seller must either be or not be controlled by the Resource Saver Protocol. The Seller may have any combination of Inventory items or groups controlled or not controlled by the Resource Saver Protocol.

In the case of the current hotel example, the inventory is considered to be both Limited and Time Sensitive. There are only a limited number of rooms of each type, and they are time sensitive in the fact that the inventory is sold by the "unit night" which, if not sold, can never be used or recovered (block 13150).

Next, the Seller must set the maximum units of inventory that any given Buyer will be allowed to purchase in any given single purchase. In our hotel example, the Seller might set a limit of 4 rooms for any given Buyer to purchase from any Central Presentation and Selection Server 2000 serviced by this instance of the present invention (block 13140). By

US 7,240,025 B2

47

setting a reasonable maximum number of units of inventory that any given Buyer may purchase, the Seller prevents that rare but possible case of a self-serve Buyer purchasing or reserving more inventory than is available. The Buyer is still allowed to purchase as much as he would like, but the purchase must be transacted in sequential "maximum unit" transactions as opposed to one large transaction.

The explanation for blocks 13152 to 13184, which covers common inventory, follows the next example. The next decision pertaining to the suitability of each inventory group for control by the Resource Saver Protocol must be arrived at by assigning a number for the buffer inventory level. The purpose of this buffer is to allow for a margin of error, based on processing time and communications delays, that prevents the overselling of inventory (overbooking in the hotel example). This number is an estimate intended to be adjusted, based on the Seller's experience over time. The only loss of efficiency associated with setting the buffer number too high is the cost of the communications for the extra units within the buffer category (block 13190). In our hotel example, the management might set the buffer at 8 units (twice the maximum single purchase) as a starting point, to be adjusted later based on experience.

To determine if there is sufficient inventory to realize a savings by utilizing the Resource Saver Protocol, the Seller subtracts the total of maximum single purchase units and buffer units from the total inventory. In our hotel example, the 200 standard rooms minus 4 maximum purchase rooms and minus 8 buffer rooms results in 188 rooms for which the Seller could realize savings. For the upgrade rooms, the management might use the same maximum purchase number and buffer number, resulting in savings for 88 rooms. In the case of the suites, the management might set the maximum purchase at 3 and the buffer at 6, which would only result in savings on 3 units. This "savings" would probably not be worth implementing the Resource Saver Protocol (blocks 13210, 13212).

If the savings are sufficient enough to utilize the Resource Saver Protocol, then the Seller must determine the Notification Level. The Notification Level equals the maximum purchase units plus the buffer units. In our hotel example, the Notification Level for the standard rooms and upgrade rooms would be 12, and the suites would not be covered by the Resource Saver Protocol at all due to the limited inventory (blocks 13210-13232).

Once all groups of inventory have been analyzed and any notification levels have been set then the Presentation and Configuration Program 4715 would update its databases and transmit the settings to the Central Controller and Presentation Processor 1000. The Central Controller and Presentation Processor 1000 would update its databases and then forward the information to any Central Presentation and Selection Servers 2000 that are affected (blocks 13260, 13262).

It should be noted that the savings generated are more substantial than they appear to be for some Seller types. This is because the typical total sales of inventory in any given period does not reach the level that triggers the notification of Central Presentation and Selection Servers 2000 or other outlets and channels. With our hotel example, the hotel may only operate above the 88 percent occupancy of the standard and upgrade rooms a few days a month, thereby not triggering the communications and processing required above that notification level except for those few days.

The savings become obvious when one looks at the processing of the individual transaction messages as outlined on FIG. 5d. All transactions, from all sources, are

48

entered in such a way as to produce transaction messages that are then processed within the total system (blocks 13270-13284). As the transaction messages are processed by the Seller Interface 4000, more specifically the Transaction Processing Program 4720 or the Seller Accounting or Management Program 4000B. Only those that are not controlled by the Resource Saver Protocol and those that have reached or breached the notification level trigger the sending of transaction messages with the current inventory count to the Central Controller and Presentation Processor 1000. The Central Controller and Presentation Processor 1000 then sends that message out to all Central Presentation and Selection Servers 2000 that are affected. If that Central Controller and Presentation Processor 1000 is controlling 3 Central Presentation and Selection Servers 2000, then each message that is passed to the Central Controller and Presentation Processor 1000 generates 3 additional messages to the Central Presentation and Selection Servers 2000 (blocks 13290-13296). Those transaction messages that are controlled by the Resource Saver Protocol and do not reach or breach the Notification Level would require no messages to be sent to the Central Controller and Presentation Processor 1000 and then on to the Central Presentation and Selection Servers 2000 (blocks 13310-13320).

It would not be unreasonable to expect the hotel in our example to experience a 95 percent saving in transaction communications and the associated overhead by using the Resource Saver Protocol.

Common goods and products experience the most savings within the present invention by utilizing the Transmission Level Method in conjunction with the setting of the Transmission Period.

As an example, consider a Seller of music CDs. The Seller would separate his inventory into titles to be offered. Each CD of a given title is obviously substitutable with any other CD with that same title and is available in an almost unlimited supply. The Seller could order or press more if needed (blocks 13100 to 13130). The inventory is substitutable and almost unlimited in supply, therefore common. The setting of the maximum units of inventory that any given Buyer will be allowed to purchase with common inventory is not as critical to prevent overselling as with Limited or Time-Sensitive inventory; however, this is one of the controlling factors in setting the Transmission Level (block 13140). With a common type inventory, the savings of communications and processing while utilizing the present invention comes from the periodic processing and transmission of all transaction messages based on the setting of Transmission Levels, Transmission Periods, and Transmission Times. The use of these settings is possible with common inventory items because there is no concern for overselling the inventory. The Transmission Level is the total cumulative number of inventory items sold at any given Central Presentation and Selection Server 2000 or outlet that forces a transmission of the transactions messages. The Transmission Level is the maximum units of inventory allocated by the transaction messages saved, stored, or held as a batch by the Central Presentation and Selection Server 2000 or outlet that forces the transaction messages to be transmitted to the Central Controller and Presentation Processor 1000. The initial setting of this number by the Seller requires the consideration of the availability of inventory and the processing and delivery of the sold inventory. With our CD Sale example, if the Seller were represented on 20 Central Presentation and Selection Servers 2000, the potential sales surge caused by the maximum held units is 20 times the setting of the Transmission Level. It may be

US 7,240,025 B2

49

unlikely that all Central Presentation and Selection Servers 2000 and outlets would reach maximum held items at the same time, but this volume can be handled with planning. If the CD Seller were to set the Transmission Level at 100, then whenever each Central Presentation and Selection Servers 2000 or outlet was holding that many combined sales, it would trigger the transmission of all transaction messages and the clearing of that number or buffer (blocks 13152-13158) If the Seller utilizes the Transmission Level Method, he must also set the Transmission Period. This prevents the Central Presentation and Selection Servers 2000 or outlet from holding the transactions messages indefinitely when the Transmission Level has not been reached and ensures a reasonable processing flow of transactions. If the Seller does not utilize the Transmission Level Method, he may set the Transmission Period alone to control the sending of transaction messages on a regular basis (block 13146).

The setting of the Transmission Time Control allows the Seller to direct the Central Presentation and Selection Servers 2000 or outlets to transmit their transaction messages at a specific time. The intent of this setting is to allow the Seller to schedule the transmissions to take place when the communications and processor utilization is at the lowest point during the daily business cycle. The Seller is allowed to either set each Central Presentation and Selection Server 2000 or outlets to a specific time for transmission or set a specific time to be used with random offsets that have been set for the Central Presentation and Selection Servers 2000s or outlets. The use of offsets creates a spread or staggering of the times at which the Central Presentation and Selection Servers 2000s or outlets are transmitting their transaction messages, thereby better utilizing all communications and processing resources (blocks 13162-13184).

In the CD Seller example, the major savings experienced utilizing the Resource Saver Protocol would not only be in limiting the number of times messages are transmitted back and forth, but would also be in the utilization of the automatic scheduling of the communications and processing usage times so that transaction messages will be received at times of less usage. This last method of savings is even more powerful when the Seller realizes more accessibility by potential buyers at high usage times when the computers and networks are freed up from transaction messages.

The block diagram of FIG. 5e through 5f is an example of the Resource Saver Protocol as used by an instance of a Central Presentation and Selection Server 2000 as part of the preferred embodiment of the present invention.

Once the Buyer has made his purchase decision and has provided the necessary purchase information, the Central Presentation and Selection Server 2000 and more specifically the Transaction Negotiation Program 2725 processes and creates a transaction message for transmission to the Central Controller and Presentation Processor 1000 (block 13330) If the item of inventory is "common" and the Seller is using the Transmission Level method to control the transmission of the transaction messages, then the transaction messages being processed are placed on hold. If the total of all sold inventory represented by the held transaction messages equals or exceeds the Transmission Level, then all messages are immediately sent to the Central Controller and Presentation Processor (blocks 13342 and 13366). The Transmission Level is set by the Seller to prevent the accumulation of too much sold inventory on any given Central Presentation and Selection Server 2000 or other sales outlet. If the accumulated inventory sales exceed the Transmission Level at any time, then all messages are sent immediately. If the Transmission Level has not been

50

exceeded, then the transaction messages are held until the Transmission Period has elapsed and the Transmission Time has arrived (blocks 13262 through 13366) By setting the Transmission Period, the Seller can require all transaction messages being held to be transmitted on a regular or periodic basis. As an example, the Seller might require the transaction messages to be sent every 24 hours. This setting allows the Seller to set the urgency of the processing of transactions messages and ensures that transaction messages are processed in a timely fashion. Another setting that allows the Seller to control the workflow and processing of transaction messages is the Transmission Offsets, which are specific to each sales outlet. The Transmission Offset is a number of minutes that is assigned to each sales outlet, which is then added to the Transmission Time that has been selected by the Seller. This sets the actual time an outlet is to transmit its accumulated transaction messages. This offset allows the Seller to prevent all Central Presentation and Selection Server 2000 and other sales outlets from attempting to transmit their transaction messages at exactly the same time (blocks 13356-13366). The Seller has the option of not utilizing the Transmission Level, instead setting only the Transmission Period (blocks 13340, 13350). This combination might be used for a Seller that has an unlimited inventory such as the music CDs If the Seller sells out of current inventory, they can create unlimited additional units

If the inventory is of a more unique or time-sensitive nature, then the Seller would probably not use the previous two methods, instead favoring the Notification Level method of the Resource Saver Protocol for all but the very unique inventory items (block 13370) With the Notification Level being the controlling method of processing, the criterion is whether the Notification Level has been set by the Seller has been reached or breached. If the current status of the Notification Level is such that it has not been reached or breached, then the transaction message is transmitted immediately to the Central Controller and Presentation Processor 1000. If the current Notification Level has been reached or breached then the current sold units of inventory are subtracted from the inventory count and that information is updated to the database and added to the transmission message to be sent to the Central Controller and Presentation Processor 1000. The transmission message is processed and then transmitted from the Central Controller and Presentation Processor 1000 to the Seller Interface 4000 (blocks 13372-13400).

