# EXHIBIT C

US006829587B2

## (12) United States Patent
### Stone et al.

(10) Patent No.: **US 6,829,587 B2**
(45) Date of Patent: **Dec. 7, 2004**

(54) **METHOD OF USING A NETWORK OF COMPUTERS TO FACILITATE AND CONTROL THE PUBLISHING OF PRESENTATIONS TO A PLURALITY OF PRINT MEDIA VENUES**

(76) Inventors: **Lucinda Stone**, 6610 Regalbluff, Dallas, TX (US) 75240; **Michael A. Dean**, 6610 Regalbluff, Dallas, TX (US) 75240

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 11 days.

(21) Appl. No.: **10/165,091**

(22) Filed: **Jun. 7, 2002**

(65) **Prior Publication Data**

US 2003/0080999 A1 May 1, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/480,303, filed on Jan. 10, 2000, now Pat. No. 6,446,045.

(51) Int. Cl.$^7$ .................................................. G06F 17/60
(52) U.S. Cl. ................................................. 705/26; 705/14
(58) Field of Search .............................. 705/14, 26, 27

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| 5,193,056 A | 3/1993 | Boes |
| 5,581,461 A | 12/1996 | Coll et al. |
| 5,724,520 A | 3/1998 | Goheen |
| 5,794,207 A | 8/1998 | Walker et al. |
| 5,797,126 A | 8/1998 | Helbling |
| 5,845,261 A | 12/1998 | McAbian |
| 5,878,141 A | 3/1999 | Daly |
| 5,884,277 A | 3/1999 | Khosia |
| 5,893,076 A | 4/1999 | Hafner et al. |
| 5,946,646 A | 8/1999 | Schena et al. |
| 6,026,371 A | 2/2000 | Beck et al. |
| 6,038,545 A | 3/2000 | Mandeberg |
| 6,064,967 A | 5/2000 | Speicher |
| 6,119,101 A | 9/2000 | Peckover |
| 6,182,050 B1 * | 1/2001 | Ballard ............... 705/14 |
| 6,324,519 B1 | 11/2001 | Eldering |
| 6,401,075 B1 * | 6/2002 | Mason et al ........ 705/14 |
| 6,430,603 B2 * | 8/2002 | Hunter ................ 705/26 |
| 6,560,578 B2 * | 5/2003 | Eldering ............. 705/14 |
| 2001/0011226 A1 | 8/2001 | Greer et al. |

#### FOREIGN PATENT DOCUMENTS

| JP | 408249326 | 9/1996 |  |
| JP | 408249426 O R | 9/1996 |  |
| WO | WO-200116801 A1 * | 3/2001 | G06F/17/30 |

#### OTHER PUBLICATIONS

Solimeno, "Belo and CText Team to Create Sweeping Ad System", Jan. 2000, Seybold Report on Internet Publishing.*

Rigopulos, "In Search of the Electronic Dummy", November 1990, Folio: The Magazine for Magazine Management, vol. 19, No. 11, pp. 117–120.*

"Groups Set Tounveil Web Guidelines" Dec. 9, 1996 Advertising Age, vol. 67, No 50, p. 1.

"Age Formally Launches Reader Profile Service As NAA Unveils The NICC'S Silhouette" Aug. 2, 1999 Newsinc, vol. 11 No. 1.

Hambleh, Matt, "Shell Protects Brand VIA Net" Jan. 10, 2000, Computer World, vol 34, No 2, p 39.

* cited by examiner

*Primary Examiner*—Bryan Jaketic
(74) *Attorney, Agent, or Firm*—Henry Croskell, Esq

(57) **ABSTRACT**

"The present invention is a method and apparatus that allows individual competing, as well as complementing suppliers, vendors, service providers, purveyors, and other types of sellers as companies, individuals, or as any other entity, controlled design and publication of print media advertising and outreach. The present invention allows for standards or guidelines to be set by print media and then automatically applied in the creation of advertising or outreach presentations."

**68 Claims, 35 Drawing Sheets**





Fig. 1a



Fig. 1b

Fig. 2a



U.S. Patent        Dec. 7, 2004        Sheet 4 of 35        US 6,829,587 B2

Fig. 2b



U.S. Patent    Dec. 7, 2004    Sheet 5 of 35    US 6,829,587 B2

Fig. 2c

**4000 Seller Interface**

- 4310 Video Monitor
- 4320 Input Devices
- 4380 Buyer Arrives at Facility or Event for Admission or Check-in
- 4210 Operating System
- 4260 Video Driver
- 4240 Clock
- 4230 RAM
- 4370 Buyer Allowed Admittance
- 4220 ROM
- 4100 CPU
- 4250 Comm. Port
- 4350 Optional Magnetic or Optical Card Reader or Biometric ID Device
- 4500 Data Storage Device
- 4360 Ticket or Confirmation Printer or Admission Control Device

**4600 Seller's Database**
- 4610 Buyer Database
- 4650 Presentation Rules Database
- 4620 Transaction Database
- 4660 Inventory Database (optional)
- 4630 Seller Database
- 4670 Referral Database
- 4640 Presentation Database

- 4715 Presentation and Configuration Program
- 4770 Buyer Admission Control Program
- 4720 Transaction Processing Program
- 4000B Seller Accounting or Management Program
- 4760 Communication and Transport Program
- 4000C Seller Admission Control Program
- 4340 Network Interface
- 4330 Modem

Fig. 2d



Fig. 2e





Fig. 3a

Fig. 3b



Fig. 3c



Case 2:07-cv-00279-TJW   Document 1   Filed 07/03/2007   Page 13 of 19

Fig. 3d

10270 — Selection Server Requests Transaction Approval Code From Credit Card Processing Company

10280 — Transaction Approval Granted
— No → 10282 — Selection Server Request Alternate Payment Method from Buyer

Yes ↓

10290 — Selection Server Assigns Transaction ID

10300 — Selection Server Creates Confirmation of Booking Request to be Printed by Buyer ← 10302 — Directions to Facility, Photos of Facility, Program of Event, Menu for Booking Date Etc. ← Yes

10304 — Buyer Receives Confirmation. Buyer May Request Additional Information.

10306 — Buyer Request Additional Information — Yes

No ↓

10308 — No Further Action Required by Buyer Until Admittance at Facility or Event



Fig. 3e



Fig. 3f

Case 2:07-cv-00279-TJW    Document 1    Filed 07/03/2007    Page 16 of 19

Fig. 3g





Fig. 3h

Fig. 3i



U.S. Patent        Dec. 7, 2004        Sheet 17 of 35        US 6,829,587 B2

Fig. 3i-a

