U.S. Patent    Dec. 7, 2004    Sheet 18 of 35    US 6,829,587 B2



Fig. 3j

Fig. 3k





Fig. 4a



Fig. 4b



Fig. 4c



Fig. 4d

Fig. 4e



Fig. 4f





Fig. 4g



Fig. 4h

U.S. Patent  Dec. 7, 2004  Sheet 28 of 35  US 6,829,587 B2

Fig. 5a





Fig. 5b



Fig. 5c

Fig. 5d





Fig. 5e

Fig. 5f



U.S. Patent    Dec. 7, 2004    Sheet 34 of 35    US 6,829,587 B2

Fig. 5g



U.S. Patent    Dec. 7, 2004    Sheet 35 of 35    US 6,829,587 B2

Fig. 5h

