AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Marshall Division__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>2-07CV-279 | DATE FILED<br>7/3/2007 | U.S. DISTRICT COURT<br>Marshall Division |
|---|---|---|
| PLAINTIFF<br>Function Media, L.L.C. | | DEFENDANT<br>Google, Inc. and<br>Yahoo!, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,829,587 B2 | 12/7/2004 | Lucinda Stone; Michael A. Dean |
| 2 | 6,446,045 B1 | 9/3/2002 | Lucinda Stone; Michael Dean |
| 3 | 7,240,025 | 7/3/2007 | Lucinda Stone; Michael Dean |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>DAVID MALAND, CLERK | (BY) DEPUTY CLERK<br>/s/ Smith | DATE<br>JUL 03 2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Dockets.Justia.com