IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| PLAINTIFF | § | Civil Action No.: 2-007-CV-279 |
| | § | |
| VS, | § | Honorable T. John Ward |
| | § | |
| GOOGLE, INC. and YAHOO, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| DEFENDANTS | § | |

NOTICE OF APPEARANCE

Notice is hereby given that Franklin Jones, Jr. is entering his appearance as counsel for Plaintiff, Function Media, L.L.C, for the purpose of receiving notices from the Court.

Dated this 12th day of July, 2007.

> BY: /s/ Franklin Jones, Jr.
> Franklin Jones, Jr.
> State Bar No. 00000055
> JONES & JONES, INC.
> P. O. Box 1249
> Marshall, Texas 75671-1249
> Telephone: (903) 938-4395
> Facsimile: (903) 938-3360

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2007 a true and correct copy of the foregoing document was sent to all counsel of record via the Court electronic filing system.

> /s/ Franklin Jones, Jr.
> Franklin Jones, Jr.

Dockets.Justia.com