IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C.<br>    Plaintiff<br><br>vs.<br><br>GOOGLE, INC. and YAHOO!, INC.<br>    Defendants | NO. 2:07-cv-279 (TJW)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Plaintiff Function Media, LLC for the purpose of receiving notices from the Court.

Respectfully submitted,

/s/ *Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rcbunt@pbatyler.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of July, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

/s/ *Robert Christopher Bunt*
Robert Christopher Bunt

Case 2:07-cv-00279-TJW    Document 4    Filed 07/12/2007    Page 2 of 2