IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, LLC | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-279 (TJW) |
| | § | |
| GOOGLE, INC., ET AL | § | JURY |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Function Media, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 17th day of July, 2007.

Respectfully submitted,

By: /s/ S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03783900
BROWN McCARROLL LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com

ATTORNEYS FOR PLAINTIFF
FUNCTION MEDIA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of July, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw

3978950.1
1.815