IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, LLC | § § § | |
| VS. | § § | Civil Action No. 2:07-CV-279 (TJW) |
| GOOGLE, INC., ET AL | § | JURY |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in this matter as counsel for Plaintiff, Function Media, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 17th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:　/s/ Andrew W. Spangler
　　　　　　　　　　　　　　　　Andrew W. Spangler
　　　　　　　　　　　　　　　　State Bar No. 24041960
　　　　　　　　　　　　　　　　BROWN McCARROLL LLP
　　　　　　　　　　　　　　　　1127 Judson Road, Suite 220
　　　　　　　　　　　　　　　　Longview, TX 75601-5157
　　　　　　　　　　　　　　　　P.O. Box 3999
　　　　　　　　　　　　　　　　Longview, Texas 75606-3999
　　　　　　　　　　　　　　　　Telephone: (903) 236-9800
　　　　　　　　　　　　　　　　Facsimile: (903) 236-8787
　　　　　　　　　　　　　　　　E-mail: aspangler@mailbmc.com

　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　FUNCTION MEDIA, LLC

2

**CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of July, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

          /s/ Andrew W. Spangler

3978946.1
1.815