IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.** § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 2:07-CV-279-TJW |
| § § | |
| **GOOGLE, INC. AND YAHOO!, INC.,** § § | |
| **Defendants.** § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS GOOGLE, INC. AND YAHOO!, INC. TO ANSWER OR OTHERWISE RESPOND**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff, Function Media, L.L.C. ("Function Media"), and Defendants, Google, Inc. ("Google") and Yahoo!, Inc. ("Yahoo!"), and file their Unopposed Motion for Extension of Time for Defendants Google, Inc. and yahoo!, Inc. to Answer or Otherwise Respond, subject to the approval of the Court, as follows:

On July 3, 2007, Function Media filed its Original Complaint for Patent Infringement and subsequently obtained service on Defendants Google and Yahoo!. Function Media, Google, and Yahoo! have agreed, subject to the approval of the court, to an extension of time to answer or otherwise respond, which extends the deadline to September 24, 2007.

Date:   July 23, 2007                                    Respectfully submitted,

                                                         BY: /s/ Elizabeth L. DeRieux
                                                         S. Calvin Capshaw
                                                         State Bar No. 03783900
                                                         Email: ccapshaw@mailbmc.com
                                                         Elizabeth L. DeRieux
                                                         State Bar No. 05770585
                                                         Email: ederieux@mailbmc.com
                                                         BROWN McCARROLL, L.L.P.
                                                         1127 Judson Road, Suite 220
                                                         Longview, TX 75601
                                                         P O Box 3999
                                                         Longview, TX 75606
                                                         903-236-9800
                                                         Fax: 903-236-8787

                                                         Max L. Tribble, Jr., *Lead Counsel*
                                                         State Bar No 20213950
                                                         Email: mtribble@susmangodfrey.com
                                                         SUSMAN GODFREY, L.L.P.
                                                         1000 Louisiana, Suite 5100
                                                         Houston, Texas 77002
                                                         Telephone: (713) 651-9366
                                                         Facsimile: (713) 654-6666

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Nicholas F. Daum
State Bar No. 236155
Email: ndaum@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150                                ATTORNEYS FOR PLAINTIFF

2

3981600.1
1.815

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 23rd day of July, 2007.

/s/ *Elizabeth L. DeRieux*
Elizabeth L. DeRieux

3981600.1
1.815