# EXHIBIT B

Dockets.Justia.com



US007240025B2

(12) **United States Patent**

Stone et al.

(10) Patent No.: **US 7,240,025 B2**
(45) Date of Patent: **Jul. 3, 2007**

(54) **INTERNET ADVERTISING SYSTEM AND METHOD**

(76) Inventors: **Lucinda Stone**, 6610 Regal Bluff, Dallas, TX (US) 75240; **Michael A. Dean**, 6610 Regal Bluff, Dallas, TX (US) 75240

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/954,820**

(22) Filed: **Sep. 30, 2004**

(65) **Prior Publication Data**

US 2005/0044009 A1    Feb. 24, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/165,091, filed on Jun. 7, 2002, now Pat. No. 6,829,587, which is a continuation of application No. 09/480,303, filed on Jan. 10, 2000, now Pat. No. 6,446,045.

(51) **Int. Cl.**
*G06Q 30/00*    (2006.01)

(52) **U.S. Cl.** ............................................. **705/26**; 705/14

(58) **Field of Classification Search** .................. 705/26, 705/27, 14

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,193,056 A | 3/1993 | Boes | |
| 5,214,793 A * | 5/1993 | Conway et al. ............. | 455/500 |
| 5,233,423 A * | 8/1993 | Jernigan et al. ........... | 348/564 |
| 5,543,856 A * | 8/1996 | Rosser et al. ............... | 348/578 |
| 5,581,461 A | 12/1996 | Coll et al. | |
| 5,684,918 A | 11/1997 | Abecassis | |
| 5,724,520 A | 3/1998 | Goheen | |
| 5,794,207 A | 8/1998 | Walker et al. | |
| 5,797,126 A | 8/1998 | Helbling et al. | |

| | | |
|---|---|---|
| 5,845,261 A | 12/1998 | McAbian |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 408249326 | 8/1996 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

White, Ron, How Computers Work, Millennium Ed., Que Corporation, Sep. 1999.*

(Continued)

*Primary Examiner*—Andrew J. Fischer
(74) *Attorney, Agent, or Firm*—Henry Croskell

(57)    **ABSTRACT**

An internet advertising system and method that provides a seller self-serve control for creation, publication, and display of advertisements on internet media venues owned or controlled by entities other than the seller in a form automatically modified to comply with the media venues' presentation rules, which may include design or style standards for "look and feel," editorial standards, and distribution factors. Self-serve, menu driven interfaces are provided for sellers to target internet media venues, and for internet media venues to enter their presentation rules. An ad modification engine processes or customizes the advertisement for publication and display on each internet media venue in compliance with the media venue's presentation rules. The system also includes an online reporting tool, an interface for a seller's accounting management system to automatically update advertisements and control publication timing, and a buyer interface for purchase, reservation, or referral regarding the advertised product or service.

**397 Claims, 35 Drawing Sheets**



**US 7,240,025 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,878,141 A | 3/1999 | Daly et al. | |
| 5,884,277 A | 3/1999 | Khosla | |
| 5,893,076 A | 4/1999 | Hafner | |
| 5,933,811 A | 8/1999 | Angles et al. | |
| 5,946,646 A | 8/1999 | Schena et al. | |
| 5,991,735 A | 11/1999 | Gerace | |
| 6,026,371 A | 2/2000 | Beck et al. | |
| 6,038,545 A | 3/2000 | Mandeberg | |
| 6,064,967 A | 5/2000 | Speicher | |
| 6,073,105 A | 6/2000 | Sutcliffe et al. | |
| 6,112,192 A | 8/2000 | Capek | |
| 6,119,101 A | 9/2000 | Peckover | |
| 6,138,142 A | 10/2000 | Linsk | |
| 6,167,382 A | 12/2000 | Sparks et al. | |
| 6,182,050 B1 | 1/2001 | Ballard | |
| 6,191,780 B1 | 2/2001 | Martin et al. | |
| 6,285,987 B1 | 9/2001 | Roth et al. | |
| 6,324,519 B1 | 11/2001 | Eldering | |
| 6,385,592 B1 | 5/2002 | Angles et al. | |
| 6,397,246 B1 | 5/2002 | Wolfe | |
| 6,401,075 B1 | 6/2002 | Mason et al. | |
| 6,430,503 B2 | 8/2002 | Hunter | |
| 6,430,605 B2 | 8/2002 | Hunter | |
| 6,442,577 B1 | 8/2002 | Britton et al. | |
| 6,446,045 B1 * | 9/2002 | Stone et al. | 705/26 |
| 6,460,036 B1 | 10/2002 | Herz | |
| 6,466,975 B1 | 10/2002 | Sterling | |
| 6,487,538 B1 | 11/2002 | Gupta et al. | |
| 6,526,575 B1 | 2/2003 | McCoy et al. | |
| 6,553,178 B2 | 4/2003 | Abecassis | |
| 6,560,578 B2 | 5/2003 | Eldering | |
| 6,567,854 B1 | 5/2003 | Olshansky et al. | |
| 6,654,725 B1 | 11/2003 | Langheinrich et al. | |
| 6,718,551 B1 | 4/2004 | Swiz et al. | |
| 6,829,587 B2 * | 12/2004 | Stone et al. | 705/26 |
| 6,889,382 B1 | 5/2005 | Anderson | |
| 6,892,226 B1 | 5/2005 | Tso et al. | |
| 6,931,591 B1 | 8/2005 | Brown et al. | |
| 2001/0011226 A1 | 8/2001 | Greer et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO/01/37119 | 11/1999 |

## OTHER PUBLICATIONS

Gralla, Preston, How the Internet Works, Millennium Ed., Que Corporation, Sep. 1999.*

"Groups set to unveil Web ad guidelines" Dec. 9, 1996, Advertising Age, vol. 67, No. 50, p. 1.

