# EXHIBIT D

Dockets.Justia.com



US007249059B2

(12) **United States Patent**
Dean et al.

(10) Patent No.:    **US 7,249,059 B2**
(45) Date of Patent:    **Jul. 24, 2007**

(54) **INTERNET ADVERTISING SYSTEM AND METHOD**

(76) Inventors: **Michael A. Dean**, 6610 Regal Bluff, Dallas, TX (US) 75240; **Lucinda Stone**, 6610 Regal Bluff, Dallas, TX (US) 75240

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 581 days.

(21) Appl. No.: **10/193,465**

(22) Filed: **Jul. 11, 2002**

(65) **Prior Publication Data**

US 2002/0178093 A1    Nov. 28, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/480,303, filed on Jan. 10, 2000, now Pat. No. 6,446,045.

(51) **Int. Cl.**
*G06F 17/60*        (2006.01)
(52) **U.S. Cl.** ...................................................... **705/26**
(58) **Field of Classification Search** .................. 705/26, 705/28, 27, 2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,193,056 A | 3/1993 | Boes | |
| 5,214,793 A | 5/1993 | Conway et al. | |
| 5,233,423 A | 8/1993 | Jernigan et al. | |
| 5,543,856 A * | 8/1996 | Rosser et al. | 348/578 |
| 5,581,461 A | 12/1996 | Coll et al. | |
| 5,684,918 A | 11/1997 | Abecassis | |
| 5,724,520 A | 3/1998 | Goheen | |
| 5,794,207 A | 8/1998 | Walker et al. | |

| | | | |
|---|---|---|---|
| 5,797,126 A | 8/1998 | Helbling et al. | |
| 5,845,261 A * | 12/1998 | McAbian | 705/26 |
| 5,878,141 A | 3/1999 | Daly et al. | |
| 5,884,277 A | 3/1999 | Khosla | |
| 5,893,076 A | 4/1999 | Hafner et al. | |
| 5,933,811 A * | 8/1999 | Angles et al. | 705/14 |
| 5,946,646 A | 8/1999 | Schena et al. | |
| 5,991,735 A | 11/1999 | Gerace | |

(Continued)

FOREIGN PATENT DOCUMENTS

JP    4082494260    9/1996

OTHER PUBLICATIONS

Presstime Magazine, NEXPO 97 Report, Copyright 1997, Newspaperof America.*

(Continued)

*Primary Examiner*—Florian (Ryan) Zeender
*Assistant Examiner*—O. Garcia Ade
(74) *Attorney, Agent, or Firm*—Henry Croskell

(57)        **ABSTRACT**

An internet advertising system and method that enables a third party professional to manage the creation, publication, and display of advertisements on internet media venues owned or controlled by entities other than the seller and other than the third party professional in a form automatically modified to comply with the media venues' presentation rules, which may include design or style standards for "look and feel," editorial standards, and distribution factors. Self-serve, menu driven interfaces are provided for third party professionals to target internet media venues, and for internet media venues to enter their presentation rules. An ad modification engine processes or customizes the advertisement for publication and display on each internet media venue in compliance with the media venue's presentation rules.

**52 Claims, 55 Drawing Sheets**



**US 7,249,059 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,023,658 A * | 2/2000 | Jeffryes ..................... 702/16 |
| 6,026,371 A | 2/2000 | Beck et al. |
| 6,038,545 A | 3/2000 | Mandeberg et al. |
| 6,064,967 A | 5/2000 | Speicher |
| 6,073,105 A | 6/2000 | Sutcliffe et al. |
| 6,112,192 A | 8/2000 | Capek |
| 6,119,101 A * | 9/2000 | Peckover ..................... 705/26 |
| 6,138,142 A | 10/2000 | Linsk |
| 6,167,382 A * | 12/2000 | Sparks et al. ............... 705/26 |
| 6,182,050 B1 | 1/2001 | Ballard |
| 6,191,780 B1 | 2/2001 | Martin et al. |
| 6,263,317 B1 * | 7/2001 | Sharp et al. ................ 705/26 |
| 6,285,987 B1 | 9/2001 | Roth et al. |
| 6,324,519 B1 | 11/2001 | Eldering |
| 6,366,682 B1 * | 4/2002 | Hoffman et al. ............ 382/115 |
| 6,385,592 B1 | 5/2002 | Angles et al. |
| 6,397,246 B1 | 5/2002 | Wolfe |
| 6,401,075 B1 | 6/2002 | Mason et al. |
| 6,430,603 B2 | 8/2002 | Hunter |
| 6,430,605 B2 | 8/2002 | Hunter |
| 6,442,577 B1 | 8/2002 | Britton et al. |
| 6,446,045 B1 * | 9/2002 | Stone et al. ................ 705/26 |

