

US007240025B2

(12) **United States Patent**     (10) Patent No.:    **US 7,240,025 B2**

Stone et al.                (45) **Date of Patent:**       **Jul. 3, 2007**

(54) **INTERNET ADVERTISING SYSTEM AND METHOD**

(76) Inventors: **Lucinda Stone**, 6610 Regal Bluff, Dallas, TX (US) 75240; **Michael A. Dean**, 6610 Regal Bluff, Dallas, TX (US) 75240

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/954,820**

(22) Filed: **Sep. 30, 2004**

(65) **Prior Publication Data**

US 2005/0044009 A1    Feb. 24, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/165,091, filed on Jun. 7, 2002, now Pat. No. 6,829,587, which is a continuation of application No. 09/480,303, filed on Jan. 10, 2000, now Pat. No. 6,446,045.

(51) **Int. Cl.**
   *G06Q 30/00*      (2006.01)
(52) **U.S. Cl.** .......................................... **705/26**; 705/14
(58) **Field of Classification Search** ................. 705/26, 705/27, 14
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,193,056 A | 3/1993 | Boes | |
| 5,214,793 A | * 5/1993 | Conway et al. | ............ 455/500 |
| 5,233,423 A | * 8/1993 | Jernigan et al. | ............ 348/564 |
| 5,543,856 A | * 8/1996 | Rosser et al. | ............ 348/578 |
| 5,581,461 A | 12/1996 | Coll et al. | |
| 5,684,918 A | 11/1997 | Abecassis | |
| 5,724,520 A | 3/1998 | Goheen | |
| 5,794,207 A | 8/1998 | Walker et al. | |
| 5,797,126 A | 8/1998 | Helbling et al. | |

| | | |
|---|---|---|
| 5,845,261 A | 12/1998 | McAbian |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 408249326 | 8/1996 |

(Continued)

OTHER PUBLICATIONS

White, Ron, How Computers Work, Millennium Ed., Que Corporation, Sep. 1999.*

(Continued)

*Primary Examiner*—Andrew J. Fischer
(74) *Attorney, Agent, or Firm*—Henry Croskell

(57)      **ABSTRACT**

An internet advertising system and method that provides a seller self-serve control for creation, publication, and display of advertisements on internet media venues owned or controlled by entities other than the seller in a form automatically modified to comply with the media venues' presentation rules, which may include design or style standards for "look and feel," editorial standards, and distribution factors. Self-serve, menu driven interfaces are provided for sellers to target internet media venues, and for internet media venues to enter their presentation rules. An ad modification engine processes or customizes the advertisement for publication and display on each internet media venue in compliance with the media venue's presentation rules. The system also includes an online reporting tool, an interface for a seller's accounting management system to automatically update advertisements and control publication timing, and a buyer interface for purchase, reservation, or referral regarding the advertised product or service.

**397 Claims, 35 Drawing Sheets**



**US 7,240,025 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,878,141 | A | 3/1999 | Daly et al. |
| 5,884,277 | A | 3/1999 | Khosla |
| 5,893,076 | A | 4/1999 | Hafner |
| 5,933,811 | A | 8/1999 | Angles et al. |
| 5,946,646 | A | 8/1999 | Schena et al. |
| 5,991,735 | A | 11/1999 | Gerace |
| 6,026,371 | A | 2/2000 | Beck et al. |
| 6,038,545 | A | 3/2000 | Mandeberg |
| 6,064,967 | A | 5/2000 | Speicher |
| 6,073,105 | A | 6/2000 | Sutcliffe et al. |
| 6,112,192 | A | 8/2000 | Capek |
| 6,119,101 | A | 9/2000 | Peckover |
| 6,138,142 | A | 10/2000 | Linsk |
| 6,167,382 | A | 12/2000 | Sparks et al. |
| 6,182,050 | B1 | 1/2001 | Ballard |
| 6,191,780 | B1 | 2/2001 | Martin et al. |
| 6,285,987 | B1 | 9/2001 | Roth et al. |
| 6,324,519 | B1 | 11/2001 | Eldering |
| 6,385,592 | B1 | 5/2002 | Angles et al. |
| 6,397,246 | B1 | 5/2002 | Wolfe |
| 6,401,075 | B1 | 6/2002 | Mason et al. |
| 6,430,603 | B2 | 8/2002 | Hunter |
| 6,430,605 | B2 | 8/2002 | Hunter |
| 6,442,577 | B1 | 8/2002 | Britton et al. |
| 6,446,045 | B1 * | 9/2002 | Stone et al. .................. 705/26 |
| 6,466,036 | B1 | 10/2002 | Herz |
| 6,466,975 | B1 | 10/2002 | Sterling |
| 6,487,538 | B1 | 11/2002 | Gupta et al. |
| 6,526,575 | B1 | 2/2003 | McCoy et al. |
| 6,553,178 | B2 | 4/2003 | Abecassis |
| 6,560,578 | B2 | 5/2003 | Eldering |
| 6,567,854 | B1 | 5/2003 | Olshansky et al. |
| 6,654,725 | B1 | 11/2003 | Langheinrich et al. |
| 6,718,551 | B1 | 4/2004 | Swix et al. |
| 6,829,587 | B2 * | 12/2004 | Stone et al. .................. 705/26 |
| 6,889,382 | B1 | 5/2005 | Anderson |
| 6,892,226 | B1 | 5/2005 | Tso et al. |
| 6,931,591 | B1 | 8/2005 | Brown et al. |
| 2001/0011226 | A1 | 8/2001 | Greer et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO/01/37119 | 11/1999 |

