IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-CV-279-TJW |
| § | |
| GOOGLE, INC. AND YAHOO!, INC., § | |
| § | |
| Defendants. § | |

**ORDER APPROVING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS GOOGLE, INC. AND YAHOO!, INC.
TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Unopposed Motion for Extension of Time for Defendants Google and Yahoo! to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Google and Yahoo! to answer or otherwise respond to Plaintiff's Original Complaint up to and including September 24, 2007.

SIGNED this 26th day of July, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

3981599.1
1.815