IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiff, | § § | Civil Action No. 2-007-CV-279 |
| vs. | § § | |
| | § | Honorable John T. Ward |
| GOOGLE, INC. AND YAHOO!, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## STIPULATION EXTENDING TIME FOR DEFENDANTS GOOGLE, INC. AND YAHOO!, INC. TO RESPOND

It is hereby stipulated by and between counsel for Defendants Yahoo!, Inc. and Google, Inc., pursuant to the Court's July 26, 2007 order, that the time for Defendants Yahoo!, Inc. and Google, Inc. to answer, move or otherwise defend, with respect to Plaintiff's first amended complaint, is extended to and including September 24, 2007.

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com

Counsel for Plaintiff Function Media

3985013.1
1.815

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 30, 2007.  Any other counsel of record will be served by first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux