IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** <br><br> v. <br><br> **GOOGLE, INC. AND YAHOO!, INC.** | **Civil Case No. 2:007-CV-279 (TJW)** <br><br> **JURY TRIAL DEMANDED** |

### GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. ("Google") hereby states:

1. Google has no parent company.

2. No publicly traded company owns more than 10% of Google's stock.

Dated:  September 24, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By: \s\Thomas B. Walsh, IV
    Thomas B. Walsh, IV - Lead Attorney
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX  75201
    Telephone:  (214) 747-5070
    Facsimile:  (214) 747-2091
    E-mail:  walsh@fr.com

    Harry L. Gillam, Jr.
    State Bar No. 07921800
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    E-mail:  gil@gillamsmithlaw.com
    E-mail:  melissa@gillamsmithlaw.com

Counsel for Defendant GOOGLE INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 24, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| S. Calvin Capshaw, Esq.<br>Elizabeth L. DeRieux, Esq.<br>Brown McCarroll, LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX  75601-5157 | Attorneys for Plaintiff<br>FUNCTION MEDIA, L.L.C. |
| Max L. Tribble, Jr.<br>Joseph S. Grinstein<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | Attorneys for Plaintiff<br>FUNCTION MEDIA, L.L.C. |
| Nicholas F. Daum<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA  90067 | Attorneys for Plaintiff<br>FUNCTION MEDIA, L.L.C. |

                                                          \s\Thomas B. Walsh, IV
                                                              Thomas B. Walsh, IV

10773470.doc