IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | NO. 2-07CV-279 |
| GOOGLE, INC. and YAHOO!, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING YAHOO!, INC.'S MOTION TO DISMISS AND STRIKE FUNCTION MEDIA'S WILLFULNESS CLAIMS**

The Court, having considered Yahoo!, Inc.'s Motion to Dismiss and Strike Function Media's Willfulness Claims, or in the Alternative for a More Definite Statement, and find good cause supporting it, finds the Motion to Dismiss should be granted in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Yahoo!, Inc.'s Motion to Dismiss is hereby GRANTED, and that Plaintiff Function Media, LLC's willfulness claims are dismissed and the applicable prayers for relief are hereby stricken.