IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION |
| v. § | |
| § | NO. 2:07-CV-279 |
| GOOGLE, INC. and YAHOO!, INC., § | |
| § | |
| Defendants. § | |
| § | |
| § | |
| § | |

YAHOO!, INC.'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo!, Inc. ("Yahoo!") hereby files its Corporate Disclosure Statement. Yahoo! states that it has no parent corporation and that Capital Research and Management Company, an investment advisor registered under Section 203 of the Investment Advisors Act of 1940, is deemed to be the beneficial owner of ten percent or more of the shares of Yahoo!'s Common Stock.

DATED: September 24, 2007

Respectfully submitted,
WEIL, GOTSHAL & MANGES LLP

/s/ David J. Healey
    David J. Healey
Texas State Bar No. 09327980
Lead Attorney
700 Louisiana St., Suite 1600
Houston, Texas 77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)
david.healey@weil.com

ATTORNEYS FOR DEFENDANT YAHOO!, INC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 24th day of September, 2007. As of this date, all counsel of record has consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Steven C. Vacek