Appendix K

Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT

2007 OCT -1  AM 10: 56

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2-007-CV-279
Style: Function Media, L.L.C. v. Google, Inc. and Yahoo!, Inc.
2. Applicant is representing the following party/ies: Google Inc.
3. Applicant was admitted to practice in California (state) on December 12, 2001 (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle)   If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Federal Courts: Fed. Cir., S.D. Cal., N.D. Cal., E.D. Mich., State Courts: Supreme Court of California
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, Jason W. Wolff do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  9/19/07         Signature  _[signature]_

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jason W. Wolff

State Bar Number California 215819

Firm Name: Fish & Richardson P.C.

Address/P O Box: 12390 El Camino Real

City/State/Zip: San Diego, CA 92130

Telephone #: (858) 678-5070

Fax #: (858) 678-5099

E-mail Address: wolff@fr.com

Secondary E-Mail Address: mzd@fr.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 10/1/07

David J Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

American LegalNet, Inc.
www.FormsWorkflow.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 25, 2007 to all counsel of record by U.S. Mail.

| | |
|---|---|
| S. Calvin Capshaw, Esq.<br>Elizabeth L. DeRieux, Esq.<br>Brown McCarroll, LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX 75601-5157 | Attorneys for Plaintiff<br>FUNCTION MEDIA, L.L.C. |
| Max L. Tribble, Jr.<br>Joseph S. Grinstein<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | Attorneys for Plaintiff<br>FUNCTION MEDIA, L.L.C. |
| Nicholas F. Daum<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 | Attorneys for Plaintiff<br>FUNCTION MEDIA, L.L.C. |

_____
Maritza E. DeJesus

10774736.doc

# Receipt for Payment

Receipt No: 2-T-0003061

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Tuesday, October 2, 2007**

Received from:

**FISH & RICHARDSON**

**SAN DIEGO, CA**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: **Check**

Case or other reference: **2:07cv279 PHV WOLFF BROOKS**

Comments: **CK 5895 5896**

Received by: **pa**