# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:007-CV-279 (TJW)** |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as counsel of record for Defendant and Counter-Claimant GOOGLE INC. ("Google"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Google:

> Jason W. Wolff
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA  92130-2081
> (858) 678-5070 Telephone
> (858) 678-5099 Facsimile
> E-mail:  wolff@fr.com

NOTICE OF APPEARANCE - Page 1

Dockets.Justia.com

Dated:  October 4, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.


By:   /s/Jason W. Wolff
      Juanita R. Brooks – Lead Attorney
      (CA SBN 75934)
      E-mail:  brooks@fr.com
      Jason W. Wolff
      (CA SBN 215819)
      E-mail:  wolff@fr.com
      Fish & Richardson P.C.
      12390 El Camino Real
      San Diego, CA  92130
      Telephone:  (858) 678-5070
      Facsimile:  (858) 678-5099

      Thomas B. Walsh, IV
      Texas Bar No. 00785173
      Fish & Richardson P.C.
      5000 Bank One Center
      1717 Main Street
      Dallas, TX  75201
      Telephone:  (214) 747-5070
      Facsimile:  (214) 747-2091
      E-mail:  walsh@fr.com

      Harry L. Gillam, Jr.
      State Bar No. 07921800
      Melissa R. Smith
      State Bar No. 24001351
      GILLAM & SMITH, L.L.P.
      303 South Washington Avenue
      Marshall, TX 75670
      Telephone: (903) 934-8450
      Facsimile: (903) 934-9257
      E-mail:  gil@gillamsmithlaw.com
      E-mail:  melissa@gillamsmithlaw.com

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 4, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| S. Calvin Capshaw, Esq.<br>Elizabeth L. DeRieux, Esq.<br>Brown McCarroll, LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX 75601-5157 | Attorneys for Plaintiff/Counterclaim Defendant<br>FUNCTION MEDIA, L.L.C. |
| Max L. Tribble, Jr.<br>Joseph S. Grinstein<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | Attorneys for Plaintiff/Counterclaim Defendant<br>FUNCTION MEDIA, L.L.C. |
| Nicholas F. Daum<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 | Attorneys for Plaintiff/Counterclaim Defendant<br>FUNCTION MEDIA, L.L.C. |

_____
Maritza E. DeJesus

10774732.doc