# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** <br><br> v. <br><br> **GOOGLE, INC. AND YAHOO!, INC.** | **Civil Case No. 2:007-CV-279 (TJW)** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as counsel of record for Defendant and Counter-Claimant GOOGLE INC. ("Google"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Google:

    Juanita R. Brooks – Lead Attorney
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA  92130-2081
    (858) 678-5070 Telephone
    (858) 678-5099 Facsimile
    E-mail:  brooks@fr.com

Please note that Juanita R. Brooks is the new Lead Attorney for Google.

Dated:  October 4, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.


By:  /s/ Juanita R. Brooks
     Juanita R. Brooks – Lead Attorney
     (CA SBN 75934)
     E-mail:  brooks@fr.com
     Jason W. Wolff
     (CA SBN 215819)
     E-mail:  wolff@fr.com
     Fish & Richardson P.C.
     12390 El Camino Real
     San Diego, CA  92130
     Telephone:  (858) 678-5070
     Facsimile:  (858) 678-5099

     Thomas B. Walsh, IV
     Texas Bar No. 00785173
     Fish & Richardson P.C.
     5000 Bank One Center
     1717 Main Street
     Dallas, TX  75201
     Telephone:  (214) 747-5070
     Facsimile:  (214) 747-2091
     E-mail:  walsh@fr.com

     Harry L. Gillam, Jr.
     State Bar No. 07921800
     Melissa R. Smith
     State Bar No. 24001351
     GILLAM & SMITH, L.L.P.
     303 South Washington Avenue
     Marshall, TX 75670
     Telephone: (903) 934-8450
     Facsimile: (903) 934-9257
     E-mail:  gil@gillamsmithlaw.com
     E-mail:  melissa@gillamsmithlaw.com

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 4, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| S. Calvin Capshaw, Esq.<br>Elizabeth L. DeRieux, Esq.<br>Brown McCarroll, LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX  75601-5157 | Attorneys for Plaintiff/Counterclaim Defendant<br>FUNCTION MEDIA, L.L.C. |
| Max L. Tribble, Jr.<br>Joseph S. Grinstein<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | Attorneys for Plaintiff/Counterclaim Defendant<br>FUNCTION MEDIA, L.L.C. |
| Nicholas F. Daum<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA  90067 | Attorneys for Plaintiff/Counterclaim Defendant<br>FUNCTION MEDIA, L.L.C. |

      /s/ Juanita R. Brooks
      Juanita R. Brooks

10774728.doc