UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.**　　　　　　　*Plaintiff,*　　v.　　**GOOGLE, INC. and YAHOO!, INC.,**　　　　　　　*Defendant.* | Civil Action No. 2:07-CV-279-TJW　　**JURY DEMANDED** |

**FUNCTION MEDIA, L.L.C.'S UNOPPOSED**
**MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff Function Media, L.L.C., respectfully requests that Andrew W. Spangler be permitted to withdraw as counsel of record for Function Media, L.L.C., in this matter. The reason for this request is that Mr. Spangler is no longer associated with the law firm Brown McCarroll, L.L.P. No other changes are requested at this time regarding the other attorneys acting as Function Media, L.L.C.'s counsel of record.

1

4016424.1
55121.1

Dated:    October 9, 2007                              Respectfully submitted,


                                                       By: /s/ S. Calvin Capshaw
                                                              S. Calvin Capshaw
                                                              State Bar No. 03783900
                                                              Email: ccapshaw@mailbmc.com
                                                              Elizabeth L. DeRieux
                                                              State Bar No. 05770585
                                                              Email: ederieux@maibmc.com
                                                              1127 Judson Road Suite 220
                                                              Longview, Texas 75601
                                                              P.O. Box 3999
                                                              Longview, Texas 75606
                                                              Phone: (903) 236-9800
                                                              Facsimile: (903) 236-8787


                                                              Attorneys for Plaintiff
                                                              Function Media, L.L.C.

2

4016424.1
55121.1

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ S. Calvin Capshaw
        S. Calvin Capshaw

4016424.1
55121.1