UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C** <br><br> *Plaintiff,* <br><br> v. <br><br> **GOOGLE, INC. and YAHOO!, INC.,** <br><br> *Defendant.* | Civil Action No. 2:07-CV-279-TJW <br><br> **JURY DEMANDED** |

**ORDER GRANTING FUNCTION MEDIA, L.L.C.'S
UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

On this date came for consideration Function Media, L.L.C.'s Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Function Media, L.L.C.'s Motion for Withdrawal of Counsel be and hereby is GRANTED, and that Andrew W. Spangler is no longer counsel of record for Function Media, L.L.C., in this matter.

4016429.1
55121.1