UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C** *Plaintiff,* v. **GOOGLE, INC. and YAHOO!, INC.,** *Defendant.* | Civil Action No. 2:07-CV-279-TJW **JURY DEMANDED** |

# ORDER

On this date came for consideration Yahoo, Inc.'s Motion to Dismiss and/or Strike Plaintiff's Claims for Willful Infringement, and the Court is of the opinion that same should be DENIED, it is therefore,

ORDERED that Yahoo's Motion to Dismiss and/or Strike Plaintiff's Claims for Willful Infringement is DENIED.