## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2-007-CV-279 |
| | § | |
| vs. | § | |
| | § | Honorable John T. Ward |
| GOOGLE, INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S ANSWER TO GOOGLE'S COUNTERCLAIMS

Plaintiff Function Media, L.L.C. ("Function Media"), by and through its attorneys of record, hereby answers the counterclaims of Defendant Google, Inc. ("Google").

### Nature of the Action

49.    The paragraph represents Google's description of the action and draws legal conclusions to which no response is necessary. To the extent that a response is required, plaintiff lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

50.    The paragraph represents Google's description of the action and draws legal conclusions to which no response is necessary.

51.    Plaintiff lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

52.    Admitted.

53.    This paragraph draws legal conclusions to which no response is necessary. To the extent that a response is required, plaintiff lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

54.    Admitted.

55.    Admitted.

56.    Admitted.

57.    Admitted.

58.    Admitted.

59.    Admitted.

## Count I

60.    Denied.

## Count II

61.    Denied.

## Count III

62.    Denied.

## Jury Demand

63.    Plaintiff agrees to a jury trial on all issues so triable in this action.

## PRAYER FOR RELIEF

Wherefore, Function Media respectfully asks the Court for the following relief:

(a)    a declaration that Google's accused products infringe U.S. Patent Nos. 6,446,045,

7,240,025, 7,249,059 and 6,829,587;

(b)    a declaration that U.S. Patent Nos. 6,446,045, 7,240,025, 7,249,059 and 6,829,587

are valid and enforceable;

(c)    dismissal of Google's counterclaims with prejudice;

(d)    an award of attorneys' fees and costs; and

(e)    such other relief as the Court may deem just and equitable.

DATED:  October 15, 2007

Respectfully submitted,

By: /s/ S. Calvin Capshaw
    S. Calvin Capshaw
    State Bar No. 03783900
    Email: ccapshaw@mailbmc.com
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Email: ederieux@mailbmc.com
    BROWN MCCARROLL LLP
    1127 Judson Road, Suite 220
    Longview, TX  75601
    PO Box 3999
    Longview, TX  75606
    Telephone: 903-236-9800
    Facsimile: 903-23608787

    Max L. Tribble, Jr. – Lead Attorney
    State Bar No. 20213950
    Email: mtribble@susmangodfrey.com
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, Texas, 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    *Attorneys for Plaintiff*

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666

Nicholas F. Daum
State Bar No. 236155
Email: ndaum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on the same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw