UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Function Media, LLC | § § | |
| vs | § | CASE NO. 2:07-cv-279 TJW |
| Google, Inc., et al | § § | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to __HONORABLE CHARLES EVERINGHAM IV__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c), and the foregoing consent of the parties.

01/08/08
Date

UNITED STATES DISTRICT JUDGE