IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| v. | § § | No. 2:07-cv-279 (CE) |
| GOOGLE, INC., ET AL | § § | |

O R D E R

The parties shall submit their proposed docket control and discovery orders to the court on January 22, 2008. If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the court deems February 5, 2008 to be the date of the initial case management conference. As a result, the "Disclosure of Asserted Claims and Infringement Contentions" is due on February 19, 2008.

SIGNED this 9th day of January, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE