**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FUNCTION MEDIA, L.L.C.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC. and YAHOO!, INC.,<br><br>*Defendant.* | Civil Action No. 2:07-CV-279-TJW<br><br>**JURY DEMANDED** |

**JOINT MOTION TO ADOPT PROPOSED DOCKET CONTROL ORDER AND PROPOSED DISCOVERY ORDER**

In accordance with the Court's instructions at the January 8, 2008 Status Conference, the parties jointly and timely submit (a) an agreed proposed Docket Control Order (Exhibit A) and (b) an agreed proposed Discovery Order (Exhibit B). The parties jointly respectfully request that Exhibit A and Exhibit B be adopted by the Court in their entirety.

For the Court's convenience, a master schedule of case events (as memorialized in Exhibit A and Exhibit B) is included below. Those case events which are highlighted in yellow below were not included in the blank forms provided by the Court at the January 8, 2008 Status Conference, but the parties respectfully request that these case events be included in Exhibit A or Exhibit B, as applicable. Finally, please note that the parties have agreed to the discovery limitations set forth in paragraph 4 of the proposed Discovery Order (Exhibit B), and these proposed discovery limitations are also set forth below.

| STEP | EVENT | DUE DATE |
|---|---|---|
| 1. | Deadline to submit Agreed Protective Order to Court | February 25, 2008 |
| 2. | Comply with P.R. 3-1: Plaintiff's Disclosure of Asserted Claims and Infringement Contentions. | March 3, 2008 |
| 3. | Comply with P.R. 3-2: Plaintiff's initial document production with regard to categories set forth in P.R. 3-2 | March 3, 2008 |

4055170.1
55121.1

| STEP | EVENT | DUE DATE |
|---|---|---|
| 4. | Deadline to submit Initial Disclosures by all parties:<br><br>    -Paragraph 1(a)-(g) disclosures from Discovery Order | March 24, 2008 |
| 5. | Deadline to join additional parties | September 30, 2008 |
| 6. | Deadline to submit computation of damages pursuant to Paragraph 3(c) of Discovery Order | April 30, 2008 |
| 7. | Deadline for parties to produce all documents, electronically stored information, and tangible things that are relevant to the pleaded claims or defenses involved in this action, except to the extent these disclosures are affected by the times limits set forth in the Patent Rules for the E.D. of Texas (as required by Discovery Order at Paragraph 3(b)) | June 30, 2008 |
| 8. | Deadline for producing the documents and authorizations described in Local Rule CV-34 | April 30, 2008 |
| 9. | Comply with P.R. 3-3: Defendants' Invalidity Contentions. | May 30, 2008 |
| 10. | Defendants' document production under P.R. 3-4 | May 30, 2008 |
| 11. | Deadline to exchange privilege logs | June 30, 2008 |
| 12. | Deadline for letter to the Court stating that there are no disputes as to claims of privileged documents | August 29, 2008 |
| 13. | Comply with P.R. 4-1: Exchange Proposed Terms and Claim Elements for Construction by all parties | October 1, 2008 |
| 14. | Comply with P.R. 4-2: Exchange Preliminary Claim Constructions and Identification of Extrinsic Evidence | December 19, 2008 |
| 15. | Comply with P.R. 4-3: Joint Claim Construction and Prehearing Statement | January 30, 2009 |
| 16. | Parties to exchange declarations from experts, if any, regarding claim construction issues | February 20, 2009 |
| 17. | Deadline to amend pleadings without leave of court (unless the amendment seeks to add a new patent in suit) | April 20, 2009 |
| 18. | Deadline to respond to amended pleadings | May 6, 2009 |
| 19. | Close of claim construction discovery | March 27, 2009 |
| 20. | Comply with P.R. 4-5(a): Plaintiff's Opening Claim Construction Brief | April 9, 2009 |
| 21. | Comply with P.R. 4-5(b): Defendants' Opposing Claim Construction Brief | April 30, 2009 |

