IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Joseph S. Grinstein, enters his appearance in this matter for Plaintiff, Function Media, L.L.C. for purposes of receiving notices and orders from the Court.

DATED: January 23, 2008

                Respectfully submitted,

                By: /s/ Joseph S. Grinstein
                    Joseph S. Grinstein
                    State Bar No. 24002188
                    jgrinstein@susmangodfrey.com
                    SUSMAN GODFREY L.L.P.
                    1000 Louisiana Street, Suite 5100
                    Houston, Texas 77002
                    Telephone: (713) 651-9366
                    Facsimile: (713) 654-6666

                    Attorney for Plaintiff
                    Function Media, L.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 23rd day of January, 2008.

/s/ Joseph S. Grinstein
Joseph S. Grinstein