# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. *Plaintiff,* v. GOOGLE, INC. and YAHOO!, INC., *Defendant.* | Civil Action No. 2:07-CV-279-CE **JURY DEMANDED** |

## **ORDER**

Before the Court is the parties' Joint Motion for Extension of Time to Submit Protective Order. Having considered the matter, and that it is a joint motion, the Court GRANTS the Motion and extends the deadline to submit a Protective Order to and including March 5, 2008.

4055170.1
55121.1