## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC. and YAHOO!, INC.,<br><br>*Defendant.* | Civil Action No. 2:07-CV-279-CE<br><br>**JURY DEMANDED** |

## ORDER

Before the Court is the parties' Joint Motion for Further Extension of Time to Submit Protective Order. Having considered the matter, and that it is a joint motion, the Court GRANTS the Motion and extends the deadline to submit a Protective Order to and including March 14, 2008.

SIGNED this 7th day of March, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

4055170.1
55121.1