## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE, INC. and YAHOO!, INC., <br><br> *Defendant.* | Civil Action No. 2:07-CV-279-CE <br><br> **JURY DEMANDED** |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Come now Plaintiff Function Media, L.L.C. and Defendants Google, Inc. and Yahoo!, Inc. and file this Joint Motion to Enter Protective Order, and in support of same would show the Court as follows:

### I.

The current deadline to submit an agreed protective order in this case is March 14, 2008.

### II.

The Parties have conferred and have reached agreement on the form of a protective order. Together, the Parties now move the Court for entry of the Agreed Protective Order submitted herewith as Exhibit A.

**Joint Motion to Enter Protective Order**—Page 1

Dockets.Justia.com

Dated: March 14, 2008

Respectfully submitted,

By: /s/ Joseph S. Grinstein (by permission)
     S. Calvin Capshaw
     State Bar No. 03783900
     Elizabeth L. DeRieux
     State Bar No. 05770585
     Brown McCarroll, L.L.P.
     1127 Judson Road, Suite 220
     Longview, TX 75601
     Telephone:  (903) 236-9800
     Facsimile:  (903) 236-8787
     Email:  capshaw@mailbmc.com
     Email:  ederieux@mailbmc.com

     Max L. Tribble, Jr.
     State Bar No. 20213950
     Joseph S. Grinstein
     State Bar No. 24002188
     Susman Godfrey, LLP
     1000 Louisiana, Suite 5100
     Houston, Texas 77002-5096
     Telephone: (713) 651-9366
     Facsimile: (713) 654-6666
     E-mail: mtribble@susmangodfrey.com
     E-mail: jgrinstein@susmangodfrey.com

     Nicholas F. Daum
     State Bar No. 236155
     Susman Godfrey, LLP
     1901 Avenue of the Stars, Suite 950
     Los Angeles, CA 90067
     Telephone: (310) 789-3100
     Facsimile: (310) 789-3150
     E-mail: ndaum@susmangodfrey.com

     Charles Ainsworth
     Parker Bunt & Ainsworth
     100 E Ferguson, Suite 1114
     Tyler, TX 75702
     Telephone:  (903) 531-3535
     Facsimile: (903) 533-9687
     Email: charley@pbatyler.com

Franklin Jones, Jr.
Jones & Jones
201 W Houston Street
P.O. Drawer 1249
Marshall, TX 75670
Telephone:  (903) 938-4395
Facsimile: (903)938-3360
Email: maizieh@millerfirm.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  (903) 531-3535
Facsimile: (903) 533-9687
Email: rcbunt@pbatyler.com

ATTORNEYS FOR PLAINTIFF
FUNCTION MEDIA, L.L.C.

By:  /s/ Thomas B. Walsh, IV

Juanita R. Brooks - Lead Attorney
(CA SBN 75934)
E-mail:  brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail:  wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail:  walsh@fr.com
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX  75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail:  gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail:  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIMANT
GOOGLE INC.

By: /s/  Douglas E. Lumish (by permission)
David J Healey
Weil Gotshal & Manges- Houston
700 Louisiana,  Suite 1600
Houston, TX 77002-2784
Telephone:  (713) 546-5000
Facsimile: (713) 224-9511
Email: david.healey@weil.com

Douglas E Lumish
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3000
Facsimile: (650) 802-3100
Email: doug.lumish@weil.com

ATTORNEYS FOR DEFENDANT
YAHOO!, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of March, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV