IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 2-007-CV-279 |
| | § | |
| GOOGLE, INC. AND YAHOO!, INC., | § | |
| | § | |
| Defendants. | § | Honorable John T. Ward |
| | § | |

## NOTICE OF COMPLIANCE

Please take notice that on April 30, 2008 pursuant to the Rules of Practice for Patent Cases before the Eastern District of Texas and the Court's Discovery Order, Defendant Yahoo!, Inc. served its Damages Disclosure on counsel via electronic mail.

DATED:  April 30, 2008                                Respectfully submitted,

                                                      WEIL, GOTSHAL & MANGES LLP


                                                      _/s/ Douglas E. Lumish_____
                                                      Douglas E. Lumish

                                                      Matthew D. Powers
                                                      matthew.powers@weil.com
                                                      Douglas E. Lumish
                                                      doug.lumish@weil.com
                                                      Jeffrey G. Homrig
                                                      jeffrey.homrig@weil.com
                                                      Adrian Percer
                                                      adrian.percer@weil.com
                                                      Michael Lane
                                                      michael.lane@weil.com
                                                      WEIL, GOTHAL & MANGES LLP
                                                      Silicon Valley Office
                                                      201 Redwood Shores Pkwy.
                                                      Redwood Shores, CA 94065
                                                      Tel:  650.802.3000
                                                      Fax:  650.802.3100

                                                      David J. Healey
                                                      Texas State Bar No. 9327980
                                                      Lead Attorney
                                                      700 Louisiana St., Suite 1600
                                                      Houston, Texas 77002
                                                      713-546-5000 (Telephone)
                                                      713-224-9511 (Facsimile)
                                                      david.healey@weil.com

                                                      Attorneys for Defendant Yahoo!, Inc.

NOTICE OF COMPLIANCE                              2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April, 2008, I have caused a copy of **Notice of Compliance** to be served on all Counsel of Record who have consented to electronic service via the Court's CM/ECF system.

                                                    /s/ Arlene Uyemura
                                                    Arlene Uyemura

| | |
|---|---|
| Max L. Tribble, Jr. (*Lead Counsel*)<br>mtribble@susmangodfrey.com<br>Joseph S. Grinstein (*Of Counsel*)<br>jgrinstein@susmangodfrey.com<br>SUSMAN GODFREY, LLP<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002<br><br>Nicholas F. Daum (*Of Counsel*)<br>ndaum@susmangodfrey.com<br>SUSMAN GODFREY, LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br><br>Jeremy Brandon<br>jbrandon@susmangodfrey.com<br>SUSMAN GODFREY, LLP<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>S. Calvin Capshaw<br>ccapshaw@capshawlaw.com<br>Elizabeth L. DeRieux<br>ederieux@capshawlaw.com<br>Capshaw DeRieux, LLP<br>1127 Judson Road, Suite 220<br>Longview, TX 75601<br><br>*Attorneys for Plaintiff Function Media, L.L.C.* | Juanita R. Brooks (*Lead Attorney*)<br>brooks@fr.com<br>Jason W. Wolff<br>wolff@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br><br>Thomas B. Walsh, IV<br>walsh@fr.com<br>Fish & Richardson P.C.<br>5000 Bank One Center<br>1717 Main Street<br>Dallas, TX 75201<br><br>Harry L. Gillim, Jr.<br>gil@gillamsmithlaw.com<br>Gillam & Smith L.L.P.<br>303 South Washington Ave.<br>Marshall, TX 75670<br><br>*Attorneys for Defendant Google Inc.* |