# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **CIVIL ACTION** |
| v. | **NO. 2:07-cv-279 (CE)** |
| **GOOGLE INC. AND YAHOO!, INC.** | |

## NOTICE OF COMPLIANCE

Please take notice that on April 30, 2008 pursuant to the Rules of Practice for Patent Cases before the Eastern District of Texas and the Court's Discovery Order, Defendant Google Inc. served its Damages Disclosure on counsel via electronic mail.

NOTICE OF COMPLIANCE

Dated: May 1, 2008            Respectfully submitted,

FISH & RICHARDSON P.C.


By:   /s/Thomas B. Walsh, IV
      Juanita R. Brooks - Lead Attorney
      (CA SBN 75934)
      E-mail: brooks@fr.com
      Jason W. Wolff
      (CA SBN 215819)
      E-mail: wolff@fr.com
      Fish & Richardson P.C.
      12390 El Camino Real
      San Diego, CA 92130
      Telephone: (858) 678-5070
      Facsimile: (858) 678-5099

      Thomas B. Walsh, IV
      Texas Bar No. 00785173
      E-mail: walsh@fr.com
      Fish & Richardson P.C.
      5000 Bank One Center
      1717 Main Street
      Dallas, TX 75201
      Telephone: (214) 747-5070
      Facsimile: (214) 747-2091

      Harry L. Gillam, Jr.
      Texas Bar No. 07921800
      E-mail: gil@gillamsmithlaw.com
      Melissa R. Smith
      Texas Bar No. 24001351
      E-mail: melissa@gillamsmithlaw.com
      GILLAM & SMITH, L.L.P.
      303 South Washington Avenue
      Marshall, TX 75670
      Telephone: (903) 934-8450
      Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 1, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| S. Calvin Capshaw, Esq.<br>Elizabeth L. DeRieux, Esq.<br>Capshaw DeRieux, LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX  75601-5157<br><br>Email: ccapshaw@capshawlaw.com<br>   ederieux@capshawlaw.com | Attorneys for Plaintiff/Counterclaim<br>Defendant<br>FUNCTION MEDIA, L.L.C. |
| Max L. Tribble, Jr.<br>Joseph S. Grinstein<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | Attorneys for Plaintiff/Counterclaim<br>Defendant<br>FUNCTION MEDIA, L.L.C. |
| Nicholas F. Daum<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA  90067 | Attorneys for Plaintiff/Counterclaim<br>Defendant<br>FUNCTION MEDIA, L.L.C. |
| Jeremy Brandon<br>Susman Godfrey, LLP<br>901 Main Street, Suite 5100<br>Dallas, TX  75202 | Attorneys for Plaintiff/Counterclaim<br>Defendant<br>FUNCTION MEDIA, L.L.C. |
| Matthew D. Powers<br>Douglas E. Lumish<br>Jeffrey G. Homrig<br>Adrian Percer<br>Michael Lane<br>Weil, Gotshal & Manges LLP<br>Silicon Valley Office<br>201 Redwood Shores Pkwy.<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>YAHOO!, INC. |

| | |
|---|---|
| David J. Healey<br>Weil, Gotshal & Manges LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>YAHOO!, INC. |

*/s/ Thomas B. Walsh, IV*
Thomas B. Walsh, IV

90279168.doc