UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE INC. and YAHOO!, INC.,<br><br>*Defendant.* | Civil Action No. 2:07-CV-279-CE<br><br>**JURY DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT P.R. 3-3 AND 3-4 DISCLOSURES

Come now Defendants Google Inc. ("Google") and Yahoo!, Inc. ("Yahoo") (collectively, "Defendants") and, pursuant to P.R. 3-6(b), file their Unopposed Motion for Leave to Supplement P.R. 3-3 and 3-4 Disclosures, and in support of same would show the Court as follows:

### I. BRIEF BACKGROUND

1.  On May 30, 2008, Google and Yahoo timely served their P.R. 3-3 Invalidity Contentions and accompanying P.R. 3-4 document production.

2.  In their P.R. 3-3 Invalidity Contentions served on May 30, 2008, Defendants noted the following:

> "To the extent that Defendants obtain additional information, Defendants reserve the right to supplement these invalidity contentions. <u>Furthermore, pursuant to an agreement with counsel for Function Media, Defendants were granted a two week extension to supplement their P.R. disclosures pertaining to a large volume of materials (approximately 60 boxes) that were located in storage in New York with a law firm that formerly represented DoubleClick (which was recently acquired by Google Inc.) in another litigation.</u> A portion of those materials were forward[ed] to counsel for Google on May 22, promptly after they were located. The production set of materials for that litigation will be made available for inspection during the litigation, and a further production of

**Defendants' Unopposed Motion for Leave to Supplement P.R. 3-3 and 3-4 Disclosures**—Page 1

those materials expressly relied upon in Defendants' P.R. disclosures
will be made in accordance with the earlier production agreement
between the parties." (Emphasis added).

3. As noted above, Defendants intend to supplement their May 30, 2008 Invalidity Contentions (and accompanying supplemental document production) with respect to the large volume of materials obtained from the law firm that previously represented DoubleClick, and Defendants therefore seek leave of Court to supplement their Invalidity Contentions (with accompanying supplemental P.R. 3-4 document production) on June 13, 2008, as previously agreed to with Plaintiff Function Media.

4. This motion for leave is unopposed.

## II. RELIEF REQUESTED

Defendants respectfully seek leave of Court to supplement their P.R. 3-3 Invalidity Contentions (with accompanying supplemental P.R. 3-4 document production) on June 13, 2008, as previously agreed to with Plaintiff Function Media.

Dated: June 12, 2008                    Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
Juanita R. Brooks - Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIMANT
GOOGLE INC.

By: /s/ Douglas E. Lumish (by permission)
David J Healey
Weil Gotshal & Manges- Houston
700 Louisiana, Suite 1600
Houston, TX 77002-2784
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: david.healey@weil.com

Douglas E Lumish
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: doug.lumish@weil.com

ATTORNEYS FOR DEFENDANT
YAHOO!, INC.

## CERTIFICATE OF CONFERENCE

Counsel for Google hereby certifies that counsel for Google (Jason Wolff) conferred with counsel for Plaintiff (Jeremy Brandon) regarding the relief requested in this motion and that counsel for Plaintiff is unopposed to the relief requested.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV