# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. *Plaintiff,* v. GOOGLE INC. and YAHOO!, INC., *Defendant.* | Civil Action No. 2:07-CV-279-CE **JURY DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT P.R. 3-3 AND 3-4 DISCLOSURES

Before the Court is Defendants Google Inc. ("Google") and Yahoo!, Inc. ("Yahoo") (collectively, "Defendants") Unopposed Motion for Leave to Supplement P.R. 3-3 and 3-4 Disclosures, filed on June 12, 2008. After reviewing the Motion and the fact that it is Unopposed, the Court finds that it should be GRANTED. Accordingly, it is

ORDERED that Defendants' Unopposed Motion for Leave to Supplement P.R. 3-3 and 3-4 Disclosures is GRANTED. Defendants are granted leave to supplement their P.R. 3-3 Invalidity Contentions (with accompanying supplemental P.R. 3-4 document production) on June 13, 2008.

SIGNED this 13th day of June, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE