# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. *Plaintiff,* v. GOOGLE INC. and YAHOO!, INC., *Defendant.* | Civil Action No. 2:07-CV-279-CE **JURY DEMANDED** |

## UNOPPOSED MOTION TO EXTEND PRIVILEGE LOG DEADLINES AND DOCUMENT PRODUCTION DEADLINES

Come now Defendants Google Inc. and Yahoo!, Inc. (collectively, "Defendants") and file this Joint Motion to Extend Privilege Log Deadlines and Document Production Deadlines, and in support of same would show the Court as follows:

I.

The current privilege log deadlines in this case from the Court's Docket Control Order (Dkt. No. 45) are as follows:

| | |
|---|---|
| August 29, 2008 | Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes) |
| June 30, 2008 | Privilege Logs to be exchanged by parties. |

**Unopposed Motion to Extend Privilege Log Deadlines
and Document Production Deadlines**—Page 1

Defendants respectfully request that both of the above deadlines from the Court's Docket Control Order (Dkt. No. 45) be extended by approximately 30 days as follows:

| | |
|---|---|
| September 29, 2008 | Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes) |
| July 30, 2008 | Privilege Logs to be exchanged by parties. |

## II.

The current document production deadline from paragraph 3(b) of the Court's Discovery Order (Dkt. No. 44) is June 30, 2008. Defendants respectfully request that this deadline from the Court's Discovery Order (Dkt. No. 44) be extended by approximately 30 days to July 30, 2008, with the understanding that Defendants each will make an initial production of documents to Plaintiff on June 30, 2008 as well.

## III.

This motion is unopposed by Plaintiff. Moreover, this Motion is not sought for delay, but that justice might be done.

Dated: June 27, 2008                    Respectfully submitted,

                            By: /s/ Thomas B. Walsh, IV
                                Juanita R. Brooks - Lead Attorney
                                (CA SBN 75934)
                                E-mail: brooks@fr.com
                                Jason W. Wolff
                                (CA SBN 215819)
                                E-mail: wolff@fr.com
                                Fish & Richardson P.C.
                                12390 El Camino Real
                                San Diego, CA 92130
                                Telephone: (858) 678-5070
                                Facsimile: (858) 678-5099

                                Thomas B. Walsh, IV
                                Texas Bar No. 00785173
                                E-mail: walsh@fr.com
                                Fish & Richardson P.C.
                                5000 Bank One Center
                                1717 Main Street
                                Dallas, TX 75201
                                Telephone: (214) 747-5070
                                Facsimile: (214) 747-2091

                                Harry L. Gillam, Jr.
                                Texas Bar No. 07921800
                                E-mail: gil@gillamsmithlaw.com
                                Melissa R. Smith
                                Texas Bar No. 24001351
                                E-mail: melissa@gillamsmithlaw.com
                                GILLAM & SMITH, L.L.P.
                                303 South Washington Avenue
                                Marshall, TX 75670
                                Telephone: (903) 934-8450
                                Facsimile: (903) 934-9257

                                ATTORNEYS FOR DEFENDANT AND
                                COUNTER-CLAIMANT
                                GOOGLE INC.

By: /s/ Douglas E. Lumish (by permission)  
David J Healey  
Weil Gotshal & Manges- Houston  
700 Louisiana, Suite 1600  
Houston, TX 77002-2784  
Telephone: (713) 546-5000  
Facsimile: (713) 224-9511  
Email: david.healey@weil.com  

Douglas E Lumish  
Weil Gotshal & Manges- Redwood Shores  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065  
Telephone: (650) 802-3000  
Facsimile: (650) 802-3100  
Email: doug.lumish@weil.com  

ATTORNEYS FOR DEFENDANT  
YAHOO!, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Jeremy Brandon, has been contacted regarding the relief requested in this motion. Mr. Brandon stated that Plaintiff was not opposed to the relief requested.

/s/ Thomas B. Walsh, IV  
Thomas B. Walsh, IV

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV  
Thomas B. Walsh, IV