# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC. and YAHOO!, INC.,<br><br>*Defendant.* | Civil Action No. 2:07-CV-279-CE<br><br>**JURY DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRIVILEGE LOG DEADLINES AND DOCUMENT PRODUCTION DEADLINES

BEFORE THE COURT is Defendants Google Inc. and Yahoo!, Inc.'s (collectively, "Defendants") Unopposed Motion to Extend Privilege Log Deadlines and Document Production Deadlines, filed on June 27, 2008. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court hereby GRANTS the Motion. Accordingly, it is

ORDERED that the current privilege log deadlines in this case from the Court's Docket Control Order (Dkt. No. 45) are changed as follows:

| | |
|---|---|
| September 29, 2008 | Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes) |
| July 30, 2008 | Privilege Logs to be exchanged by parties. |

IT IS FURTHER ORDERED that the document production deadline from paragraph 3(b) of the Court's Discovery Order (Dkt. No. 44) is changed from June 30, 2008 to July 30, 2008, with the understanding that Defendants each will make an initial production of documents to Plaintiff on June 30, 2008 as well.

**Order Granting Unopposed Motion to Extend Privilege Log Deadlines
and Document Production Deadlines**—Page 1

SIGNED this 30th day of June, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE