### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| **v.** § | Civil Action No. 2:07-CV-279 TJW |
| § | |
| **GOOGLE, INC. and YAHOO!, INC.,** § | |
| § | |
| Defendants. § | |

### YAHOO!, INC.'S NOTICE OF SUBSTITUTION OF LEAD COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKEN NOTICE that Douglas E. Lumish, who is admitted *pro hac vice* in the above-styled case, is substituted in place of David J. Healey as lead counsel for Defendant Yahoo!, Inc.

DATED: September 24, 2008      Respectfully submitted:

/s/ Douglas E. Lumish
Douglas E. Lumish
doug.lumish@weil.com
Matthew D. Powers
matthew.powers@weil.com
Jeffrey G. Homrig
jeffrey.homrig@weil.com
Adrian Percer
adrian.percer@weil.com
Michael Lane
michael.lane@weil.com
WEIL, GOTHAL & MANGES LLP
Silicon Valley Offce
201 Redwood Shores Pkwy.
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3100

**ATTORNEYS FOR
DEFENDANT YAHOO!, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                        /s/ Khoa Nguyen