## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| **v.** § | Civil Action No. 2:07-CV-279 CE |
| § | |
| **GOOGLE, INC. and YAHOO!, INC.,** § | |
| § | |
| Defendants. § | |

### UNOPPOSED MOTION TO WITHDRAW DAVID J. HEALEY AS ATTORNEY OF RECORD FOR DEFENDANT YAHOO!, INC.

TO THE HONORABLE JUDGE CHARLES EVERINGHAM:

Defendant Yahoo!, Inc. files this Motion to Withdraw David J. Healey as Attorney of Record for Defendants. In support thereof, Defendant Yahoo!, Inc. would show the following:

The undersigned hereby move the Court to withdraw David J. Healey as counsel of record in the above-entitled and numbered cause. Counsel for Plaintiff do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel hereby respectfully move the Court to withdraw David J. Healey as counsel of record in the above-entitled and numbered cause, and for such other and further relief as they may show themselves justly entitled.

DATED: September 24, 2008          Respectfully submitted:

/s/ Douglas E. Lumish
Douglas E. Lumish (Lead Attorney)
doug.lumish@weil.com
Matthew D. Powers
matthew.powers@weil.com
Jeffrey G. Homrig
jeffrey.homrig@weil.com
Adrian Percer
adrian.percer@weil.com
Michael Lane
michael.lane@weil.com
WEIL, GOTHAL & MANGES LLP
Silicon Valley Offce
201 Redwood Shores Pkwy.
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3100

**ATTORNEYS FOR
DEFENDANT YAHOO!, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Khoa Nguyen