# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07-CV-279 CE |
| § | |
| **GOOGLE, INC. and YAHOO!, INC.,** § | |
| § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO WITHDRAW DAVID J. HEALEY AS ATTORNEY OF RECORD FOR DEFENDANT YAHOO!, INC.

Came on for consideration Defendant Yahoo!, Inc.'s Motion to Withdraw David J. Healey as Attorney of Record for Defendant Yahoo!, Inc. Having considered the motion, the Court is of the opinion that it is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendant Yahoo!, Inc.'s Motion to Withdraw David J. Healey as Attorney of Record for Defendants is GRANTED.

IT IS FURTHER ORDERED that David J. Healey is withdrawn as Attorney of Record for Defendant Yahoo!, Inc. in this matter.

SIGNED this 25th day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE