IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | NO. 2-007-CV-279 (CE) |
| GOOGLE, INC. and YAHOO!, INC., | § | |
| | § | JURY TRIAL |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

## UNOPPOSED MOTION TO EXTEND PRIVILEGE LOG DEADLINE

Come now Defendants Yahoo!, Inc. and Google Inc. (collectively, "Defendants")
and file this Joint Motion to Extend Privilege Log Deadline, and in support of same would show
the Court as follows:

I.

On June 30, 2008, the Court Granted Defendants' Unopposed Motion to Extend
Privilege Log Deadlines and Document Production Deadlines (Dkt. No. 59). The current
privilege log deadline in this case is:

September 29, 2008        Letter to the Court stating that there are no disputes as to claims of
privileged documents (if there are no such disputes).

Defendants respectfully request that the above deadline from the Court's June 30,
2008, Order be extended for all parties to:

November 17, 2008        Letter to the Court stating that there are no disputes as to claims of
privileged documents (if there are no such disputes).

II.

This motion is unopposed by Plaintiff. Moreover, this Motion is not sought for
delay, but that justice might be done.

September 26, 2008                  By:      _____/S/  Douglas E. Lumish         ___

                                             DOUGLAS E. LUMISH
                                             Lead Attorney
                                             (CA Bar No. 183863)
                                             (Admitted *pro hac vice*)
                                             doug.lumish@weil.com
                                             MATTHEW D. POWERS
                                             (CA Bar No. 104795)
                                             matthew.powers@weil.com
                                             JEFFREY G. HOMRIG
                                             (CA Bar No. 215890)
                                             jeffrey.homrig@weil.com
                                             WEIL, GOTSHAL & MANGES LLP
                                             Silicon Valley Office
                                             201 Redwood Shores Parkway
                                             Redwood Shores, CA 94065
                                             Telephone: (650) 802-3000
                                             Facsimile: (650) 802-3100


                                             **ATTORNEYS FOR DEFENDANT
                                             YAHOO!, INC.**

                                    By:      _/S/  Thomas B. Walsh, IV (by permission)_
                                             Juanita R. Brooks – Lead Attorney
                                             (CA SBN 75934)
                                             E-mail:  brooks@fr.com
                                             Jason W. Wolff
                                             (CA SBN 215819)
                                             E-mail:  wolff@fr.com
                                             Fish & Richardson P.C.
                                             12390 El Camino Real
                                             San Diego, CA 92130
                                             Telephone:  (858) 678-5070
                                             Facsimile:  (858) 678-5099

                                             Thomas B. Walsh, IV
                                             Texas Bar No. 00785173
                                             E-mail:  walsh@fr.com
                                             Fish & Richardson P.C.
                                             5000 Bank One Center
                                             1717 Main Street
                                             Dallas, TX 75201
                                             Telephone:  (214) 747-5070
                                             Facsimile:  (214) 747-2091

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail:  gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail:  melissa@gilliamsmith.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff, Jeremy Brandon, has been contacted regarding the relief requested in this motion.  Mr. Brandon stated that Plaintiff was not opposed to the relief requested.

/s/ Jeffrey Homrig
Jeffrey Homrig

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Debbie Skolaski
Debbie Skolaski

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | NO. 2-007-CV-279 (CE) |
| GOOGLE, INC. and YAHOO!, INC., | § | |
| | § | JURY TRIAL |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND
PRIVILEGE LOG DEADLINE**

BEFORE THE COURT is Defendants Google Inc. and Yahoo!, Inc.'s

(collectively, "Defendants") Unopposed Motion to Extend Privilege Log Deadline, filed on

September 26, 2008.  After considering the Motion, the relief requested therein, and the fact that

it is unopposed, the Court hereby GRANTS the Motion.  Accordingly, it is

ORDERED that the current privilege log deadline in this case from the Court's

June 30, 2008, Order (Dkt. No. 59) is changed as follows:

November 17, 2008          Letter to the Court stating that there are no disputes as to claims of
                           privileged documents (if there are no such disputes).