IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION |
| v. § | |
| § | NO. 2-007-CV-279 (CE) |
| GOOGLE, INC. and YAHOO!, INC., § | |
| § | JURY TRIAL |
| Defendants. § | |
| § | |
| § | |
| § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND PRIVILEGE LOG DEADLINE

BEFORE THE COURT is Defendants Google Inc. and Yahoo!, Inc.'s (collectively, "Defendants") Unopposed Motion to Extend Privilege Log Deadline, filed on September 26, 2008. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court hereby GRANTS the Motion. Accordingly, it is

ORDERED that the current privilege log deadline in this case from the Court's June 30, 2008, Order (Dkt. No. 59) is changed as follows:

November 17, 2008     Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes).

SIGNED this 30th day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE