# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO FURTHER EXTEND PRIVILEGE LOG DEADLINE

Come now Defendants Yahoo!, Inc., Google Inc. (collectively, "Defendants") and Function Media, L.L.C. ("Plaintiff") and file this Joint Motion to Further Extend Privilege Log Deadline, and in support of same would show the Court as follows:

I.

By Order dated September 30, 2008, the Court Granted Defendants' Unopposed Motion to Extend Privilege Log Deadline (Dkt. No. 65). The current open privilege log deadline in this case is:

November 17, 2008      Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes).

Defendants and Plaintiff respectfully request that the above deadline from the Court's September 30, 2008, Order be extended to:

December 1, 2008      Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes).

II.

This Motion is not sought for delay, but that justice might be done.

Signed: November 17, 2008

By: /s/ Jason W. Wolff
Juanita R. Brooks – Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

By: /s/ Douglas E. Lumish (by permission)
Douglas E. Lumish – Lead Attorney
(CA SBN 183863)
(Admitted pro hac vice)
E-mail: doug.lumish@weil.com
Matthew D. Powers
(CA SBN 104795)
E-mail: matthew.powers@weil.com
Jeffrey G. Homrig
(CA SBN 215890)
E-mail: jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**ATTORNEYS FOR DEFENDANT YAHOO!, INC.**

By: /s/ Jeremy J. Brandon (by permission)
Max I. Tribble – Lead Attorney
(SBN 20213950)
E-mail: mtribble@susmangodfrey.com
Joseph S. Grinstein
(SBN 24002188)
E-mail: jgrinstein@susmangodfrey.com
Susman Godfrey LLP
1000 Louisiana, Ste. 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jeremy J. Brandon
(SBN 24040563)
Susman Godfrey LLP
901 Main Street, Ste. 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

**ATTORNEYS FOR PLAINTIFF FUNCTION MEDIA, L.L.C.**

# CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of November, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                      /s/ Jason W. Wolff
                                      Jason W. Wolff

10885654.doc