IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.** | Civil Case No. 2:07-cv-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO FURTHER EXTEND PRIVILEGE LOG DEADLINE

BEFORE THE COURT is Defendants Google Inc., Yahoo!, Inc.'s (collectively, "Defendants") and Plaintiff Function Media, L.L.C.'s Joint Motion to Further Extend Privilege Log Deadline, filed on November 17, 2008. After considering the Motion, the relief requested therein, and the fact that it is a joint motion, the Court hereby GRANTS the Motion. Accordingly, it is

ORDERED that the current privilege log deadline in this case from the Court's September 30, 2008, Order (Dkt. No. 65) is changed as follows:

| | |
|---|---|
| December 1, 2008 | Letter to the Court stating that there are no disputes as to claims of privileged documents (if there are no such disputes). |

SIGNED this 18th day of November, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE