IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | CIVIL NO. 2:07-CV-279 (CE) |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE, INC. and YAHOO!, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## JOINT NOTICE REGARDING POTENTIAL PRIVILEGE DISPUTES

The parties notify the Court regarding potential privilege disputes in order to comply with Dkt. No. 69.

Defendant Google Inc. ("Google") has notified Plaintiff Function Media, L.L.C. ("Function Media") regarding a potential privilege dispute as to Function Media's reliance on certain redacted materials from its patent attorney Henry Croskell, which Function Media apparently intends to rely upon to prove its alleged prior invention of one of its asserted patents. Google is filing this Notice with the Court to advise the Court of this potential privilege dispute but the parties intend to further confer in an effort to resolve this potential dispute without Court intervention. If the issue cannot be resolved, Google will file an appropriate motion with the Court at a later date.

Defendant Yahoo, Inc. ("Yahoo") has raised no disputes regarding Function Media's privilege claims.

Function Media has raised no disputes regarding Google's or Yahoo's privilege claims.

Signed: December 1, 2008

By:   /s/ Jason W. Wolff
Juanita R. Brooks – Lead Attorney
(CA SBN 75934)
E-mail:  brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail:  wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

By: /s/ Douglas E. Lumish (by permission)
Douglas E. Lumish – Lead Attorney
(CA SBN 183863)
(Admitted pro hac vice)
E-mail: doug.lumish@weil.com
Matthew D. Powers
(CA SBN 104795)
E-mail: matthew.powers@weil.com
Jeffrey G. Homrig
(CA SBN 215890)
E-mail: jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**ATTORNEYS FOR DEFENDANT
YAHOO!, INC.**

By: /s/ Jeremy J. Brandon (by permission)
Max I. Tribble – Lead Attorney
(SBN 20213950)
E-mail: mtribble@susmangodfrey.com
Joseph S. Grinstein
(SBN 24002188)
E-mail: jgrinstein@susmangodfrey.com
Susman Godfrey LLP
1000 Louisiana, Ste. 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jeremy J. Brandon
(SBN 24040563)
Susman Godfrey LLP
901 Main Street, Ste. 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

**ATTORNEYS FOR PLAINTIFF
FUNCTION MEDIA, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason W. Wolff
Jason W. Wolff