# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2-007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## AGREED MOTION FOR PARTIAL DISMISSAL

FUNCTION MEDIA LLC, Plaintiff in the above-captioned action, and GOOGLE INC., one of the Defendants herein, hereby jointly move the Court as follows:

To dismiss with prejudice Plaintiff's cause of action against Defendant Google Inc. for infringement of U.S. Patent No. 6,829,587;

To dismiss without prejudice Defendant Google Inc.'s counterclaims alleging invalidity and/or unenforceability of U.S. Patent No. 6,829,587, together with any affirmative defenses pertaining to U.S. Patent No. 6,829,587;

To order that Plaintiff and Defendant Google Inc. shall each bear their own costs and attorneys' fees incurred in the prosecution and/or defense of Plaintiff's cause of action for infringement of U.S. Patent No. 6,829,587 and Google Inc.'s counterclaims and defenses regarding U.S. Patent No. 6,829,587; and

To order that none of the foregoing affects any rights, causes of actions, counterclaims, defenses, or allegations pertaining to the other three patents-in-suit in the above-captioned action (U.S. Patents No. 6,446,045; U.S. Patent No. 7,240,025; and U.S. Patent No. 7,249,059).

A proposed Order is attached.

Respectfully submitted,

| **FISH & RICHARDSON P.C.** | **SUSMAN GODFREY, LLP** |
|---|---|
| By: /s/ Jason W. Wolff | By: /s/ Max L. Tribble, Jr. |
| Juanita R. Brooks - Lead Attorney | Max L. Tribble, Jr. – Lead Attorney |
| (CA SBN 75934) | State Bar No. 20213950 |
| E-mail: brooks@fr.com | email: mtribble@susmangodfrey.com |
| Jason W. Wolff | SUSMAN GODFREY LLP |
| (CA SBN 215819) | 1000 Louisiana, Suite 5100 |
| E-mail: wolff@fr.com | Houston, Texas, 77002 |
| Fish & Richardson P.C. | Telephone: (713) 651-9366 |
| 12390 El Camino Real | Facsimile: (713) 654-6666 |
| San Diego, CA 92130 | |
| Telephone: (858) 678-5070 | |
| Facsimile: (858) 678-5099 | |
| | |
| Thomas B. Walsh, IV Texas Bar No. 00785173 | **OF COUNSEL**: |
| E-mail: walsh@fr.com | Joseph S. Grinstein |
| Fish & Richardson P.C. | State Bar No. 24002188 |
| 5000 Bank One Center | Email: jgrinstein@susmangodfrey.com |
| 1717 Main Street | SUSMAN GODFREY LLP |
| Dallas, TX 75201 | 1000 Louisiana Street, Suite 5100 |
| Telephone: (214) 747-5070 | Houston, Texas 77002-5096 |
| Facsimile: (214) 747-2091 | Telephone: (713) 651-9366 |
| | Fax: (713) 654-6666 |
| Harry L. Gillam, Jr. | |
| Texas Bar No. 07921800 | **COUNSEL FOR PLAINTIFF AND** |
| E-mail: gil@gillamsmithlaw.com | **COUNTER-DEFENDANT** |
| Melissa R. Smith | **FUNCTION MEDIA LLC** |
| Texas Bar No. 24001351 | |
| E-mail: melissa@gillamsmithlaw.com | |
| GILLAM & SMITH, L.L.P. | |
| 303 South Washington Avenue | |
| Marshall, TX 75670 | |
| Telephone: (903) 934-8450 | |
| Facsimile: (903) 934-9257 | |

**COUNSEL FOR DEFENDANT AND COUNTER-CLAIMANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served via ECF on all counsel of record, this 30th day of January, 2009.

/s/ Jeremy J. Brandon

_____

Jeremy J. Brandon