# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-cv-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Eastern District of Texas Patent Rule 4-3, Plaintiff Function Media and Defendants Google Inc. and Yahoo!, Inc. hereby provide their Joint Claim Construction and Prehearing Statement.

### I.     AGREED CLAIM CONSTRUCTIONS

The parties have met and conferred regarding their Rule 4-2 Exchange and have agreed to the meaning of certain claim terms, phrases, or clauses, including the functions of certain of the means-plus-function terms in one of the patents-in-suit. These terms, and their agreed meanings, are set forth in Exhibit A (attached).

### II.    DISPUTED CLAIM CONSTRUCTIONS

With respect to those terms, phrases, or clauses on which the parties could not reach agreement, the parties have set forth their respective proposed constructions, including the intrinsic and extrinsic evidence relied upon in support thereof, in Exhibit B (attached). The parties reserve the right to rely on and rebut any evidence cited by any party. The parties further reserve the right to offer expert testimony in accordance with the Court's Docket

Control Order and rebuttal expert testimony on any claim term for which any party offers expert testimony. Furthermore, Defendants believe that additional intrinsic evidence that is likely to be relevant to claim construction is evolving through copending inter partes reexaminations pending before the United States Patent & Trademark Office. All parties reserve their rights to rely on materials from those reexaminations for purposes of claim construction here.

## III. ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

The parties believe that it would be appropriate for the Court to allocate six hours for the claim construction hearing, with three hours allocated to each side (including reserved rebuttal time).

## IV. CLAIM CONSTRUCTION LIVE WITNESSES

The parties do not anticipate calling live witnesses at the claim construction hearing except as the Court may request. If so requested, Plaintiff would present the live testimony of Dr. V. Thomas Rhyne. Defendants would present the testimony of Gene Kincaid (Yahoo!) and Roy Jenevein (Google).

## V. CLAIM CONSTRUCTION PREHEARING CONFERENCE

The parties do not believe a claim construction prehearing conference is needed.

Dated: January 30, 2009

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **FISH & RICHARDSON P.C.** | **SUSMAN GODFREY, LLP** |
| By: /s/ Thomas B. Walsh, IV | By: /s/ Max L. Tribble, Jr. |
| Juanita R. Brooks - Lead Attorney | Max L. Tribble, Jr. – Lead Attorney |
| (CA SBN 75934) | State Bar No. 20213950 |
| E-mail: brooks@fr.com | email: mtribble@susmangodfrey.com |
| Jason W. Wolff | SUSMAN GODFREY LLP |
| (CA SBN 215819) | 1000 Louisiana, Suite 5100 |

E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**COUNSEL FOR DEFENDANT AND COUNTER-CLAIMANT GOOGLE INC.**


**WEIL GOTSHAL & MANGES**

By: /s/ Douglas E. Lumish
Douglas E Lumish
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: doug.lumish@weil.com

**COUNSEL FOR DEFENDANT AND COUNTER-CLAIMANT YAHOO!, INC.**

Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666



**OF COUNSEL**:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

**COUNSEL FOR PLAINTIFF FUNCTION MEDIA, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic filing on all counsel of record, this 30th day of January, 2009.

                                              /s/ Jeremy Brandon
                                              Jeremy Brandon