# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | Jury Trial Demanded |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO EXCHANGE EXPERT DECLARATIONS REGARDING CLAIM CONSTRUCTION ISSUES

Plaintiff Function Media hereby files this Unopposed Motion for an Extension of the Deadline to Exchange Expert Declarations Regarding Claim Construction Issues.

The current deadline for the "parties to exchange declarations from experts, if any, regarding claim construction issues" is February 20, 2009. Docket Control Order (Dkt. No. 45). Function Media respectfully requests that the Court extend the above deadline by four days (for all parties), to February 24, 2009. Defendants do not oppose this motion. Moreover, this motion is not sought for purposes of delay.

Dated: February 19, 2009

Respectfully submitted,

/s/ Max L. Tribble, Jr.

---

Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served via ECF and email on counsel of record, this 19th day of February, 2009.

/s/ Jeremy J. Brandon
_____
Jeremy J. Brandon