# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO EXCHANGE EXPERT DECLARATIONS REGARDING CLAIM CONSTRUCTION ISSUES

Before the Court is Plaintiff Function Media's Unopposed Motion for an Extension of the Deadline to Exchange Expert Declarations Regarding Claim Construction Issues, filed on February 19, 2009. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the "parties to exchange declarations from experts, if any, regarding claim construction issues" is changed from February 20, 2009 (*see* Docket No. 45) to February 24, 2009.

SIGNED this 20th day of February, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE