IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION |
| v. § | |
| § | NO. 2-007-CV-279 (CE) |
| GOOGLE, INC. and YAHOO!, INC., § | |
| § | JURY TRIAL |
| Defendants. § | |
| § | |
| § | |
| § | |

# DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO EXCHANGE EXPERT DECLARATIONS REGARDING CLAIM CONSTRUCTION ISSUES

Defendants Yahoo!, Inc. and Google Inc. (collectively, "Defendants") hereby file this Unopposed Motion for an Extension of the Deadline to Exchange Expert Declarations Regarding Claim Construction Issues.

The current deadline for the "parties to exchange declarations from experts, if any, regarding claim construction issues" is February 24, 2009. Docket Control Order (Dkt. No. 76). Defendants respectfully request that the Court extend the above deadline by three days (for all parties), to February 27, 2009. Plaintiffs do not oppose this motion. Moreover, this motion is not sought for purposes of delay.

February 23, 2009          By:     /s/ Jeffrey Homrig

                                   DOUGLAS E. LUMISH
                                   Lead Attorney
                                   (CA Bar No. 183863)
                                   (Admitted *pro hac vice*)
                                   doug.lumish@weil.com
                                   MATTHEW D. POWERS
                                   (CA Bar No. 104795)

matthew.powers@weil.com
JEFFREY G. HOMRIG
(CA Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100


**ATTORNEYS FOR DEFENDANT YAHOO!, INC.**

By: _/S/_ Thomas B. Walsh, IV (by permission)
Juanita R. Brooks – Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gilliamsmith.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue

Marshall, TX 75670  
Telephone: (903) 934-8450  
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff, Jeremy Brandon, has been contacted regarding the relief requested in this motion. Mr. Brandon stated that Plaintiff was not opposed to the relief requested.

/s/ Jeffrey Homrig
Jeffrey Homrig

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of February, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jeffrey Homrig
Jeffrey Homrig