IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | NO. 2-007-CV-279 (CE) |
| GOOGLE, INC. and YAHOO!, INC., | § | |
| | § | JURY TRIAL |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO EXCHANGE EXPERT DECLARATIONS REGARDING CLAIM CONSTRUCTION ISSUES

BEFORE THE COURT is Defendants Google Inc. and Yahoo!, Inc.'s (collectively, "Defendants") Unopposed Motion for an Extension of the Deadline to Exchange Expert Declarations Regarding Claim Construction Issues, filed on February XX, 2009. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court finds that the motion should be and hereby is GRANTED. Accordingly, it is ORDERED that the deadline for the "parties to exchange declarations from experts, if any, regarding claim construction issues" is changed from February 24, 2009 (*see* Docket No. 76) to February 27, 2009.

SIGNED this 24th day of February, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE