# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | Jury Trial Demanded |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF THE PAGE LIMITATIONS APPLICABLE TO ITS OPENING CLAIM-CONSTRUCTION BRIEF

Plaintiff Function Media LLC files this Unopposed Motion for an Extension of the Page Limitations Applicable to its Opening Claim-Construction Brief. Local Rule CV-7(a)(1), in conjunction with Patent Rule 4-5(e), provides that a plaintiff's opening claim-construction brief "shall not exceed thirty pages, excluding attachments, unless leave of court is first obtained." Because the above-captioned litigation involves three patents, two separate Defendants (each of whom is allotted a thirty-page response brief under the Rules), and separate claim-construction arguments by each Defendant with respect to certain disputed terms, Function Media respectfully requests that the Court grant leave for Function Media to file a single opening claim-construction belief not to exceed forty-five pages (excluding attachments).

Defendants do not oppose the relief requested in this motion.

Dated: April 6, 2009

Respectfully submitted,

/s/ Max L. Tribble, Jr.

_____

Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100

Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served via ECF on counsel of record, this 6th day of April, 2009.

/s/ Jeremy J. Brandon
_____
Jeremy J. Brandon

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that, in compliance with Local Rule CV-7(h), counsel for Function Media, Jeremy Brandon, met and conferred in good faith with counsel for Google Inc, Jason Wolff, via teleconference on April 3, 2009, and with counsel for Yahoo!, Inc., Doug Lumish, via email on April 5, 2009. Counsel for Google and counsel for Yahoo! indicated that they do not oppose the relief requested herein.

/s/ Jeremy J. Brandon
_____
Jeremy J. Brandon