**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### PLAINTIFF FUNCTION MEDIA LLC'S RESPONSE IN OPPOSITION TO DEFENDANT YAHOO! INC.'S MOTION FOR A PROTECTIVE ORDER

Defendant Yahoo!, Inc.'s Motion for a Protective Order is improper and should be denied for the reasons set forth in Plaintiff Function Media LLC's Motion to Compel Discovery from Defendant Yahoo!, Inc. (filed April 13, 2009). *See* Docket No. 83. Function Media's Motion to Compel Discovery specifically addresses the arguments that Yahoo! raises in its Motion for a Protective Order. *See id.* at pp. 8-13. Rather than repeat Function Media's responses herein, Function Media incorporates by reference its Motion to Compel and accompanying brief.

A proposed order is attached.

Respectfully submitted,

/s/ Max L. Tribble, Jr.

———————————————————————

Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

1

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing will be served via ECF on all counsel of record, this 13th day of April, 2009.

/s/ Jeremy J. Brandon

Jeremy J. Brandon