IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| GOOGLE INC. AND YAHOO!, INC. | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, N. Claire Abernathy, enters her appearance in this matter as counsel for Plaintiff, Function Media, L.L.C., for the purpose of receiving notices and orders from the Court.

Dated: April 27, 2009

Respectfully submitted,

By: /s/ N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Rd., Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Max Tribble, Jr
Joseph Samuel Grinstein
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/651-9366
Fax: 17136546666
Email: mtribble@susmangodfrey.com
Email: jgrinstein@susmangodfrey.com

Charles Ainsworth
Robert Christopher Bunt
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

**ATTORNEYS FOR FUNCTION MEDIA, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 27th day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy