# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## ORDER GRANTING GOOGLE INC. AND YAHOO!, INC.'S JOINT MOTION FOR LEAVE TO FURTHER SUPPLEMENT THEIR P. R. 3-3 AND 3-4 DISCLOSURES

Before the Court is Defendants Google Inc. and Yahoo!, Inc.'s Joint Motion for Leave to Further Supplement their P.R. 3-3 and P.R. 3-4 Disclosures, filed on October 31, 2008. After reviewing the Motion for Leave, the Response in Opposition thereto, the evidence submitted, and any further briefing, the Court finds that the Motion for Leave should be and hereby is GRANTED. Accordingly, it is

ORDERED that Defendants Google Inc. and Yahoo!, Inc.'s Joint Motion for Leave to Further Supplement their P.R. 3-3 and P.R. 3-4 Disclosures, filed on October 31, 2008, is GRANTED. It is further

ORDERED that Google Inc. and Yahoo!, Inc.'s Second Supplemental Invalidity Contentions and accompanying document production served on Plaintiff by October 29, 2008 are deemed by the Court to be a part of Defendants' Invalidity Contentions in this case.

SIGNED this 27th day of April, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE