Function Media, L.L.C. v. Google, Inc. et al                                                                                          Doc. 89

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR MODIFICATION TO THE CASE SCHEDULE

Defendant Google Inc. ("Google"), Defendant Yahoo!, Inc. ("Yahoo!"), and Plaintiff Function Media, L.L.C. ("Function Media") hereby file this Joint Motion for Modification to the Case Schedule.

Defendants' P. R. 4-5(b) responsive claim construction briefs are due on April 30, 2009, and the parties request that this date be extended to May 15, 2009. Function Media's reply brief is currently due on May 13, 2009, and the parties request that this date be extended to June 11, 2009. The P. R. 4-6 hearing is set for August 12, 2009, which is three months after the current reply-brief deadline and two months after the proposed June 11 reply-brief deadline.

So that additional time may be allowed to permit Defendants to simplify and possibly consolidate their respective claim construction positions, and so that Plaintiff has additional time to prepare its P. R. 4-5(c) reply brief, the parties jointly request that the Court modify the dates set out in the Docket Control Order (Dkt. #45) for the remaining claim construction briefing as follows:

• May 15, 2009 – comply with P. R. 4-5(b) [Google and Yahoo! to serve and file responsive briefs and supporting evidence]

- June 11, 2009 – comply with P. R. 4-5(c) [Function Media to serve and file any reply brief and any evidence directly rebutting the supporting evidence contained in Google and Yahoo!'s responses].

The additional time requested still allows the Court two months to consider the briefing before the August 12, 2009 claim construction hearing.

Dated: April 28, 2009

Respectfully submitted,

By: /s/ Jason W. Wolff
Juanita R. Brooks – Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

By: /s/ Douglas E. Lumish (by permission)
Douglas E. Lumish – Lead Attorney
(CA SBN 183863)
(Admitted pro hac vice)
E-mail: doug.lumish@weil.com
Matthew D. Powers
(CA SBN 104795)
E-mail: matthew.powers@weil.com
Jeffrey G. Homrig
(CA SBN 215890)
E-mail: jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**ATTORNEYS FOR DEFENDANT YAHOO!, INC.**

By: /s/ Jeremy J. Brandon (by permission)
Max I. Tribble – Lead Attorney
(SBN 20213950)
E-mail: mtribble@susmangodfrey.com
Joseph S. Grinstein
(SBN 24002188)
E-mail: jgrinstein@susmangodfrey.com
Susman Godfrey LLP
1000 Louisiana, Ste. 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jeremy J. Brandon
(SBN 24040563)
Susman Godfrey LLP
901 Main Street, Ste. 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

**ATTORNEYS FOR PLAINTIFF FUNCTION MEDIA, L.L.C.**

50649986.doc

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Jeremy Brandon, has been contacted regarding the relief requested in this motion. Mr. Brandon stated that Plaintiff was not opposed to the relief requested.

/s/ Jason W. Wolff
Jason W. Wolff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 28, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason W. Wolff
Jason W. Wolff

50649986.doc