## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**FUNCTION MEDIA, L.L.C.,**

**v.**

**GOOGLE INC. AND YAHOO!, INC.**

**Civil Case No. 2:07-cv-279 (CE)**

**JURY TRIAL DEMANDED**

### ORDER GRANTING JOINT MOTION FOR MODIFICATION TO THE CASE SCHEDULE

Before the Court is the parties' Joint Motion for Modification to the Case Schedule, filed on April 28, 2009. After considering the Motion, the relief requested therein, and the fact that it is proposed jointly by all parties, the Court finds that the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that the date for Defendants' P. R. 4-5(b) responsive claim construction briefs be extended from April 30, 2009, to May 15, 2009, and that the date for Function Media's P. R. 4-5(c) reply claim construction brief be extended from May 13, 2009, to June 11, 2009.

SIGNED this 29th day of April, 2009.

_____

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE