# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF YAHOO!, INC.'S MOTION FOR A PROTECTIVE ORDER AND FUNCTION MEDIA'S MOTION TO COMPEL

On April 1, 2009, Yahoo!, Inc. filed a motion for a protective order barring discovery into certain issues. *See* Dkt. No. 79. On April 13, 2009, Function Media LLC filed a motion to compel discovery into these same issues. *See* Dkt. No. 83. Yahoo!, Inc. and Function Media LLC hereby withdraw their respective motions.

Dated: May 11, 2009

Respectfully submitted,

/s/ Max L. Tribble Jr.

_____
Max L. Tribble, Jr. – Lead Attorney
TX Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Joseph S. Grinstein
TX Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

Telephone: (713) 651-9366
Fax: (713) 654-6666

Jeremy J. Brandon
TX Bar No. 24040563
Email: jbrandon@susmangodfrey.com
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1938
Fax: (214) 665-0852

*Attorneys for Plaintiff Function Media LLC*


/s/ Douglas E. Lumish (by permission)
Douglas E. Lumish – Lead Attorney
CA Bar No. 183863, *pro hac vice*
Email: doug.lumish@weil.com
Matthew D. Powers
CA Bar No. 104795
Email: matthew.powers@weil.com
Jeffrey G. Homrig
CA Bar No. 215890
Email: jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant Yahoo!, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), this 11th day of May 2009.

/s/ Jeremy J. Brandon

Jeremy J . Brandon