# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMITS FOR ITS RESPONSIVE CLAIM CONSTRUCTION BRIEF

Local Rule CV-7(a)(1), in conjunction with Patent Rule 4-5(e), provides that a responding party shall limit its response to thirty pages, excluding attachments, unless leave of court is first obtained.

Previously, Function Media sought and obtained an additional fifteen pages of briefing for its opening claim construction brief. This motion was unopposed by Defendants Google and Yahoo!. Due to the large number of claims that are being asserted against Google (84) in this litigation, and, consequently, the number of claim terms that are at issue in the parties' claim construction briefs, Google seeks a reciprocal additional fifteen pages for its responsive claim construction brief. Function Media does not oppose this request.

Therefore, Google respectfully requests that the Court grant leave for Google to file a responsive brief to Function Media's opening claim construction brief not to exceed 45 pages (excluding attachments).

Dated: May 12, 2009

Respectfully submitted,

By: /s/ Jason W. Wolff
Juanita R. Brooks – Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 12, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason W. Wolff
Jason W. Wolff


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, in compliance with Local Rule CV-7(h), counsel for Google Inc., Jason Wolff, met and conferred in good faith with counsel for Function Media, L.L.C., Jeremy Brandon, via telephone and email on May 11, 2009. Counsel for Function Media indicated that it does not oppose the relief requested herein.

/s/ Jason W. Wolff
Jason W. Wolff