IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-cv-279 (CE)** |
| **v.** | |
| **GOOGLE INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMITS APPLICABLE FOR ITS RESPONSIVE CLAIM CONSTRUCTION BRIEF

Before the Court is Google's Unopposed Motion for Extension of the Page Limits Applicable for Its Responsive Claim Construction Brief, filed on May 11, 2009. After considering the Motion, the relief requested therein, and the fact that it is unopposed by Function Media, the Court finds that the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that the page limitation applicable to Google's responsive claim construction brief shall be extended from thirty pages to forty-five pages (excluding attachments).