IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.** | Civil Case No. 2:07-cv-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

**Additional Attachments to Document #98**
Google Inc.'s Markman Brief
Index

| Dkt No. or Exhibit No. | Short Title | Title of Document |
|---|---|---|
| Wolff Dec. Exh. E | Stone Tr. | Deposition Transcript of Lucinda Stone |
| Wolff Dec. Exh. F | Jenevein Decl. | Declaration of Roy M. Jenevein |
| Wolff Dec. Exh. G1 | '587 Pros. Hist. | Prosecution History of U.S. Patent 6,829,587 |
| Wolff Dec. Exh. G2 |  | U.S. Patent 6,401,075 to Mason |
| Wolff Dec. Exh. G3 |  | U.S. Patent 6,430,603 to Hunter |