## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., <br><br> v. <br><br> GOOGLE, INC. AND YAHOO!, INC. | Civil Case No. 2:07-cv-279 (CE) <br><br> JURY TRIAL DEMANDED |

**Additional Attachments to Document #98**
Google Inc.'s Markman Brief
Index

| Dkt No. or Exhibit No. | Short Title | Title of Document |
|---|---|---|
| Wolff Dec. Exh. H1 | '059 Pros. Hist. | Prosecution History of U.S. Patent 7,249,059 |
| Wolff Dec. Exh. H2 | | U.S. Patent 6,167,382 to Sparks |
| Wolff Dec. Exh. H3 | | U.S. Patent 6,119,101 to Peckover |
| Wolff Dec. Exh. I1 | '045 Pros. Hist. | Prosecution History of U.S. Patent 6,446,045 |
| Wolff Dec. Exh. I2 | | U.S. Patent 6,038,545 to Mandeberg |