**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.** | Civil Case No. 2:07-cv-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

**Additional Attachments to Document #98**
Google Inc.'s Markman Brief
Index

| Dkt No. or Exhibit No. | Short Title | Title of Document |
|---|---|---|
| Wolff Dec. Exh. J1 | '025 Pros. Hist. | Prosecution History of U.S. Patent 7,240,025 |
| Wolff Dec. Exh. J2 | | U.S. Patent 5,5543,856 to Rosser |
| Wolff Dec. Exh. K | | Substitution of FM's Proposed Constructions into Claim 47 |
| Wolff Dec. Exh. L1 | | Aaddzz Brochure |
| Wolff Dec. Exh. L2 | | Aaddzz website |
| Wolff Dec. Exh. M | | AdForceUserGuide |
| Wolff Dec. Exh. N | | U.S. Patent 6,985,882 to Del Sesto |
| Wolff Dec. Exh. O | | U.S. Patent 6,026,368 to Brown |