# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Defendant Yahoo!, Inc. and Plaintiff Function Media LLC have resolved any and all disputes between them related to this matter and have agreed to dismiss with prejudice the claims, causes of actions, counterclaims, and defenses between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Function Media LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Yahoo!, Inc., and Yahoo!, Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Function Media LLC.

Dated: May 18, 2009

Respectfully submitted,

/s/ Max L. Tribble Jr.

_____
Max L. Tribble, Jr. – Lead Attorney
TX Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002

Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Joseph S. Grinstein
TX Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666

Jeremy J. Brandon
TX Bar No. 24040563
Email: jbrandon@susmangodfrey.com
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:  (214) 754-1938
Fax:  (214) 665-0852

*Attorneys for Plaintiff Function Media LLC*


/s/ Douglas E. Lumish (by permission)
Douglas E. Lumish – Lead Attorney
CA Bar No. 183863, *pro hac vice*
Email: doug.lumish@weil.com
Matthew D. Powers
CA Bar No. 104795
Email: matthew.powers@weil.com
Jeffrey G. Homrig
CA Bar No. 215890
Email: jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant Yahoo!, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), this 18th day of May 2009.

/s/ Jeremy J. Brandon

Jeremy J . Brandon