# FISH & RICHARDSON P.C.



12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Jason W. Wolff
858 678-4719

Email
wolff@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

VIA FEDERAL EXPRESS

May 18, 2009

Clerk's Office
United States District Court
Eastern District of Texas Marshall Div.
100 E. Houston, Room 125
Marshall, Texas 75670

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: *Function Media, L.L.C. v. Google, Inc. and Yahoo!, Inc.*
United States District Court - Eastern District of Texas Marshall Div
Civil Case No. 2:07-cv-279 (CE)

Dear Clerk's Office:

Enclosed is a CD-ROM that is Exhibit P to the Declaration of Jason W. Wolff in Support of Google Inc.'s Markman Brief (Dkt # 98-4) in the above captioned case. Due to the volume of materials that Exhibit P represents, we had called the Clerk's Office in advance of the filing and were instructed the CD-ROM was an acceptable format for this material. If a paper copy is preferable, or if we misunderstood what the Court prefers, a paper copy could be filed.

Very truly yours,

Jason W. Wolff

Encl.

JYW/lqm

cc: The Honorable Charles Everingham IV
Jeremy J Brandon, Esq., counsel for Function Media LLC

10922158.doc