IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-279 CE |
| | § | |
| GOOGLE, INC. and YAHOO!, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Plaintiff Function Media, L.L.C. for purposes of receiving notices and orders from the Court.

DATE: May 20, 2009

Respectfully submitted,

BY: /s/ Otis Carroll
Otis Carroll
State Bar No. 03895700
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF
FUNCTION MEDIA, L.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 20th day of May, 2009.

/s/ Otis Carroll
Otis Carroll