IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-279 CE |
| | § | |
| GOOGLE, INC. and YAHOO!, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Collin Maloney, enters his appearance in this matter for Plaintiff Function Media, L.L.C. for purposes of receiving notices and orders from the Court.

DATE: May 20, 2009                    Respectfully submitted,

                                      BY: /s/Collin Maloney
                                      Collin Maloney
                                      State Bar No. 00794219
                                      Ireland, Carroll & Kelley, PC
                                      6101 S. Broadway, Suite 500
                                      Tyler, Texas 75703
                                      Tel: (903) 561-1600
                                      Fax: (903) 581-1071
                                      Email: Fedserv@icklaw.com

                                      ATTORNEYS FOR PLAINTIFF
                                      FUNCTION MEDIA, L.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 20th day of May, 2009.

                                      /s/ Collin Maloney
                                      Collin Maloney