# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF THE PAGE LIMITATIONS APPLICABLE TO ITS *MARKMAN* REPLY BRIEF

Before the Court is Plaintiff Function Media's Unopposed Motion for an Extension of the Page Limitations Applicable to its *Markman* Reply Brief, filed on June 3, 2009. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the page limitation applicable to Function Media's *Markman* Reply Brief is extended from ten pages to twenty pages (excluding exhibits).

SIGNED this 5th day of June, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE