# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | Civil Action No. 2007-CV-279 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | Jury Trial Demanded |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF THE PAGE LIMITATIONS APPLICABLE TO ITS *MARKMAN* REPLY BRIEF

Plaintiff Function Media LLC ("FM") files this Unopposed Motion for an Extension of the Page Limitations Applicable to its *Markman* Reply Brief. Local Rule CV-7(a)(1), in conjunction with Patent Rule 4-5(e), provides that a reply brief shall not exceed ten pages unless otherwise ordered by the Court. By order dated June 8, 2009, the Court granted FM's unopposed motion to extend these page limitations from ten to twenty pages. *See* Dkt No. 108. FM now respectfully requests that the Court grant leave for FM to file a reply brief not to exceed twenty-three pages (excluding exhibits).

The above-captioned litigation involves three patents-in-suit and several claim-construction disputes. This Court has previously granted FM's unopposed request for an extension of the page limits applicable to its Opening Brief, Defendant Google Inc.'s unopposed request for an extension of the page limits applicable to its Response Brief, and (as noted above) FM's recent request for an extension of the page limits applicable to its Reply Brief. Having now finalized the Reply Brief, FM believes that three additional pages are necessary.

Google does not oppose the relief requested herein.[1]

Dated: June 11, 2009

---

[1] Defendant Yahoo!, Inc. is no longer a party to the litigation.

Respectfully submitted,

/s/ Max L. Tribble, Jr.

_____
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Lead Attorney for Plaintiff*

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served via ECF on counsel of record, this 11th day of June, 2009.

/s/ Jeremy J. Brandon

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that, in compliance with Local Rule CV-7(h), counsel for Function Media, Jeremy Brandon, met and conferred in good faith with counsel for Google Inc, Jason Wolff, via email on June 10 and 11, 2009. Counsel for Google indicated that he does not oppose the relief requested herein.

/s/ Jeremy J. Brandon