IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiffs, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Plaintiffs, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Plaintiffs.

We request CM/ECF notification for filings in the case.

>LEXIE G. WHITE
>Texas State Bar No. 24048876
>lwhite@susmangodfrey.com
>SUSMAN GODFREY L.L.P.
>1000 Louisiana Street, Suite 5100
>Houston, TX 77002-5096
>Telephone: (713) 651-9366
>Facsimile: (713) 654-6666

>Respectfully submitted,

>*/s/ Lexie White*
>Max L. Tribble, Jr.
>State Bar No. 20213950
>Email: mtribble@susmangodfrey.com
>SUSMAN GODFREY LLP
>1000 Louisiana, Suite 5100
>Houston, Texas, 77002
>Telephone: (713) 651-9366
>Facsimile: (713) 654-6666

>Lead Attorney for Plaintiffs

955495v1/010020

OF COUNSEL:

Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
Aimée Robert
State Bar No. 24046729
Email: arobert@susmangodfrey.com
Lexie G. White
State Bar No. 24048876
Email: lwhite@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

Jeremy Brandon
State Bar No. 24040563
Email:jbrandon@susmangodfrey.com
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Thomas B. Walsh, IV
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
*Attorneys for Google*

Juanita R. Brooks
Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
*Attorneys for Google*

Harry L. Gillam, Jr.
Melissa R. Smith
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
*Attorneys for Google*

David J. Healey
WEIL, GOTSHAL & MANGES LLP.
700 Louisiana St., Suite 1600
Houston, TX 77002
*Attorneys for Yahoo!*

                                                  */s/ Lexie White*
                                                  Lexie White