IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| FUNCTION MEDIA LLC | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Function Media, LLC ("Function Media") respectfully requests that N. Claire Abernathy be permitted to withdraw as counsel of record for Function Media in this matter. The reason for this request is that Ms. Abernathy is no longer associated with the law firm Capshaw DeRieux, LLP. No other changes are requested at this time regarding the other attorneys acting as Function Media's counsel of record.

Dated: July 10, 2009

Respectfully submitted,

/s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Rd., Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com

E-mail: jrambin@capshawlaw.com

Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
Joseph S. Grinstein
State Bar No. 24002188
Email: jgrinstein@susmangodfrey.com
Alexandra G White
Email: lwhite@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Justin Adatto Nelson
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle , WA 98101
206/516-3867
Fax: 206/516-3883
Email: jnelson@susmangodfrey.com

Charles Ainsworth
Robert Christopher Bunt
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler , TX 75702
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

Collin Michael Maloney
Otis W Carroll , Jr
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler , TX 75703
903/561-1600
Fax: 9035811071
Email: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF FUNCTION MEDIA, LLC

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 10th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux