# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** <br><br> v. <br><br> **GOOGLE, INC. AND YAHOO!, INC.** | Civil Case No. 2:07-CV-279 (CE) <br><br> **JURY TRIAL DEMANDED** |

### GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT TECHNICAL TUTORIALS ON DVD

Defendant Google Inc. ("Google") respectfully moves for a short extension of six days of the deadline for both parties to submit a technical tutorial on DVD to the Court. Plaintiff Function Media does not oppose this request.

Pursuant to the Court's January 24, 2008 scheduling order, the current deadline for submission of tutorials on DVDs is July 29, 2009. A short extension of that deadline will allow additional time to permit completion of the technical tutorial DVDs.

The claim construction hearing is scheduled for August 12, 2009 at 9:00 a.m.

Therefore, Google respectfully requests that the Court grant leave for both parties to submit their tutorials on DVD by Tuesday, August 4, 2009. A proposed order is submitted herewith.

01980.51542/3021411.1

1

Dated: July 23, 2009

Respectfully submitted,
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: */s/*

Carl G. Anderson (CA Bar No. 239927)
 carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Stan Karas (CA Bar No. 222402)
 stankaras@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

FISH & RICHARDSON P.C.
Juanita R. Brooks - Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant Google Inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Joseph S. Grinstein has been contacted regarding the relief requested in this motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.

Dated: July 23, 2009      /s/
                                          Carl G. Anderson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 23, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          /s/
                                          Carl G. Anderson