# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## ORDER GRANTING GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT TECHNICAL TUTORIALS ON DVD

Before the Court is Google Inc.'s Unopposed Motion for Extension of Time to Submit Technical Tutorials on DVD. After considering the Motion, the relief requested therein, and the fact that it is unopposed by Function Media, LLC, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that the parties shall submit their tutorials on DVD to the court by August 4, 2009.

SIGNED this 24th day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE