IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## MOTION TO EXPEDITE CONSIDERATION OF MOTION TO COMPEL

Function Media respectfully requests that this Court expedite briefing and argument in the concurrently-filed Motion to Compel. Google opposes this request, but it has not given any reason why. Indeed, as Google has acknowledged, this issue is inextricably intertwined with Google's Motion for Protective Order, with many overlapping facts. The Motion to Compel seeks documents from a group of senior-level Google officials. The Motion for Protective Order concerns whether three of those same executives can be deposed.

On July 25, 2009, Google admitted that these two motions should be heard together: "[I]t is most efficient for the parties and the Court if those apex witness issues are addressed at the same hearing." Exh. E to Motion to Compel (email from Stan Karas to Justin Nelson). Given Google's stated position, Function Media asked Google to reconsider its position on whether to expedite briefing on this motion, given that the briefing for the Motion for Protective Order will be complete next week. Google refused to reconsider, presumably not wanting a quick hearing on this point despite the upcoming discovery deadline and the length of time that this issue has

been a topic of discussion between the parties, as detailed in the accompanying motion and response.

Moreover, because the parties already will be in front of this Court on August 12, 2009 for the *Markman* hearing, Function Media respectfully suggests that it is most efficient for all parties to have the hearing on these two motions on that same date.

Function Media thus proposes the following schedule so that this Court can hear both the Motion for Protective Order and Motion to Compel on August 12:

| | |
|---|---|
| July 28, 2009: | Opening Brief Due |
| August 5, 2009: | Response Due |
| August 10, 2009: | Reply Due |
| August 12, 2009: | Hearing |

                                                                  Respectfully submitted,

                                                                   /s/ Justin A. Nelson
                                                                   Max L. Tribble, Jr.
                                                                   State Bar No. 20213950
                                                                   Email: mtribble@susmangodfrey.com
                                                                   SUSMAN GODFREY LLP
                                                                   1000 Louisiana, Suite 5100
                                                                   Houston, Texas, 77002
                                                                   Telephone: (713) 651-9366
                                                                   Facsimile: (713) 654-6666

                                                                   Lead Attorney for Plaintiffs

OF COUNSEL:
Justin A. Nelson, State Bar No. 24034766
**SUSMAN GODFREY L.L.P.**
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnselson@susmangodfrey.com

Joseph S. Grinstein, State Bar No. 24002188
Aimée Robert, State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: jgrinstein@susmangodfrey.com
Email: arobert@susmangodfrey.com

Jeremy Brandon, State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
Email:jbrandon@susmangodfrey.com

**CERTIFICATE OF CONFERENCE**

Counsel for plaintiffs have conferred with counsel for defendants on July 24-28, 2009.

They have indicated their opposition to this motion.

          /s/ Justin A. Nelson
          Justin A. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 28th day of July, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

/s/ Justin A. Nelson  
Justin A. Nelson