AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

           EASTERN           DISTRICT OF           TEXAS

FUNCTION MEDIA, LLC

**NOTICE**

V.

GOOGLE, INC., ET AL                    CASE NUMBER:   2:07-CV-279 (CE)

TYPE OF CASE:

       X   **CIVIL**              **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**MARKMAN HEARING**

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE<br>United States District Court<br>100 E. Houston St.<br>Marshall, TX 75670 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 12, 2009, 9:00 a.m. | **CONTINUED TO DATE AND TIME**<br><br>**August 25, 2009, 9:00 a.m.** |
|---|---|---|

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

July 30, 2009                                    Debbie Latham
DATE                                             (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

# ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM

# ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                                                      Date

Print Name of Atty. _____

Counsel for _____
                 (Name of Party)

Type of Proceeding: _____
                       (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____