## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

### JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT P.R. 4-5(d) CHART AND TECHNICAL TUTORIALS ON DVD

Defendant Google Inc. and Plaintiff Function Media, L.L.C. hereby file this Joint Motion for Extension of Time to Submit P.R. 4-5(d) Chart and Technical Tutorials on DVD. The Court recently moved the *Markman* hearing set for August 12, 2009 to August 25, 2009 at 9:00 a.m. The parties respectfully request a short extension of two pre-*Markman* deadlines.

The parties are currently scheduled to submit their joint P.R. 4-5(d) chart on July 31, 2009, and the parties request that this date be extended to August 14, 2009.

The parties are currently scheduled to submit their technical tutorials on DVD on August 4, 2009, and the parties request that this date be extended to August 17, 2009.

A short extension of these two deadlines will allow additional time to permit completion of the P.R. 4-5(d) chart and technical tutorial DVDs. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: July 30, 2009<br><br>SUSMAN GODFREY LLP<br><br>By: */s/* _____<br><br>Jeremy J. Brandon (by permission)<br>Max I. Tribble – Lead Attorney<br>(SBN 20213950)<br>E-mail: mtribble@susmangodfrey.com<br>Joseph S. Grinstein<br>(SBN 24002188)<br>E-mail: jgrinstein@susmangodfrey.com<br>Susman Godfrey LLP<br>1000 Louisiana, Ste. 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Jeremy J. Brandon<br>(SBN 24040563)<br>901 Main Street, Ste. 5100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1933<br>Counsel for Plaintiff and Counter-Defendant Function Media, L.L.C. | Respectfully submitted,<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br><br>By: */s/* _____<br><br>Carl G. Anderson (CA Bar No. 239927)<br>  carlanderson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>Stan Karas (CA Bar No. 222402)<br>  stankaras@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:    (213) 443 3000<br>Facsimile:    (213) 443 3100<br><br>FISH & RICHARDSON P.C.<br>Juanita R. Brooks - Lead Attorney<br>(CA SBN 75934)<br>E-mail: brooks@fr.com<br>Jason W. Wolff<br>(CA SBN 215819)<br>E-mail: wolff@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Harry L. Gillam, Jr.<br>Texas Bar No. 07921800<br>E-mail: gil@gillamsmithlaw.com<br>Melissa R. Smith<br>Texas Bar No. 24001351<br>E-mail: melissa@gillamsmithlaw.com<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Counsel for Defendant and Counter-Claimant Google Inc. |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Jeremy J. Brandon has been contacted regarding the relief requested in this motion. Mr. Brandon stated that Plaintiff was agreeable to the relief requested.

Dated: July 30, 2009         /s/
                             Carl G. Anderson


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 30, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                             /s/
                             Carl G. Anderson