UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279-CE |
| | § | |
| GOOGLE, INC. AND | § | |
| YAHOO!, INC. | § | |

# ORDER

Pending before the court is Function Media, LLC's motion to expedite briefing (Dkt. No. 121) pertaining to its concurrently filed motion to compel (Dkt. No. 133). The court grants the motion in part.

In light of the re-scheduling of the claim construction hearing for August 25, 2009, the court sets the following briefing schedule for the motion to compel (Dkt. No. 133).

        Response Due:        August 12, 2009

        Reply Due:        August 18, 2009

        Sur-Reply Due:        August 24, 2009 at 12:00 p.m.

The court will hear oral argument on Google, Inc.'s motion for a protective order (Dkt. No. 120) and Function Media's motion to compel (Dkt. No. 133) at the conclusion of the claim construction hearing. Each side will be given 20 minutes to argue its respective position.

SIGNED this 31st day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE