IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | JURY TRIAL DEMANDED |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT P.R. 4-5(d) CHART AND TECHNICAL TUTORIALS ON DVD

Before the Court is the parties' Join Motion for Extension of Time to Submit P.R. 4-5(d) Chart and Technical Tutorials on DVD. After considering the Motion, the relief requested therein, and the fact that it is submitted jointly by the parties, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that the parties shall submit their joint P.R. 4-5(d) chart to the Court by August 14, 2009 and their tutorials on DVD to the court by August 17, 2009.

SIGNED this 31st day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE