# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY FOR GOOGLE'S MARKMAN BRIEF

On July 27, 2009, after the claim construction briefing was complete, the United States Court of Appeals for the Federal Circuit issued a precedential opinion that directly relates to the construction of the means plus function claim limitations that are before the court.

The opinion is *Blackboard, Inc. v. Desire2Learn, Inc.*, ___ F.3d___, No. 2008-1368, slip op. (Fed. Cir., July 27, 2009), which is attached hereto as Exhibit 1. Pages 20 through 27 of the opinion address means plus function limitations and in what circumstances such claims may be indefinite. *Blackboard* supports the arguments and authority recited at pages 3-14 of Google's Markman brief. *See* Dkt. # 98-01.

Dated: August 7, 2009         Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By: */s/*
   Charles K. Verhoeven (Bar No. 2272060)
charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar. No. 209502)
  davidperlson@quinnemanuel.com
  Amy H. Candido (Bar No. 237829)
  amycandido@quinnemanuel.com
  Carl G. Anderson (CA Bar No. 239927)
  carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Stan Karas (CA Bar No. 222402)
  stankaras@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:    (213) 443 3000
Facsimile:    (213) 443 3100

FISH & RICHARDSON P.C.
Juanita R. Brooks - Lead Attorney (CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff (CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Harry L. Gillam, Jr. Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Counsel for Defendant and Counter-Claimant GOOGLE INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 7, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      /s/ Carl G. Anderson
      Carl G. Anderson