## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-cv-279 (CE)** |
| **v.** | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## NOTICE OF SUBSTITUTION OF LEAD TRIAL COUNSEL

PLEASE TAKE NOTICE that defendant Google Inc. has replaced Juanita Brooks, Esq. of Fish & Richardson, P.C., 12390 El Camino Real, San Diego, CA 92130 with Charles K. Verhoeven, Esq. of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111 as lead trial counsel in this action.

Dated:  August 11, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By:  /s/
     Charles K. Verhoeven (Bar No. 170151)
     charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar. No. 209502)
     davidperlson@quinnemanuel.com
     Amy H. Candido (Bar No. 237829)
     amycandido@quinnemanuel.com
     Carl G. Anderson (CA Bar No. 239927)
     carlanderson@quinnemanuel.com
     50 California Street, 22nd Floor
     San Francisco, California 94111
     Telephone:  (415) 875-6600
     Facsimile:  (415) 875-6700

Dockets.Justia.com

Stan Karas (CA Bar No. 222402)
stankaras@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:     (213) 443 3000
Facsimile:     (213) 443 3100

FISH & RICHARDSON P.C.
Juanita R. Brooks - (CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff (CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Harry L. Gillam, Jr. Texas Bar No.
07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Counsel for Defendant and Counter-
Claimant
GOOGLE INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 11, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


/s/ Stan Karas
Stan Karas