# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| Plaintiffs, | § § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC. | § § | |
| Defendants. | § § | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO EXPEDITE SECOND MOTION TO COMPEL

Function Media and Google jointly have agreed to a briefing schedule so that this Court can hear the Second Motion to Compel at the same time as the *Markman* hearing. This expedited schedule is necessary because Google originally agreed to resolve this issue without Motions practice, but then changed its mind and is refusing to produce the requested information. Function Media has filed this Motion and the underlying Second Motion to Compel 1 day after Google informed Function Media of its change in position.

Function Media and Google have agreed to the following briefing schedule, limited to a five-page maximum:

        Opening Brief:     August 19, 2009

        Responsive Brief:  August 21, 2009

        Hearing:          August 25, 2009

The parties will not file any reply or surreply briefing. Function Media expects that five minutes per side will be sufficient for this Court to hear the issue.

Respectfully submitted,

/s/ Justin A. Nelson
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiffs

OF COUNSEL:
Justin A. Nelson, State Bar No. 24034766
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com

Joseph S. Grinstein, State Bar No. 24002188
Aimée Robert, State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: jgrinstein@susmangodfrey.com
Email: arobert@susmangodfrey.com

Jeremy Brandon, State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
Email: jbrandon@susmangodfrey.com

## CERTIFICATE OF CONFERENCE

Counsel for plaintiffs have conferred with counsel for defendants as described in the Motion. Defendants do not oppose.

/s/ Justin A. Nelson
Justin A. Nelson


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents have been served on all counsel of record via ECF/PACER this 19th day of August, 2009.

/s/ Justin A. Nelson
Justin A. Nelson