IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## ORDER DENYING FUNCTION MEDIA L.L.C.'S
## SECOND EXPEDITED MOTION TO COMPEL

Before the Court is Function Media, L.L.C.'s Second Expedited Motion to Compel, filed August 19, 2009. After considering the Motion, the relief requested therein, and the evidence and arguments, the Court finds that the motion should be and hereby is DENIED.