IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07cv279 CE |
| | § | |
| GOOGLE, INC., ET AL | § | |

## Markman Hearing Minutes
### August 25, 2009

OPEN: 1:36 p.m.                                                                 ADJOURN: 5:15 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached Sign-in sheet. |
| ATTORNEYS FOR DEFENDANTS: | See attached Sign-in sheet. |
| LAW CLERK: | David Morehan, Jim Warriner |
| COURT REPORTER: | Judy Werlinger, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

1:36 p.m. Court opened. The parties announced ready for hearing.

1:37 p.m. Mr. Tribble presented claim construction argument on behalf of Plaintiff. The Court responded.

2:15 p.m. Mr. Grinstein presented additional claim construction argument on behalf of Plaintiff. The Court responded.

2:30 p.m. Mr. Nelson presented additional claim construction argument on behalf of Plaintiff. The Court responded.

2:46 p.m. Mr. Verhoeven presented claim construction argument on behalf of Defendants. The Court responded.

3:20 p.m. Afternoon break.

3:38 p.m. Back on the record. Mr. Verhoeven continued claim construction argument on behalf of Defendants. The Court responded.

4:36 p.m. Mr. Nelson presented rebuttal claim construction argument on behalf of Plaintiff.

4:47 p.m. Mr. Grinstein presented additional rebuttal claim construction argument on behalf of Plaintiff.

4:49 p.m. Mr. Tribble presented additional rebuttal claim construction argument on behalf of Plaintiff.

The Court took the matter under submission. Next, the Court addressed the parties' discovery motions.

4:57 p.m. Mr. Nelson presented argument on behalf of Plaintiff.

5:05 p.m. Ms. Candido presented argument on behalf of Defendant Google.

5:11 p.m. Mr. Nelson presented rebuttal argument on behalf of Plaintiff.

5:14 p.m. Court took the matter under submission.

5:15 p.m. Court adjourned.