# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-cv-279 (CE)** |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY FOR GOOGLE'S MOTION FOR A PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF THREE TOP-LEVEL EXECUTIVES

On August 28, 2009, after the briefing on Google's Motion for a Protective Order to Preclude Depositions of Three Top-Level Executives (Dkt. No. 120) was complete, the United States District Court for the Eastern District of Texas, the Honorable David Folsom presiding, issued an opinion that directly relates to the Motion pending before the Court.

The opinion, attached hereto as Exhibit 1, issued in a case captioned *PA Advisors, LLC v. Google, Inc.et al.*, Case No. 2:07-CV-00480-DF (Dkt. No. 263). The opinion addresses a motion for a protective order barring the deposition of Google's President and Co-Founder, Sergey Brin.

01980.51542/3077458.1 NOTICE OF SUPPLEMENTAL AUTHORITY FOR GOOGLE'S MOTION FOR
A PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF THREE
TOP-LEVEL EXECUTIVES - Page 1

Dockets.Justia.com

Dated: August 28, 2009  Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: */s/*
   Charles K. Verhoeven (Bar No. 2272060)
   charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar. No. 209502)
   davidperlson@quinnemanuel.com
   Amy H. Candido (Bar No. 237829)
   amycandido@quinnemanuel.com
   Carl G. Anderson (CA Bar No. 239927)
   carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Stan Karas (CA Bar No. 222402)
   stankaras@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

FISH & RICHARDSON P.C.
Juanita R. Brooks - Lead Attorney (CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff (CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Harry L. Gillam, Jr. Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Counsel for Defendant and Counter-Claimant GOOGLE INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 7, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              /s/ Carl G. Anderson
                                              Carl G. Anderson