# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiffs, | § § | Civil Action No. 2:07-CV-00279-CE |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC. | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW EMERGENCY MOTION TO SET DEADLINE FOR GOOGLE TO COMPLETE PRODUCTION AND RELIEF FROM MEET AND CONFER

The parties having satisfactorily agreed on a schedule for Google to complete the agreed production, Function Media moves to withdraw the underlying Motion and Motion to Expedite.

Dated August 31, 2009.

Respectfully submitted,

/s/ Justin A. Nelson
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiffs

1

OF COUNSEL:
Justin A. Nelson, State Bar No. 24034766
**SUSMAN GODFREY L.L.P.**
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
jnselson@susmangodfrey.com

Joseph S. Grinstein, State Bar No. 24002188
Aimée Robert, State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
Email: jgrinstein@susmangodfrey.com
Email:  arobert@susmangodfrey.com

Jeremy Brandon, State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
Email:jbrandon@susmangodfrey.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents have been served on all counsel of record via ECF/PACER this 31th day of August, 2009.

/s/ Justin A. Nelson
Justin A. Nelson