IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-279 CE |
| | § | |
| GOOGLE, INC. and YAHOO!, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Deborah Race, enters her appearance in this matter for Plaintiff Function Media, L.L.C. for purposes of receiving notices and orders from the Court.

DATE: August 31, 2009  Respectfully submitted,

BY: /s/ Deborah Race
Deborah Race
State Bar No. 16448700
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: drace@icklaw.com

ATTORNEYS FOR PLAINTIFF
FUNCTION MEDIA, L.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 31st day of August, 2009.

/s/ Deborah Race
Deborah Race