# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279-CE |
| | § | |
| GOOGLE, INC. AND | § | |
| YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW EMERGENCY MOTION

Before the Court is Plaintiffs Function Media's Motion to Withdraw (Dkt. No. 167) Emergency Motion to Set Deadline for Google to Complete Production and Relief from Meet and Confer (Dkt. No. 160), filed on August 31, 2009. After reviewing the unopposed Motion, the Court finds that the Unopposed Motion to Withdraw Function Media's Emergency Motion should be and hereby is **GRANTED**.

SIGNED this 31st day of August, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE