# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | JURY TRIAL DEMANDED |

## REPLY TO FUNCTION MEDIA'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY FOR GOOGLE'S MOTION FOR A PROTECTIVE ORDER

Function Media's Response to Google's Notice of Supplemental Authority is procedurally improper and misleading in substance. Under the guise of a "response," Function Media has attempted to re-argue their position. As the Court has not requested additional briefing, further argument on the merits of the Motion is improper and should be ignored.

Moreover, Function Media's tardy arguments are without merit. The fact that this Court granted a motion for a protective order to preclude a deposition of a top-level executive, indeed one of the same witnesses for which Plaintiff seeks to compel a deposition, cannot support Function Media's opposition to a similar protective order here. Function Media does not dispute that the *PA Advisors LLC v. Google Inc.* opinion shows that even where a top-level executive has personal knowledge, the party seeking the deposition must first try to obtain information by less burdensome means. Function Media cannot show it has exhausted less burdensome means. Indeed, all it has done is to ask corporate witnesses to opine on printed statements by others that the witnesses have never seen before and it has never served a Rule 30(b)(6) notice on the subject matter it seeks. Likewise, Function Media's other material misrepresentations of the evidence of record, this time made without reference to the record at all, have no merit for the reasons Google explained in its Motion and Reply.

01980.51542/3080144.3

1

For the reasons given therein and during the Court's August 25, 2009 hearing, Google's Motion for a Protective Order to Preclude Depositions of Three Top-Level Executives should be granted.

Dated: August 31, 2009                    Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By: */s/*
   Charles K. Verhoeven (Bar No. 2272060)
charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar. No. 209502)
  davidperlson@quinnemanuel.com
  Amy H. Candido (Bar No. 237829)
  amycandido@quinnemanuel.com
  Carl G. Anderson (CA Bar No. 239927)
  carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
  Stan Karas (CA Bar No. 222402)
  stankaras@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

FISH & RICHARDSON P.C.
Juanita R. Brooks - Lead Attorney (CA SBN 75934)
E-mail: brooks@fr.com
Jason W. Wolff (CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Harry L. Gillam, Jr., Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

01980.51542/3080144.3

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 31, 2009 to counsel of record in the manner agreed by the parties, via electronic mail.

*/s/ Carl G. Anderson*
Carl Anderson