UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, LLC. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 2:07cv279-CE |
| | § | |
| GOOGLE, INC., ET AL | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

GOOGLE INC. files this Unopposed Motion for Extension of Time in which to File Its Response to Function Media's Motion for Judgment on the Pleadings Regarding Google's Inequitable Conduct Allegations—[Docket No. 146]), and in support of same would show the Court as follows:

1. Plaintiff Function Media its Motion for Judgment on the Pleadings Regarding Google's Inequitable Conduct Allegations on August 17, 2009.

2. Defendant Google Inc. and Plaintiff have agreed to extend the deadline for Google Inc. to file its Response up to and including September 11, 2009.

3. Extension of this deadline is not for the purposes of delay and such extension will not alter any other deadline.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Google Inc. prays that the Court grant this Unopposed Motion for Extension of Time by extending the time period for Google Inc. to file its Response up to and including September 11, 2009.

Dated: September 3, 2009	Respectfully submitted,

GILLAM & SMITH, L.L.P.


	_/s/_____
	Harry L. Gillam, Jr.
	State Bar No. 07921800
	303 South Washington Avenue
	Marshall, Texas 75670
	Telephone: (903) 934-8450
	Facsimile: (903) 934-9257
	gil@gillamsmithlaw.com


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendant have conferred and Plaintiff does not oppose this motion.


	__/s/ Harry L. Gillam, Jr._____


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


	_/s/ Harry L. Gillam, Jr._____