UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNCTION MEDIA, LLC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 2:07cv279-CE |
| | § | |
| **GOOGLE, INC., ET AL** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Came on for consideration Google Inc.'s Unopposed Motion for Extension of Time in which to File its Response, and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Google Inc.'s Unopposed Motion for Extension of Time is GRANTED and that Google Inc. has up to and including September 11, 2009 in which to file its Response to Plaintiff's Motion for Judgment on the Pleadings Regarding Google's Inequitable Conduct Allegations.

SIGNED this 8th day of September, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE