IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Function Media and Google jointly move to extend the discovery deadline past Friday, September 18, 2009, for the limited purpose of completing the following discovery and depositions of which both parties are aware, but will not be completed by September 18. Such extension will **not** result in changing the trial date, currently set for November 2, 2009 for jury selection.

As an example of the discovery remaining, the parties agree that the following limited number of depositions will be conducted after September 18 due to scheduling conflicts and the unavailability of certain witnesses: Shoaib Hasan (9/21); Andrew Schulz (9/25); Jared Burke (9/29); Amin Zoufonon (9/29); Karen Delfau (9/30); Tomasz Tunguz-Zawislak (10/8); Greg Badros (10/21); Tom Shields (10/21); Tom Hutchinson (date unknown); Google Corporate Representative on Topics 28 and 29 from Second 30(b)(6) notice (date and person unknown); Corporate Representative of 24/7 Media.[1]

---

[1] In addition, Google seeks to depose the Corporate Representative of Intellectual Ventures and Intellectual Ventures employee Elizabeth Holohan after September 18. Function Media opposes Google's request to take the depositions of Intellectual Ventures and Ms. Holohan after September 18. The dispute between the parties on this issue will be the subject of separate motions practice and is not covered by this agreement. Moreover, Function Media's requested depositions of Susan Wojcicki, Larry Page, and Sergey Brin are the subject of Google's pending Motion

01980.51542/3110728.1

As another example, the parties are still in the process of resolving certain discovery and document production issues and are hopeful that they can do so without Court intervention. In the event the parties cannot reach resolution, however, the parties agree that any motion to compel regarding discovery or document production issues raised on or before September 18 may be brought after September 18, with both parties reserving their rights to discuss other discovery issues should the circumstances arising thereafter warrant.

For the foregoing reasons, the parties jointly ask this Court to allow them to complete discovery already in process by September 18, 2009, but that will not be completed by such date. Respectfully submitted,

| | |
|---|---|
| /s/ Justin A. Nelson | /s/ Amy H. Candido |
| Max L. Tribble, Jr. | Charles K. Verhoeven (Bar No. 170151) |
| State Bar No. 20213950 | charlesverhoeven@quinnemanuel.com |
| Email: mtribble@susmangodfrey.com | Amy H. Candido (Bar No. 237829) |
| SUSMAN GODFREY LLP | amycandido@quinnemanuel.com |
| 1000 Louisiana, Suite 5100 | Carl G. Anderson (CA Bar No. 239927) |
| Houston, Texas, 77002 | carlanderson@quinnemanuel.com |
| Telephone: (713) 651-9366 | Billie D. Salinas (CA Bar No. 235193) |
| Facsimile: (713) 654-6666 | billiesalinas@quinnemanuel.com |
| | QUINN EMANUEL URQUHART |
| Lead Attorney for Plaintiffs | OLIVER & HEDGES, LLP |
| | 50 California Street, 22nd Floor |
| OF COUNSEL: | San Francisco, California 94111 |
| Joseph S. Grinstein | Telephone: (415) 875 6600 |
| State Bar No. 24002188 | Facsimile: (415) 875 6700 |
| Aimée Robert | |
| State Bar No. 24046729 | Edward J. DeFranco (Bar No. ED-6524) |
| SUSMAN GODFREY L.L.P. | eddefranco@quinnemanuel.com |
| 1000 Louisiana Street, Suite 5100 | James M. Glass (Bar No. 2944353) |
| Houston, Texas 77002-5096 | jimglass@quinnemanuel.com |
| Telephone: (713) 651-9366 | QUINN EMANUEL URQUHART |
| Fax: (713) 654-6666 | OLIVER & HEDGES, LLP |
| jgrinstein@susmangodfrey.com | 51 Madison Avenue, 22nd Floor |
| arobert@susmangodfrey.com | New York, NY 10010-1601 |
| | Telephone: (212) 849 7000 |

---

for a Protective Order To Preclude Depositions of Three Top-Level Executives, and will also take place after September 18, 2009 to the extent allowed by the Court.

01980.51542/3110728.1

Jeremy Brandon
State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Facsimile: (212) 849 7100

Harry L. Gillam, Jr., Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant GOOGLE INC.

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 18, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

                /s/ Justin A. Nelson
                Justin A. Nelson