IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### ORDER REGARDING
### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Before the Court is the parties' Joint Motion to Extend Discovery Deadline. Function Media and Google jointly move to extend the discovery deadline past Friday, September 18, 2009, for the limited purpose of completing certain specified discovery and depositions as described in the motion and agreed to by the parties. After considering the Motion, the relief requested therein, and the fact that it is submitted jointly by the parties, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

SIGNED this 22nd day of September, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE