# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | **FILED UNDER SEAL** |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## AMENDED CERTIFICATE OF CONFERENCE RELATING TO FUNCTION MEDIA'S MOTION FOR LEAVE TO FILE SUPPLEMENT (DKT NO. 183)

The parties have met and conferred regarding Function Media's procedural Motion for Leave to File Supplement to Motion to Compel (Dkt No. 183). Google does not oppose the motion for leave.

/s/ Justin A. Nelson
Justin A. Nelson

Respectfully submitted,

/s/ Justin A. Nelson
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Lead Attorney for Plaintiff*

OF COUNSEL:
Justin A. Nelson, State Bar No. 24034766
**SUSMAN GODFREY L.L.P.**
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000

Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnselson@susmangodfrey.com

Joseph S. Grinstein, State Bar No. 24002188
Aimée Robert, State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: jgrinstein@susmangodfrey.com
Email: arobert@susmangodfrey.com

Jeremy Brandon, State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
Email:jbrandon@susmangodfrey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served on all counsel of record via ECF and email this 29th day of September, 2009.

/s/ Justin A. Nelson
Justin A. Nelson
