2-1-4946

Appendix K                                                                                              Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

RECEIVED - CLERK
U.S. DISTRICT COURT

2009 OCT -1 AM 10:07

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-cv-279__

Style: __Function Media LLC v Google Inc. and Yahoo!, Inc.__

2. Applicant is representing the following party/ies: __Google Inc.__

3. Applicant was admitted to practice in __NY__ (state) on __11/18/08__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__Eastern and Southern Districts of New York and U.S. Court of Appeals Second Circuit__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Patrick Curran__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __September 29, 2009__            Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Patrick Curran__

State Bar Number __4648077__

Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__

Address/P.O. Box: __51 Madison Avenue, 22nd Floor__

City/State/Zip: __New York, New York 10010__

Telephone #: __Telephone: (212) 849-7000__

Fax #: __Facsimile: (212) 849-7100__

E-mail Address: __patrickcurran@quinnemanuel.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __10-1-09__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004946

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, October 1, 2009**

Received from:

**QUINN EMANUEL URHUHART OLIVER**

**LOS ANGELES, CA**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07cv279 PHV CURRAN**

Comments: **CK 13685**

Received by: **pa**