IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE INC. AND YAHOO!, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS IN *LIMINE*

Before the Court is Plaintiff Function Media's omnibus Motions in *Limine*, *see* Dkt No. 188, filed on October 2, 2009. After reviewing the Motion, and any response and replies thereto, the Court finds the following:

1. **Motion in *Limine* #1 - Reference to Motions *In Limine*.**

   _____Granted          _____ Denied

2. **Motion in *Limine* #2 - Reference to Motions or Prior Rulings By This Court.**

   _____Granted          _____ Denied

3. **Motion in *Limine* #3 - Matters Related to the *Markman Order*.**

   _____Granted          _____ Denied

4. **Motion in *Limine* #4 - Requests for Stipulation and Documents.**

   _____Granted          _____ Denied

5. **Motion in *Limine* #5 - Reference to Claims of Privilege.**

   _____Granted          _____ Denied

6. **Motion in *Limine* #6 - Reference to Privileged Subject Matter.**

   _____Granted          _____ Denied

7. **Motion in *Limine* #7 - Any Reference to Objections During the Playing of Deposition Testimony.**

   _____Granted          _____ Denied

8. **Motion in *Limine* #8 - The Nature of Any Fact Witness's Preparation for Trial or for Deposition Testimony with That Witness's Counsel.**

   _____Granted          _____ Denied

9. **Motion in *Limine* #9 - The Nature of Any Expert Witness's Preparation for Trial with That Party's Counsel.**

   _____Granted          _____ Denied

10. **Motion in *Limine* #10 - Reference to Fee Agreements.**

    _____Granted          _____ Denied

11. **Motion in *Limine* #11 - References to law Firms or Layers Representing Any Party.**

    _____Granted          _____ Denied

980643v1/08426-010020

12. **Motion in *Limine* #12 - Lawyers as Witnesses.**

   _____Granted          _____ Denied

13. **Motion in *Limine* #13 - Fact Witnesses as Experts.**

   _____Granted          _____ Denied

14. **Motion in *Limine* #14 - References to Jury Consultants and/or Shadow Jurors.**

   _____Granted          _____ Denied

15. **Motion in *Limine* #15 - Surprise or Untimely Expert Opinions.**

   _____Granted          _____ Denied

16. **Motion in *Limine* #16 - Reference to Whether an Expert Has Been Excluded in a Prior Case.**

   _____Granted          _____ Denied

17. **Motion in *Limine* #17 - References or Expert Opinions Regarding Prior Art Not Previously Selected or Prior Art Not Timely Identified/Charted.**

   _____Granted          _____ Denied

18. **Motion in *Limine* #18 - Reference to an Incorrect or Altered Obviousness Standard**

   _____Granted          _____ Denied

19. **Motion in *Limine* #19 - Claims or Defenses Not Pleaded.**

_____Granted          _____ Denied

20. **Motion in *Limine* #20 - Products and Third Parties Not Accused of Infringement.**

_____Granted          _____ Denied

21. **Motion in *Limine* #21 - Any Reference to Any Prior Claims, Causes of Action, or Forms of Relief Asserted by FM In This Lawsuit That Have Been Dismissed or Abandoned.**

_____Granted          _____ Denied

22. **Motion in *Limine* #22 - References to the Eastern District of Texas as Venue.**

_____Granted          _____ Denied

23. **Motion in *Limine* #23 - Reference to Race/Religion/Sexual Orientation.**

_____Granted          _____ Denied

24. **Motion in *Limine* #24 - Foul or Offensive Language.**

_____Granted          _____ Denied

25. **Motion in *Limine* #25 - Criminal Indictments/Convictions or Civil Complaints Alleging Fraudulent or Criminal Conduct Against Any Party or Witness.**

_____Granted          _____ Denied

**26. <u>Motion in *Limine* #26 - Criticisms of the Patent Office or Its Employees.</u>**

_____Granted              _____ Denied

**27. <u>Motion in *Limine* #27 - Litigation Settlement Agreement.</u>**

_____Granted              _____ Denied

**28. <u>Motion in *Limine* #28 - Litigation Settlement Negotiations.</u>**

_____Granted              _____ Denied

**29. <u>Motion in *Limine* #29 - Infringer's Patent as a Defense to Infringement.</u>**

_____Granted              _____ Denied

**30. <u>Motion in *Limine* #30 - Advice of Counsel Defense.</u>**

_____Granted              _____ Denied

**31. <u>Motion in *Limine* #31 - Corporate Representative Testimony is Binding.</u>**

_____Granted              _____ Denied

**32. <u>Motion in *Limine* #32 - Any References to the State of the Economy, Layoffs or the Impact a Damage Award Would Have on Google's Operations.</u>**

_____Granted              _____ Denied

**33. <u>Motion in *Limine* #33 - Any Reference to Reexamination Proceedings.</u>**

_____Granted              _____ Denied

34. **Motion in *Limine* #34 - Any Reference to Legal Nature of Marital Relationship Between Michael Dean and Lucinda Stone**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

35. **Motion in *Limine* #35 - Any Reference to "Patent Trolls".**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

36. **Motion in *Limine* 36 - Reference to Equitable Issues.**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

37. **Motion in *Limine* #37 - Relative Importance of Claim Elements.**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

38. **Motion in *Limine* #38 - Notice Before Filing Suit.**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

39. **Motion in *Limine* #39 - FM's Business Affairs.**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

40. **Motion in *Limine* #40 - Financial Position of Inventors.**

　　　　＿＿＿＿Granted　　　　　　　＿＿＿＿Denied

41. <u>Motion in *Limine* #41 - Evidence, Testimony or Argument Concerning Alleged Mismanagement or Profitability of FM or any Related Entity</u>

   _____ Granted      _____ Denied

42. <u>Motion in *Limine* #42 - Evidence, Testimony or Argument by Defendant Concerning Virtual Cities, O.N.S. or First Travelers' Choices' Management, Business Affairs or Profitability.</u>

   _____ Granted      _____ Denied

43. <u>Motion in *Limine* #43 - References to "One Night Stand".</u>

   _____ Granted      _____ Denied

44. <u>Motion in *Limine* #44 - Inventors Did Not Introduce a Commercial Successful System.</u>

   _____ Granted      _____ Denied

45. <u>Motion in *Limine* #45 - Computer Skills of the Inventors.</u>

   _____ Granted      _____ Denied

46. <u>Motion in *Limine* #46 - AdForce, Aaddzz, AdKnowledge, NetGravity, DoubleClick, AdStar, and AdManagerPro References as Prior Art.</u>

   _____ Granted      _____ Denied

47. <u>Motion in *Limine* #47 - Evidence, Testimony, Argument That the Inventors Drafted Patent Claims Based on Google's AdSense Product.</u>

_____Granted    _____ Denied

**48. <u>Motion in *Limine* #48 - Documents (and Testimony Related to Those Documents) or Witnesses Not Timely Produced or Disclosed in Discovery.</u>**

_____Granted    _____ Denied