## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-cv-279 (CE)** |
| **v.** | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## GOOGLE INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282

Google Inc. hereby provides and/or confirms its written notice pursuant to 35 U.S.C. § 282 of the patents and publications that it may rely upon to anticipate, render obvious or show the state of the art with respect to United States Patent No. 6,446,045 ("the `045 patent"), United States Patent No. 7,240,025 ("the `025 patent"), and United States Patent No. 7,249,059 ("the `059 patent"). Google Inc. may also rely on the person(s) listed below as being prior inventors or having prior knowledge of or as having previously used or offered for sale the invention of the patents-in-suit. In addition to the items expressly listed in this notice, Google Inc. also incorporates by reference, all information set forth in the expert reports which Google Inc. will be submitting in this matter, and the file histories and reexaminations for each of the asserted patents.

Dockets.Justia.com

## I. PATENTS AND PRINTED PUBLICATIONS ON WHICH GOOGLE INTENDS TO RELY ON AT TRIAL TO ANTICIPATE OR RENDER OBVIOUS THE ASSERTED PATENTS

### A. Patents

| TITLE | COUNTRY | DATE | INVENTOR(S) |
|---|---|---|---|
| U.S. Patent No. 5,918,014 – *Automated Collaborative Filtering in World Wide Web Advertising* [G025074-G025086] | USA | 06/29/1999 | Gary B. Robinson |
| U.S. Patent No. 5,948,061 – *Method of Delivery, Targeting, and Measuring Advertising Over Networks* [G000550-G000561] | USA | 09/07/1999 | Dwight Allen Merriman and Kevin Joseph O'Connor |
| U.S. Patent No. 6,026,368 – *On-Line Interactive System and Method for Providing Content and Advertising Information to a Targeted Set of Viewers* [G000597-G000623] | USA | 02/15/2000 | Yale Robert Brown and Matthew Brown Walker |
| U.S. Patent No. 6,401,075 – *Methods of Placing, Purchasing and Monitoring Internet Advertising* [G001011-G001017] | USA | 06/04/2002 | James C. Mason, John Grant, Arnold Behrman and Dennis Stillwell |
| U.S. Patent No. 6,985,882 – *Method and System for Selling and Purchasing Media Advertising Over a Distributed Communication Network* [G001178-G001227] | USA | 01/10/2006 | Justin Del Sesto |
| WO 97/21183 – *Method and System for Placing Advertisements in a Computer Network* [G000170-G00246] | Int'l | 06/12/1997 | Sharmin Naqvi and Tomasz Imielinski |

### B. Systems and Printed Publications

| PRINTED PUBLICATION/SYSTEM | DATE | AUTHOR(S) |
|---|---|---|
| *Advertising on the Internet,* John Wiley & Sons [G018953-G019257] | 1997 | Zeff, Robbin and Aronson, Brad |
| *Advertising on the Internet,* John Wiley & Sons [G018509-G018952] | 1999 | Zeff, Robbin and Aronson, Brad |
| *Unintrusive Customization Techniques for Web Advertising,* 31 Computer Networks, pp. 1259–1272 [G016452-G016465] | 05/1999 | Langheinrich, et al. |

| PRINTED PUBLICATION/SYSTEM | | DATE | AUTHOR(S) |
|---|---|---|---|
| AdForce | *User Guide: A Complete Guide to AdForce,* Version 2.6 [G005430-G00714] | 1998 | AdForce, Inc. |
| | *Passing and using multiple parameters in AdForce tags* [G005733-G005740] | November 17, 1998 | AdForce, Inc. |
| | *Guidelines for Creating and Submitting Creatives* [G008119-G008133] | January 8, 1999 | AdForce, Inc. |
| IAT, Inc., Aaddzz System | *Information Access Technologies, Inc., Aaddzz Brochure* [G005296-G005301] | 1997 | IAT, Inc. |
| AdKnowledge, Inc., AdKnowledge System | *Campaign Manager: Reviewer's Guide* [G014779-G014801] | 1996 | AdKnowledge |
| | AdKnowledge, Inc. *MarketMatch Planner: Reviewer's Guide* [G014856-G014881] | 1996 | AdKnowledge, Inc. |
| NetGravity, Inc., AdServer System | *NetGravity AdServer v. 3.5, User Assistance Guide* [G017154-G017482] | 1998 | NetGravity, Inc. |
| DoubleClick, Inc., DART System | *DART User Manual* [G003512-G003587] | 1998 | DoubleClick, Inc. |
| | *DoubleClick DART Brochure* [G014967-G14989] | 1998 | DoubleClick, Inc. |
| | *DoubleClick University: Essential DART Concepts Student Guide, Version 2* [GGL-FM0040181-GGL-FM0040220] | 1998 | DoubleClick, Inc. |
| | *Page 40 from DoubleClick University: Essential DART Concepts Student Guide, Version 2,* and Exhibit 616 | 1998 | DoubleClick, Inc. |
| | *DART for Advertisers Quick Reference Cards* [GGL-FM0040221-GGL-FM0040239] | 1998 | DoubleClick, Inc. |

