# EXHIBIT C

| From: | Joseph S. Grinstein [jgrinstein@susmangodfrey.com] |
|---|---|
| Sent: | Monday, August 10, 2009 12:46 PM |
| To: | Fish Richardson Attorneys; Harry L. Gillam, Jr.; Melissa R. Smith; Google-Function Media |
| Cc: | wolff@fr.com; gil@gillamsmithlaw.com; Justin A. Nelson; Max L. Tribble; Stacy Schulze; Sandeep Seth; chenry@capshawlaw.com; charley@pbatyler.com; ederieux@capshawlaw.com; Jeremy Brandon; Stan Karas |
| Subject: | Function Media v. Google -- Election of Claims |

Counsel --

Function Media intends to litigate at the first trial of this matter the
below-listed claims.  In making this election, Function Media reserves
all rights with respect to all other claims.

'045: 1, 5

'025: 1, 12, 20, 30, 32, 37, 52, 62, 63, 81, 90, 140, 179, 191, 231, 260, 319

'059: 1

Cordially,
Joe

1