# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07–CV–279 (CE)** |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |

## GOOGLE'S MOTION *IN LIMINE* NO. NINE:  MOTION TO PRECLUDE ARGUMENT THAT GOOGLE HINDERED FUNCTION MEDIA OR ITS EXPERT FROM TESTING OR ANALYZING THE ACCUSED PRODUCTS

**Argument**

In late August 2009, Plaintiff Function Media, LLC asked Google for permission for its experts to place dummy advertisements using the AdWords product, and to have those dummy advertisements display on a fake website by using the AdSense product. Google initially denied Plaintiff's request because the use of AdWords proposed by Plaintiff would have violated Google's Terms of Service. After some back and forth between counsel, Google and Plaintiff eventually came to an agreement which was amenable to both parties. (See Ex. A.) Under the agreement, Function Media's expert could place dummy ads so long as (1) Function Media agreed to pay if its dummy ads were clicked through by other users, and (2) Function Media also agreed to host advertisements using the AdSense product on a real website, rather than a dummy website. Google agreed not to assert that this agreed-upon use violated its Terms of Service, and Plaintiff agreed that this arrangement was sufficient for its expert to carry out his or her testing.

Because Function Media agreed to this arrangement without objection, Google hereby moves the Court for an order, *in limine*, precluding Plaintiff from arguing during trial that Google in any way hindered Function Media or its expert from performing tests on or analysis of Google's accused products.

Dated: October 2, 2009

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: */s/ Amy H. Candido*

    Charles K. Verhoeven (admitted *pro hac*)
    *Lead Attorney*
    charlesverhoeven@quinnemanuel.com
    Amy H. Candido (admitted *pro hac*)
    amycandido@quinnemanuel.com
    Billie D. Salinas (admitted *pro hac*)
    billiesalinas@quinnemanuel.com
    Carl G. Anderson (admitted *pro hac*)
    carlanderson@quinnemanuel.com
    QUINN EMANUEL URQUHART

OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Stan Karas (admitted *pro hac*)
  stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Edward J. DeFranco (admitted *pro hac*)
  eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
  patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 2, 2009 to counsel of record via ECF/PACER.

>*/s/ Billie D. Salinas*
>Billie D. Salinas