# EXHIBIT A

REDACTED

| | |
|---|---|
| From: | Joseph S. Grinstein [jgrinstein@susmangodfrey.com] |
| Sent: | Tuesday, September 22, 2009 7:34 PM |
| To: | Edward DeFranco |
| Cc: | Joseph S. Grinstein; Jim Glass; Tribble Max L. Jr.; Brandon Jeremy J.; Nelson Justin A.; Schulze Stacy; Seth Sandeep (Sandy) |
| Subject: | Re: FM v. Google -- Revised Prior Art List |

Ed,

For purposes of this trial, we're contending that the following products infringe one or more of the asserted claims in the FM patents: AdSense for Content, AdSense for Mobile, AdWords (including AdWords Editor) as it relates to AFC and/or AFM, and MCC as it relates to AFC and/or AFM.

Cordially,

Joe

On Sep 22, 2009, at 7:49 PM, "Edward DeFranco" <eddefranco@quinnemanuel.com> wrote:

> Joe – As we discussed, please see the attached letter listing the prior art references upon which Google will rely. Regards, Ed DeFranco
>
> <9-22-09 letter to jg.pdf>