IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>       v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.** | **Civil Case No. 2:07-CV-279 (CE)**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S MOTION *IN LIMINE* NO. ELEVEN:  MOTION TO EXCLUDE EVIDENCE OF GOOGLE'S SIZE, WEALTH AND OVERALL REVENUES

Before the Court is Defendant Google's Motion *in Limine* No. Eleven:  Motion to Exclude Evidence of Google's Size, Wealth and Overall Revenues.  After considering the Motion, the relief requested therein, and the relevant facts, evidence and arguments of the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED.**