Function Media, L.L.C. v. Google, Inc. et al — Doc. 200 Att. 5

# EXHIBIT E

Dockets.Justia.com

RECEIVED

DEC 0 2 2008

CENTRAL REEXAMINATION UNIT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Stone, et al

Reexamination Control No.: 95/001,073

U.S. Patent No.: 7,240,025

Reexamination Request Filed: July 30, 2008

For: INERNET ADVERTISING SYSTEM AND METHOD

Examiner: Jeffrey L. Gellner

Technology Center/Art Unit: 3993

## PETITION FOR ADDITIONAL PAGES TO RESPOND TO OFFICE ACTION

Attn: Mail Stop "Inter Partes Reexam"
Central Reexamination Unit
Office of Patent Legal Administration
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Patent Owner respectfully requests relief from the 50 page limit imposed by 37 CFR § 1.943, in order to fully and fairly respond to the current Office Action. By this petition, Patent Owner seeks leave to file an additional 50 pages (100 pages total) to respond to the unusually long Office Action and Request for Reexamination.

Rule 943(b) provides that responses filed by a patent owner shall not exceed 50 pages in length. But in circumstances like the present situation, where the Requester files hundreds of pages of claim charts and the PTO adopts over 538 grounds of rejection, a Patent Owner cannot fairly respond to all of the issues raised.

Consequently, Patent Owner respectfully requests a waiver of 37 CFR § 1.943, and petitions for an extension of 50 additional pages (100 pages total) to respond.

The basic facts at issue here are as follows:

8248-v1/9997.0640

1

PAGE 4/7 * RCVD AT 12/2/2008 5:18:44 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-6/1 * DNIS:2739900 * CSID:7132212021 * DURATION (mm-ss):01-34

1. In the Reexamination Request, the Requester identified 18 different prior art combinations as raising a substantial new question (SNQ) of patentability. The 18 different prior art combinations raised 1332 grounds of rejection.

2. The Reexamination Request was 80 pages long, with Appendices A-1 – A-8 spanning another 1532 pages. Thus, the Request for Reexamination spanned approximately 1612 pages.

3. The Reexamination Request was filed on July 30, 2008. Approximately four months after the Reexamination Request was filed, the PTO confirmed that a SNQ of patentability existed as to 74 of the claims of the '025 patent. The PTO adopted without modification 14 of the 1332 grounds of rejection proposed by the Requester, and adopted with modification 524 grounds of rejection. Thus the current Office Action adopted 538 grounds of rejection proposed by the Requester.

In this case, the Requester has filed a voluminous request for reexamination with many claim charts. In response, the PTO has issued a very lengthy Office Action, adopting 538 grounds of rejection proposed by the Requester. Patent Owner respectfully requests that the rules be relaxed in this situation to enable the Patent Owner to fully address the many issues raised in the Request and in the Office Action. Specifically, Patent Owner seeks another 50 pages, thus allowing 100 pages to respond to the 504 page Office Action and the over 1600 pages of the Reexamination Request. Given the extreme length of the Request and the Office Action, such a page extension is reasonable and certainly warranted here. Absent the additional pages, it will be extremely difficult to fully address the numerous rejections that have been presented.

2

In view of the reasons stated above, a page extension of 50 pages is requested to allow the patent owner a fair opportunity to respond to the present Office Action.

The Commissioner is hereby authorized to charge payment of any fees associated with this communication or credit any overpayment, to Deposit Account No. 504592, including any filing fees under 37 CFR 1.16 for presentation of extra claims and any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

Heim, Payne & Chorush, LLP

*/s/ Michael F. Heim/*

Michael F. Heim
Reg. No. 32,702

600 Travis, Suite 6710
Houston, Texas 77003
Phone: (713) 221-2000
Facsimile: (713) 221-2021
Date: December 2, 2008

3