## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>    v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.** | Civil Case No. 2:07-CV-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S MOTION *IN LIMINE* NO. FIVE:  MOTION TO ADMIT EVIDENCE REGARDING THE REEXAMINATION OF THE PATENTS-IN-SUIT

Before the Court is Defendant Google's Motion *in Limine* No. Five:  Motion to Admit Evidence Regarding the Reexamination of the Patents-in-Suit.  After considering the Motion, the relief requested therein, and the relevant facts, evidence and arguments of the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED.**