IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNCTION MEDIA, L.L.C.** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| **GOOGLE INC. AND YAHOO, INC.** | § | **FILED UNDER SEAL** |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

Before the Court is Plaintiff's Function Media's Motion for Partial Summary Judgment as to Anticipation and Non-Obviousness. After reviewing the Motion and evidence submitted, the Court finds that the Motion for Partial Summary Judgment should be and hereby is **GRANTED.**

Accordingly, the Court rules that:

1. U.S. Patent No. 5,918,014 does not anticipate the asserted claims of the Patents-in-Suit.

2. U.S. Patent No. 5,948,061 does not anticipate the asserted claims of the Patents-in-Suit.

3. U.S. Patent No. 6,026,368 does not anticipate the asserted claims of the Patents-in-Suit.

4. U.S. Patent No. 6,401,075 does not anticipate the asserted claims of the Patents-in-Suit.

5. U.S. Patent No. 6,985,882 does not anticipate the asserted claims of the Patents-in-Suit.

6. WO 97/21183 does not anticipate the asserted claims of the Patents-in-Suit.

7. Zeff & Aronson (1997) does not anticipate the asserted claims of the Patents-in-Suit.

8. Zeff & Aronson (1999) does not anticipate the asserted claims of the Patents-in-Suit.

9. Langheinrich does not anticipate the asserted claims of the Patents-in-Suit.

10. AdForce does not anticipate the asserted claims of the Patents-in-Suit.

11. Aaddzz does not anticipate the asserted claims of the Patents-in-Suit.

1

12. AdKnowledge does not anticipate the asserted claims of the Patents-in-Suit.

13. NetGravity does not anticipate the asserted claims of the Patents-in-Suit.

14. DoubleClick does not anticipate the asserted claims of the Patents-in-Suit.

15. Ad-Star does not anticipate the asserted claims of the Patents-in-Suit.

16. AdManagerPro does not anticipate the asserted claims of the Patents-in-Suit.

The Court further holds that no combination of the above references renders any asserted claim of the Patents-in-Suit obvious.

980530v1/010020