# EXHIBIT C

Dockets.Justia.com



02·14·06

JTM $

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Appl. No. | : | 10/954,820 |
| Applicant | : | Lucinda Stone et al. |
| Filed | : | September 30, 2004 |
| Title | : | A METHOD OF USING A NEWTORK OF COMPUTERS TO FACILATE AND CONTROL THE PUBLISHING OF PRESENTATIONS TO A PLURALITY OF PRINT MEDIA VENUES. |
| TC/A.U. | : | 3627 |
| Examiner | : | Andrew J. Fischer |
| Docket No. | : | Stone 5 |

02/15/2006 HTECKLU1 00000067 10954820
01 FC:2202                    8125.00 OP

Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

# Amendment

Gentlemen:

This amendment is being filed in response to the First Office Action dated August 7, 2004 and mailed on August 12, 2005, wherein all claims of record, claims 32 – 47 were rejected. A response to the First Office Action was due on or before November 12, 2005. Requests for "Extension of Time" were filed on filed on November 11, 2005 and January 11, 2006; copies of

which are submitted herewith. These requests extended the due date to respond to the First Office Action to February 13, 2006 (with February 12, 2006 falling on a Sunday).

This amendment is further in response to the courteous interview extended to Applicants and their counsel on February 1, 2006.

**Amendments to the Claims and New Claims** are reflected in the listing of claims, which begins on page three of this amendment.

**Remarks** begin on page 74 of this amendment.

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

32) through 47): (Cancelled)

48. (New) A computer system for creating and publishing customized electronic advertisements, for a seller, to internet media venues owned or controlled by other than the seller, comprising:

a first interface to the computer system through which each of the internet media venues is prompted to input presentation rules for the internet media venue for displaying electronic advertisements on the internet media venue;

a first database storing the presentation rules input by the internet media venues through the first interface;

a second interface to the computer system through which a seller is prompted to input information to select one or more of the internet media venues and prompted to input information to create an electronic advertisement for publication to the selected internet media venues;

a second database storing the information input by the seller through the second interface; and

a computer controller of the computer system processing and publishing the electronic advertisement to one or more of the selected internet media venues whereby the electronic

advertisement is displayed on each of the one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue.

49. (new) The computer system of claim 48, wherein the computer system and the computer controller each comprise a network of computers.

50. (new) The computer system of claim 48, wherein the electronic advertisement comprises the advertisement or components of the advertisement.

51. (new) The computer system of claim 48, wherein the internet media venue is a website comprising one or more web pages.

52. (new) The computer system of claim 48, wherein the internet media venue comprises one or more virtual locations.

53. (new) The computer system of claim 48, wherein the second interface for the seller is a self-serve interface that prompts the seller to input information using a menu-driven format.

54. (new) The computer system of claim 53, wherein the menu-driven format includes a series of forms with text entry areas and menu-driven choices.

4

55. (new) The computer system of claim 53, wherein the self-serve interface for the seller prompts the seller to input information identifying the seller.

56. (new) The computer system of claim 55, wherein the seller information comprises information for establishing a seller account with the computer system.

57. (new) The computer system of claim 56, further comprising a seller account database of the second database for storing the seller account information.

58. (new) The computer system of claim 53, wherein the self-serve interface for the seller prompts the seller with a choice of advertisement types.

59. (new) The computer system of claim 58, wherein the choice of advertisement types includes a text advertisement.

60. (new) The computer system of claim 58, wherein the choice of advertisement types includes an image advertisement.

61. (new) The computer system of claim 58, wherein the choice of advertisement types includes an interactive advertisement.

62. (new) The computer system of claim 53, wherein the self-serve interface for the seller prompts the seller for advertising content or other components of the advertisement.

63. (new) The computer system of claim 62, wherein the self-serve interface for the seller prompts the seller for a text component of the advertisement.

64. (new) The computer system of claim 62, wherein the self-serve interface for the seller prompts the seller for an image component of the advertisement.

65. (new) The computer system of claim 62, further comprising an advertising database of the second database for the seller input information that stores the components of the advertisement.