It should be noted that the Seller Interface 4000, and specifically the Transaction Processing Program 4720 or the Seller Accounting or Management Program 4000B, will make the determination for when the Notification Level has been reached or breached (block 13410) As soon as any given transaction, either electronic or otherwise, has reduced the available inventory so that the Notification Level is reached or breached, then either the Transaction Processing Program 4720 or the Seller Accounting or Management Program 4000B sends updates to the Central Controller and Presentation Processor 1000 and any other sales outlets affected. The Central Controller and Presentation Processor 1000 processes the message, updates its databases, and then sends the updates to any Central Presentation and Selection Servers 2000 under its control (blocks 13410-13418). In any given instance of the present invention, once the Central Presentation and Selection Servers 2000 or any other sales outlet has been notified that the Notification Level has been reached or breached and given the current inventory level, then each Central Presentation and Selection Server 2000 or

51                                                              52

outlet adjusts the available inventory and adds that information to each future transaction message processed (blocks 13372-13376).

The block diagram of FIG. 5g through 5h is an example of the inventory setup and maintenance using the Resource Saver Protocol and Seller Interface 4000 as part of the preferred embodiment of the present invention.

Initial setup or adjustment of the inventory takes place by the Seller when first setting up their account and creating their presentations within the Presentation and Configuration Program 4715. The seller establishes the type of inventory and the settings that are appropriate for the inventory's sale and control (blocks 13500). Replaceable inventory is managed by either the Transaction Processing Program 4720 or by the Seller Accounting or Management Program 4000B setting, adding to, or adjusting the inventory count as appropriate (blocks 13502-13516). Fixed inventory is managed at the Central Presentation and Selection Server 2000 level with the inventory being set into the future at the given level set by the Seller from the Seller Interface 4000 (blocks 13510-13562). The inventory level may vary even with fixed inventory based on Buyers purchasing or canceling the purchase of the inventory. This means that the controls utilized by the Notification Level for a given inventory could be turned on, then off, then back on, several times based on purchases and cancellation of purchases. This on-again off-again tracking of inventory, although appearing confusing, will maintain the synchronization of the inventory and prevent overselling to the Buyer.

If the Resource Saver Protocol is not used to control inventory, then the inventory offered for sale is synchronized by the present invention between all components, Seller Interface 4000, Central Controller and Presentation Processor 1000, and Central Presentation and Selection Server 2000. This synchronization is maintained at all times with the utilization of the transaction messages between all components.

When the Notification Level method of the Resource Saver Protocol is used, then the inventory offered for sale is synchronized by the present invention from the time the Notification Level is reached or breached until all inventory is sold. When all inventory is sold in either case above, then the Transaction Negotiation Program 2725 of the Central Presentation and Selection Server 2000 of an instance of the present invention notifies the buyer that no inventory is available and may offer possible alternatives or substitutes. The adding to or the replacement of inventory increases the inventory count or level. These events are processed as transactions messages that are sent from the Transaction Processing Program 4720 or the Seller Accounting or Management Program 4000B of the Seller Interface 4000 to the Central Controller and Presentation Processor 1000. The data for the inventory increase or replacement is either entered by the operator of the Seller Interface or is automatically updated by the aforementioned programs. The Central Controller and Presentation Processor 1000 then transmits transaction messages to any Central Presentation and Selection Servers 2000 or other outlets that are affected. Those Central Presentation and Selection Servers 2000 or outlets reset their inventory counts or levels and any control settings that are affected.

The invention allows sellers to present their inventory, products, goods and services in a choice of one or a variety of supported media outlets: in print, such as newspapers, magazines, periodicals, guidebooks, catalogs, brochures, fliers, and directories; in electronic form, such as online directories, web sites, bulletin boards, news groups, CD-ROMs, and interactive media and networks; and in other media, such as billboards, skywriters, bus benches, radio, interactive kiosk and any other form of customer outreach or information distribution. When these media choices are made, the present invention prompts the seller for information that is then used in the creation of presentations for the media outlets he has chosen. The Presentation Rules Database 1650 and 4650 holds all the criteria, formatting architecture, and distribution factors for each participating media outlet. The present invention's Presentation Generation Program 1710, along with the Presentation Rules Database 1650 and 4650, then creates a presentation for each and every media outlet the seller has chosen. The Presentation Generation Program 1710 then either transmits the presentation to the appropriate destination or holds it for a publication date to be submitted for a particular deadline or predetermined promotional market.

The seller can then print out a report that shows him each presentation, distribution or media outlet, and the pricing of each media choice for an overall marketing valuation.

The present invention allows the Seller to update, change, control inventory, and automatically process sales either from his in-house or third-party accounting or management software that has a compatible communication component with the present invention or in the present invention. He can accomplish this updating and inventory control to all media outlets simultaneously.

The Presentation Generation Program 1710 creates presentations that can be accessed by the buying public in location/outlet-appropriate formats and availability through the Central Presentation and Selection Server 2000; Independent Presentation Directories and Indexes or Independent stand-alone Presentations 3000; Printed Publications, Periodicals, Directories, CD-ROMs, and other Media and Presentations 6000; and the Buyers Interface 5000. The present invention allows buyers to review descriptions; specifications; photos; graphics; pricing; and the availability of products, goods, and services, including time- and allocation-critical services. The buyer can access this information and these resources through either a search specific mode or a browsing mode, depending on the advertising channel or media outlet he is using.

The invention allows buyers to hold or commit to the purchase; reservation; or utilization of those products, goods, and services, within the practical limits of the expiration of their utility or availability, on those media outlets supported by a Central Presentation and Selection Server 2000. The buyer can confidently select products, goods, and services with real-time or near real-time purchasing. Once the buyer has committed to a purchase, the commitment is transmitted to the seller and the inventory is updated. With the present invention, inventory control of the suppliers, vendors, service providers, purveyors, and other types of sellers is maintained with transaction and, when necessary, confirmation message units sent between the Central Controller and Presentation Processor 2000 and those same suppliers, vendors, service providers, and purveyors.

Once the buyer makes a purchase or reservation, he can choose a method of confirmation, get a print-out of seller's commitment for delivery, an entry code number or whatever means of confirmation determined by the Seller. As an example, the buyer can even get a complete printout of directions to the facility if the purchase involves him arriving at a place of lodging, restaurant, arena, store, or any other facility. All these methods of confirmation can be near real-time. The buyer does not have to wait for printed tickets, passes, admission documents, reservation confirma-

US 7,240,025 B2

53 54

tions, or other physical substantiation to be mailed or conventionally delivered to him

Thus, the full implementation of the present invention makes the usual requirement of delivery of tickets, passes, admission confirmations, or reservation confirmations unnecessary. These traditional conveyance forms are replaced or augmented by the buyer's Reservation/Ticket Network ID card or confirmation of biometric ID. The present invention allows buyers of tickets, passes, admission documents, and reserved services to purchase or reserve those tickets, passes, admission documents, or services remotely via electronic network presentations, Internet, Intranet, dial-up self-serve or operator-served systems using standard telephone communications, or other means. The invention allows the buyer to confirm or prove his purchase at the facility, site, business, or venue by means of magnetic, smart, or optical ID cards or by electronic biometric authentication. These means of proof can be issued by the operators of an instance either for exclusive use for that instance of the present invention, for multi-use in conjunction with other entities and the operators of the other instances of the present invention, or through a "piggy-back" method that will allow the issue of Credit Cards, Membership ID Cards, or other ID Cards. For those services or events that require printed tickets, passes, admission documents, reservation confirmations, or other physical substantiation, those means of confirmation can be printed on demand from either automatic or manual vendors upon electronic reading or scanning of the buyer's Network ID card, the buyer entering a code, or by biometric authentication.

The invention's Resource Saver Protocol allows for the coordination and synchronization of the sales and availability of products, goods, and services between interactive electronic presentations and other sales outlets, channels, or sources while reducing the communications and resources necessary to maintain that coordination and synchronization. The present invention does this while both allowing for the purchase or reservation through electronic networks and other diverse channels or outlets and keeping control of inventory to prevent overselling or overbooking. The seller can define his inventory and establish the settings that are appropriate for the sale and control of said inventory. Then communications will be transmitted when the levels he sets are reached or breached, when a notification time has been reached, or when a notification level has been met. If the seller does not have similar or substitutable inventory, then transmissions must be made for each and every sale. However, the seller may have some inventory that can benefit from the Resource Saver Protocol while other inventory is unique. This cost saving device will also allow the seller to schedule transmissions to be made when other uses of the Central Presentation and Selection Servers 2000 is at a low traffic level.

The invention will not only transmit all sales and reservations to the seller's compatible in-house accounting and management program or to an instance of the present invention at his location, but it will also update and control inventory offered on all the media channels and outlets on which that seller has chosen to sell his products, goods, and services.

## EXAMPLE USE OF INVENTION

The following is a hypothetical example for the use of the present Invention in one possible embodiment. Only the major steps are included in this example to give an overview of one possible application or embodiment of the present invention. This example demonstrates some of the possible interface and interactions between operators of the invention, sellers or providers of goods or services, and customers or buyers of those goods or services. It is also meant to give an overview of the transaction flow of information, purchase decisions, and possible consummation of those purchase decisions.

For the purpose of this hypothetical example, we will presume that this instance of the Invention has been established for some time and is managed by the ABC Company that promotes it to Professional Sports Franchises and Venues.

Example Clients Are:

Seller:

XYZ is a corporation that owns the XYZ professional basketball team and wishes to promote that team and sell its tickets as efficiently as possible

Media:

DEF is a basketball oriented web site owned by the DEF Corporation with content and discussion groups about the sport of basketball. Its demographics are centered on young male basketball enthusiasts

GHI is an all sports oriented web site owned by the GHI Corporation with content and discussion groups covering all sports. Its demographics are largely young male

JKL is a national sports magazine, published by the JKL Corporation monthly with subscription and retail rack sales. Its demographics are centered on an all sports audience

MNO is a sports newsletter, published by the MNO Corporation with a circulation that is primarily within the geographic area of the home stadium of the XYZ basketball team.

PQR is a broad-based chain of newspapers published across the country by the PQR Holding Corporation. Their circulation is a general one with a sports section daily and a special sports insert on weekends

STU is a chain of music and video stores that have displays within their stores allowing sports and event information and ticket sales. Their stores are located within urban malls and their customer base primarily is mixed gender between 15 and 25 years of age with good disposable income and leisure time. STU has also installed the biometric readers necessary to do the initial entry of buyers into the ticket and reservation network, which is part of the ABC instance of the invention.

Buyer:

John Q. Public is a basketball enthusiast

Media Participation:

The DEF Corporation was approached by the ABC Company and agrees to be represented on the ABC instance of the invention

1) The DEF Corporation decides that it will promote one of the five Internet Web Sites that it publishes on the ABC instance of the invention. DEF will promote its basketball site because it matches well with the focus and demographics of the ABC instance of the invention.

2) ABC sends DEF the necessary software to be installed on their computer.

3) A computer operator at DEF installs the software on their computer that then is configured as Media Interface 6000 FIG. 2e.

US 7,240,025 B2

55

4) After installation and setup the DEF operator does basic information input as prompted by the Media Interface 6000 FIG. 2e of the present Invention.