"ABC formally launches Reader Profile Service as NAA unveils the NICC's silhouette" Aug. 2, 1999, Newsinc, vol. 11, No. 1.

Hamblen, Matt, "Shell protects brand via net" Jan. 10, 2000, Computerworld, vol. 34, No. 2, p. 39.

www.nationwideadvertising.com About 65 pages taken from the web site as of Mar. 27, 2003.

Kenneth S. Roberts, Declaration, Document, Feb. 10, 2006, pp. 1-8, Los Angles California.

Presstime Magazine, NEXPO 97 Report. Copyright 1997. Newspaper of America.

* cited by examiner



Fig. 1a



Fig. 1b

Fig. 2a



Fig. 2b



Fig. 2c



Fig. 2d



Fig. 2e



Fig. 3a



Fig. 3b



Fig. 3c



Fig. 3d



# Fig. 3e



Fig. 3f



10360 Central Controller Confirms Transaction Logic then Updates All Databases

10362 Database

10364 Calculates and Compares Inventory Confirmation Number

10370 Central Controller Creates Transaction Message to Send to Facility

10380 Are Other Central Presentation and Selection Servers Effected

Yes

10382 Central Controller Sends Inventory Update Messages to all Central Presentation and Selection Servers Affected

10384 Network

10386 Central Presentation and Selection Servers

10390 Facility Online 24/7 or Receives Messages On Demand by Modem

On Demand

10392 Modem Server

Online

10400 Either Leased Line Network or Public Access Internet

10410 Facility Receives Transaction Messages

Fig. 3g



Fig. 3h



Fig. 3i



Fig. 3i-a



Fig. 3j



Fig. 3k



Fig. 4a



Fig. 4b

11150
Do
Modifications Require
Additional Charges for
Presentation

11152
Facility's Operator
Provides  Acknowledgment of
Charges for
Presentation

Yes →

No

Yes

No

11154
Facility Operator Provides
Payment Method or
Information

11156
Presentation and Configuration
Software Rolls Back
Modifications, Notifies
Operator That Information Will
Not be Published

11160
Print
Reports for Review by
Management

Yes →

11162
Facility's Operator Chooses
Report to Print

No

11170
Send
Information,
Edits, or Update to Central
Controller Now or
Later

Later →

11172
Facility's Operator Delays
Sending Information

Now

Fig. 4c

11180 — Facility Online 24/7 or On Demand by Modem

On Demand — 11182 — Modem

Online

11190 — Internet or Proprietary Network

11200 — Central Controller and Presentation Processor Receives Information

11210 — New or Existing Presentation

New — 11212 — Central Controller Sets up Control Account, Database Records

11214 — Database

Existing

11220 — Central Controller Authenticates Facility Password

11222 — Database



Fig. 4d

Fig. 4e



Fig. 4f



Fig. 4g



Fig. 4h



Fig. 5a



13100 — Seller Logs On to Presentation and Configuration Software

13110 — Separate Inventory as to Groups of Products, Goods, or Services Based on Substitutability to Buyer

13120 — Analyze Each Group as to Total Inventory

13132 — Resource Saver Protocol not Used on this Inventory Item

13130 — Is Inventory Identical, or so Similar, that it is Substitutable to any Given Buyer

No

13152 — Use Transmission Level Method

No

Yes

13154 — Set Transmission Level

Yes

13140 — Determine Maximum Units of Inventory that Buyer Will be Allowed to Purchase

13150 — Is Inventory Common or Limited / Time-Sensitive

Common

13156 — Use Transmission Period

No

Unique / Time Sensitive

13158 — Set Transmission Period

Yes

Fig. 5b



Fig. 5c



Fig. 5d



Fig. 5e



Fig. 5f

13370 — Is Requested Inventory Controlled by Notification Level

Yes →

13372 — Has Notification Level Been Reached or Breached

Yes →

No

No

13374 — Calculate Remaining Inventory = Current Inventory - Current Sale

13376 — Database

13418 — Central Controller and Presentation Processor Updates Database With Revised Inventory Data

13378 — Add Inventory Information to Transaction Message

13380 — Transmit Transaction Message to Central Controller and Presentation Processor

13416 — Central Controller and Presentation Processor Transmits Inventory Data to Central Presentation and Selection Servers

13390 — Central Controller and Presentation Processor Receives, Processes, and Transmits Transaction Message to Seller Interface

13414 — Central Controller and Presentation Processor Receives Transaction Message Updates Inventory Data

13415 — Database

13400 — Seller Interface Receives and Processes Transaction Message

13410 — Is Notification Level Reached or Breached

Yes →

13412 — Seller Interface Calculates Available Inventory Sends Transaction Message to Central Controller and Presentation Processor and Any Other Sales Outlets

No

13420 — Seller Interface Continues Transaction Processing

Fig. 5g



Fig. 5h