| | | | |
|---|---|---|---|
| 6,460,036 B1 | 10/2002 | Herz |
| 6,466,975 B1 | 10/2002 | Sterling |
| 6,487,538 B1 | 11/2002 | Gupta et al. |
| 6,526,575 B1 | 2/2003 | McCoy et al. |
| 6,553,178 B2 | 4/2003 | Abecassis |
| 6,560,578 B2 | 5/2003 | Eldering |
| 6,567,854 B1 | 5/2003 | Olshansky et al. |
| 6,654,725 B1 | 11/2003 | Langheinrich et al. |
| 6,718,551 B1 | 4/2004 | Swiz et al. |
| 6,785,661 B1 * | 8/2004 | Mandler et al. ............... 705/39 |
| 6,889,382 B1 | 5/2005 | Anderson |
| 6,892,226 B1 | 5/2005 | Tso et al. |
| 6,931,591 B1 | 8/2005 | Brown et al. |
| 2001/0011226 A1 | 8/2001 | Grear et al. |

## OTHER PUBLICATIONS

www.nationwideadvertising.com About 65 pages taken from the web site as of Mar. 27, 2003.

Kenneth S. Roberts, Declaration, Document, Feb. 10, 2006, 2 Pages.

"Groups Set to Unveil Web Guidelines" Dec. 9, 1996 Advertising Age, vol. 67, No. 50. p. 1.

* cited by examiner



Fig. 1a



Fig. 1b



Fig. 2a

<u>Fig. 2b</u>





Fig. 2c

4000  Seller Interface

## Fig. 2d





Fig. 2e

7000  Third Party Professional Interface (3rd P.P.)    <u>Fig. 2f</u>



## Fig. 3a



## Fig. 3b



10140 — Reviews Facilities, Accommodations or Events of Interest

10142 — Lodging, Restaurant, Theater, Sporting Event, Tours, Guides, Cruises, Etc.

10150 — Reviews Specific Presentation of Individual Facility, Accommodations or Event

Rejects

10160 — Buyer Requests Specific Accommodations, Dates and/or Times

10162 — Room Type, Table for Number, Seat Number, Amenities, Dates and/or Times

Accepts

10170 — Central Presentation and Selection Server Receives Request from Buyer

10198 — Buyer Reviews Suggested Alternate (Accepts or Rejects)     Rejects

10180 — Selection Server Confirms Availability of Specific Accommodations and / or Dates and or Times

10194 — Selection Server Suggest Alternate Accommodations To Buyer

10196 — Selection Server Suggest Alternate Facility or Event To Buyer

Yes     No

10190 — Are Desired Accommodations / Dates and Times Available

No

10192 — Are Alternate Accommodations / Dates and Times Available at this Facility

Yes

10200 — Exclusive Hold Set On For Desired Accommodations / Dates and Times     Yes

10202 — Selection Server Blocks Desired Accommodations / Dates to Allows Buyer Time to Respond