## OTHER PUBLICATIONS

Gralla, Preston, How the Internet Works, Millennium Ed., Que Corporation, Sep. 1999.*

"Groups set to unveil Web ad guidelines" Dec. 9, 1996, Advertising Age, vol. 67, No. 50, p. 1.

"ABC formally launches Reader Profile Service as NAA unveils the NICC's silhouette" Aug. 2, 1999, Newsinc, vol. 11, No. 1.

Hamblen, Matt, "Shell protects brand via .net" Jan. 10, 2000, Computerworld, vol. 34, No. 2, p. 39.

www.nationwideadvertising.com About 65 pages taken from the web site as of Mar. 27, 2003.

Kenneth S. Roberts, Declaration, Document, Feb. 10, 2006, pp. 1-8, Los Angles California.

Presstime Magazine, NEXPO 97 Report, Copyright 1997. Newspaper of America.

* cited by examiner



Fig. 1a



Fig. 1b

Fig. 2a



Fig. 2b



Fig. 2c



Fig. 2d



Fig. 2e



Fig. 3a



Fig. 3b



Fig. 3c



Fig. 3d



Fig. 3e



Fig. 3f



Fig. 3g



10420 Facility Interface Confirms Booking Availability and All Required Information Contained in Transaction Message

10422 Facility Accounting or Inventory Control System

10430 Facility Interface Confirms Complete Booking Information and Availability

Not Available

10432 Send Error Booking Message to Central Controller and Buyer

Available

10440 Is Facility Interface Set to Automatically Accept Booking

Not Automatic

10442 Facility Interface Operator Accept / Not-Accept

Accept

Automatically Accept / Not-Accept

Not Accepted

10450 Accepted Booking or Not-Accepted Booking

Not-Accepted

10452 Not-Accepted Booking Message Sent to Central Controller and Buyer

Accepted

10454 To Central Controller by Online or On Demand Modem

10456 To Buyer Via Buyers Requested Confirmation Method

Fig. 3h



Fig. 3i



Fig. 3i-a



Fig. 3j



## Fig. 3k



Fig. 4a



11102
Facility Installs Presentation and Configuration Program 4715, Transaction Processing Program 4720, Communication and Transport Program 4760, and Buyer Admission Control Program 4770

11100
Facility Is New Client of Directory, Index or Presentation Service

No

Yes

11104
Facility Installs and Configures Software

11110
Facility's Operator Starts Presentation Software

11120
Facility's Operator Enters Password

11106
Facility's Operator Provides Payment Information and Acknowledgment of Contract for Presentation

11130
Facility's Operator Chooses Presentations, Interactive Presentations, Non-Resident Media or Other Choices to Enter, Edit, Update, or Add

11132
Presentations, Interactive Presentations, Non-Resident Media and Directory Descriptions, Requirements, and Costs

11140
Facility's Operator Enters, Edits, or Updates Presentation Information, and Adds Photos or Graphics

11142
System Restricts Input Based on Directory and Content Guidelines by Specific Subject Areas

Fig. 4b



Fig. 4c



Fig. 4d



Fig. 4e



Fig. 4f



Fig. 4g



Fig. 4h



Fig. 5a



Fig. 5b



Fig. 5c



Fig. 5d



Fig. 5e



Fig. 5f



Fig. 5g



13500 — Upon Setup or Changes Seller Defines Inventory in Presentation and Configuration Program 4715

13502 — Changes In Replaceable Inventory Availability Count

13510 — Is Inventory Replaceable or Fixed

13512 — Which Inventory Control Program is Seller Using

Fixed

Replaceable

13514 — Transaction Processing Program 4720

13516 — Seller Accounting or Management Program 4000B

13520 — Central Controller And Presentation Processor

13530 — Updates Inventory Database Sends Transaction Messages to Affected Central Presentation and Selection Servers

13532 — Database

13540 — Central Presentation and Selection Servers

Fig. 5h