4055170.1
55121.1

| STEP | EVENT | DUE DATE |
|---|---|---|
| 22. | Comply with P.R. 4-5(c): Plaintiff's Reply Claim Construction Brief | May 13, 2009 |
| 23. | Technical Tutorials on DVD | July 29, 2009 |
| 24. | Comply with P.R. 4-5(d): Parties shall jointly submit a claim construction chart on computer disk in WordPerfect format or in such other format as the Court may direct. | July 31, 2009 |
| 25. | Claim Construction Hearing | August 12, 2009 at 9:00 am in Marshall, Texas |
| 26. | Party with burden of proof to designate Expert Witnesses other than claim construction; Expert reports due | **15 days after claim construction ruling** |
| 27. | Comply with P.R. 3-8: Production of Opinions of Counsel and related documents; privilege logs related to subject matter of opinions of counsel | **15 days after claim construction ruling** |
| 28. | Designate Rebuttal Expert Witnesses other than claim construction; Expert reports due | **30 days after claim construction ruling** |
| 29. | Close of discovery | September 18, 2009 |
| 30. | Plaintiff to identify trial witnesses | September 18, 2009 |
| 31. | Mediation to be completed | October 2, 2009 |
| 32. | Defendants to identify trial witnesses | October 2, 2009 |
| 33. | Deadline for filing dispositive motions and motions requiring a hearing (including *Daubert* motions). | October 2, 2009 |
| 34. | Deadline for Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings | October 2, 2009 |
| 35. | Response to Dispositive Motions (including *Daubert* Motions) NOTE: Responses to Dispositive Motions filed prior to the Dispositive Motions deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e) | October 24, 2009 |
| 36. | Pre-trial disclosures (witness list, depo designations, exhibit list) | October 2, 2009 or 30 days before jury selection, whichever |

3

| STEP | EVENT | DUE DATE |
|---|---|---|
|  |  | is later |
| 37. | Objections to pre-trial disclosures | October 16, 2009 or 16 days before jury selection, whichever is later. |
| 38. | Joint Pretrial Order, Joint Proposed Jury Instructions, and Form of the Verdict | October 22, 2009, or 10 days before jury selection, whichever is later |
| 39. | *Motions in limine* due | October 2, 2009 |
| 40. | Responses to *Motions in limine* due | October 24, 2009 |
| 41. | Deadline to confer and advise the Court which motions *in limine* are agreed to | 3 pm Central on October 26, 2009, or 3 pm on the day before the Pretrial Conference, whichever is later |
| 42. | Pretrial Conference | October 27, 2009 at 9:00 am in Marshall, Texas |
| 43. | Jury Selection | November 2, 2009 in Marshall, Texas |

The parties further state as follows:

| P.R. 2-1(a)(2) | The parties agree that there will be no live testimony at the claim construction hearing. |
|---|---|
| P.R. 2-1(a)(3) | The parties' agreements are detailed in the above chart. |
| P.R. 2-1(a)(4) | Each side will have equal time at the claim construction hearing. Plaintiff will argue first, followed by Defendants, followed by Plaintiff to the extent Plaintiff has reserved time for rebuttal. Plaintiff's rebuttal time will be determined by Judge Ward's and Judge Everingham's standard procedure for same. |
| P.R. 2-1(a)(5) | At this time, the parties do not believe that a claim construction prehearing conference is necessary. |
| P.R. 2-1(a)(6) | This case will involve a significant volume of confidential information, and the parties request authorization to file that material under seal. |

4

With respect to the Discovery Order, the parties agree as follows:

"The discovery in this cause is limited to the disclosures described in paragraphs 1 and 3 of the Discovery Order together with the following:

(a) <u>Interrogatories</u>:  Plaintiff shall have 45 interrogatories, of which 15 interrogatories may be served on each defendant, and 15 interrogatories may be served jointly on the defendants.  The two named defendants shall have, collectively:  45 interrogatories, of which 15 shall be common to the defendants.