| PRINTED PUBLICATION/SYSTEM | | DATE | AUTHOR(S) |
|---|---|---|---|
| | *DART for Advertisers Trafficking Training* [GGL-FM0040240-GGL-FM0040271]I | 1998-1999 | DoubleClick, Inc. |
| | *DART for advertisers* [G004607 – 97] | 12/6/98 | DoubleClick, Inc. |
| | DoubleClick from December 6, 1998, "*Standard Ad Sizes*" [G015162 – 63] | | DoubleClick, Inc. |
| | DoubleClick from December 5, 1998, "DART FAQ" [G015095 – 97] | 12/5/98 | DoubleClick, Inc. |
| | Local Resellers Guide, February 1999 [G003851 – 3942] | 2/99 | DoubleClick, Inc. |
| | DoubleClick from December 6, 1998, "Ad Trafficking: Sending GIF/JPEG Files" [G015008 – 09] | 12/6/98 | DoubleClick, Inc. |
| | *Local Resellers Manual* [G003818 – 3843; Kdelfa00000397] | 1999 | DoubleClick, Inc. |
| | *DART for Advertisers (DFA5) Reports and User interface* [G002-000710691 – 98] | 1999 | DoubleClick, Inc. |
| | *Training Manual* [G004162 – 4293] | 02/99 | DoubleClick, Inc. |
| | *FAQ* [G004581 – 4603] | 02/99 | DoubleClick, Inc. |
| | *Documentation Projects*, Feb. 1999 [G004016 – 4700] | 02/99 | DoubleClick, Inc. |
| | "Welcome To DoubleClick" [G015018 – 94 ] | 1996 | DoubleClick, Inc. |
| Ad-Star, Inc., Ad-Star System | *Ad-Star Orange County Register User's Manual* [Depo Exh. 167] | 1996 | Ad-Star, Inc. |
| | *Ad-Star.com website archive from www.archive.org* [Depo Exh. 169] | 04/12/1997 and 02/01/1997 | Ad-Star, Inc. |
| AdManagerPro | *AdManagerPro Administrator's Manual, Version 2.0* [G068214-G068440] | 06/1998 | Baseview Products, Inc. |
| | *AdManagerPro User Manual, v. 2.0* [G068441-G068566] | 06/1998 | Baseview Products, Inc. |

## II. PATENTS AND PRINTED PUBLICATIONS ON WHICH GOOGLE MAY RELY AFTER THE COURT CONSTRUES THE LIMITATIONS OF THE ASSERTED CLAIMS OR TO SHOW STATE OF THE ART

### A. Patents

| TITLE | COUNTRY | DATE | INVENTOR(S) |
|---|---|---|---|
| U.S. Patent No. 5,347,632 – *Reception System for an Interactive Computer Network and Method of Operation* | USA | 09/13/1994 | Robert Filepp, Michael L. Gordon, Alexander Bidwell, Francis Young, Allan M. Wolf, Sam Meo, Duane Tiemann, Robert D. Cohen, Mel Bellar, Kenneth H. Appleman, Lawrence Abrahams, Michael J. Silfen |
| U.S. Patent No. 5,710,884 – *System for Automatically Updating Personal Profile Server with Updates to Additional User Information Gathered from Monitoring User's Electronic Consuming Habits Generated on Computer During Use*[G025040-G025063] | USA | 01/20/1998 | Rick Dedrick |
| U.S. Patent No. 5,724,521 – *Method and Apparatus for Providing Electronic Advertisements to End Users in a Consumer Best-Fit Pricing Manner* [G000381-G000399] | USA | 03/03/1998 | Rick Dedrick |
| U.S. Patent No. 5,819,092 – *Online Service Development Tool with Fee Setting Capabilities* [G000424-G000471] | USA | 10/06/1998 | Charles H. Ferguson and Randy J. Forgaard |
| U.S. Patent No. 5,848,396 – *Method and Apparatus for Determining Behavioral Profile of a Computer User* [G000472-G000502] | USA | 12/08/1998 | Thomas A. Gerace |
| U.S. Patent No. 5,933,811 – *System and Method for Delivering Customized Advertisements within Interactive Communication Systems* [G000524-G000549] | USA | 08/03/1999 | Paul D. Angles and Douglas O. Blattner |
| U.S. Patent No. 5,937,392 – *Banner Advertising Display System and Method with Frequency of Advertisement Control* [G025087-G025097] | USA | 08/10/1999 | Charles D. Alberts |
| U.S. Patent No. 5,999,912 – *Dynamic Advertising Scheduling, Display, and Tracking* [G025110-G025116] | USA | 12/07/1999 | Dennis Wodarz, Donald L. Fairall and Douglas Hall |
| U.S. Patent No. 6,014,638 – *System for* | USA | 01/11/2000 | Gary L. Burge and William |

| TITLE | COUNTRY | DATE | INVENTOR(S) |
|---|---|---|---|
| *Customizing Computer Displays in Accordance with User Preferences* [G025117-G025126] | | | A. Luddy |
| U.S. Patent No. 6,026,369 – *Method for Distributing Advertising in a Distributed Web Modification System* [G000624-G000630] | USA | 02/15/2000 | Peter George Capek |
| U.S. Patent No. 6,044,376 – *Content Stream Analysis* [G000631-G000640] | USA | 03/28/2000 | Stephen J. Kurtzman, II |
| U.S. Patent No. 6,047,310 – *Information Disseminating Apparatus for Automatically Delivering Information to Suitable Distributees* [G025161-G025194] | USA | 04/04/2000 | Akira Kamakura, Hideo Oneda and Hideki Tanaka |
| U.S. Patent No. 6,112,192 – *Method for Providing Indivdually Customized Content in a Network* | USA | 08/29/2000 | Peter George Capek |
| U.S. Patent No. 6,128,663 – *Method and Apparatus for Customization of Information Content Provided to a Requestor Over a Network Using Demographic Information Yet the User Remains Anonymous to the Server* [G025195-G025217] | USA | 10/03/2000 | C. Douglass Thomas |
| U.S. Patent No. 6,134,532 – *System and Method for Optimal Adaptive Matching of Users to Most Relevant Entity and Information in Real-Time* [G000676-G000715] | USA | 10/17/2000 | Michael A. Lazarus, William R. Caid, Richard S. Pugh, Bradley D. Kindig, Gerald S. Russell, Kenneth B. Brown, Ted E. Dunning and Joel L. Carleton |
| U.S. Patent No. 6,144,944 – *Computer System for Efficiently Selecting and Providing Information* [G000716-G000734] | USA | 11/07/2000 | Stephen J. Kurtzman, II and Sandeep A. Nawathe |
| U.S. Patent No. 6,167,382 – *Design and Production of Print Advertising and Commercial Display Materials Over the Internet* [G000762-G000818] | USA | 12/26/2000 | Don R. Sparks, M. James Scott and Wally Tremel |
| U.S. Patent No. 6,188,396 – *Targeting Advertising Using Web Pages with Video* [G000819-G000824] | USA | 02/13/2001 | Mark Collins-Rector, Chad Shakley, James Sabo and Chris Fulton |
| U.S. Patent No. 6,205,432 – *Background Advertising System* [G000825-G000853] | USA | 03/20/2001 | Chuck E. Gabbard, Bruce R. Chaffins and Everett B. Howerton, III |
| U.S. Patent No. 6,216,112 – *Method for Software Distribution and Compensation with Replenishable Advertisements* | USA | 04/10/2001 | William H. Fuller, Joel A. Pugh and Douglas E. Neel |