66. (new) The computer system of claim 62, further comprising an advertising database of the second database for the seller input information that stores the advertisement.

67. (new) The computer system of claim 53, wherein the selection information input by the seller targets one or more internet media venues. (new)

68. (new) The computer system of claim 67, wherein the selection information input by the seller targets one or more internet media venues by targeting one or more advertising channels.

69. (new) The computer system of claim 68, wherein an advertising channel comprises one or more internet media venues.

70. (new) The computer system of claim 67, wherein the selection information input by the seller targets one or more internet media venues by targeting demographics of one or more internet media venues.

71. (new) The computer system of claim 67, wherein the selection information includes identification of individual internet media venues.

72. (new) The computer system of claim 71, further comprising:

a database that stores information identifying internet media venues available to the computer system for publishing electronic advertisements,

wherein said seller inputs selection information through the self-serve interface for the seller that comprises identification of one or more individual internet media venues from among the available internet media venues.

73. (new) The computer system of claim 72, wherein the seller inputs selection information through the self-serve interface for the seller that includes identification of individual internet media venues from among a displayed list of available internet media venues.

74. (new) The computer system of claim 67, wherein a targeting database of the second database for the seller input information stores the selection information input by the seller.

75. (new) The computer system of claim 53, wherein the self-serve interface for the seller prompts the seller to input advertising content to create a text advertisement.

76. (new) The computer system of claim 75, further comprising:

a database that stores information identifying internet media venues available to the computer system for publishing advertisements; and

wherein said seller inputs selection information through the self-serve interface for the seller that comprises identification of one or more individual internet media venues from among the available internet media venues.

77. (new) The computer system of claim 76, wherein the seller inputs the identification of one or more individual internet media venues from among a displayed list of available internet media venues.

78. (new) The computer system of claims 48, wherein the first interface for the internet media venue is a self-serve interface that prompts each internet media venue to input its presentation rules using a menu-driven format.

79. (new) The computer system of claim 78, wherein the menu-driven format comprises a series of forms including text entry areas and menu-driven choices.

80. (new) The computer system of claim 78, wherein the self-serve interface for the internet media venue prompts the internet media venue to input information identifying the internet media venue.

81. (new) The computer system of claim 80, wherein the internet media venue identifying information comprises information for establishing an internet media venue account with the computer system.

82. (new) The computer system of claim 81, further comprising an internet media venue account database for storing the internet media venue account information.

83. (new) The computer system of claim 79, wherein the self-serve interface for the internet media venue prompts the internet media venue for a choice of advertisement types.

84. (new) The computer system of claim 83, wherein the choice of advertisement types includes a text advertisement.

85. (new) The computer system of claim 83, wherein the choice of advertisement types includes an image advertisement.

86. (new) The computer system of claim 83, wherein the choice of advertisement types includes an interactive advertisement.

87. (new) The computer system of claim 78, wherein the self-serve interface for the internet media venue prompts the internet media venue for presentation rules comprising presentation guidelines.

88. (new) The computer system of claim 87, wherein the presentation guidelines include standards, restrictions, and other specifications for advertisements.

89. (new) The computer system of claim 87, wherein the presentation rules include controlling algorithms for advertisements.

90. (new) The computer system of claim 87, wherein the presentation rules include benchmarks for advertisements.

91. (new) The computer system of claim 78, further comprising a presentation rules database of the first database that stores the presentation rules for the internet media venue.

92. (new) The computer system of claim 78, wherein the second interface for the seller is a self-serve interface that prompts the seller to input information using a menu-driven format.

93. (new) The computer system of claim 75, wherein the first interface for the internet media venue is a self-serve interface that prompts each internet media venue to input its presentation rules for a text advertisement using a menu-driven format.

94. (new) The computer system of claim 48, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising a computer program design filter to automatically apply or compare the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.

95. (new) The computer system of claim 94, wherein the internet media venue design or style standards include formatting standards for advertisements. (new)

96. (new) The computer system of claim 94, wherein the internet media venue design or style standards include standards on amount of text that can be used.