5) After the input of basic information by the operator, the Media Interface 6000 prompts the operator for input that describes and sets the standards for the presentations that Seller Clients of ABC will use (by way of the invention to publish presentations) on the DEF Web Site. The inputs set the upper and lower limits of quantities such as amounts of text and size of images, restrictions of language and reference, standards of style and presentation, choices of type fonts and colors, as well as the cost of presentations and demographics of the DEF subscribers or viewers. Any disclaimers and contracts or agreements are added to be delivered and acknowledge electronically concurrent with the submission of presentations.

6) DEF has also chosen to offer interactive sales of appropriate products and services through its web site as managed by the ABC Central Presentation and Selection Server.

7) At any point during the input of information the operator may test the presentations that will be created using the standards set within the Media Interface 6000 FIG. 2e. This allows the operator and DEF's management to insure that those presentations received for publication from the ABC Seller Clients will indeed meet the standards for DEF publication.

8) The other Media GHI, JKL, MNO, PQR, and STU have gone through a similar process to establish their Media offerings on the ABC instance of the invention.

9) The following steps pick up from the Sellers Participation below at step number 18. That Seller's action effects the following media.

10) The DEF Sports Web receives electronically the Seller information, agreements, payment information, web pages to be displayed and banner advertising to be placed on their web site. DEF also receives the web interface for the sale of the XYZ tickets.

11) The KLM Newspaper Chain receives electronically the Seller information, agreements, payment information, a requested schedule of ad placement and publishing, and the formatted ads. Because KLM also maintains the associated web site it also receives the web interface for the sale of the XYZ tickets.

12) The HIJ Basketball Magazine receives electronically the Seller information, agreements, payment information, a requested schedule of ad placement and publishing, and the formatted ads to be placed in their magazine.

13) The STU music stores receive electronically the Seller information, agreements, payment information, and the interface for the sale of the XYZ tickets on its in-store displays.

14) Once the Ads and Presentations are received by the Media, any changes or updating are either allowed or denied by the Seller Interface 4000 FIG. 2c based on the restrictions entered by the Media during their setup.

Seller Participation:

1) The XYZ Corporation makes the decision to use ABC's services to promote its Basketball team.

2) ABC sends XYZ the necessary software to be installed on their computer.

3) A computer operator at XYZ installs the software on their computer that then is configured as Seller Interface 4000 FIG. 2c.

56

4) After installation and setup the XYZ operator does basic information input as prompted by the Seller Interface 4000 FIG. 2c of the present Invention.

5) After the input of basic information by the operator, the Seller Interface 4000 presents available media venues and associated information for review by the XYZ Corporation management.

6) ABC currently represents 15 different Media venues within its instance of the present invention. Information such as distribution, users or viewers, price, content restrictions, etc. about each Media venue is available for review by the XYZ management.

7) XYZ management reviews available media and chooses The DEF Sports Web, The HIJ Basket Ball Magazine, and The KLM Newspaper Chain to advertise their schedule of games. With the KLM Newspaper there is also the associated KLM Web Site on which KLM offers information as well as sales of products and services as advertised within the KLM Chain of newspapers. STU music stores are also chosen strictly for the distribution and sales of tickets.

8) The Seller Interface 4000 then presents the publication dates, any specific disclaimers, and the charges for review and approval by the XYZ management.

9) Upon approval of those items, the Seller Interface 4000 prompts the operator for the necessary text, graphics, and any other information as required by the three chosen media to create and format the individual ads for the chosen media.

10) XYZ management has also elected to offer tickets to their basketball games held within the XYZ stadium. They have installed the necessary software that synchronizes the XYZ ticket sales and accounting software with the sales and inventory control provided by the ABC instance of the invention within the Central Presentation and Selection Server 2000. XYZ chooses to offer ticket sales on the DEF Sports Web, the KLM Newspaper associated site that offers interactive electronic sales, and the STU music and video stores in store electronic ticket sales displays.

11) Due to the large number of seats within the stadium and similarity of pricing and desirability among each class of seat, XYZ management has also elected to use the Resource Saver Protocol to allow for better customer service between the various sales outlets.

12) The XYZ management sets the various seat and ticket restrictions, standards and pricing. This information will be available to the Buyer when purchasing through the ABC Central Presentation and Selection Server. Each seat or ticket class is assigned a maximum single purchase number and a buffer number, the total of those two numbers become the notification level. It is the notification level that controls the flow of the communications involving the sale of tickets for XYZ.

13) In order to take full advantage of the services offered by the ABC Central Presentation and Selection Server XYZ elects to install new automatic ticket vendors using the existing ID cards and biometric methods supported by the ABC Central Presentation and Selection Server.

14) At any point during the content input phase, the operator may view the final formatted presentation products based on each Media venue's restructuring of the information to create specific Media presentations.

15) When the XYZ management is satisfied with the results, as presented by the Seller Interface 4000, they indicate their approval of the presentations and charges and then transmits the information to the ABC Central Controller

US 7,240,025 B2

**57**

and Presentation Processor **1000** In addition to the presentation information, the game dates, ticket prices, and information that synchronize current sold and available tickets are transmitted also

16) When the ABC Central Controller and Presentation Processor **1000** receives the presentation information it establishes an account for XYZ, reviews and analyzes the presentation information submitted, and then notifies XYZ as to the acceptance, editing or rejection of the material and any adjusted publishing dates

17) The ABC Central Controller and Presentation Processor **1000** then transmits the appropriate formatted presentations to each media that was selected by XYZ.

18) The flow of information transfers to the Media Participation section above at step **9**

Buyer Use:

For this example we will follow John Q. Public (our example buyer) as he uses the invention

John is an avid basketball fan and subscribes to the JKL sports magazine, receives the local PQR newspaper, and frequents the DEF web site to participate in the free discussion groups centering on basketball that are hosted there John has seen the ads within the PQR newspaper promoting the teams winning record and giving dates of upcoming games Within the ads it was stated that tickets could be obtained from the PQR web site

(1) Unexpectedly one of John's friends called, stated that he would be in town the next night and would it be possible to go to the basketball game John said that he would find out and call back John remembered that the PQR newspaper ad for the XYZ team stated that one could buy tickets at the PQR web site

(2) John uses his computer and navigates to the PQR web site. Once there he finds the XYZ ticket purchase section, chooses the seats he wants, and asks for availability.

(3) With availability confirmed John enters his payment information and is then asked how he wants the tickets delivered to him. This presents a dilemma for John because he must work tomorrow and will not have time to go to the stadium to pickup the tickets He could pick them up at a "will call" station when he and his friend go to the game, but there is always a long line and John does not want to wait

(4) Another option that is presented to John is that of using one of several forms of ID (either credit cards, ID cards, or biometric) as the identification method in lieu of advanced ticket delivery to him. John recognizes that he has one of the accepted brands of Credit Card and chooses to use the system using that Credit Card as his personal ID He enters the card number as his ID, the system accepts the ID and gives John instructions as to the systems use when they arrive at the stadium.

(5) John calls his friend back and they agree to meet just before the game.

(6) When John and his friend meet at the stadium they are late and the game is about to start There is a long line at the "will call" booth and John is glad to avoid that line John goes to the Automatic Ticket Vending Machine, swipes his credit card, and the Automatic Ticket Vending Machine prints the tickets with the seat location and dispenses them to John.

(7) John and his friend enter the stadium to watch the game

(8) During the game John notices within the free program a notice that he can have his thumbprint taken at the "Will Call" booth and then that will become his identification method when he next attends an event at the XYZ

**58**

stadium As John is leaving the game, he stops and has his thumb print scanned to serve as his future identification.

SUMMARY

In the simplest scenario when the chosen section or ticket category was not near a sell out (reaching notification level), the sales location that John was purchasing from simply assigned a set of tickets for that section and confirms the sale The sales location then transmits all data to the Central Presentation and Selection Server **1000** that transmits the information to the XYZ Seller Interface **4000** that then passes the information to the XYZ in-house Accounting and Ticket Sales software

Whenever sales in any given section reaches the notification level then all sales sites are notified that the quantity of available tickets is limited and that all sales must be confirmed with the Seller prior to releasing confirmation of the sale to the buyer

With the Biometric scan (thumbprint) that John had done as he was leaving the stadium he can now reserve seats at any of the events featured on the ABC instance of the current invention and will be able to use his thumbprint as his ID for access to the event or facility instead of or in addition to his existing Credit Card

Presentation Generation Program: This component of the present invention relates to the creation and placement of presentations of commercial information with the purpose of informing buyers as to available products, goods, and services The invention's purpose is to allow the seller the ability to influence the buyer and induce said buyer to purchase those products, goods, and services while specifically allowing for the advanced purchase or reservation of those products, good, and services when appropriate

The invention allows sellers to create presentations on their computers that are automatically transmitted to be published and viewed on a variety of traditional and electronic media networks The present invention partially resides on the sellers' computers, controls and edits the presentation, and then automatically transmits that information and data for publication on traditional media and electronic networks

The invention allows for the automatic publishing or updating of presentations within a simple environment that does not require lower-level coding or formatting of the presentation material The present invention employs a text-only entry of information and data, thereby not requiring the seller to have knowledge of presentation computer codes or low-level formatting

The invention will provide substantial savings in this area of commerce because the seller can choose the media or outlet for sale of his products, goods, or services His instance of the present invention can then create presentations that conform to each and every media outlet he chooses, submit the presentation, and prepare a report of the cost for such publication choices The present invention allows sellers to offer their inventory, products, goods, and services for sale in a choice of one or a variety of supported media outlets: in print, such as newspapers, magazines, periodicals, guidebooks, catalogs, brochures, fliers and directories; in electronic form, such as online directories, web sites, bulletin boards, news groups, CD-ROMS, and interactive media and networks; and in other media, such as billboards, skywriters, bus benches, radio, interactive kiosk, and any other form of customer outreach or information distribution

US 7,240,025 B2

**59**

After the seller makes these media choices, the present invention prompts him for information, based on the criteria set forth by each media outlet and held in The Presentation Rules Database **1650** and **4650**, that is then used in the creation of presentations. The Presentation Rules Database **1650** and **4650** holds all the criteria, formatting architecture, distribution factors, and prices for each participating media outlet.

The present invention s Presentation Generation Program **1710**, along with the Presentation Rules Database **1650** and **4650**, not only creates a presentation designed to conform to the requirements set forth by each media, but it also "dynamically generates" both static presentations which can be accessed by traditional search methods of the buyer and dynamic presentations which respond to the buyer This function creates two very distinctively different presentations in a labor-saving database method so the seller can save time and resources while creating presentations that

**60**

one media outlet, electronic mall, or directory may be in conflict from another media outlet, electronic mall, or directory. This conflicting information may contribute to a Buyer's potential dissatisfaction of the Seller and the whole online presentation and sales process.

As previously stated, the present invention's electronic presentations are created to give the buyer products, goods, and services that are easily accessible and that dynamically produce the latest, current information, pricing, and availability. Because the seller can automatically update all media outlets from his in-house management or accounting software or an instance of the present invention, the buyer can feel confident in getting current information and inventory. The Buyer has the choice to either conduct a search for the desired products, goods, or services using the on-site search capabilities or browse the presentations much the same way one would browse the aisles of books at a library

Once the Buyer has made a selection on those supported

US 7,240,025 B2

**61**

ber, or whatever means of confirmation determined by the Seller. As an example, he can even get a complete print-out of directions to the facility if the purchase involves him arriving at a place of lodging, restaurant, arena, store, or any other facility.