No

<u>Fig. 3c</u>





Fig. 3d

10270
Selection Server Requests
Transaction Approval Code From
Credit Card Processing Company

10280
Transaction
Approval Granted

—No—

10282
Selection Server Request
Alternate Payment Method
from Buyer

Yes

10290
Selection Server Assigns
Transaction ID

10302
Directions to Facility, Photos of
Facility, Program of Event,
Menu for Booking Date Etc.

10300
Selection Server Creates
Confirmation of Booking Request
to be Printed by Buyer.

—Yes—

10304
Buyer Receives Confirmation.
Buyer May Request Additional
Information.

10306
Buyer Request
Additional Information

Yes

No

10308
No Further Action Required by Buyer
Until Admittance at Facility or Event

Fig. 3e



Fig. 3f



10360
Central Controller Confirms
Transaction Logic then Updates
All Databases

10362
Database

10364
Calculates and Compares
Inventory Confirmation
Number

10370
Central Controller Creates
Transaction Message to Send to
Facility

10380
Are Other
Central Presentation and
Selection Servers
Effected

Yes

10382
Central Controller Sends Inventory
Update Messages to all Central
Presentation and Selection
Servers Affected

10384
Network

10386
Central
Presentation and
Selection Servers

10390
Facility Online 24/7
or Receives Messages On
Demand by Modem

On Demand

10392
Modem Server

Online

10400
Either Leased Line Network or
Public Access Internet

10410
Facility Receives Transaction
Messages

Fig. 3g



Fig. 3h

10460
Facility Interface
Update Database

10462
Database

10470
Process Booking Request
Send Booking Message to Facility
Accounting / Management
Software

10472
Facility  Accounting / Management
Software

10480
Is Requested
Inventory Controlled by
Resource Saver
Protocol

10482
Calculate Available Inventory
Level and Compare to
Notification Level

Yes

10484
Has Available
Inventory Level Reached or
Breached Notification
Level

No

Yes

10486
Send Booking Message
With Current Inventory
to Central Controller

No

10490
Facility Accounting and
Management Software Sends
Acknowledgment Message to
Central Controller

10488
Modem
or
Network

Fig. 3i



Fig. 3i-a



Fig. 3j



## Fig. 3k





Fig. 4a

<u>Fig. 4b</u>

<u>Fig. 4c</u>



## Fig. 4d



11230 — Central Controller Analyses Presentation Data

11232 — Presentation and Format Guidelines, Link, Language, and Other Content Restrictions

11240 — Does Presentation Pass / Fail Guidelines and Restrictions or Does it Need Review by Editor

Passed

Database — 11243

Failed

11242 — Update or Edit Failure Message Sent to Facility Rollback Database

Review by Editor

11250 — Questionable Data Queued for Editor Review

11244 — Message Sent to Seller and to Management

11262 — Review by Editor

11260 — Passed, Failed or Edited

11246 — Modem or Network Connection

Passed

11270 — Data Passed, Failed, or Edited

Failed

11272 — Management Exams Edit to Modify Presentation Rules Database or Algorithms

Passed        Edited

11280 — Central Controller Verifies and Processes Payment Information, Passes Data to Accounting and Management Software

11282 — Accounting and Management Software

11284 — Database

<u>Fig. 4e</u>



Fig. 4f



Distribution to
Potential Buyers

### Fig. 4g

11370 — Is Publication Urgent or Course of Business

Course of Business

Urgent

11372 — Hold for Course of Business Publication

11374 — Database

11380 — Central Controller and Presentation Processor Identifies Internal Directory Indexes and References Affected by Edits or New Presentation, adds to Required Publication List

11382 — Directory Indexes and Affected Presentations

11390 — Central Controller and Presentation Processor Publishes to Presentation and Selection Servers, or Third Party Directories all Pages and/or Files Affected by Updates, Edits or New Presentation

Fig. 4h

11400 — Central Presentation and Selection Server

11402 — Central Presentation and Selection Server

11404 — Central Presentation and Selection Server

11410 — Third Party Directories and Presentations

11412 — Third Party Directories and Presentations

11414 — Third Party Directories and Presentations

## Fig. 5a



<u>Fig. 5b</u>





Fig. 5c

Fig. 5d



Fig. 5f

## Fig. 5e



<u>Fig. 5g</u>



Case 2:07-cv-00279-TJW     Document 12     Filed 07/24/2007     Page 39 of 58

Fig. 5h





Fig. 6a

14100 — Media Is New Client of Present Invention

14102 — Media Installs Configuration Program 7717, Transaction Processing Program 7720, Communication and Transport Program 7760