(b) <u>Requests for Admission</u>:  Plaintiff shall have 90 requests for admission, of which 30 requests for admission may be served on each defendant, and 30 requests for admission may be served jointly on the defendants.  The two named defendants shall have, collectively:  90 requests for admission, of which 30 shall be common to the defendants.

(c) the depositions of the parties pursuant to F.R.C.P. 30(b)(6);

(d) depositions on written questions of custodians of business records for third parties;

(e) 120 hours of nonparty fact witness depositions (i.e., non 30(b)(6) depositions) per side;

(f) depositions of each testifying expert tendered by a party, per the Federal Rules of Civil Procedure; and

(g) 6 expert witnesses per side, not including experts on claim construction issues.

'Side' means a party or a group of parties with a common interest. All discovery to which defendants are entitled shall be divided equally between each defendant, unless the defendants agree otherwise. Any party may move to modify these limitations for good cause."

Dated: January 22, 2008                           Respectfully submitted,


                                                             By: <u>/s/ Elizabeth L. DeRieux with permission</u>
                                                                     <u>by Robert Christopher Bunt</u>

                                                                      S. Calvin Capshaw
                                                                      State Bar No. 03783900
                                                                      Elizabeth L. DeRieux
                                                                      State Bar No. 05770585
                                                                      Brown McCarroll, L.L.P.
                                                                      1127 Judson Road, Suite 220
                                                                      Longview, TX 75601
                                                                      Telephone: (903) 236-9800
                                                                      Facsimile: (903) 236-8787
                                                                      Email: capshaw@mailbmc.com
                                                                      Email: ederieux@mailbmc.com

                                                                    Max L. Tribble, Jr.
                                                                    State Bar No. 20213950
                                                                    Joseph S. Grinstein
                                                                    State Bar No. 24002188
                                                                    Susman Godfrey, LLP
                                                                    1000 Louisiana, Suite 5100
                                                                    Houston, Texas 77002-5096
                                                                    Telephone: (713) 651-9366
                                                                    Facsimile: (713) 654-6666
                                                                    E-mail: mtribble@susmangodfrey.com
                                                                    E-mail: jgrinstein@susmangodfrey.com

                                                                    Nicholas F. Daum
                                                                    State Bar No. 236155
                                                                    Susman Godfrey, LLP
                                                                    1901 Avenue of the Stars, Suite 950
                                                                    Los Angeles, CA 90067
                                                                    Telephone: (310) 789-3100
                                                                    Facsimile: (310) 789-3150
                                                                    E-mail: ndaum@susmangodfrey.com

                                                                   Charles Ainsworth
                                                                    Parker Bunt & Ainsworth
                                                                    100 E Ferguson, Suite 1114
                                                                    Tyler, TX 75702
                                                                    Telephone: (903) 531-3535
                                                                    Facsimile: (903) 533-9687
                                                                    Email: charley@pbatyler.com

Franklin Jones, Jr.
Jones & Jones
201 W Houston Street
P.O. Drawer 1249
Marshall, TX 75670
Telephone: (903) 938-4395
Facsimile: (903)938-3360
Email: maizieh@millerfirm.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: rcbunt@pbatyler.com

ATTORNEYS FOR PLAINTIFF
FUNCTION MEDIA, L.L.C.

By: /s/ Thomas B. Walsh, IV (by permission)
Juanita R. Brooks - Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIMANT
GOOGLE INC.

By: /s/   David J. Healey with permission by Robert Christopher Bunt
David J Healey
Weil Gotshal & Manges- Houston
700 Louisiana,  Suite 1600
Houston, TX 77002-2784
Telephone:  (713) 546-5000
Facsimile: (713) 224-9511
Email: david.healey@weil.com

Douglas E Lumish
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3000
Facsimile: (650) 802-3100
Email: doug.lumish@weil.com

ATTORNEYS FOR DEFENDANT
YAHOO!, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 22nd day of January, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Robert Christopher Bunt
Robert Christopher Bunt

9