| TITLE | COUNTRY | DATE | INVENTOR(S) |
|---|---|---|---|
| [G000854-G000870] | | | |
| U.S. Patent No. 6,285,987 – *Internet Advertising System* [G000900-G000925] | USA | 09/04/2001 | David William Roth and Dylan Salisbury |
| U.S. Patent No. 6,308,202 – *System for Targeting Information to Specific Users on a Computer Network* [G000947-G000960] | USA | 10/23/2001 | Alan Cohn, John L. Adelus, Dean Blackketter, Samuel Thomas Scott, III and Stephen G. Perlman |
| U.S. Patent No. 6,385,592 – *System and Method for Delivering Customized Advertisements within Interactive Communication Systems* [G000985-G001010] | USA | 05/07/2002 | Paul D. Angles and Douglas O. Blattner |
| U.S. Patent No. 6,408,278 – *System and Method for Delivering Out-of-Home Programming* [G025291-G025306] | USA | 06/18/2002 | Patrick J. Carney, Joel B. Pina, James J. Boyle and Corey A. Perine |
| U.S. Patent No. 6,415,270 – *Multiple Auction Coordination Method and System* [G025307-G025333] | USA | 07/02/2002 | Randall I. Rackson, Jonathan Adam Krane and Peter J. Trevisani |
| U.S. Patent No. 6,449,657 – *Internet Hosting System* [G001029-G001053] | USA | 09/10/2002 | Francis J. Stanbach, Jr., Daniel G. Hoffman and Bruce R. Keiser |
| U.S. Patent No. 6,633,850 – *Background Advertising System* [G001100-G001128] | USA | 10/14/2003 | Chuck E. Gabbard, Bruce R. Chaffins and Everett B. Howerton, III |
| U.S. Patent No. 6,654,725 – *System and Method for Providing Customized Advertising on the World Wide Web* [G001129-G001144] | USA | 11/25/2003 | Marc Langheinrich and Atsuyoshi Nakamura |
| U.S. Patent No. 6,810,527 – *System and Method for Distribution and Delivery of Media Context and Other Data to Aircraft Passengers* [G001157-G001177] | USA | 10/26/2004 | Adam P. Conrad, John L. Norin, Romulo Pontula, Peter W. Smith and Jeffrey M. Wales |
| U.S. Patent No. 6,907,566 – *Method and System for Optimum Placement of Advertisements on a Webpage* [G025334-G025349] | USA | 06/14/2005 | Charles McElfresh, Paul Minerio and Michael Radford |
| U.S. Patent No. 7,038,637 – *System and Method for Selling Advertising Space on Electronic Billboards Over the Internet* [G001424-G001435] | USA | 05/02/2006 | Marc Eller and Zvi Yaniz |
| U.S. Patent Application Publication No. 2001/0042002 – *Method and System for Communicating Targeted Information* [G024996-G025039] | USA | 11/15/2001 | Jeff Koopersmith |
| WO 99/57660 – *Content Enhancement* | Int'l | 11/11/1999 | Ja'acob Samboursky and |

| TITLE | COUNTRY | DATE | INVENTOR(S) |
|---|---|---|---|
| *System* [G025350-G025391] | | | Alon Girmonsky |
| WO 01/37119 – *Apparatus and Method for Providing Advertising on Internet-enabled Channels* [D065903-D065034] | Int'l | 05/25/2001 | John B. Ferber, Scott Ferber, Todd Walderman and Daniel Joensen |