97. (new) The computer system of claim 94, wherein the internet media venue design or style standards include size standards for advertisements

98. (new) The computer system of claim 97, wherein the size standards include standards for height and width of advertisements. (new)

99. (new) The computer system of claim 94, wherein the internet media venue design or style standards include color standards for advertisements.


100. (new) The computer system of claim 94, wherein the internet media venue design or style standards include font standards for advertisements.


101. (new) The computer system of claim 94, wherein the internet media venue design or style standards include image standards for advertisements.


102. (new) The computer system of claim 101, wherein the image standards include size standards for advertisements.


103. (new) The computer system of claim 101, wherein the image standards include compression standards for advertisements


104. (new) The computer system of claim 101, wherein the image standards include file size standards for advertisements.


105. (new) The computer system of claim 94, wherein the second interface for the seller includes the computer program design filter for the internet media venue design or style standards.

106. (new)  The computer system of claim 94, wherein the computer controller includes the computer program design filter for the internet media venue design or style standards.

107. (new)  The computer system of claim 94, wherein the computer controller is configured to automatically notify the seller if the advertisement does not comply with the internet media venue design or style standards applied or compared by the computer program design filter.

108. (new)  The computer system of claim 107, wherein the notification prompts the seller for review.

109. (new)  The computer system of claim 92, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising a computer program design filter to automatically apply or compare the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.

110. (new)  The computer system of claim 93, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising a computer program design filter to automatically apply or compare the internet media venue design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue.

111. (new) The computer system of claim 92, wherein the internet media venue presentation rules include editorial standards, further comprising a computer program editorial filter to automatically apply or compare the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

112. (new) The computer system of claim 111, wherein the internet media venue editorial standards include content standards.

113. (new) The computer system of claim 112, wherein the internet media venue content standards include blocked words.

114. (new) The computer system of claim 112, wherein the internet media venue content standards include blocked phrases.

115. (new) The computer system of claim 112, wherein the internet media venue content standards include link restrictions.

116. (new) The computer system of claim 112, wherein the internet media venue content standards include blocked references.

117. (new)  The computer system of claim 112, wherein the internet media venue content standards include language restrictions.

118. (new)  The computer system of claim 111, wherein the internet media venue editorial standards include grammar guidelines.

119. (new)  The computer system of claim 111, wherein the internet media venue editorial standards include spelling dictionaries.

120. (new)  The computer system of claim 111, wherein the second interface includes the computer program editorial filter for the internet media venue editorial standards.

121. (new)  The computer system of claim 111, wherein the computer controller includes the computer program editorial filter for the internet media venue editorial standards.

122. (new)  The computer system of claim 111, wherein the computer controller notifies the seller if the advertisement does not comply with the internet media venue editorial standards applied or compared by the computer program editorial filter.

123. (new)  The computer system of claim 122, wherein the notification prompts the seller for review.

124. (new) The computer system of claim 109, wherein the internet media venue presentation rules comprise editorial standards, further comprising a computer program editorial filter to automatically apply or compare the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

125. (new) The computer system of claim 110, wherein the internet media venue presentation rules comprise editorial standards, further comprising a computer program editorial filter to automatically apply or compare the internet media venue editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

126. (new) The computer system of claim 48, wherein the internet media venue presentation rules comprise distribution factors, further comprising a computer program distribution filter configured to automatically apply or compare the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue. (new)

127. (new) The computer system of claim 126, wherein the internet media venue distribution factors include advertisement costs.

128. (new) The computer system of claim 126, wherein the internet media venue distribution factors include blocked URLs. (new)

129. (new) The computer system of claim 126, wherein the internet media venue distribution factors include content standards.

130. (new) The computer system of claim 129, wherein the internet media venue content standards include blocked words.

131. (new) The computer system of claim 129, wherein the internet media venue content standards include blocked phrases.

132. The computer system of claim 129, wherein the internet media venue content standards include link restrictions.

133. The computer system of claim 129, wherein the internet media venue content standards include blocked references.

134. (new) The computer system of claim 129, wherein the internet media venue content standards include language restrictions.

135. (new) The computer system of claim 126, wherein the internet media venue distribution factors include publication dates or deadlines.