Network ID Card: This component of the present invention relates to the verification and substantiation of the purchase of access or admission to those services or events that traditionally have controlled access by means of tickets, passes, admission documents, reservations, reservation confirmations, or other substantiation at the facility, site, business. or venue.

The full implementation of the present invention makes the usual requirement of delivery of tickets, passes, admission confirmations, or reservation confirmations unnecessary. These traditional conveyance forms are replaced or augmented by the buyer's Reservation/Ticket Network ID card or confirmation of biometric ID. The present invention allows buyers of tickets, passes, admission documents, and reserved services to purchase or reserve those tickets, passes, admission documents, or services remotely.

The present invention allows the buyer to confirm or prove his purchase at the facility, site, business, or venue by means of his existing magnetic, smart, or optical ID card; by entry code; or by electronic biometric authentication. These means of proof can be approved by the operators of an instance either for exclusive use for that instance of the present invention, for multi-use in conjunction with other entities and the operators of the other instances of the present invention, or by a "piggy-back" method that will allow the issue or use of new or existing Credit Cards, Membership ID Cards, or other ID Cards.

For those services or events that require printed tickets, passes, admission documents, reservation confirmations, or other physical substantiation, those means of confirmation can be printed on demand from either automatic or manual vendors upon electronic reading or scanning of the buyer's ID card, entry of a code, or biometric authentication. Network or Delivery ID cards may be approved by either one operator of an instance of the present invention or a group of operators of different instances of the present invention with cross-use allowed. Network or Delivery IDs may be Single-use or Multi-use cards that are also access cards to the Network or Delivery ID.

Resource Saver Protocol: This component of the present invention provides a method and apparatus to control, coordinate, and synchronize the sales and availability of either common, unique, or time-sensitive products, goods, and services. The present invention does this while allowing for the purchase or reservation of these products, goods, and services through electronic networks and other diverse channels or outlets and keeping control of inventory to prevent overselling or overbooking. The preferred embodiment of the present invention utilizes the Resource Saver Protocol to reduce the number of messages sent and received by all components of the present invention while maintaining the control and synchronization of any qualified inventory that is interactively offered for sale. With the reductions in the quantity of messages needed to maintain inventory synchronization, there is a corresponding reduction in all other aspects of communications and processing overhead between the remote components and sales outlets.

The invention automatically updates all components of the present invention on multiple sites or media channels in a time-sensitive and time-appropriate basis. The automatic two-way network communications method of the present invention provides the necessary coordination of inventory

**62**

and sales. With the added dimension of the Resource Saver Protocol, the Seller can divide his inventory into logical groups for marketing, presentation, and sales to the Buyer. Using a hotel as an example, the instance of the present invention is configured to represent Hotels and Lodging, and the Seller is a hotel with 312 rooms of the following types: 200 standard rooms, 100 upgrade rooms, and 12 suites.

The setup of the Resource Saver Protocol is accomplished within the Presentation and Configuration Program 4715 or the Seller Interface 4000. The Seller divides the inventory into its logical groups for marketing, presentation, and sales to the Buyer. In this case, the groups are standard rooms, upgrade rooms, and suites. Each item in each group of items must be substitutable with all the other items within that group.

If the inventory were not absolutely substitutable to any given Buyer, then the Seller would not use the Resource Saver Protocol in this inventory. That does not mean that all the Inventory items or groups of a Seller must either be or not be controlled by the Resource Saver Protocol. The Seller may have any combination of Inventory items or groups controlled or not controlled by the Resource Saver Protocol.

In the case of the current hotel example, the inventory is considered to be both Limited and Time Sensitive. There are only a limited number of rooms of each type, and they are time sensitive in the fact that the inventory is sold by the "unit night" which, if not sold and utilized by that night, can never be used or recovered.

The Seller must then set the maximum units of inventory that any given Buyer will be allowed to purchase in any given single transaction. In the hotel example, the Seller might set a limit of 5 rooms for any given Buyer to purchase from any Central Presentation and Selection Server 2000 or other outlets serviced by this instance of the present invention. By setting a reasonable maximum number of units of inventory that a Buyer may purchase, the Seller prevents that rare but possible case of a self-serve Buyer purchasing or reserving more inventories than is available. The Buyer is still allowed to purchase or reserve as much inventory as he likes, but the purchase must be transacted in sequential "maximum unit" transactions as opposed to one large transaction.

Next, the Seller sets a buffer number for each of the groups of items to be offered to the Buyer. The purpose of this buffer is to allow for a margin of error, based on processing time and communication delays, to prevent the overselling of inventory (overbooking in the hotel example). This number is an estimate intended to be adjusted, based on the Seller's experience over time. In the hotel example, the management might set the buffer number at 10 units (twice the maximum single purchase) as a starting point, to be adjusted later based on the Sellers experience.

Then the Seller must determine the Notification Level. This level equals the maximum purchase units a Buyer can make at one time plus the buffer number. For instance, if the Seller is a hotel, it has for purchase 200 units of the same type of room, the maximum purchase units are 5 rooms, and the buffer number is 10 rooms, then his Notification Level would be 15. This means that the Seller would receive transmissions from all of his outlets when a purchase is made. However, he would not have to communicate back to those outlets (via one transmission message to the Central Processor and Control Server 1000) until his remaining units reached or breached the available inventory level of 15 units. If the level were reached or breached, transmissions for units within the unit group would be communicated back and

US 7,240,025 B2

63                                                                          64

forth for each purchase from the available inventory level of 15 until all units are sold for that period of time.

A demonstration of the transmission savings for the example hotel would be as follows. There are 100 rooms available at the example hotel and 5 sale outlets or channels are used. Without the use of the Resource Protocol, 320 (80 messages each to 4 outlets) inventory update messages would have to be sent in order to accomplish the total individual booking of 80 rooms. Each outlet or channel would maintain the availability count for the rooms, and one update message for the booking of each room would be sent to each of the sale outlets or channels that did not originate a given sale. With presale verification of available inventory for each transaction, our same example hotel would receive and send a combination of 240 queries, responses, and updates (80 each) to reach the 80 rooms booked. The actual number could be much more because the 240 number assumes that each query results in a booking, whereas in actual practice, the experience would be that many queries did not result in booking. In addition, the buyer would be required to wait for the amount of time that it took for the transaction verification process to take place. That amount of time may or may not be significant, depending on several factors such as the current network use, network connection speeds, etc.

With the present invention, each sales outlet, channel, or other source of unique or time-sensitive products queries availability only after receiving notice of a predetermined inventory level or count. This means that with our example hotel, only 80 booking messages would be sent if the management sets the notification level (predetermined available inventory count) at 15 units remaining. This would cause a 66% to 80% savings of communications and computer resources. For our example hotel to reach 100% occupancy, the total message load would be 160 messages (100 booking plus 60 update to four outlets or channels). With verification being required, the total message load would be 190 (100 booking plus 60 update plus 30 queries and responses) This compares with a total of 500 messages without verification and 700 messages with verification (100 booking, plus 400 inventory update message, plus 200 queries and responses for verification), showing savings of 68% to 73%, depending on the method used after the notification level is reached or breached.

It should be noted that the savings generated are more substantial than they appear to be for some Seller types. This is because the typical total sales of inventory in any given period does not reach the level that triggers the notification of the Central Presentation and Selection Servers 2000 or other outlets and channels.

For more common or commodity-like products, goods, or services, there is little concern of overselling. In order to conserve on communication and other resources, the Resource Saver Protocol allows the electronic networks and traditional sales outlets, channels, or other sources of sales to batch or hold the sales transaction messages. These messages are then transmitted once a certain quantity has been sold, once a specified time period has passed, or a combination of both bases. The operator of a given instance of the present invention has the option of settings for transmission levels or transmission periods and specific transmission times, or general transmission times plus specific outlet offsets.

As an example, a Seller of music CDs who has sufficient inventory might set the transmission level at 35, the transmission period at 24 hours, and the transmission time at 01:00 AM plus any offset. This would then set the electronic

networks and traditional sales outlets, channels, or other sources to either transmit transaction messages any time they are holding 35 transactions or more, transmit transaction messages at least every 24 hours, and/or transmit any remaining transactions at 01:00 AM plus any offset. The instruction for transmitting any remaining transactions at a specific time plus offset allows the Seller to set each outlet's specific transactions so that the transmissions are spread over some time frame. The Seller can then choose a time for transmission so he can take advantage of low processing and communications loads. The potential savings by using the present invention in connection with controlling the inventory and sales of common products, goods, or services are obvious but widely varied, based on the Seller's settings and goals.

Operators of the present invention may provide additional transaction certainty and verification in the form of "confirmation of the transaction" messages or "inventory count" and/or "sequence numbers" data fields with each transaction message. All of these methods are optional at the discretion of the operators of the instance of the present invention, based on their experience or concerns.

With the "confirmation of the transaction" method, a confirmation message is sent back to the originating outlet, repeating or confirming each transaction message that has been sent. Although this doubles the message units passed between Sellers and outlets, these "confirmation of the transaction" messages can be sent at times of low processing and communications loads, thereby reducing the impact of their use. The use of these confirmation messages virtually reduces transmission errors to zero. This method can be used during initial periods to build operator confidence in the present invention more than as a method that is used all the time.

The "inventory count" is a field that is passed on all transaction messages where a total inventory has been established and each outlet is comparing and subtracting each sales transaction from that inventory. The establishment of total inventory or noticed inventory is based on whether or not the Seller is using the Notification Level method of monitoring and controlling inventory. If the Seller is not using that method, then the total inventory is known by the outlets and is used as the "inventory count" to be passed. If the Seller is using the Notification Level method, then the "inventory count" field is only included after the Notification Level has been reached or breached at the Seller's location and the Notification Level messages have been sent to the outlets. This "inventory count" is used by the present invention to verify that each component (Seller's location and all sales outlets) is synchronized as to the inventory level that all are working off of.

Although the embodiments of the present invention have been described in detail herein, it is to be understood that these descriptions are merely illustrative. The inventive system may be modified in a variety of ways and equivalents in order to suite a particular purpose while still employing the unique concepts set forth.

What is claimed is:

1. A computer system for creating and publishing customized electronic advertisements, for a seller, to internet media venues owned or controlled by other than the seller, comprising:

   a first interface to the computer system through which each of the internet media venues is prompted to input presentation rules for the internet media venue for displaying electronic advertisements on the internet media venue;

US 7,240,025 B2

**65**

a first database storing the presentation rules input by the internet media venues through the first interface;

a second interface to the computer system through which a seller is prompted to input information to select one or more of the internet media venues and prompted to input information to create an electronic advertisement for publication to the selected internet media venues;

a second database storing the information input by the seller through the second interface; and

a computer controller of the computer system processing and publishing the electronic advertisement to one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue, whereby the electronic advertisement is displayed on each of the one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue

2. The computer system of claim 1, wherein the computer system and the computer controller each comprise a network of computers

3. The computer system of claim 1, wherein the electronic advertisement comprises the advertisement or components of the advertisement.