Yes

No

14110 — Media's Operator Starts Presentation Software

14104 — Media's Installs and Configures Software

14120 — Media's Operator Enters Password

14106 — Media's Operator Provides Payment Information and Acknowledgment of Contract for Presentation

14130 — Media's Operator Chooses Presentations, Interactive Presentations to Enter, Edit, Update, or Add

14132 — Presentations and Interactive Presentations Decriptions Requirements, and Costs

14140 — Media's Operator Enters, Edits, or Updates Presentation Information, and Adds Photos or Graphics

14142 — System Restricts Input Based on Directory and Content Guidelines by Specific Subject Areas

_Fig. 6b_



## Fig. 6c



14180 — Media Online 24/7 or On Demand by Modem

On Demand — 14182 — Modem

Online

14190 — Internet or Proprietary Network

14200 — Central Controller and Presentation Processor Receives Information

14210 — New or Existing Presentation

New — 14212 — Central Controller Sets up Control Account, Database Records

14214 — Database

Existing

14220 — Central Controller Authenticates Media Password

14222 — Database



Fig. 6d

14230 — Central Controller Analyses Presentation Data

14232 — Presentation and Format Guidelines, Link, Language, and Other Content Restrictions

14240 — Does Presentation Pass / Fail Guidelines and Restrictions or Does it Need Review by Editor

Passed

Database — 14243

Failed

14242 — Update or Edit Failure Message Sent to Media Rollback Database

Review by Editor

14250 — Questionable Data Queued for Editor Review

14244 — Message Sent to Seller and to Management

14262 — Review by Editor

14260 — Passed, Failed or Edited

14246 — Modem or Network Connection

Passed

14270 — Data Passed, Failed, or Edited

Failed

14272 — Management Exams Edit to Modify Presentation Rules Database or Algorithms

Passed

Edited

14280 — Central Controller Verifies and Processes Payment Information, Passes Data to Accounting and Management Software

14282 — Accounting and Management Software

14284 — Database

## Fig. 6e





Fig. 6f

<u>Fig. 6g</u>

14400
Central
Presentation and
Selection Server

14402
Central
Presentation and
Selection Server

14404
Central
Presentation and
Selection Server



Fig. 7a

## Fig. 7b



<u>Fig. 7c</u>



Fig. 7d



15230 — Central Controller Analyses Presentation Data

15232 — Presentation and Format Guidelines, Link, Language, and Other Content Restrictions

Database
15243

15240 — Does Presentation Pass / Fail Guidelines and Restrictions or Does it Need Review by Editor

Passed

Failed

15242 — Update or Edit Failure Message Sent to 3rd P.P. Rollback Database

Review by Editor

15250 — Questionable Data Queued for Editor Review

15244 — Message Sent to Seller and to Management

15262 — Review by Editor

15260 — Passed, Failed or Edited

15246 — Modem or Network Connection

Passed

15270 — Data Passed, Failed, or Edited

Failed

15272 — Management Exams Edit to Modify Presentation Rules Database or Algorithms

Passed

Edited

15280 — Central Controller Verifies and Processes Payment Information, Passes Data to Accounting and Management Software

15282 — Accounting and Management Software

15284 — Database

<u>Fig. 7e</u>





Fig. 7f

Resident Media Immediate Electronic Publication Internet, Intranet, Other

15360 — Electronically Published or Other

Other → 15362 — Additional Programs and Methods Added as Needed to Support Other Resident Media

Electronically Published

15370 — Is Publication Urgent or Course of Business

Course of Business

Urgent

15372 — Hold for Course of Business Publication

15374 — Database

15380 — Central Controller and Presentation Processor Identifies Internal Directory Indexes and References Affected by Edits or New Presentation, adds to Required Publication List

15382 — Directory Indexes and Affected Presentations

15390 — Central Controller and Presentation Processor Publishes to Presentation and Selection Servers, all Pages and/or Files Affected by Updates, Edits or New Presentation

## Fig. 7g

15400

Central Presentation and Selection Server

15402

Central Presentation and Selection Server

15404

Central Presentation and Selection Server



Fig. 8a

## Fig. 8b



Fig. 8c





Fig. 8d

## Fig. 8e