## B. Systems and Printed Publications

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *A Consumption Model for Targeted Electronic Advertising,"* Intel Architecture Labs, IEEE [G017758-G017766] | 1995 | Dedrick, R. |
| *Interactive Electronic* Advertising, IEEE [G017603-G017614] | 1994 | Dedrick, R. |
| *8th World Wide Web Conference, AdWiz PowerPoint Presentation, in Toronto* [G016419-G016451] | 05/11-14/ 1999 | Langheinrich, et al. |
| *Network Notebook* [G003589-G003689, Kdelfa0000077] | 1998 | DoubleClick, Inc. |
| *"Beyond Targeting: try on 'Micro-Segmentation'"* [G014990 – 95] | 2/19/98 | DoubleClick, Inc. |
| *"DoubleClick Technical Specifications"* [ G014996 – G014998] | 1998 | DoubleClick, Inc. |
| *"DoubleClick: Lead Form"* [G015001] | 1998 | DoubleClick, Inc. |
| Advertising Age, *"Agencies Centralize Web Ad Serving,"* s1, s18-s19 | 3/8/99 | DoubleClick, Inc. |
| *Cross-network functionality File Name- X-10 Functionality – U.S. Version* [G015443.01] | 04/09/1998 | DoubleClick, Inc. |
| *Cross-network FAQ File name: X-10 Functionality – FAQ* [G015443.01] | 04/09/1998 | DoubleClick, Inc. |
| "Terms of Agreement" [G015166 – 67 ] | 1998 | DoubleClick, Inc. |
| Glossary [G173214 – 53 ] | | DoubleClick, Inc. |
| Spreadsheet [G036543 – 83] | 1998 | DoubleClick, Inc. |
| Spreadsheet [G035977 - 36019 ] | 1998 | DoubleClick, Inc. |
| DART for Advertisers [G034339 – 34434] | | DoubleClick, Inc. |
| DoubleClick CDs [G015443.01, G015443.02, G015443.03, G015443.04, G017496.01, G046080] | | DoubleClick, Inc. |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| AdForce CD [G014688.01] | various file dates | AdForce, Inc. |
| NetGravity CD [G017496.01] | various file dates | Netgravity, Inc. |
| AdStar CD [G014963.01] | various file dates | Ad-Star, Inc. |
| AdKnowledge CDs [G065016, G068204] | various file dates | AdKnowledge, Inc. |
| DoubleClick and NetGravity CD [G064578, G065907 G177035 ] | various file dates | DoubleClick, Inc. and NetGravity, Inc. |
| NetGravity Source Code [G026190-27485] | 1998 | NetGravity, Inc. |
| AdKnowledge Source Code [G065016, all.tar.gz] | various | AdKnowledge, Inc. |
| *Aaddzz.com website archive from www.archive.org* [G005311-G005352] | 01/30/1998 | IAT, Inc. |
| *Accipiter.com website archive from www.archive.org* [G005358-G005359] | 02/01/1998 | Accipiter, Inc. |
| *Campaign Manager: Quick Reference Card* [G014815-G014818] | 1996 | AdKnowledge, Inc. |
| *NetGravity AdServer v. 2.0, User Assistance Guide* [G015241-G015443] | 1996 | NetGravity, Inc. |
| *NetGravity AdServer v. 1.0.5, AdServer Help Contents* [G015168-G015240] | 1996 | NetGravity, Inc. |
| *Ad-Star Windows User's Manual* [G084303-G084333] | 1999 | Ad-Star, Inc. |
| *AdManagerPro Brochure* [G014899-G014913] | 1999 | Baseview Products, Inc. |
| *AdManagerPro web site* [GGL-FM0042833–GGL-FM0042934] | | Baseview Products, Inc. |
| *Flycast Communications Corp. Form S-1 SEC Filing* [G015473-G015994] | 02/05/1999 | Flycast, Inc. |
| *Flycast Network Competitive Overview* [G029926-G029946] | 12/31/1998 | Flycast, Inc. |
| *Hyper System: Interactive Direct Marketing System, Presentation Materials* [G029125-G029133] | 1996 | Hyper Net, Inc. |
| *Hyper Net Presentation - What is Hyper Space?* [G029125-G029133] | 1996 | Hyper Net, Inc. |
| *List of Targeting Criteria* [G029134] | 1996 | Hyper Net, Inc. |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *The View Message System* [G029135-G029136] | 04/1996 | Hyper Net, Inc. |
| *HTML Explanation v. 1.0* [G029137-G029143] | 04/12/1996 | Hyper Net, Inc. |
| *Internet Advertising Federation Confidential Business Plan* [G045772-G045791] | 09/25/1995 | IAF (DoubleClick, Inc.) |
| *Rea1Media.com website archive from www.archive.org* [G024818-G024880] | 1997-1998 | RealMedia, Inc. |
| *Competitive Analysis of RealMedia* [G027948-G027963] | Prior to 01/19/2000 | NetGravity, Inc. |
| *Competitive Analysis of RealMedia* [G029972-G029976] | 08/1999 | DoubleClick, Inc. |
| *Sabela Brochure* [G028305-G028337] | 1999 | Sabela Media |
| *Competitive Analysis of DART and Sabela Media* [G029947-G029950] | 08/1999 | DoubleClick, Inc. |
| *Sabela.com website archive from www.archive.org* [G045970-G045993] | 05/08/1999 | Sabela Media |
| *Project Freud, Due Diligence Materials* [G027532-G027535] | 12/23/1999 | DoubleClick, Inc. |
| *Sabela and AdKnowledge Presentation* [G046050-G045079] | 11/07/1999 | Martin Wesley |
| Email from John Black, Sabela Media [G030277] | 8/17/99 | Sabela Media |
| *baseview.com website archive from www.archive.org (ClassManagerPro)* [G026146-G026163] | 01/16/1997 | Baseview Products, Inc. |
| *Internet Advertising Network, "How Ads Are Placed"* [G045822] | 1995 | The Ian System |
| *Simple HTML Change* [G045823] | 1996 | |
| *1996 Ian Advertising Rates* [G045824-G045830] | 06/09/1998 | Internet Advertising Network |
| *L90, Inc. Form S-1 SEC Filing* [G029977-G030034] | 09/30/1999 | L90, Inc. |
| *www.Spinbox.com website archive from www.archive.org* [G029925] | 11/11/1998 | Spinbox |
| *Focalink Marketing Materials and Presentation Slides* [G029283-G029305] | 1996 | Focalink |
| Focalink MarketMatch UserGuide, Version 1.0 [G014828 – 55] | 9/30/96 | Focalink |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *Direct Marketing Management, 2nd Edition, Prentice-Hall, Inc., Upper Saddle River, NJ* [G020792] | 1999 | Mary Lou Roberts and Paul D. Berger |
| *After the gold rush, The Economist, New York* [GGL-FM0039680-GGL-FM0039681 | 04/20/2000 | The Economist |