136. (new) The computer system of claim 126, wherein the internet media venue distribution factors include demographics.

137. (new) The computer system of claim 109, wherein the internet media venue presentation rules comprise distribution factors, further comprising a computer program distribution filter to automatically apply or compare the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue.

138. (new) The computer system of claim 110, wherein the internet media venue presentation rules comprise distribution factors, further comprising a computer program distribution filter to automatically apply or compare the internet media venue distribution factors to the information input by the seller or the text advertisement to determine whether to publish the text advertisement to the internet media venue.

139. (new) The computer system of claim 48, further comprising an interface for an operator of the computer system to input operator presentation rules to the computer system for advertisements published to the internet media venues.

140. (new)  The computer system of claim 139, wherein the operator of the computer system is an administrator or manager operating the computer controller.

141. (new)  The computer system of claim 48, further comprising a computer program design filter to automatically apply or compare operator presentation rules to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise design or style standards.

142. (new)  The computer system of claim 141, wherein the operator design or style standards include formatting standards for advertisements.

143. (new)  The computer system of claim 141, wherein the operator design or style standards include standards on amount of text that can be used.

144. (new)  The computer system of claim 141, wherein the operator design or style standards include size standards for advertisements

145. (new)  The computer system of claim 144, wherein the size standards include standards for height and width of advertisements.  (new)

146. (new) The computer system of claim 141, wherein the operator design or style standards include color standards for advertisements.

147. (new) The computer system of claim 141, wherein the operator design or style standards include font standards for advertisements.

148. (new) The computer system of claim 141, wherein the operator design or style standards include image standards for advertisements.

149. (new) The computer system of claim 148, wherein the image standards include size standards for advertisements.

150. (new) The computer system of claim 148, wherein the image standards include compression standards for advertisements

151. (new) The computer system of claim 148, wherein the image standards include file size standards for advertisements. (new)

152. (new) The computer system of claim 141, wherein the second interface for the seller includes the computer program design filter for the operator design or style standards.

153. (new) The computer system of claim 141, wherein the computer controller includes the computer program design filter for the operator design or style standards.

154. (new) The computer system of claim 141, wherein the computer controller is configured to automatically notify the seller if the advertisement does not comply with the operator design or style standards applied or compared by the computer program design filter.

155. (new) The computer system of claim 154, wherein the notification prompts the seller for review.

156. (new) The computer system of claim 137, further comprising an interface for an operator of the computer system to input operator presentation rules to the computer system; and

wherein the presentation rules of the operator comprise design or style standards, further comprising a computer program filter to automatically apply or compare the operator design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.

157. (new) The computer system of claim 138, further comprising an interface for an operator of the computer system to input operator presentation rules to the computer system; and

wherein the presentation rules of the operator include design or style standards, further comprising a computer program design filter to automatically apply or compare the operator

design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue.

158. (new) The computer system of claim 48, further comprising a computer program editorial filter to automatically apply or compare operator presentation rules to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise editorial standards.

159. (new) The computer system of claim 158 wherein the operator editorial standards include content standards.

160. (new) The computer system of claim 159, wherein the operator content standards include blocked words.

161. (new) The computer system of claim 159, wherein the operator content standards include blocked phrases.

162. (new) The computer system of claim 159, wherein the operator content standards include link restrictions.

163. (new) The computer system of claim 159, wherein the operator content standards include blocked references.

164. (new)  The computer system of claim 159, wherein the operator content standards include language restrictions.

165. (new)  The computer system of claim 158, wherein the operator editorial standards include grammar guidelines.

166. (new)  The computer system of claim 158, wherein the operator editorial standards include spelling dictionaries.

167. (new)  The computer system of claim 158, wherein the second interface includes the. computer program editorial filter for the operator editorial standards.

168. (new)  The computer system of claim 158, wherein the computer controller includes the computer program editorial filter for the operator editorial standards.

169. (new)  The computer system of claim 158, wherein the computer controller notifies the seller if the advertisement does not comply with the operator editorial standards applied or compared by the computer program editorial filter.