4. The computer system of claim 1, wherein the internet media venue is a website comprising one or more web pages.

5. The computer system of claim 1, wherein the internet media venue comprises one or more virtual locations.

6. The computer system of claim 1, wherein the second interface for the seller is a self-serve interface that prompts the seller to input information using a menu-driven format

7. The computer system of claim 6, wherein the menu-driven format includes one or more forms with text entry areas and menu-driven choices

8. The computer system of claim 6, wherein the self-serve interface for the seller prompts the seller to input information identifying the seller.

9. The computer system of claim 8, wherein the seller information comprises information for establishing a seller account with the computer system.

10. The computer system of claim 9, further comprising a seller account database of the second database for storing the seller account information

11. The computer system of claim 6, wherein the self-serve interface for the seller prompts the seller with a choice of advertisement types

12. The computer system of claim 11, wherein the choice of advertisement types includes a text advertisement.

13. The computer system of claim 11, wherein the choice of advertisement types includes an image advertisement.

14. The computer system of claim 11, wherein the choice of advertisement types includes an interactive advertisement

15. The computer system of claim 6, wherein the self-serve interface for the seller prompts the seller for advertising content or other components of the advertisement

16. The computer system of claim 15, wherein the self-serve interface for the seller prompts the seller for a text component of the advertisement

17. The computer system of claim 15, wherein the self-serve interface for the seller prompts the seller for an image component of the advertisement

18. The computer system of claim 15, further comprising an advertising database of the second database for the seller input information that stores the components of the advertisement.

**66**

19. The computer system of claim 15, further comprising an advertising database of the second database for the seller input information that stores the advertisement.

20. The computer system of claim 6, wherein the selection information input by the seller targets one or more internet media venues

21. The computer system of claim 20, wherein the selection information input by the seller targets one or more internet media venues by targeting one or more advertising channels

22. The computer system of claim 21, wherein an advertising channel comprises one or more internet media venues.

23. The computer system of claim 20, wherein the selection information input by the seller targets one or more internet media venues by targeting demographics of one or more internet media venues

24. The computer system of claim 20, wherein the selection information includes identification of individual internet media venues

25. The computer system of claim 24, further comprising:
a database that stores information identifying internet media venues available to the computer system for publishing electronic advertisements,
wherein said seller inputs selection information through the self-serve interface for the seller that comprises identification of one or more individual internet media venues from among the available internet media venues

26. The computer system of claim 25, wherein the seller inputs selection information through the self-serve interface for the seller that includes identification of individual internet media venues from among a displayed list of available internet media venues

27. The computer system of claim 20, wherein a targeting database of the second database for the seller input information stores the selection information input by the seller

28. The computer system of claim 6, wherein the self-serve interface for the seller prompts the seller to input advertising content to create a text advertisement

29. The computer system of claim 28, further comprising:
a database that stores information identifying internet media venues available to the computer system for publishing advertisements; and
wherein said seller inputs selection information through the self-serve interface for the seller that comprises identification of one or more individual internet media venues from among the available internet media venues.

30. The computer system of claim 29, wherein the seller inputs the identification of one or more individual internet media venues from among a displayed list of available internet media venues

31. The computer system of claim 1, wherein the first interface for the internet media venue is a self-serve interface that prompts each internet media venue to input its presentation rules using a menu-driven format.

32. The computer system of claim 31, wherein the menu-driven format comprises one or more forms including text entry areas and menu-driven choices

33. The computer system of claim 31, wherein the self-serve interface for the internet media venue prompts the internet media venue to input information identifying the internet media venue.

34. The computer system of claim 33, wherein the internet media venue identifying information comprises information for establishing an internet media venue account with the computer system

US 7,240,025 B2

67

68

35. The computer system of claim 34, further comprising an internet media venue account database for storing the internet media venue account information

36. The computer system of claim 32, wherein the self-serve interface for the internet media venue prompts the internet media venue for a choice of advertisement types

37. The computer system of claim 36, wherein the choice of advertisement types includes a text advertisement

38. The computer system of claim 36, wherein the choice of advertisement types includes an image advertisement.

39. The computer system of claim 36, wherein the choice of advertisement types includes an interactive advertisement

40. The computer system of claim 31, wherein the self-serve interface for the internet media venue prompts the internet media venue for presentation rules comprising presentation guidelines.

41. The computer system of claim 40, wherein the presentation guidelines include standards, restrictions, and other specifications for advertisements.

42. The computer system of claim 40, wherein the presentation rules include controlling algorithms for advertisements.

43. The computer system of claim 40, wherein the presentation rules include benchmarks for advertisements.

44. The computer system of claim 31, further comprising a presentation rules database of the first database that stores the presentation rules for the internet media venue

45. The computer system of claim 31, wherein the second interface for the seller is a self-serve interface that prompts the seller to input information using a menu-driven format.

46. The computer system of claim 28, wherein the first interface for the internet media venue is a self-serve interface that prompts each internet media venue to input its presentation rules for a text advertisement using a menu-driven format

47. The computer system of claim 1, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising a computer program design filter to automatically apply or compare the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue

48. The computer system of claim 47, wherein the internet media venue design or style standards include formatting standards for advertisements.

49. The computer system of claim 47, wherein the internet media venue design or style standards include standards on amount of text that can be used.

50. The computer system of claim 47, wherein the internet media venue design or style standards include size standards for advertisements

51. The computer system of claim 50, wherein the size standards include standards for height and width of advertisements

52. The computer system of claim 47, wherein the internet media venue design or style standards include color standards for advertisements.

53. The computer system of claim 47, wherein the internet media venue design or style standards include font standards for advertisements

54. The computer system of claim 47, wherein the internet media venue design or style standards include image standards for advertisements

55. The computer system of claim 54, wherein the image standards include size standards for advertisements

56. The computer system of claim 54, wherein the image standards include compression standards for advertisements.

57. The computer system of claim 54, wherein the image standards include file size standards for advertisements.

58. The computer system of claim 47, wherein the second interface for the seller includes the computer program design filter for the internet media venue design or style standards

59. The computer system of claim 47, wherein the computer controller includes the computer program design filter for the internet media venue design or style standards

60. The computer system of claim 47, wherein the computer controller is configured to automatically notify the seller if the advertisement does not comply with the internet media venue design or style standards applied or compared by the computer program design filter.

61. The computer system of claim 60, wherein the notification prompts the seller for review

62. The computer system of claim 45, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising a computer program design filter to automatically apply or compare the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue

63. The computer system of claim 46, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising a computer program design filter to automatically apply or compare the internet media venue design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue

64. The computer system of claim 1, wherein the internet media venue presentation rules include editorial standards, further comprising a computer program editorial filter to automatically apply or compare the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue

65. The computer system of claim 64, wherein the internet media venue editorial standards include content standards

66. The computer system of claim 65, wherein the internet media venue content standards include blocked words

67. The computer system of claim 65, wherein the internet media venue content standards include blocked phrases.

68. The computer system of claim 65, wherein the internet media venue content standards include link restrictions

69. The computer system of claim 65, wherein the internet media venue content standards include blocked references.

70. The computer system of claim 65, wherein the internet media venue content standards include language restrictions.

71. The computer system of claim 64, wherein the internet media venue editorial standards include grammar guidelines.

72. The computer system of claim 64, wherein the internet media venue editorial standards include spelling dictionaries.

73. The computer system of claim 64, wherein the second interface includes the computer program editorial filter for the internet media venue editorial standards

74. The computer system of claim 64, wherein the computer controller includes the computer program editorial filter for the internet media venue editorial standards.

75. The computer system of claim 64, wherein the computer controller notifies the seller if the advertisement does

69

not comply with the internet media venue editorial standards applied or compared by the computer program editorial filter.

76. The computer system of claim 75, wherein the notification prompts the seller for review.

77. The computer system of claim 62, wherein the internet media venue presentation rules comprise editorial standards, further comprising a computer program editorial filter to automatically apply or compare the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

78. The computer system of claim 63, wherein the internet media venue presentation rules comprise editorial standards, further comprising a computer program editorial filter to automatically apply or compare the internet media venue editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

79. The computer system of claim 1, wherein the internet media venue presentation rules comprise distribution factors, further comprising a computer program distribution filter configured to automatically apply or compare the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue.

80. The computer system of claim 79, wherein the internet media venue distribution factors include advertisement costs.

81. The computer system of claim 79, wherein the internet media venue distribution factors include blocked URLs.

82. The computer system of claim 79, wherein the internet media venue distribution factors include content standards.

83. The computer system of claim 82, wherein the internet media venue content standards include blocked words.

84. The computer system of claim 82, wherein the internet media venue content standards include blocked phrases.

85. The computer system of claim 82, wherein the internet media venue content standards include link restrictions.

86. The computer system of claim 82, wherein the internet media venue content standards include blocked references.

87. The computer system of claim 82, wherein the internet media venue content standards include language restrictions.

88. The computer system of claim 79, wherein the internet media venue distribution factors include publication dates or deadlines.

89. The computer system of claim 79, wherein the internet media venue distribution factors include demographics.

90. The computer system of claim 62, wherein the internet media venue presentation rules comprise distribution factors, further comprising a computer program distribution filter to automatically apply or compare the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue.

91. The computer system of claim 63, wherein the internet media venue presentation rules comprise distribution factors, further comprising a computer program distribution filter to automatically apply or compare the internet media venue distribution factors to the information input by the seller or the text advertisement to determine whether to publish the text advertisement to the internet media venue.

92. The computer system of claim 1, further comprising an interface for an operator of the computer system to input operator presentation rules to the computer system for advertisements published to the internet media venues.

70

93. The computer system of claim 92, wherein the operator of the computer system is an administrator or manager operating the computer controller.

94. The computer system of claim 1, further comprising a computer program design filter to automatically apply or compare operator presentation rules to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise design or style standards.

95. The computer system of claim 94, wherein the operator design or style standards include formatting standards for advertisements.

96. The computer system of claim 94, wherein the operator design or style standards include standards on amount of text that can be used.

97. The computer system of claim 94, wherein the operator design or style standards include size standards for advertisements.

98. The computer system of claim 97, wherein the size standards include standards for height and width of advertisements.

99. The computer system of claim 94, wherein the operator design or style standards include color standards for advertisements.

100. The computer system of claim 94, wherein the operator design or style standards include font standards for advertisements.

101. The computer system of claim 94, wherein the operator design or style standards include image standards for advertisements.

102. The computer system of claim 101, wherein the image standards include size standards for advertisements.

103. The computer system of claim 101, wherein the image standards include compression standards for advertisements.

104. The computer system of claim 101, wherein the image standards include file size standards for advertisements.

105. The computer system of claim 94, wherein the second interface for the seller includes the computer program design filter for the operator design or style standards.

106. The computer system of claim 94, wherein the computer controller includes the computer program design filter for the operator design or style standards.

107. The computer system of claim 94, wherein the computer controller is configured to automatically notify the seller if the advertisement does not comply with the operator design or style standards applied or compared by the computer program design filter.

108. The computer system of claim 107, wherein the notification prompts the seller for review.

109. The computer system of claim 90, further comprising an interface for an operator of the computer system to input operator presentation rules to the computer system; and

wherein the presentation rules of the operator comprise design or style standards, further comprising a computer program filter to automatically apply or compare the operator design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.