| *Chopping tech-stocks down to size, The Economist.com* [GGL-FM0039682-GGL-FM000039684] | 12/05/2000 | The Economist |
| *CMGI's Web deal making hits big-time: Group preps two portals: AltaVista and MyWay.com, Advertising Age* [G005715-5718] | 10/04/1999 | Jennifer Gilbert, Advertising Age |
| *The Internet Advertising Report, Harper Business* [G022202] | 1997 | Mary Meeker, Morgan Stanley |
| *The Forrester Report – Media Technology – Ad Serving and Measurement* [G029212-G029228]] | 05/1997 | Susan Gertzis, et al. |
| *2 Web Ad Firms Decide to Marry: Palo Alto's Focalink, ClickOver merging,San Francisco Chronicle* [G016001] | 11/17/1997 | Carol Emert |
| *Ad Management – Debunking the Turnkey Myth, Jupiter Strategic Planning Services* [G017767] | 07/1998 | Evan Neufeld, Strategic Planning Services |
| *Small networks chase per-click ad business – Aaddzz, ValueClick compete* [G005308] | 09/08/1997 | Advertising Age |
| *NetGravity Launches AdCenter Service Solution, ClickZ News* [GGL-FM0039391] | 08/12/1998 | ClickZ |
| *Competitive Analysis of ATG Dynamo Ad Station (approx 1998)* [G027902-G027903] | 1998 | NetGravity, Inc. |
| *Avenue A, FAQ, www.avenuea.comlcorpinfo/faq.html* [G029920-G029924] | 09/29/1999 | Avenue A, Inc. |
| *Competitive Analysis of Avenue A (prior to November 14, 1999)* [G029959-G029960] | 11/14/1999 | DoubleClick, Inc. |
| *Competitive Summary of the Infoseek Search Engine* [G043058-G043059] | 02/26/1997 | Kevin O'Connor |
| *Competitive Summary of Lycos (2/26/1997)* [G043060] | 02/26/1997 | Kevin O'Connor |
| *Competitive Analysis of Match Logic (prior to 1/14/1999)* [G029918-G029919] | 01/14/1999 | DoubleClick, Inc. |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *Competitive Analysis of MatchLogic (approximately 1998)* [G027933-G027939] | 1998 | NetGravity, Inc. |
| *Competitive Analysis of Microsoft (approximately 1998)* [G027941-G027946] | 1998 | NetGravity, Inc. |
| *Competitive Analysis (approximately 1998)* [G027834-G027851] | 1998 | NetGravity, Inc. |
| *Competitive Analysis 2Q98 Presentation (7/9/1998)* [G027812-G027833] | 07/09/1998 | NetGravity, Inc. |
| *Feature Comparison: DoubleClick DART vs. NetGravity AdServ(prior to 1/14/1999)* [G029951-G029952] | 01/14/1999 | DoubleClick, Inc. |
| *Competitive Analysis of AdCenter* [G029042-G029047] | 1/11/2000 | NetGravity, Inc. |
| *Competition Coverage (approximately 1998)* [G028962-G028966] | 1998 | NetGravity, Inc. |
| *Industry Perceptions of Net Gravity* [G028974-G028990] | 12/01/1998 | Blanc & Otus |
| *Competitive Positioning Brief, Approx. 1998* [G027810-G027811] | 1998 | NetGravity, Inc. |
| *Competitive Analysis of Double Click, MatchLogic, AdKnowledge, Avenue A, AdForce, 24/7, Flycast* [G029030-G029041] | 01/11/2000 | NetGravity, Inc. |
| *Targeted Media: reality check on the road to one-to-one marketing - Fig. 6: Ad Management Tools Overviews* [G029020-G029021] | 1998 | Jupiter Research |
| *Server Software: Integrated Approaches will Drive Sophisticated Personalization* [G045994-G046016] | 1998 | Seamus McAteer, Jupiter Communications |
| *DART for Advertisers, Sabela and AdKnowledge Competitive Overview* [G046050-G046079] | 12/17/1999 | DoubleClick, Inc. |
| *Competitive Analysis of Softbank's Foundation Buy Program* [G043062] | 02/26/1997 | Kevin O'Connor |
| *Competitive Analysis of Soliant's Adapt/X Software (approximately 1998)* [G027964-G027966] | 1998 | NetGravity, Inc. |
| *www.anon.user.anonymizer.com, Switchboard Corporate Background* [G029886-G029887] | 9/13/1999 | Switchboard, Inc. |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *Competitive Analysis of ThinkingMedia* [G027967-G027968] | 1998 | NetGravity, Inc. |
| *Competitive Analysis of W3 (approximately 1998)* [G027975] | 1998 | NetGravity, Inc. |
| *Competitive Analysis of the Web Connect Network* [G043063] | 2/26/1997 | Web Connect Network |
| *Competitive Analysis of the Yahoo! Directory* [G043064] | 2/26/1997 | Kevin O'Connor |
| *NetGravity Presentation* [G028509-G028535] | 1999 | Stephen E. Recht |
| *Analyst Report Summary - Internet Marketing Management Solutions* [G028991-G029000] | 12/01/1998 | Blanc & Otus |
| *NetGravity Analyst / Media audit, conducted by Blanc Ores* [G029001-G029019] | 12/1998 | NetGravity, Inc. |
| *Press Release, NetGravity 'Announces Record Q2 Revenues* [G029053] | 7/13/1999 | NetGravity, Inc. |
| *Patent's Net Result: Nothing?* [G029883-G029885] | 09/13/1999 | Chris Oaks, Wired News |
| *Web Ads Mark 2nd Birthday with Decisive Issues Ahead* [G029338-G029348] | 10/1996 | Debra Aho Williamson, Advertising Age |
| *The Advertising Century* [G029349-G029363] | | Randall Rothenberg, Advertising Age |
| *Online Advertising: On Target* [G029364-G029368] | 12/17/1998 | eMarketer |
| *Increase in Ad Spending Predicted* [G029369-G029370] | 3/25/1999 | Markets Advertising |
| *Internet Economy Looking Good* [G029371-G029372] | 6/10/1999 | CyberAtlas |
| *Publishers Thankful but Nervous About Boom* [G029373-G029378] | 11/1999 | Adrienne W. Fawcett, Advertising Age |
| *Aaddzz Brochure reBrokers Web Ad Space Sales Between Advertisers and Publishers* [G005302] | 1997 | IAT, Inc. |
| *Aaddzz Letter to all Customers re Aaddzz Services Suspended as of 10/01/2004* [G005353-G005354] | 10/01/2004 | IAT, Inc. |
| *New Online Ad Network Aaddzz to Launch, Western Div., Vol. XLVII No. 27* [G005355-G005357] | 07/07/1997 | John Spooner, AdWeek.com |