170. (new)  The computer system of claim 169, wherein the notification prompts the seller for review.

171. (new)  The computer system of claim 156, wherein the operator presentation rules include editorial standards, further comprising a computer program editorial filter to automatically apply or compare the operator editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

172. (new)  The computer system of claim 157, wherein the operator presentation rules include editorial standards, further comprising a computer program editorial filter configured to automatically apply or compare the operator editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

173. (new)  The computer system of claim 48, further comprising a computer program distribution filter configured to automatically apply or compare operator presentation rules to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue, wherein the operator presentation rules include distribution factors.

174. (new)   The computer system of claim 173, wherein the operator distribution factors include advertisement costs.

175. (new) The computer system of claim 173, wherein the operator distribution factors include blocked URLs.

176. (new) The computer system of claim 173, wherein the operator distribution factors include content standards.

177. (new) The computer system of claim 176, wherein the operator content standards include blocked words.

178. (new) The computer system of claim 176, wherein the operator content standards include blocked phrases.

179. (new) The computer system of claim 176, wherein the operator content standards include link restrictions.

180. (new) The computer system of claim 176, wherein the operator content standards include blocked references.

181. (new) The computer system of claim 176, wherein the operator content standards include language restrictions.

182. (new) The computer system of claim 173, wherein the operator distribution factors include publication dates or deadlines.

183. (new) The computer system of claim 173, wherein the operator distribution factors include demographics.

184. (new) The computer system of claim 48, wherein the second interface for the seller automatically applies or compares the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules.

185. (new) The computer system of claim 48, wherein the second interface for the seller automatically modifies or re-formats the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

186. (new) The computer system of claim 48, wherein the second interface for the seller automatically restructures data comprising the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

187. (new) The computer system of claim 48, wherein the computer controller processes the advertisement by automatically applying or comparing the internet media venue presentation

rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules.

188. (new) The computer system of claim 48, wherein the computer controller processes the advertisement by automatically modifying or reformatting the advertisement to comply with the internet media venue presentation rules.

189. (new) The computer system of claim 48, wherein the computer controller processes the advertisement by automatically restructuring data comprising the information input by the seller or the advertisement so that the advertisement complies with the internet media venue presentation rules.

190. (new) The computer system of claim 48, further comprising an advertisement generation program for displaying the advertisement published by the computer controller on the one or more of the selected internet media venues in compliance with the internet media venue presentation rules.

191. (new) The computer system of claim 190, wherein the advertisement generation program operates on each of the one or more of the selected internet media venues.

192. (new) The computer system of claim 191, further comprising a database associated with the advertisement generation program for storing the internet media venue presentation rules.

193. (new) The computer system of claim 190, wherein the computer controller publishes the advertisement with the internet media venue presentation rules to the one or more of the selected internet media venues for display by the advertisement generation program in compliance with the internet media venue presentation rules.

194. (new) The computer system of claim 190, wherein the computer controller publishes the internet media venue presentation rules to the one or more of the selected internet media venues in advance of publishing the advertisement for display by the advertisement generation program in compliance with the internet media venue presentation rules.

195. (new) The computer system of claim 188, wherein the computer controller publishes the modified or reformatted advertisement to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules.

196. (new) The computer system of claim 189, wherein the computer controller publishes the restructured advertisement to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules.

197. (new) The computer system of claim 48, further comprising a general management program of the computer controller for generating online reports.

198. (new) The computer system of claim 197, wherein the online reports include accounting reports.

199. (new) The computer system of claim 197, wherein the online reports include trend analysis reports.

200. (new) The computer system of claim 197, wherein the online reports include billing and collection reports.

201. (new) The computer system of claim 197, wherein the online reports include transaction reports.

202. (new) The computer system of claim 48, further comprising a management interface for one or more inventory or accounting management systems of the seller.

203. (new) The computer system of claim 202, wherein the computer controller automatically updates, changes, or modifies information in the advertisement based on information received from the inventory or accounting management systems through the management interface.

204. (new) The computer system of claim 203, wherein the computer controller automatically updates, changes, or modifies the advertisement to the one or more of the selected internet media venues in real time or near real time.