110. The computer system of claim 91, further comprising an interface for an operator of the computer system to input operator presentation rules to the computer system; and

wherein the presentation rules of the operator include design or style standards, further comprising a com-

71

72

puter program design filter to automatically apply or compare the operator design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue.

111. The computer system of claim 1, further comprising a computer program editorial filter to automatically apply or compare operator presentation rules to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise editorial standards.

112. The computer system of claim 111 wherein the operator editorial standards include content standards.

113. The computer system of claim 112, wherein the operator content standards include blocked words.

114. The computer system of claim 112, wherein the operator content standards include blocked phrases.

115. The computer system of claim 112, wherein the operator content standards include link restrictions.

116. The computer system of claim 112, wherein the operator content standards include blocked references.

117. The computer system of claim 112, wherein the operator content standards include language restrictions.

118. The computer system of claim 111, wherein the operator editorial standards include grammar guidelines.

119. The computer system of claim 111, wherein the operator editorial standards include spelling dictionaries.

120. The computer system of claim 111, wherein the second interface includes the computer program editorial filter for the operator editorial standards.

121. The computer system of claim 111, wherein the computer controller includes the computer program editorial filter for the operator editorial standards.

122. The computer system of claim 111, wherein the computer controller notifies the seller if the advertisement does not comply with the operator editorial standards applied or compared by the computer program editorial filter.

123. The computer system of claim 122, wherein the notification prompts the seller for review.

124. The computer system of claim 109, wherein the operator presentation rules include editorial standards, further comprising a computer program editorial filter to automatically apply or compare the operator editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

125. The computer system of claim 110, wherein the operator presentation rules include editorial standards, further comprising a computer program editorial filter configured to automatically apply or compare the operator editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

126. The computer system of claim 1, further comprising a computer program distribution filter configured to automatically apply or compare operator presentation rules to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue, wherein the operator presentation rules include distribution factors.

127. The computer system of claim 126, wherein the operator distribution factors include advertisement costs.

128. The computer system of claim 126, wherein the operator distribution factors include blocked URLs.

129. The computer system of claim 126, wherein the operator distribution factors include content standards.

130. The computer system of claim 129, wherein the operator content standards include blocked words.

131. The computer system of claim 129, wherein the operator content standards include blocked phrases.

132. The computer system of claim 129, wherein the operator content standards include link restrictions.

133. The computer system of claim 129, wherein the operator content standards include blocked references.

134. The computer system of claim 129, wherein the operator content standards include language restrictions.

135. The computer system of claim 126, wherein the operator distribution factors include publication dates or deadlines.

136. The computer system of claim 126, wherein the operator distribution factors include demographics.

137. The computer system of claim 1, wherein the second interface for the seller automatically applies or compares the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules.

138. The computer system of claim 1, wherein the second interface for the seller automatically modifies or re-formats the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

139. The computer system of claim 1, wherein the second interface for the seller automatically restructures data comprising the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

140. The computer system of claim 1, wherein the computer controller processes the advertisement by automatically applying or comparing the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules.

141. The computer system of claim 1, wherein the computer controller processes the advertisement by automatically modifying or reformatting the advertisement to comply with the internet media venue presentation rules.

142. The computer system of claim 1, wherein the computer controller processes the advertisement by automatically restructuring data comprising the information input by the seller or the advertisement so that the advertisement complies with the internet media venue presentation rules.

143. The computer system of claim 1, further comprising an advertisement generation program for displaying the advertisement published by the computer controller on the one or more of the selected internet media venues in compliance with the internet media venue presentation rules.

144. The computer system of claim 143, wherein the advertisement generation program operates on each of the one or more of the selected internet media venues.

145. The computer system of claim 144, further comprising a database associated with the advertisement generation program for storing the internet media venue presentation rules.

146. The computer system of claim 143, wherein the computer controller publishes the advertisement with the internet media venue presentation rules to the one or more of the selected internet media venues for display by the advertisement generation program in compliance with the internet media venue presentation rules.

147. The computer system of claim 143, wherein the computer controller publishes the internet media venue presentation rules to the one or more of the selected internet

73

media venues in advance of publishing the advertisement for display by the advertisement generation program in compliance with the internet media venue presentation rules.

148. The computer system of claim 141, wherein the computer controller publishes the modified or reformatted advertisement to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules.

149. The computer system of claim 142, wherein the computer controller publishes the restructured advertisement to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules.

150. The computer system of claim 1, further comprising a general management program of the computer controller for generating online reports.

151. The computer system of claim 150, wherein the online reports include accounting reports.

152. The computer system of claim 150, wherein the online reports include trend analysis reports.

153. The computer system of claim 150, wherein the online reports include billing and collection reports.

154. The computer system of claim 150, wherein the online reports include transaction reports.

155. The computer system of claim 1, further comprising a management interface for one or more inventory or accounting management systems of the seller.

156. The computer system of claim 155, wherein the computer controller automatically updates, changes, or modifies information in the advertisement based on information received from the inventory or accounting management systems through the management interface.

157. The computer system of claim 156, wherein the computer controller automatically updates, changes, or modifies the advertisement to the one or more of the selected internet media venues in real time or near real time.

158. The computer system of claim 156, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in available inventory of a product, good, or service of the advertisement.

159. The computer system of claim 156, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in price of a product, good, or service of the advertisement.

160. The computer system of claim 156, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in available quantity of a product, good, or service of the advertisement.

161. The computer system of claim 156, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to a change in description of a product, good, or service of the advertisement.

162. The computer system of claim 156, wherein the computer controller automatically controls timing for publishing the advertisement to the one or more of the selected internet media venues based on information received from the one or more inventory control and management systems through the management interface.

163. The computer system of claim 1, wherein the computer system further comprises:

74

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement for sale, transfer, or conveyance a product, good, or service of a seller to a buyer.

164. The computer system of claim 163, further comprising an interface of the website prompting the buyer for information for the computer system to complete a sale, transfer, or conveyance transaction for the product, good, or service.

165. The computer system of claim 164, wherein the computer system further comprises a transaction computer program to process and complete the transaction based on the information input by the buyer.

166. The computer system of claim 163, wherein the interactive advertisement provides pricing information for the product, good, or service.

167. The computer system of claim 163, wherein the interactive advertisement provides available inventory information for the product, good, or service.

168. The computer system of claim 163, wherein the interactive advertisement provides a description of the product, good, or service.

169. The computer system of claim 163, further comprising a referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

170. The computer system of claim 169, wherein the interface prompting the buyer offers for sale, transfer, or conveyance the one or more alternative products, goods, or services to the buyer.

171. The computer system of claim 1, wherein the computer system further comprises:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for reservation a product, good, or service of a seller to a buyer.

172. The computer system of claim 171, further comprising an interface of the website prompting the buyer for information for the computer system to complete a reservation transaction for the product, good, or service.

173. The computer system of claim 172, wherein the computer system further comprises a transaction computer program to process and complete the reservation transaction based on the information input by the buyer.

174. The computer system of claim 171, wherein the interactive advertisement provides pricing information for the product, good, or service.

175. The computer system of claim 171, wherein the interactive advertisement provides available inventory information for the product, good, or service.

176. The computer system of claim 171, wherein the interactive advertisement provides a description of the product, good, or service.

177. The computer system of claim 171, further comprising a reservation referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

US 7,240,025 B2

75

**178** The computer system of claim **177**, wherein the interface prompting the buyer offers for reservation the one or more alternative products, goods, or services to the buyer.

**179** A method of using a computer system for creating and publishing customized electronic advertisements, for a seller, to internet media venues owned or controlled by other than the seller, comprising:

prompting each of the internet media venues through a first interface to the computer system to input presentation rules for the internet media venue for displaying electronic advertisements on the internet media venue;

storing the presentation rules for the internet media venues in a first database,

prompting a seller through a second interface to the computer system to input information to select one or more of the internet media venues;

prompting the seller through the second interface to input information to create an electronic advertisement for publication to the selected internet media venues;

storing the information input by the seller through the second interface in a second database; and

processing and publishing the electronic, advertisement to one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue, whereby the electronic advertisement is displayed on each of the one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue.

**180** The method of claim **179**, wherein the step of processing and publishing includes using a computer controller of the computer system.

**181** The method of claim **180**, wherein the computer system and the computer controller each comprise a network of computers.

**182** The method of claim **179**, wherein the step of processing and publishing the electronic advertisement comprises publishing the advertisement or components of the advertisement.

**183** The method of claim **179**, wherein the internet media venue is a website comprising one or more web pages.

**184** The method of claim **179**, wherein the internet media venue comprises one or more virtual locations.

**185** The method of claim **179**, wherein the step of prompting a seller through a second interface to input information includes prompting the seller to input information through a self-serve interface using a menu-driven format.

**186** The method of claim **185**, wherein the step of prompting the seller to input information through a self-serve interface using a menu-driven format includes providing one or more forms including text entry areas and menu-driven choices.

**187** The method of claim **185**, further comprising the step of prompting the seller through the self-serve interface to input information identifying the seller.

**188** The method of claim **187**, further comprising the step of establishing a seller account with the computer system with information inputted by the seller.

**189** The method of claim **188**, further comprising the step of storing the seller account information in a seller account database of the second database.

**190** The method of claim **185**, further comprising the step of prompting the seller through the self-serve interface with a choice of advertisement types.

**191** The method of claim **190**, wherein the choice of advertisement types includes a text advertisement.

76

**192** The method of claim **190**, wherein the choice of advertisement types includes an image advertisement.

**193** The method of claim **190**, wherein the choice of advertisement types includes an interactive advertisement.

**194** The method of claim **185**, further comprising the step of prompting the seller through the self-serve interface for advertising content or other components of the advertisement.

**195** The method of claim **194**, wherein the step of prompting the seller through the self-serve interface for advertising content or other components of the advertisement includes prompting the seller for a text component of the advertisement.

**196** The method of claim **194**, wherein the step of prompting the seller through the self-serve interface for advertising content or other components of the advertisement includes prompting the seller for an image component of the advertisement.

**197** The method of claim **194**, further comprising the step of storing the components of the advertisement in an advertising database of the second database.

**198** The method of claim **194**, further comprising the step of storing the advertisement in an advertising database of the second database.

**199** The method of claim **185**, further comprising the step of targeting one or more internet media venues using the selection information input by the seller.

**200** The method of claim **199**, wherein the step of targeting one or more internet media venues includes targeting one or more advertising channels.

**201** The method of claim **200**, wherein an advertising channel comprises one or more internet media venues.

**202** The method of claim **199**, wherein the step of targeting one or more internet media venues includes targeting demographics of one or more internet media venues.

**203** The method of claim **199**, wherein the selection information includes the identification of individual internet media venues.

**204** The method of claim **203**, further comprising the step of

storing information identifying internet media venues available to the computer system for publishing electronic advertisements in an internet media venue database,

wherein the selection information input by the seller through the self-serve interface for the seller comprises information identifying one or more individual internet media venues from among the available internet media venues.

**205** The method of claim **204**, wherein the step of prompting the seller to input information through the self-serve interface for the seller to select internet media venues includes prompting the seller to identify individual internet media venues from among a displayed list of available internet media venues.

**206** The method of claim **199**, further comprising the step of storing selection information input by the seller in a targeting database of the second database for the seller input information.