| TITLE | DATE | AUTHOR(S) |
|-------|------|-----------|
| *DoubleClick Case Study* [G014999] | 1998 | DoubleClick, Inc., republished by The Internet Archive |
| *DoubleClick Case Study re Client: Places to Stay (Hotel and Resort)* [G015000] | 1998 | DoubleClick, Inc., republished by The Internet Archive |
| *DoubleClick Lead Form re DART Technology* [G015001] | 1998 | DoubleClick, Inc., republished by The Internet Archive |
| *Rise of Infomediary* [G015002-G015004] | 06/24/1999 | The Economist |
| *On the Internet, brand-building is out and straight selling is in…*[G015005-G015007] | 10/07/1999 | The Economist |
| *DoubleClick joins 'huge' e-mail ad realm…* [G015010] | 11/29/1999 | Patricia Riedman, Advertising Age, republished by Encylopedia.com |
| *Agencies centralize web ad serving* [G015011-G015015] | 03/08/1999 | Jennifer Gilbert, Advertising Age |
| *DoubleClick - Beyond the Banner* [G015016] | 01/27/1999 | DoubleClick, Inc., republished by The Internet Archive |
| *Advertiser Solutions - Beyond the Banner* [G015017] | 12/05/1998 | DoubleClick, Inc., republished by The Internet Archive |
| *DoubleClick fixes on bull's-eye with Dart 5*[G015098-G015100] | 06/11/2001 | Adrienne Mand, Advertising Age |
| *DoubleClick joins 'huge' e-mail ad realm* [G015101-G015103] | 11/29/1999 | Patricia Riedman, Advertising Age |
| *DoubleClick shopping aids e-commerce,* [G015104-G015107] | 05/24/1999 | Jennifer Gilbert, Advertising Age |
| *Dynamic Advertising Reporting and Targeting - Product Literature* [G015108-G015123] | 06/19/1998 | DoubleClick, Inc. |
| *DoubleClick - Enhanced Ad Banner Specs* [G015124-G015125] | 12/01/1998 | DoubleClick, Inc., republished by The Internet Archive |
| *Agencies centralize Web ad serving* [G015126-G015130] | 03/01/1999 | Jennifer Gilbert, Advertising Age |
| *DoubleClick clicks with NetGravity* [G015131-G015133] | 07/19/1999 | Jennifer Gilbert, Advertising Age |
| *How DART works* [G015134] | 12/06/1998 | DoubleClick, Inc., republished by The Internet Archive |
| *Advertising.com Serves Up Ad Delivery Software*, Vol. 10, No. 28 [G015137-G015139] | 07/10/2000 | Ann M. Mack, Mediaweek.com |
| *Imgis Becomes Ad Force; Receives Financing from AOL, ADWEEK, Vol. 39, No. 32, p. 34* [G015140] | 08/10/1998 | Adrienne Mand, Adweek.com |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *DoubleClick Outsourcing Ad Sales FAQ* [G015141-G015142] | 12/06/1998 | DoubleClick, Inc., republished by The Internet Archive |
| *Real Media dives into competition* [G015156-G015158] | 10/04/1999 | Jennifer Gilbert, Advertising Age |
| *DoubleClick Targeting Filters* [G015164-G015165] | 12/02/1998 | DoubleClick, Inc., republished by The Internet Archive |
| *DoubleClick Terms of Agreement* [G015166-G015167] | 12/06/1998 | DoubleClick, Inc., republished by The Internet Archive |
| *DoubleClick Network Level Reports* [G003690-G003714] | 1998 | DoubleClick, Inc. |
| *DoubleClick Network Level Reports* –DRAFT [G003715-G003738] | 1998 | DoubleClick, Inc. |
| *DoubleClick Network Level Reports* –DRAFT [G003739-G003762] | 1998 | DoubleClick, Inc. |
| *DART Reporting Essentials* – DRAFT [G003763-G003808] | 02/17/1998 | DoubleClick, Inc. |
| *Local Reseller Manual* [G003818-G003843] | 1998 | DoubleClick, Inc. |
| *Show Availability - Managing Inventory* [G003844-G003850] | 1998 | DoubleClick, Inc. |
| *Cross Network Functionality – A Step by Step Guide* DRAFT [G003943-G003951] | 04/11/1998 | DoubleClick, Inc. |
| *DoubleClick DART Global Market/Hybrid DART? White Paper* [G003953-G003958] | 2/11/2000 | DoubleClick, Inc. |
| *DoubleClick Network Affiliations – Revenue Sharing Relationships* [G003965-G003973] | 12/09/2000 | DoubleClick, Inc. |
| *DART for Advertising – The Power of Reporting* [G003980-G004015] | 09/6/2001 | DoubleClick, Inc. |
| *DoubleClick Documentation Projects* [G004016-G004701] | 02/1999 | DoubleClick, Inc. |
| *A framework for targeting banner advertising on the internet,* IEEE System Sciences, Proceedings of the Thirtieth Hawaii Int'l Conference, pages 265-274, Vol. 4 [G024674-G024685] | 1997 | K. Gallagher and J. Parsons |
| *Acquiring Customer Preferences for Information Filtering: a Heuristic-Statistical Approach* [G024686-G024688] | 1996 | Bhavani Raskutti and Anthony Beitz |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| White Papers, *Adding Value in the Digital Age, Bringing One-to-One Marketing to the Internet* [G024689-G024699] | 6/30/1998 | Netperceptions.com |
| *AdForce Privacy Practices* [G024700-G024704] | 6/30/1998 | MGIS, Inc. |
| *AdForce Introduces AdForce EveryWhere: Advertising, Marketing & Promotions Wherever a Digital Signal Can Be Sent* [G024705-G024707] | 03/27/2000 | Business Wire |
| *AdForce Strategic Partners* [G024708-G024709] | 03/27/2000 | AdForce, Inc. |
| NetGravity Products – AdServer 3 [G024710-G024715] | 07/09/1998 | NetGravity, Inc. |
| *Coupon Clippers, Save your Scissors* [G024716-G024719] | 06/20/1994 | BusinessWeek |
| *DoubleClick DART Intro* [G024720-G024735] | 06/19/1998 | DoubleClick, Inc. |
| *About Engage Technologies* [G024736-G024748] | 07/09/1998 | The CMG Internet Group |
| *Firefly Passport Office Overview* [G024749-G024756] | 06/20/1998 | Firefly.net |
| *Media Metrix FAQ* [G024757-G024758] | 06/30/1998 | Media Metrix, The PC Meter Company |
| *"Goodies" in exchange for consumer information on the Internet: the economics and issues,* IEEE System Sciences, Proceedings of the Thirty-First Hawaii Int'l Conference, pages 533-542, Vol. 4 [G024759-G024770] | 01/1998 | A.M. Chang, P.K. Kannam, and A.B. Whinston |
| *Learn Sesame* [G024771-G024773] | 07/09/1998 | Open Sesame |
| *MatchLogic's Services* [G024774-G024775] | 07/01/1998 | MatchLogic, Inc. |
| *Netvertising: content-based subgeneric variations in a digital genre*, IEEE System Sciences, Proceedings of the Thirty-First Hawaii Int'l Conference, pages 87-96, Vol.2 [G024776-G024787] | 01/1998 | I. Fortanet, J.C. Palmer and S. Posteguillo |
| *The Power of Personalization* [G024788-G024790] | 08/21/1998 | BroadVision |
| *SelectCast for Ad Servers: The Only Ad Targeting System with Published Performance Results – Ask Us!* [G024791-G024792] | 06/30/1998 | Aptex Software, Inc. |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| *SelectCast for Commerce Servicers* [G024793] | 06/30/1998 | Aptex Software, Inc. |
| *The Value of Purchase History Data in Target Marketing*, Marketing Science, Vol. 15, No. 4 [G024794-G024813] | 1996 | Peter E. Rossi, Robert E. McCulloch and Greg M. Allenby |
| *Web advertising*, IEEE Intelligent Systems, Vol. 13, Issue 3, pgs 8-9 [G024814-G024817] | 1998 | M. McCandless |
| Eclipse Services, AdPro System | 1997 | Eclipse Services |
| Baseview Products Inc., ClassManagerPro System | 1997 | Baseview Products, Inc. |
| Accipiter, Inc., AdManager System | 1997-1998 | Accipiter, Inc. |
| Deposition Exhibit 288 | 1996 | Accipiter, Inc. republished by The Internet Archive |
| Deposition Exhibit 289 | 1997 | Accipiter, Inc. |
| Deposition Exhibit 290 | 1997 | Accipiter, Inc. |
| Deposition Exhibit 291 | 1997 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 292 | 1997 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 294 | 1996 | Accipiter, Inc. |
| Deposition Exhibit 295 | 1996 | Accipiter, Inc. |
| Deposition Exhibit 296 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 297 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 299 | 1996 | Accipiter, Inc. |
| Deposition Exhibit 300 | 1996 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 301 | 1997 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 302 | 1997 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 303 | 1996 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 304 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 305 | 1998 | Accipiter, Inc., republished by The Internet Archive |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| Deposition Exhibit 306 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 307 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 308 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 309 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 310 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 311 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 312 | 02/22/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 313 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 314 | 02/03/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 315 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 316 | 02/04/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 317 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 318 | 02/04/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 319 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 320 | 02/08/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 321 | 02/09/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 322 | 02/09/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 323 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 324 | 1998 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 325 | 02/09/1999 | Accipiter, Inc., republished by The Internet Archive |
| Deposition Exhibit 326 | 02/09/1999 | Accipiter, Inc., republished by The Internet Archive |