205. (new) The computer system of claim 203, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in available inventory of a product, good, or service of the advertisement.

206. (new) The computer system of claim 203, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in price of a product, good, or service of the advertisement.

207. (new) The computer system of claim 203, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in available quantity of a product, good, or service of the advertisement.

208. (new) The computer system of claim 203, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to a change in description of a product, good, or service of the advertisement.

209. (new) The computer system of claim 203, wherein the computer controller automatically controls timing for publishing the advertisement to the one or more of the selected internet media

venues based on information received from the one or more inventory control and management systems through the management interface.

210. (new) The computer system of claim 48, wherein the computer system further comprises:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for sale, transfer, or conveyance a product, good, or service of a seller to a buyer.

211. (new) The computer system of claim 210, further comprising an interface of the website prompting the buyer for information for the computer system to complete a sale, transfer, or conveyance transaction for the product, good, or service.

212. (new) The computer system of claim 211, wherein the computer system further comprises a transaction computer program to process and complete the transaction based on the information input by the buyer. (new)

213. (new) The computer system of claim 210, wherein the interactive advertisement provides pricing information for the product, good, or service.

214. (new) The computer system of claim 210, wherein the interactive advertisement provides available inventory information for the product, good, or service.

215. (new) The computer system of claim 210, wherein the interactive advertisement provides a description of the product, good, or service.

216. (new) The computer system of claim 210, further comprising a referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

217. (new) The computer system of claim 216, wherein the interface prompting the buyer offers for sale, transfer, or conveyance the one or more alternative products, goods, or services to the buyer. (new)

218. (new) The computer system of claim 48, wherein the computer system further comprises:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for reservation a product, good, or service of a seller to a buyer.

219. (new) The computer system of claim 218, further comprising an interface of the website prompting the buyer for information for the computer system to complete a reservation transaction for the product, good, or service.

220. (new) The computer system of claim 219, wherein the computer system further comprises a transaction computer program to process and complete the reservation transaction based on the information input by the buyer.

221. (new) The computer system of claim 218, wherein the interactive advertisement provides pricing information for the product, good, or service.

222. (new) The computer system of claim 218, wherein the interactive advertisement provides available inventory information for the product, good, or service.

223. (new) The computer system of claim 218, wherein the interactive advertisement provides a description of the product, good, or service.

224. (new) The computer system of claim 218, further comprising a reservation referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

225. (new) The computer system of claim 224, wherein the interface prompting the buyer offers for reservation the one or more alternative products, goods, or services to the buyer.

226. (new) (new) A method of using a computer system for creating and publishing customized electronic advertisements, for a seller, to internet media venues owned or controlled by other than the seller, comprising:

   prompting each of the internet media venues through a first interface to the computer system to input presentation rules for the internet media venue for displaying electronic advertisements on the internet media venue;

   storing the presentation rules for the internet media venues in a first database;

   prompting a seller through a second interface to the computer system to input information to select one or more of the internet media venues;

   prompting the seller through the second interface to input information to create an electronic advertisement for publication to the selected internet media venues;

   storing the information input by the seller through the second interface in a second database; and

   processing and publishing the electronic advertisement to one or more of the selected internet media venues, whereby the electronic advertisement is displayed on each of the one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue.

227. (new) The method of claim 226, wherein the step of processing and publishing includes using a computer controller of the computer system.

228. (new) The method of claim 227, wherein the computer system and the computer controller each comprise a network of computers.

229. (new) The method of claim 226, wherein the step of processing and publishing the electronic advertisement comprises publishing the advertisement or components of the advertisement.

230. (new) The method of claim 226, wherein the internet media venue is a website comprising one or more web pages.

231. (new) The method of claim 226, wherein the internet media venue comprises one or more virtual locations.

232. (new) The method of claim 226, wherein the step of prompting a seller through a second interface to input information includes prompting the seller to input information through a self-serve interface using a menu-driven format.

233. (new)  The method of claim 232, wherein the step of prompting the seller to input information through a self-serve interface using a menu-driven format includes providing a series of forms including text entry areas and menu-driven choices.