**207** The method of claim **185**, wherein the step of prompting the seller to input information through a self-serve interface includes prompting the seller to input advertising content to create a text advertisement.

**208** The method of claim **207**, further comprising the step of

US 7,240,025 B2

77

78

storing information identifying the internet media venues available to the computer system for publishing electronic advertisements in an internet media venue database; and

wherein the selection information input by the seller through the self-serve interface for the seller comprises information identifying one or more individual internet media venues from among the available internet media venues

209. The method of claim 208, wherein the step of prompting the seller to input selection information includes prompting the seller to identify one or more individual internet media venues from among a displayed list of available internet media venues

210. The method of claim 179, wherein the step of prompting each of the internet media venues through a first interface to input presentation rules includes prompting each internet media venue to input its presentation rules through a self-serve interface using a menu-driven format

211. The method of claim 210, wherein the step of prompting each internet media venue to input its presentation rules through a self-serve interface using a menu-driven format includes providing one or more forms including text entry areas and menu-driven choices

212. The method of claim 210, further comprising the step of prompting the internet media venue through the self-serve interface to input information identifying the internet media venue

213. The method of claim 212, further comprising the step of establishing an internet media venue account with the computer system with identifying information inputted by the internet media venue.

214. The method of claim 213, further comprising the step of storing the internet media venue account information in an internet media venue account database.

215. The method of claim 210, further comprising the step of prompting the internet media venue through the self-serve interface with a choice of advertisement types

216. The method of claim 215, wherein the choice of advertisement types includes a text advertisement.

217. The method of claim 215, wherein the choice of advertisement types includes an image advertisement

218. The method of claim 215, wherein the choice of advertisement types includes an interactive advertisement

219. The method of claim 210, further comprising the step of prompting the internet media venue through the self-serve interface for internet media venue for presentation rules comprising presentation guidelines

220. The method of claim 219, wherein the presentation guidelines include standards, restrictions, and other specifications for advertisements

221. The method of claim 219, wherein the presentation rules include controlling algorithms for advertisements.

222. The method of claim 219, wherein the presentation rules include benchmarks for advertisements.

223. The method of claim 210, further comprising the step of storing the presentation rules for the internet media venue in a presentation rules database of the first database

224. The method of claim 210, wherein the step of prompting a seller through a second interface to input information includes prompting the seller to input information through a self-serve interface using a menu-driven format

225. The method of claim 207, wherein the step of prompting each of the internet media venues through a first interface to input presentation rules includes prompting each

internet media venue to input its presentation rules for a text advertisement through a self-serve interface using a menu-driven format

226. The method of claim 179, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising the step of automatically applying or comparing the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue

227. The method of claim 226, wherein the internet media venue design or style standards include formatting standards for advertisements.

228. The method of claim 226, wherein the internet media venue design or style standards include standards on amount of text that can be used

229. The method of claim 226, wherein the internet media venue design or style standards include size standards for advertisements

230. The method of claim 229, wherein the size standards include standards for height and width of advertisements.

231. The method of claim 226, wherein the internet media venue design or style standards include color standards for advertisements.

232. The method of claim 226, wherein the internet media venue design or style standards include font standards for advertisements

233. The method of claim 226, wherein the internet media venue design or style standards include image standards for advertisements

234. The method of claim 233, wherein the image standards include size standards for advertisements.

235. The method of claim 233, wherein the image standards include compression standards for advertisements.

236. The method of claim 233, wherein the image standards include file size standards for advertisements

237. The method of claim 226, wherein the step of automatically applying or comparing the internet media venue design or style standards includes applying or comparing the standards through the second interface using a computer program design filter.

238. The method of claim 226, wherein the step of automatically applying or comparing the internet media venue design or style standards includes applying or comparing the standards through the computer controller using a computer program design filter.

239. The method of claim 226, further comprising the step of automatically notifying the seller if the advertisement does not comply with the internet media venue design or style standards

240. The method of claim 239, wherein the step of notifying includes prompting the seller for review

241. The method of claim 224, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising the step of automatically applying or comparing the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue

242. The method of claim 225, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising the step of automatically applying or comparing the internet media venue design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue

US 7,240,025 B2

**243** The method of claim **179**, wherein the internet media venue presentation rules include editorial standards, further comprising the step of automatically applying or comparing the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

**244** The method of claim **224**, wherein the internet media venue editorial standards include content standards.

**245** The method of claim **244**, wherein the internet media venue content standards include blocked words.

**246** The method of claim **244**, wherein the internet media venue content standards include blocked phrases.

**247** The method of claim **244**, wherein the internet media venue content standards include link restrictions.

**248** The method of claim **244**, wherein the internet media venue content standards include blocked references.

**249** The method of claim **244**, wherein the internet media venue content standards include language restrictions.

**250** The method of claim **243**, wherein the internet media venue editorial standards include grammar guidelines.

**251** The method of claim **243**, wherein the internet media venue editorial standards include spelling dictionaries.

**252** The method of claim **243**, wherein the step of automatically applying or comparing the internet media venue editorial standards includes applying or comparing the standards through the second interface using a computer program editorial filter.

**253** The method of claim **243**, wherein the step of automatically applying or comparing the internet media venue editorial standards includes applying or comparing the standards through the computer controller using a computer program editorial filter.

**254** The method of claim **243**, further comprising the step of automatically notifying the seller if the advertisement does not comply with the internet media venue editorial standards.

**255** The method of claim **254**, wherein the step of notifying includes prompting the seller for review.

**256** The method of claim **241**, wherein the internet media venue presentation rules comprise editorial standards, further comprising the step of automatically applying or comparing the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

**257** The method of claim **242**, wherein the internet media venue presentation rules comprise editorial standards, further comprising the step of automatically applying or comparing the internet media venue editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

**258** The method of claim **179**, wherein the internet media venue presentation rules comprise distribution factors, further comprising the step of automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue.

**259** The method of claim **258**, wherein the internet media venue distribution factors include advertisement costs.

**260** The method of claim **258**, wherein the internet media venue distribution factors include blocked URLs.

**261** The method of claim **258**, wherein the internet media venue distribution factors include content standards.

**262** The method of claim **261**, wherein the internet media venue content standards include blocked words.

**263** The method of claim **261**, wherein the internet media venue content standards include blocked phrases.

**264** The method of claim **261**, wherein the internet media venue content standards include link restrictions.

**265** The method of claim **261**, wherein the internet media venue content standards include blocked references.

**266** The method of claim **261**, wherein the internet media venue content standards include language restrictions.

**267** The method of claim **258**, wherein the internet media venue distribution factors include publication dates or deadlines.

**268** The method of claim **258**, wherein the internet media venue distribution factors include demographics.

**269** The method of claim **241**, wherein the internet media venue presentation rules comprise distribution factors, further comprising the step of automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue.

**270** The method of claim **242**, wherein the internet media venue presentation rules comprise distribution factors, further comprising the step of automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the text advertisement to determine whether to publish the text advertisement to the internet media venue.

**271** The method of claim **179**, further comprising the step of prompting an operator of the computer system through an operator interface to input operator presentation rules to the computer system for advertisements published to the internet media venues.

**272** The method of claim **179**, wherein the operator of the computer system is an administrator or manager operating the computer controller.

**273** The method of claim **179**, further comprising the step of automatically applying or comparing operator presentation rules to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise design or style standards.

**274** The method of claim **273**, wherein the operator design or style standards include formatting standards for advertisements.

**275** The method of claim **273**, wherein the operator design or style standards include standards on amount of text that can be used.

**276** The method of claim **273**, wherein the operator design or style standards include size standards for advertisements.

**277** The method of claim **276**, wherein the size standards include standards for height and width of advertisements.

**278** The method of claim **273**, wherein the operator design or style standards include color standards for advertisements.

**279** The method of claim **273**, wherein the operator design or style standards include font standards for advertisements.

**280** The method of claim **273**, wherein the operator design or style standards include image standards for advertisements.

**281** The method of claim **280**, wherein the image standards include size standards for advertisements.

81

282. The method of claim 280, wherein the image standards include compression standards for advertisements

283. The method of claim 280, wherein the image standards include file size standards for advertisements

284. The method of claim 273, wherein the step of automatically applying or comparing the operator design or style standards includes applying or comparing the standards through the second interface for the seller using a computer program design filter.

285. The method of claim 273, wherein the step of automatically applying or comparing the operator design or style standards includes applying or comparing the standards through the computer controller using a computer program design filter

286. The method of claim 273, further comprising the step of automatically notifying the seller if the advertisement does not comply with the operator design or style standards.

287. The method of claim 286, wherein the step of notifying includes prompting the seller for review

288. The method of claim 269, further comprising the step of prompting an operator of the computer system to input operator presentation rules to the computer system through an operator interface of the computer system; and

wherein the presentation rules of the operator comprise design or style standards, further comprising the step of automatically applying or comparing the operator design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue

289. The method of claim 270, further comprising the step of prompting an operator of the computer system to input operator presentation rules to the computer system through an operator interface of the computer system; and

wherein the presentation rules of the operator include design or style standards, further comprising the step of automatically applying or comparing the operator design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue

290. The method of claim 179, further comprising the step of automatically applying or comparing operator presentation rules to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise editorial standards.

291. The method of claim 290 wherein the operator editorial standards include content standards.

292. The method of claim 291, wherein the operator content standards include blocked words

293. The method of claim 291, wherein the operator content standards include blocked phrases

294. The method of claim 291, wherein the operator content standards include link restrictions

295. The method of claim 291, wherein the operator content standards include blocked references

296. The method of claim 291, wherein the operator content standards include language restrictions.

297. The method of claim 290, wherein the operator editorial standards include grammar guidelines.

298. The method of claim 290, wherein the operator editorial standards include spelling dictionaries

299. The method of claim 290, wherein the step of automatically applying or comparing the operator editorial

82

standards includes applying or comparing the standards through the second interface using a computer program editorial filter.

300. The method of claim 290, wherein the step of automatically applying or comparing the operator editorial standards includes applying or comparing the standards through the computer controller using a computer program editorial filter.

301. The method of claim 290, further comprising the step of automatically notifying the seller if the advertisement does not comply with the operator editorial standards

302. The method of claim 301, wherein the step of notifying includes prompting the seller for review

303. The method of claim 288, wherein the operator presentation rules include editorial standards, further comprising the step of automatically applying or comparing the operator editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

304. The method of claim 289, wherein the operator presentation rules include editorial standards, further comprising the step of automatically applying or comparing the operator editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue

305. The method of claim 179, further comprising the step of automatically applying or comparing operator presentation rules to the information input by the seller or the advertisement to determine whether to publish the advertisement on the internet media venue, wherein the operator presentation rules include distribution factors

306. The method of claim 305, wherein the operator distribution factors include advertisement costs.

307. The method of claim 305, wherein the operator distribution factors include blocked URLs

308. The method of claim 305, wherein the operator distribution factors include content standards.

309. The method of claim 308, wherein the operator content standards include blocked words

310. The method of claim 308, wherein the operator content standards include blocked phrases

311. The method of claim 308, wherein the operator content standards include link restrictions

312. The method of claim 308, wherein the operator content standards include blocked references

313. The method of claim 308, wherein the operator content standards include language restrictions.

314. The method of claim 305, wherein the operator distribution factors include publication dates or deadlines

315. The method of claim 305, wherein the operator distribution factors include demographics.

316. The method of claim 179, further comprising the step of automatically applying or comparing through the second interface the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules

317. The method of claim 179, further comprising the step of automatically modifying or re-formatting through the second interface the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

318. The method of claim 179, further comprising the step of automatically through the second interface restructuring data comprising the information input by the seller or the advertisement to comply with the internet media venue presentation rules

**83**

**319** The method of claim **179**, further comprising the step of automatically through the computer controller applying or comparing the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules

**320** The method of claim **179**, further comprising the step of automatically through the computer controller modifying or reformatting the advertisement to comply with the internet media venue presentation rules

**321** The method of claim **179**, further comprising the step of automatically through the computer controller restructuring data comprising the information input by the seller or the advertisement so that the advertisement complies with the internet media venue presentation rules.