| TITLE | DATE | AUTHOR(S) |
|---|---|---|
| Deposition Exhibit 327 | 1998 | Accipiter, Inc. |
| Deposition Exhibit 328 | 1997 | Robbin Zeff |
| Deposition Exhibit 331 | 1998 | AdForce, Inc. |
| Deposition Exhibit 332 | 1998 | AdForce, Inc. |
| Deposition Exhibit 333 | 1998 | AdForce, Inc. |
| Deposition Exhibit 334 | 1998 | AdForce, Inc. |
| Deposition Exhibit 336 | 1999 | AdForce, Inc. |
| Deposition Exhibit 337 | 1999 | AdForce, Inc. |
| Deposition Exhibit 338 | 1998-1999 | AdForce, Inc. employees and Roy T. Fielding |
| Deposition Exhibit 341 | 01/04/1999 | AdForce, Inc. |
| Deposition Exhibit 143 | 1997-1999 | Baseview Products, Inc. |
| Deposition Exhibit 144 | 1997 | Baseview Products, Inc. |
| Deposition Exhibit 145 | 1997 | Baseview Products, Inc., republished by The Internet Archive |
| Deposition Exhibit 235 | 1998-1999 | Imgis, Inc. and AdForce, Inc. |
| Deposition Exhibit 700 | 1999 | AdKnowledge, Inc. |
| Deposition Exhibit 701 | 1999 | AdKnowledge, Inc. |
| Deposition Exhibit 702 | 1999 | AdKnowledge, Inc. |
| Deposition Exhibit 704 | 1998 | AdKnowledge, Inc. |
| Deposition Exhibit 705 | 1998 | AdKnowledge, Inc. |
| Deposition Exhibit 706 | 2000 | Engage, Inc. |
| Deposition Exhibit 707 | 1998 | AdKnowledge, Inc. |
| Deposition Exhibit 708 | 02/22/1999 | AdKnowledge, Inc., republished by The Internet Archive |
| Deposition Exhibit 709 | 02/22/1999 | AdKnowledge, Inc., republished by The Internet Archive |
| Deposition Exhibit 275 | 2001 | Tom Shields |
| Deposition Exhibit 276 | 07/13/1999 | Tiffany Kary, CNET News |