234. (new)  The method of claim 232, further comprising the step of prompting the seller through the self-serve interface to input information identifying the seller.

235. (new)  The method of claim 234, further comprising the step of establishing a seller account with the computer system with information inputted by the seller.

236. (new)  The method of claim 235, further comprising the step of storing the seller account information in a seller account database of the second database.

237. (new)  The method of claim 232, further comprising the step of prompting the seller through the self-serve interface with a choice of advertisement types.

238. (new)  The method of claim 237, wherein the choice of advertisement types includes a text advertisement.

239. (new)  The method of claim 237, wherein the choice of advertisement types includes an image advertisement.

240. (new) The method of claim 237, wherein the choice of advertisement types includes an interactive advertisement.

241. (new) The method of claim 232, further comprising the step of prompting the seller through the self-serve interface for advertising content or other components of the advertisement.

242. (new) The method of claim 241, wherein the step of prompting the seller through the self-serve interface for advertising content or other components of the advertisement includes prompting the seller for a text component of the advertisement. (new)

243. (new) The method of claim 241, wherein the step of prompting the seller through the self-serve interface for advertising content or other components of the advertisement includes prompting the seller for an image component of the advertisement.

244. (new) The method of claim 241, further comprising the step of storing the components of the advertisement in an advertising database of the second database.

245. (new) The method of claim 241, further comprising the step of storing the advertisement in an advertising database of the second database.

246. (new) The method of claim 232, further comprising the step of targeting one or more internet media venues using the selection information input by the seller.

247. (new) The method of claim 246, wherein the step of targeting one or more internet media venues includes targeting one or more advertising channels.

248. (new) The method of claim 247, wherein an advertising channel comprises one or more internet media venues.

249. (new) The method of claim 246, wherein the step of targeting one or more internet media venues includes targeting demographics of one or more internet media venues.

250. (new) The method of claim 246, wherein the selection information includes the identification of individual internet media venues.

251. (new) The method of claim 250, further comprising the step of

storing information identifying internet media venues available to the computer system for publishing electronic advertisements in an internet media venue database,

wherein the selection information input by the seller through the self-serve interface for the seller comprises information identifying one or more individual internet media venues from among the available internet media venues.

252. (new) The method of claim 251, wherein the step of prompting the seller to input information through the self-serve interface for the seller to select internet media venues includes

prompting the seller to identify individual internet media venues from among a displayed list of available internet media venues.

253. (new) The method of claim 246, further comprising the step of storing selection information input by the seller in a targeting database of the second database for the seller input information. (new)

254. (new) The method of claim 232, wherein the step of prompting the seller to input information through a self-serve interface includes prompting the seller to input advertising content to create a text advertisement.

255. (new) The method of claim 254, further comprising the step of

storing information identifying the internet media venues available to the computer system for publishing electronic advertisements in an internet media venue database; and

wherein the selection information input by the seller through the self-serve interface for the seller comprises information identifying one or more individual internet media venues from among the available internet media venues.

256. (new) The method of claim 255, wherein the step of prompting the seller to input selection information includes prompting the seller to identify one or more individual internet media venues from among a displayed list of available internet media venues.

257. (new)  The method of claim 226, wherein the step of prompting each of the internet media venues through a first interface to input presentation rules includes prompting each internet media venue to input its presentation rules through a self-serve interface using a menu-driven format.

258. (new)  The method of claim 257, wherein the step of prompting each internet media venue to input its presentation rules through a self-serve interface using a menu-driven format includes providing a series of forms including text entry areas and menu-driven choices.

259. (new)  The method of claim 257, further comprising the step of prompting the internet media venue through the self-serve interface to input information identifying the internet media venue.

260. (new)  The method of claim 259, further comprising the step of establishing an internet media venue account with the computer system with identifying information inputted by the internet media venue.

261. (new)  The method of claim 260, further comprising the step of storing the internet media venue account information in an internet media venue account database.  (new)

262. (new)  The method of claim 257, further comprising the step of prompting the internet media venue through the self-serve interface with a choice of advertisement types.