**322** The method of claim **179**, further comprising the step of displaying the advertisement published by the computer controller on the one or more of the selected internet media venues in compliance with the internet media venue presentation rules using an advertisement generation program.

**323** The method of claim **322**, wherein the step of displaying includes operating the advertisement generation program on each of the one or more of the selected internet media venues

**324** The method of claim **323**, further comprising the step of storing the internet media venue presentation rules in a database associated with the advertisement generation program.

**325** The method of claim **322**, further comprising the step of automatically through the computer controller publishing the advertisement with the internet media venue presentation rules to the one or more of the selected internet media venues for display by the advertisement generation program in compliance with the internet media venue presentation rules.

**326** The method of claim **322**, further comprising the step of publishing the internet media venue presentation rules through the computer controller to the one or more of the selected internet media venues in advance of publishing the advertisement for display by the advertisement generation program in compliance with the internet media venue presentation rules.

**327** The method of claim **320**, further comprising the step of publishing the modified or reformatted advertisement through the computer controller to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules

**328** The method of claim **321**, further comprising the step of publishing the restructured advertisement through the computer controller to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules

**329** The method of claim **179**, further comprising step of generating online reports.

**330** The method of claim **329**, wherein the online reports include accounting reports

**331** The method of claim **329**, wherein the online reports include trend analysis reports.

**332** The method of claim **329**, wherein the online reports include billing and collection reports

**333** The method of claim **329**, wherein the online reports include transaction reports.

**334** The method of claim **179**, further comprising the step of providing a management interface for one or more inventory or accounting management systems of the seller

**84**

**335** The method of claim **334**, further comprising the step of automatically updating, changing, or modifying information in the advertisement based on information received from the inventory or accounting management systems through the management interface

**336** The method of claim **335**, further comprising the step of automatically updating, changing, or modifying the advertisement to the one or more of the selected internet media venues in real time or near real time

**337** The method of claim **335**, further comprising step of automatically updating, changing, or modifying the advertisement in response to an increase or decrease in available inventory of a product, good, or service of the advertisement.

**338** The method of claim **335**, further comprising step of automatically updating, changing, or modifying the advertisement in response to an increase or decrease in price of a product, good, or service of the advertisement

**339** The method of claim **335**, further comprising step of automatically updating, changing, or modifying the advertisement in response to an increase or decrease in available quantity of a product, good, or service of the advertisement.

**340** The method of claim **335**, further comprising step of automatically updating, changing, or modifying the advertisement in response to a change in description of a product, good, or service of the advertisement

**341** The method of claim **335**, further comprising step of automatically controlling the timing for publishing the advertisement to the one or more of the selected internet media venues based on information received from the one or more inventory control and management systems through the management interface.

**342** The method of claim **179**, further comprising the steps of:

hosting a website on a web server owned or controlled by the operator of the computer system; and

operating the website as a internet media venue for the computer system and displaying the electronic advertisement of the seller as an interactive electronic advertisement offering for sale, transfer, or conveyance a product, good, or service of a seller to a buyer.

**343** The method of claim **342**, further comprising the step of prompting a buyer through an interface of the website for information for the computer system to complete a sale, transfer, or conveyance transaction for the product, good, or service.

**344** The method of claim **343**, further comprising the step of processing and completing the transaction through a transaction computer program and based on the information input by the buyer

**345** The method of claim **342** wherein the interactive advertisement provides pricing information for the product, good, or service.

**346** The method of claim **342**, wherein the interactive advertisement provides available inventory information for the product, good, or service

**347** The method of claim **342**, wherein the interactive advertisement provides a description of the product, good, or service.

**348** The method of claim **342**, further comprising the step of determining, through a referral computer program, one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement

**349** The method of claim **348**, further comprising the step offering for sale, transfer, or conveyance the one or more

85

alternative products, goods, or services to the buyer through the interface prompting the buyer.

**350.** The method of claim 179, further comprising the steps of:

hosting a website on a web server owned or controlled by the operator of the computer system; and

operating the website as a internet media venue for the computer system and displaying the electronic advertisement of the seller as an interactive electronic advertisement offering for reservation a product, good, or service of a seller to a buyer.

**351.** The method of claim 350, further comprising the step of prompting the buyer through an interface of the website for information for the computer system to complete a reservation transaction for the product, good, or service.

**352** The method of claim 351, further comprising the step of processing and completing the reservation transaction using a transaction computer program and based on the information input by the buyer.

**353.** The method of claim 350, wherein the interactive advertisement provides pricing information for the product, good, or service.

**354.** The method of claim 350, wherein the interactive advertisement provides available inventory information for the product, good, or service.

**355.** The method of claim 350, wherein the interactive advertisement provides a description of the product, good, or service.

**356.** The method of claim 350, further comprising the step of determining one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement using a reservation referral computer program.

**357.** The method of claim 356, further comprising the step of offering for reservation the one or more alternative products, goods, or services to the buyer through the interface prompting the buyer.

**358** A computer system for creating and publishing customized electronic advertisements, for a seller, to internet media venues owned or controlled by other than the seller, comprising:

a first self-serve interface to the computer system through which each of the internet media venues is prompted to input design or style standards for the internet media venue to control look and feel of the advertisement when displayed on the internet media venue; said first interface prompting each internet media venue for design or style standards using a menu-driven format;

a first database storing the design or style standards input by the internet media venues through the first interface;

a second self-serve interface to the computer system through which a seller is prompted to input targeting information to target one or more of the internet media venues and prompted to input advertising content information to create an electronic advertisement for publication to the selected internet media venues; said second interface prompting each seller for the advertising content and selection information using a menu-driven format,

a second database storing the advertising content and selection information input by the seller through the second interface; and

a computer controller of the computer system processing and publishing the electronic advertisement to one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue, whereby the electronic advertisement is dis-

86

played on each of the one or more of the selected internet media venues in compliance with the design or style standards of the internet media venue; said computer controller comprising a design filter automatically applying or comparing the design or style standards of the internet media venue to the advertising content information input by the seller or the advertisement to control the look and feel of the advertisement when displayed on the internet media venue.

**359.** The computer system of claim 358, wherein the internet media venue design or style standards comprise design or style restrictions or other specifications for advertisements.

**360.** The computer system of claim 358, wherein the internet media venue design or style standards include one or more format standards for advertisements.

**361.** The computer system of claim 358, wherein the internet media venue design or style standards include one or more color standards for advertisements.

**362.** The computer system of claim 358, wherein the internet media venue design or style standards include one or more image standards for advertisements.

**363.** The computer system of claim 358, wherein the design filter automatically modifies or reformats the advertisement to comply with the design or style standards of the internet media venue.

**364.** The computer system of claim 358, wherein the design filter automatically restructures data comprising the advertisement so that the advertisement complies with design or style standards of the internet media venue.

**365.** The computer system of claim 358, further comprising an advertisement generation program for displaying the advertisement published by the computer controller on the one or more of the selected internet media venues in compliance with the media venue presentation rules.

**366.** The computer system of claim 365, wherein the advertisement generation program operates on each of the one or more of the selected internet media venues; wherein each of said internet media venues is a website comprising one or more web pages.

**367.** The computer system of claim 358, wherein internet media venue is enabled to input distribution factors through the first self-serve interface, further comprising a distribution filter automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the media venue.

**368.** The computer system of claim 367, wherein the internet media venue distribution factors include advertisement costs.

**369.** The computer system of claim 367, wherein the internet media venue distribution factors include blocked URLs.

**370.** The computer system of claim 367, wherein the internet media venue distribution factors include content standards.

**371.** The computer system of claim 370, wherein the internet media venue content standards include blocked words.

**372.** The computer system of claim 370, wherein the media venue content standards include blocked phrases.

**373.** The computer system of claim 370, wherein the media venue content standards include link restrictions.

**374.** The computer system of claim 370, wherein the media venue content standards include blocked references.

**375.** The computer system of claim 370, wherein the media venue content standards include language restrictions.

US 7,240,025 B2

87

88

376. The computer system of claim 367, wherein the media venue distribution factors include publication dates or deadlines.

377. The computer system of claim 367, wherein the media venue distribution factors include demographics.

378. The computer system of claim 358, further comprising a general management program of the computer controller for generating online reports.

379. The computer system of claim 378, wherein the online reports include trend analysis reports.

380. The computer system of claim 378, wherein the online reports include billing and collection reports.

381. The computer system of claim 378, wherein the online reports include transaction reports.

382. The computer system of claim 358, further comprising a management interface for one or more inventory or accounting management systems of the seller.

383. The computer system of claim 382, wherein the computer controller automatically updates, changes, or modifies the advertisement based on information received from the inventory or accounting management systems through the management interface.

384. The computer system of claim 383, wherein the computer controller automatically updates, changes, or modifies the advertisement based on an increase or decrease in available inventory or quantity of a product, good, or service of the advertisement.

385. The computer system of claim 383, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in price of a product, good, or service of the advertisement.

386. The computer system of claim 383, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to a change in description of a product, good, or service of the advertisement.

387. The computer system of claim 383, wherein the computer controller controls timing of publication of the advertisement based on information received from the one or more inventory control and management systems through the management interface.

388. The computer system of claim 358, said computer system further comprising:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for sale, transfer, or conveyance a product, good, or service of a seller to a buyer.

389. The computer system of claim 388, further comprising an interface of the website prompting the buyer for information for the computer system to complete a sale, transfer, or conveyance transaction for the product, good, or service.

390. The computer system of claim 389, wherein the computer system further comprises a transaction computer program to process and complete the transaction based on the information input by the buyer.

391. The computer system of claim 388, further comprising a referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

392. The computer system of claim 391, wherein the buyer interface offers for sale, transfer, or conveyance the one or more alternative products, goods, or services to the buyer.

393. The computer system of claim 358, said computer system further comprising:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for reservation a product, good, or service of a seller to a buyer.

394. The computer system of claim 393, further comprising an interface of the website prompting the buyer for information for the computer system to complete a reservation transaction for the product, good, or service.

395. The computer system of claim 394, wherein the computer system further comprises a transaction computer program to process and complete the reservation transaction based on the information input by the buyer.

396. The computer system of claim 393, further comprising a reservation referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

397. The computer system of claim 396, wherein the buyer interface offers for reservation the one or more alternative products, goods, or services to the buyer.

* * * * *