| TITLE | DATE | AUTHOR(S) |
|-------|------|-----------|
| Deposition Exhibit 277 | 06/19/1998 | ClickZ News |
| Deposition Exhibit 278 | 1998 | NetGravity, Inc. |
| Deposition Exhibit 279 | 1996 | NetGravity, Inc. |
| Deposition Exhibit 280 | 1998 | NetGravity, Inc. |
| Deposition Exhibit 281 | 1996-2001 | NetGravity, Inc., DoubleClick, Inc, and employees of same including Russ Seligman |
| Deposition Exhibit 282 | 1997 | NetGravity, Inc. |
| Deposition Exhibit 283 | 1997 | NetGravity, Inc. |
| Deposition Exhibit 284 | 1997 | NetGravity, Inc. |
| Deposition Exhibit 285 | 1998 | Clickz News |
| Deposition Exhibit 286 | 1998 | NetGravity, Inc. |

III. **PERSONS WHO MAY BE RELIED UPON AS A PRIOR INVENTOR OR AS HAVING PRIOR KNOWLEDGE OF OR AS HAVING PREVIOUSLY USED OR OFFERED FOR SALE THE ALLEGED INVENTION OF THE ASSERTED PATENTS**

| NAME | LAST KNOWN ADDRESS |
|------|--------------------|
| Arthur Britto | 2536 College Avenue, #4A<br>Berkeley, CA 94704 |
| Michael Dean | 1021 Wilder Way<br>Tyler, TX 75703 |
| Karen Delfau | Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| Christopher Evans | 1025 Bear Glades Lane<br>Raleigh, North Carolina 27605 |
| Roy Fielding, Ph.D. | 80 Corsica Drive<br>Newport Beach, CA 92660 |
| Internet Archive (Christopher Butler) (Declaration) | 116 Sheridan Avenue<br>The Presidio of San Francisco<br>San Francisco, CA 94129 |
| Baseview Products, Inc. (Chris Kempton) | 597 Kuehnle Avenue<br>Ann Arbor, MI 48103 |

| NAME | LAST KNOWN ADDRESS |
|---|---|
| Sandilee Mathers | 2536 Santa Ana, #2<br>Costa Mesa, CA 92627 |
| Kurt Pires (Declaration) | 869 52nd Street<br>Oakland, CA 94608 |
| Stephen Rupp | Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| Andrew Schulz | 267 Kelton Avenue<br>San Carlos, CA 94070 |
| Mark Scheele | Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| Russ Seligman | 4207 Highview Drive<br>San Mateo, CA 94403 |
| Tom Shields | 1205 Drake Avenue<br>Burlingame, CA 94010 |
| Lucinda Stone | 1021 Wilder Way<br>Tyler, TX 75703 |
| WPP Group, 24/7 Real Media (Nicolle Pangis) | 125 Park Avenue<br>New York, NY 10017 |
| Robbin Warner Zeff | 119 Ave de l'Armee<br>1040 Brussels, Belgium |

Dated:  October 2, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By:  */s/ James M. Glass*

Charles K. Verhoeven (admitted *pro hac*)
  *Lead Attorney*
  charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
  amycandido@quinnemanuel.com
Billie D. Salinas (admitted *pro hac*)
  billiesalinas@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
  carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Stan Karas (admitted *pro hac*)

stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

Edward J. DeFranco (admitted *pro hac*)
  eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
  patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:      (212) 849-7000
Facsimile:      (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:      (903) 934-8450
Facsimile:      (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of <u>GOOGLE INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282</u> has been served on October 2, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3), listed below:

S. Calvin Capshaw, Esq.                          Attorneys for Plaintiff/Counterclaim
Elizabeth L. DeRieux, Esq.                       Defendant
D. Jeffery Rambin, Esq.                          FUNCTION MEDIA, L.L.C.
Capshaw Derieux, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
E-mail: ccapshaw@capshawlaw.com
         ederieux@capshawlaw.com
         jrambin@capshawlaw.com


Max L. Tribble, Jr.                              Attorneys for Plaintiff/Counterclaim
Joseph S. Grinstein                              Defendant
Lexie G. White                                   FUNCTION MEDIA, L.L.C.
Sandeep Seth
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
E-mail: mtribble@susmangodfrey.com
         jgrinstein@susmangodfrey.com
         lwhite@susmangodfrey.com
         sseth@susmangodfrey.com


Jeremy J. Brandon                                Attorneys for Plaintiff/Counterclaim
Susman Godfrey LLP                               Defendant
901 Main Street, Suite 5100                      FUNCTION MEDIA, L.L.C.
Dallas, TX 75202
E-mail: jbrandon@susmangodfrey.com


Justin Adatto Nelson                             Attorneys for Plaintiff/Counterclaim
Susman Godfrey LLP                               Defendant
1201 Third Avenue, Suite 3800                    FUNCTION MEDIA, L.L.C.
Seattle, WA 98101
E-mail: jnelson@susmangodfrey.com

Charles Ainsworth, Esq.                          Attorneys for Plaintiff/Counterclaim
Robert C. Bunt, Esq.                             Defendant
Parker Bunt & Ainsworth                          FUNCTION MEDIA, L.L.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Email:  charley@pbatyler.com
            rcbunt@pbatyler.com


Franklin Jones, Jr., Esq.                        Attorney for Plaintiff/Counterclaim
Jones & Jones                                    Defendant
201 W. Houston Street                            FUNCTION MEDIA, L.L.C.
P.O. Drawer 1249
Marshall, TX 75670
Email:  maizieh@millerfirm.com


Otis Carroll, Esq.                               Attorney for Plaintiff/Counterclaim
Collin Maloney, Esq.                             Defendant
Deborah Race, Esq.                               FUNCTION MEDIA, L.L.C.
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703
Email:  fedserv@icklaw.com


                                    /s/  *Carl G. Anderson*
                                    Carl G. Anderson


3133070_2.DOC