263. (new)  The method of claim 262, wherein the choice of advertisement types includes a text advertisement.

264. (new)  The method of claim 262, wherein the choice of advertisement types includes an image advertisement.

265. (new)  The method of claim 262, wherein the choice of advertisement types includes an interactive advertisement.

266. (new)  The method of claim 257, further comprising the step of prompting the internet media venue through the self-serve interface for internet media venue for presentation rules comprising presentation guidelines.

267. (new)  The method of claim 266, wherein the presentation guidelines include standards, restrictions, and other specifications for advertisements.

268. (new)  The method of claim 266, wherein the presentation rules include controlling algorithms for advertisements.

269. (new)  The method of claim 266, wherein the presentation rules include benchmarks for advertisements.

41

270. (new) The method of claim 257, further comprising the step of storing the presentation rules for the internet media venue in a presentation rules database of the first database.

271. (new) The method of claim 257, wherein the step of prompting a seller through a second interface to input information includes prompting the seller to input information through a self-serve interface using a menu-driven format.

272. (new) The method of claim 254, wherein the step of prompting each of the internet media venues through a first interface to input presentation rules includes prompting each internet media venue to input its presentation rules for a test advertisement through a self-serve interface using a menu-driven format.

273. (new) The method of claim 226, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising the step of automatically applying or comparing the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.

274. (new) The method of claim 273, wherein the internet media venue design or style standards include formatting standards for advertisements.

275. (new)  The method of claim 273, wherein the internet media venue design or style standards include standards on amount of text that can be used.

276. (new)  The method of claim 273, wherein the internet media venue design or style standards include size standards for advertisements

277. (new)  The method of claim 276, wherein the size standards include standards for height and width of advertisements.

278. (new)  The method of claim 273, wherein the internet media venue design or style standards include color standards for advertisements.

279. (new)  The method of claim 273, wherein the internet media venue design or style standards include font standards for advertisements.

280. (new)  The method of claim 273, wherein the internet media venue design or style standards include image standards for advertisements.

281. (new)  The method of claim 280, wherein the image standards include size standards for advertisements.

282. (new) The method of claim 280, wherein the image standards include compression standards for advertisements

283. (new) The method of claim 280, wherein the image standards include file size standards for advertisements.

284. (new) The method of claim 273, wherein the step of automatically applying or comparing the internet media venue design or style standards includes applying or comparing the standards through the second interface using a computer program design filter.

285. (new) The method of claim 273, wherein the step of automatically applying or comparing the internet media venue design or style standards includes applying or comparing the standards through the computer controller using a computer program design filter.

286. (new) The method of claim 273, further comprising the step of automatically notifying the seller if the advertisement does not comply with the internet media venue design or style standards.

287. (new) The method of claim 286, wherein the step of notifying includes prompting the seller for review.

288. (new)  The method of claim 271, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising the step of automatically applying or comparing the internet media venue design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.

289. (new)  The method of claim 272, wherein the presentation rules of the internet media venue comprise design or style standards, further comprising the step of automatically applying or comparing the internet media venue design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue.

290. (new)  The method of claim 271, wherein the internet media venue presentation rules include editorial standards, further comprising the step of automatically applying or comparing the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

291. (new)  The method of claim 271, wherein the internet media venue editorial standards include content standards.

292. (new)  The method of claim 291, wherein the internet media venue content standards include blocked words.

293. (new)  The method of claim 291, wherein the internet media venue content standards include blocked phrases.

294. (new)  The method of claim 291, wherein the internet media venue content standards include link restrictions.

295. (new)  The method of claim 291, wherein the internet media venue content standards include blocked references.

296. (new)  The method of claim 291, wherein the internet media venue content standards include language restrictions.

297. (new)  The method of claim 290, wherein the internet media venue editorial standards include grammar guidelines.

298. (new)  The method of claim 290, wherein the internet media venue editorial standards include spelling dictionaries.

299. (new) The method of claim 290, wherein the step of automatically applying or comparing the internet media venue editorial standards includes applying or comparing the standards through the second interface using a computer program editorial filter.

300. (new) The method of claim 290, wherein the step of automatically applying or comparing the internet media venue editorial standards includes applying or comparing the standards through the computer controller using a computer program editorial filter.

301. (new) The method of claim 290, further comprising the step of automatically notifying the seller if the advertisement does not comply with the internet media venue editorial standards.

302. (new) The method of claim 301, wherein the step of notifying includes prompting the seller for review.

303. (new) The method of claim 288, wherein the internet media venue presentation rules comprise editorial standards, further comprising the step of automatically applying or comparing the internet media venue editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

304. (new) The method of claim 289, wherein the internet media venue presentation rules comprise editorial standards, further comprising the step of automatically applying or comparing

the internet media venue editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

305. (new)  The method of claim 226, wherein the internet media venue presentation rules comprise distribution factors, further comprising the step of automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue. (new)

306. (new)  The method of claim 305, wherein the internet media venue distribution factors include advertisement costs.

307. (new)  The method of claim 305, wherein the internet media venue distribution factors include blocked URLs.  (new)

308. (new)  The method of claim 305, wherein the internet media venue distribution factors include content standards.

309. (new)  The method of claim 308, wherein the internet media venue content standards include blocked words.

310. (new) The method of claim 308, wherein the internet media venue content standards include blocked phrases.

311. The method of claim 308, wherein the internet media venue content standards include link restrictions.

312. The method of claim 308, wherein the internet media venue content standards include blocked references.

313. (new) The method of claim 308, wherein the internet media venue content standards include language restrictions.

314. (new) The method of claim 305, wherein the internet media venue distribution factors include publication dates or deadlines.

315. (new) The method of claim 305, wherein the internet media venue distribution factors include demographics.

316. (new) The method of claim 288, wherein the internet media venue presentation rules comprise distribution factors, further comprising the step of automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue.

317. (new)  The method of claim 289, wherein the internet media venue presentation rules comprise distribution factors, further comprising the step of automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the text advertisement to determine whether to publish the text advertisement to the internet media venue. (new)

318. (new)  The method of claim 226, further comprising the step of prompting an operator of the computer system through an operator interface to input operator presentation rules to the computer system for advertisements published to the internet media venues.

319. (new)  The method of claim226, wherein the operator of the computer system is an administrator or manager operating the computer controller. (new)

320. (new)  The method of claim 226, further comprising the step of automatically applying or comparing operator presentation rules to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise design or style standards.

321. (new)  The method of claim 320, wherein the operator design or style standards include formatting standards for advertisements.

322. (new) The method of claim 320, wherein the operator design or style standards include standards on amount of text that can be used.

323. (new) The method of claim 320, wherein the operator design or style standards include size standards for advertisements

324. (new) The method of claim 320, wherein the size standards include standards for height and width of advertisements.

325. (new) The method of claim 320, wherein the operator design or style standards include color standards for advertisements.

326. (new) The method of claim 320, wherein the operator design or style standards include font standards for advertisements.

327. (new) The method of claim 320, wherein the operator design or style standards include image standards for advertisements.

328. (new) The method of claim 327, wherein the image standards include size standards for advertisements.

329. (new) The method of claim 327, wherein the image standards include compression standards for advertisements

330. (new) The method of claim 327, wherein the image standards include file size standards for advertisements.

331. (new) The method of claim 320, wherein the step of automatically applying or comparing the operator design or style standards includes applying or comparing the standards through the second interface for the seller using a computer program design filter.

332. (new) The method of claim 320, wherein the step of automatically applying or comparing the operator design or style standards includes applying or comparing the standards through the computer controller using a computer program design filter.

333. (new) The method of claim 320, further comprising the step of automatically notifying the seller if the advertisement does not comply with the operator design or style standards.

334. (new) The method of claim 333, wherein the step of notifying includes prompting the seller for review.

335. (new) The method of claim 316, further comprising the step of prompting an operator of the computer system to input operator presentation rules to the computer system through an operator interface of the computer system; and

wherein the presentation rules of the operator comprise design or style standards, further comprising the step of automatically applying or comparing the operator design or style standards to the information input by the seller or the advertisement to control look and feel of the advertisement to be displayed on the internet media venue.


336. (new) The method of claim 317, further comprising the step of prompting an operator of the computer system to input operator presentation rules to the computer system through an operator interface of the computer system; and

wherein the presentation rules of the operator include design or style standards, further comprising the step of automatically applying or comparing the operator design or style standards to the information input by the seller or the text advertisement to control look and feel of the text advertisement to be displayed on the internet media venue.


337. (new) The method of claim 226, further comprising the step of automatically applying or comparing operator presentation rules to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue, wherein the operator presentation rules comprise editorial standards.

338. (new)  The method of claim 337 wherein the operator editorial standards include content standards.

339. (new)  The method of claim 338, wherein the operator content standards include blocked words.

340. (new)  The method of claim 338, wherein the operator content standards include blocked phrases.

341. (new)  The method of claim 338, wherein the operator content standards include link restrictions.

342. (new)  The method of claim 338, wherein the operator content standards include blocked references.

343. (new)  The method of claim 338, wherein the operator content standards include language restrictions.

344. (new)  The method of claim 337, wherein the operator editorial standards include grammar guidelines.

345. (new)  The method of claim 337, wherein the operator editorial standards include spelling dictionaries.

346. (new)  The method of claim 337, wherein the step of automatically applying or comparing the operator editorial standards includes applying or comparing the standards through the second interface using a computer program editorial filter.

347. (new)  The method of claim 337, wherein the step of automatically applying or comparing the operator editorial standards includes applying or comparing the standards through the computer controller using a computer program editorial filter.

348. (new)  The method of claim 337, further comprising the step of automatically notifying the seller if the advertisement does not comply with the comply with the operator editorial standards.

349. (new)  The method of claim 348, wherein the step of notifying includes prompting the seller for review

350. (new)  The method of claim 335, wherein the operator presentation rules include editorial standards, further comprising the step of automatically applying or comparing the operator editorial standards to the information input by the seller or the advertisement to control content of the advertisement to be displayed on the internet media venue.

351. (new) The method of claim 336, wherein the operator presentation rules include editorial standards, further comprising the step of automatically applying or comparing the operator editorial standards to the information input by the seller or the text advertisement to control content of the text advertisement to be displayed on the internet media venue.

352. (new) The method of claim 226, further comprising the step of automatically applying or comparing operator presentation rules to the information input by the seller or the advertisement to determine whether to publish the advertisement to the internet media venue, wherein the operator presentation rules include distribution factors.

353. (new) The method of claim 352, wherein the operator distribution factors include advertisement costs.

354. (new) The method of claim 352, wherein the operator distribution factors include blocked URLs.

355. (new) The method of claim 352, wherein the operator distribution factors include content standards.

356. (new) The method of claim 355, wherein the operator content standards include blocked words.

357. (new)  The method of claim 355, wherein the operator content standards include blocked phrases.

358. (new)  The method of claim 355, wherein the operator content standards include link restrictions.

359. (new)  The method of claim 355, wherein the operator content standards include blocked references.

360. (new)  The method of claim 355, wherein the operator content standards include language restrictions.

361. (new)  The method of claim 352, wherein the operator distribution factors include publication dates or deadlines.

362. (new)  The method of claim 352, wherein the operator distribution factors include demographics.

363. (new)  The method of claim 226, further comprising the step of automatically applying or comparing through the second interface the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules.

364. (new) The method of claim 226, further comprising the step of automatically modifying or re-formatting through the second interface the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

365. (new) The method of claim 226, further comprising the step of automatically through the second interface restructuring data comprising the information input by the seller or the advertisement to comply with the internet media venue presentation rules.

366. (new) The method of claim 226, further comprising the step of automatically through the computer controller applying or comparing the internet media venue presentation rules to the information input by the seller or the advertisement to enforce compliance with the internet media venue presentation rules.

367. (new) The method of claim 226, further comprising the step of automatically through the computer controller modifying or reformatting the advertisement to comply with the internet media venue presentation rules.

368. (new) The method of claim 226, further comprising the step of automatically through the computer controller restructuring data comprising the information input by the seller or the advertisement so that the advertisement complies with the internet media venue presentation rules.

369. (new)  The method of claim 226, further comprising the step of displaying the advertisement published by the computer controller on the one or more of the selected internet media venues in compliance with the internet media venue presentation rules using an advertisement generation program.

370. (new)  The method of claim 369, wherein the step of displaying includes operating the advertisement generation program on each of the one or more of the selected internet media venues.

371. (new)  The method of claim 370, further comprising the step of storing the internet media venue presentation rules in a database associated with the advertisement generation program.

372. (new)  The method of claim 369, further comprising the step of automatically through the computer controller publishing the advertisement with the internet media venue presentation rules to the one or more of the selected internet media venues for display by the advertisement generation program in compliance with the internet media venue presentation rules.

373. (new)  The method of claim 369, further comprising the step of publishing the internet media venue presentation rules through the computer controller to the one or more of the selected internet media venues in advance of publishing the advertisement for display by the

advertisement generation program in compliance with the internet media venue presentation rules.

374. (new) The method of claim 367, further comprising the step of publishing the modified or reformatted advertisement through the computer controller to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules.

375. (new) The method of claim 368, further comprising the step of publishing the restructured advertisement through the computer controller to the one or more of the selected internet media venues for display by an advertisement generation program in compliance with the internet media venue presentation rules.

376. (new) The method of claim 226, further comprising step of generating online reports

377. (new) The method of claim 376, wherein the online reports include accounting reports.

378. (new) The method of claim 376, wherein the online reports include trend analysis reports.

379. (new) The method of claim 376, wherein the online reports include billing and collection reports.

380. (new)  The method of claim 376, wherein the online reports include transaction reports.

381. (new)  The method of claim 226, further comprising the step of providing a management interface for one or more inventory or accounting management systems of the seller.

382. (new)  The method of claim 381, further comprising the step of automatically updating, changing, or modifying information in the advertisement based on information received from the inventory or accounting management systems through the management interface.

383. (new)  The method of claim 382, further comprising the step of automatically updating, changing, or modifying the advertisement to the one or more of the selected internet media venues in real time or near real time.

384. (new)  The method of claim 382, further comprising step of automatically updating, changing, or modifying the advertisement in response to an increase or decrease in available inventory of a product, good, or service of the advertisement.

385. (new)  The method of claim 382, further comprising step of automatically updating, changing, or modifying the advertisement in response to an increase or decrease in price of a product, good, or service of the advertisement.

386. (new)  The method of claim 382, further comprising step of automatically updating, changing, or modifying the advertisement in response to an increase or decrease in available quantity of a product, good, or service of the advertisement.

387  The method of claim 382, further comprising step of automatically updating, changing, or modifying the advertisement in response to a change in description of a product, good, or service of the advertisement.

388. (new)  The method of claim 382, further comprising step of automatically controlling the timing for publishing the advertisement to the one or more of the selected internet media venues based on information received from the one or more inventory control and management systems through the management interface.

389. (new)  The method of claim 226, further comprising the steps of:

    hosting a website on a web server owned or controlled by the operator of the computer system; and

    operating the website as a internet media venue for the computer system and displaying the electronic advertisement of the seller as an interactive electronic advertisement offering for sale, transfer, or conveyance a product, good, or service of a seller to a buyer.  (new)

390. (new)  The method of claim 389, further comprising the step of prompting a buyer through an interface of the website for information for the computer system to complete a sale, transfer, or conveyance transaction for the product, good, or service.

391. (new)  The method of claim 390, further comprising the step of processing and completing the transaction through a transaction computer program and based on the information input by the buyer. (new)

392. (new)  The method of claim 389 wherein the interactive advertisement provides pricing information for the product, good, or service.

393. (new)  The method of claim 389, wherein the interactive advertisement provides available inventory information for the product, good, or service.

394. (new)  The method of claim 389, wherein the interactive advertisement provides a description of the product, good, or service.

395. (new)  The method of claim 389, further comprising the step of determining, through a referral computer program, one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

396. (new) The method of claim 395, further comprising the step offering for sale, transfer, or conveyance the one or more alternative products, goods, or services to the buyer through the interface prompting the buyer.

397. (new) The method of claim 226, further comprising the steps of:

hosting a website on a web server owned or controlled by the operator of the computer system; and

operating the website as a internet media venue for the computer system and displaying the electronic advertisement of the seller as an interactive electronic advertisement offering for reservation a product, good, or service of a seller to a buyer.

398. (new) The method of claim 397, further comprising the step of prompting the buyer through an interface of the website for information for the computer system to complete a reservation transaction for the product, good, or service.

399. (new) The method of claim 398, further comprising the step of processing and completing the reservation transaction using a transaction computer program and based on the information input by the buyer.

400. (new) The method of claim 397, wherein the interactive advertisement provides pricing information for the product, good, or service.

401. (new) The method of claim 397, wherein the interactive advertisement provides available inventory information for the product, good, or service.

402. (new) The method of claim 397, wherein the interactive advertisement provides a description of the product, good, or service.

403. (new) The method of claim 397, further comprising the step of determining one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement using a reservation referral computer program.

404. (new) The method of claim 403, further comprising the step of offering for reservation the one or more alternative products, goods, or services to the buyer through the interface prompting the buyer.

405. (new) A computer system for creating and publishing customized electronic advertisements, for a seller, to internet media venues owned or controlled by other than the seller, comprising:

a first self-serve interface to the computer system through which each of the internet media venues is prompted to input design or style standards for the internet media venue to control look and feel of the advertisement when displayed on the internet media venue; said first interface prompting each internet media venue for design or style standards using a menu-driven format.

a first database storing the design or style standards input by the internet media venues through the first interface;

a second self-serve interface to the computer system through which a seller is prompted to input targeting information to target one or more of the internet media venues and prompted to input advertising content information to create an electronic advertisement for publication to the selected internet media venues; said second interface prompting each seller for the advertising content and selection information using a menu-driven format.

a second database storing the advertising content and selection information input by the seller through the second interface; and

a computer controller of the computer system processing and publishing the electronic advertisement to one or more of the selected internet media venues whereby the electronic advertisement is displayed on each of the one or more of the selected internet media venues in compliance with the design or style standards of the internet media venue; said computer controller comprising a design filter automatically applying or comparing the design or style standards of the internet media venue to the advertising content information input by the seller or the advertisement to control the look and feel of the advertisement when displayed on the internet media venue.

406. (new) The computer system of claim 405, wherein the internet media venue design or style standards comprise design or style restrictions or other specifications for advertisements.

407. (new) The computer system of claim 405, wherein the internet media venue design or style standards include one or more format standards for advertisements;

408. (new) The computer system of claim 405, wherein the internet media venue design or style standards include one or more color standards for advertisements.

409. (new) The computer system of claim 405, wherein the internet media venue design or style standards include one or more image standards for advertisements.

410. (new) The computer system of claim 405, wherein the design filter automatically modifies or reformats the advertisement to comply with the design or style standards of the internet media venue.

411. (new) The computer system of claim 405, wherein the design filter automatically restructures data comprising the advertisement so that the advertisement complies with design or style standards of the internet media venue.

412. (new) The computer system of claim 405, further comprising an advertisement generation program for displaying the advertisement published by the computer controller on the one or more of the selected internet media venues in compliance with the media venue presentation rules.

413. (new)  The computer system of claim 412., wherein the advertisement generation program operates on each of the one or more of the selected internet media venues; wherein each of said internet media venues is a website comprising one or more web pages..

414. (new)  The computer system of claim 405, wherein internet media venue is enabled to input distribution factors through the first self-serve interface, further comprising a distribution filter automatically applying or comparing the internet media venue distribution factors to the information input by the seller or the advertisement to determine whether to publish the advertisement to the media venue.

415. (new)  The computer system of claim 414, wherein the internet media venue distribution factors include advertisement costs.

416. (new)  The computer system of claim 414, wherein the internet media venue distribution factors include blocked URLs.

417. (new)  The computer system of claim 414, wherein the internet media venue distribution factors include content standards.

418. (new)  The computer system of claim 417, wherein the internet media venue content standards include blocked words.

419. (new) The computer system of claim 417, wherein the media venue content standards include blocked phrases.

420. (new) The computer system of claim 417, wherein the media venue content standards include link restrictions.

421. (new) The computer system of claim 417, wherein the media venue content standards include blocked references.

422. (new) The computer system of claim 417, wherein the media venue content standards include language restrictions.

423. (new) The computer system of claim 414, wherein the media venue distribution factors include publication dates or deadlines.

424. (new) The computer system of claim 414, wherein the media venue distribution factors include demographics.

425. (new) The computer system of claim 405, further comprising a general management program of the computer controller for generating online reports.

426. (new)  The computer system of claim 425, wherein  the online reports include trend analysis reports.

427. (new)  The computer system of claim 425, wherein the online reports include billing and collection reports.

428. (new)  The computer system of claim 425, wherein the online reports include transaction reports.

429. (new)  The computer system of claim 405, further comprising a management interface for one or more inventory or accounting management systems of the seller.

430. (new)  The computer system of claim 429, wherein the computer controller automatically updates, changes, or modifies the advertisement based on information received from the inventory or accounting management systems through the management interface, such as .

431. (new)  The computer system of claim 429, wherein the computer controller automatically updates, changes, or modifies the advertisement based on an increase or decrease in available inventory or quantity of a product, good, or service of the advertisement.

432. (new) The computer system of claim 429, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to an increase or decrease in price of a product, good, or service of the advertisement.

433. (new) The computer system of claim 429, wherein the computer controller automatically updates, changes, or modifies the advertisement in response to a change in description of a product, good, or service of the advertisement.

434. (new) The computer system of claim 429, wherein the computer controller controls timing of publication of the advertisement based on information received from the one or more inventory control and management systems through the management interface.

435. (new) The computer system of claim 405, said computer system further comprising:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for sale, transfer, or conveyance a product, good, or service of a seller to a buyer.

436. (new) The computer system of claim 435, further comprising an interface of the website prompting the buyer for information for the computer system to complete a sale, transfer, or conveyance transaction for the product, good, or service.

437. (new) The computer system of claim 436, wherein the computer system further comprises a transaction computer program to process and complete the transaction based on the information input by the buyer.

438. (new) The computer system of claim 435, further comprising a referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

439. (new) The computer system of claim 438, wherein the buyer interface offers for sale, transfer, or conveyance the one or more alternative products, goods, or services to the buyer.

Reservation Transactions

440. (new) The computer system of claim 405, said computer system further comprising:

a web server owned or controlled by the operator of the computer system for hosting a website; and

wherein said website operates as a internet media venue for the computer system and displays the electronic advertisement of the seller as an interactive electronic advertisement offering for reservation a product, good, or service of a seller to a buyer.

441. (new) The computer system of claim 440, further comprising an interface of the website prompting the buyer for information for the computer system to complete a reservation transaction for the product, good, or service.

442. (new) The computer system of claim 441, wherein the computer system further comprises a transaction computer program to process and complete the reservation transaction based on the information input by the buyer.

443. (new) The computer system of claim 440, further comprising a reservation referral computer program that determines one or more available alternative products, goods, or services for an unavailable product, good, or service of the interactive electronic advertisement.

444. (new) The computer system of claim 443, wherein the buyer interface offers for reservation the one or more alternative products, goods, or services to the buyer.

# **Remarks**

In the Office Action, the examiner rejected claims 32-47 under 35 U.S.C. §§ 101 and

103, and claims 32-35 under the judicially created doctrine of obviousness-type double

patenting. Applicants have cancelled claims 32-47 without prejudice and presented herewith

new claims 48--444. Applicants respectfully submit that new claims 48--444 are in condition for

allowance and respectfully request favorable action on the merits.

Please be advised that total new claims are equal to 356 claims, two independent claims

and 354 dependent claims thus incorporating an additional 325 dependent over those originally

submitted (we originally submitted and paid for 31 dependent claims). Being a small entity a

check has been prepared for 325 times twenty-five dollars totaling eight thousand one hundred

twenty five dollars due. (Check number 2517 enclosed for eight thousand one hundred twenty

five dollars to the U.S. Patent Office.)

Applicants wish to acknowledge and thank the examiner for the courteous interview the

examiner extended to Applicants and their undersigned counsel on February 1, 2006.

### **Claims Rejection -- 35 USC Section 101**

The examiner rejected claims 32—47 under 35 USC § 101. Applicants have cancelled

claims 32 - 47 and replaced them with new claims 48--444. Applicants respectfully submit that

claims 48--444 meet the requirements for patentability under 35 U.S.C. § 101

### Claims Rejection -- Double Patenting

The examiner rejected claims 32-35 under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 5 of U.S. Patent No. 6,829,587 B2 and claim 5 of U.S. Patent No. 6,446,045 B1. Applicants have cancelled claims 32 - 47 and replaced them with new claims 48--444. Applicants respectfully submit that claims 48--444 do not constitute double patenting under the judicially created doctrine of obviousness type double patenting in view of U.S. Patent No. 6,829,587 B2 and U.S. Patent No. 6,446,045 B1, and therefore meet the requirement for patentability.

### Claims Rejection 35 USC Section 103

The examiner rejected claims 32 - 47 under 35 U.S.C. 103(a) as being unpatentable over Rosser et. al. (U.S 5,543,856) in view of Ron White's How Computers Work, Millennium Ed. ("White"). Applicants have cancelled claims 32 - 47 and replaced them with new claims 48--444. Applicants respectfully submit that Rosser et al. and White cannot be used to establish a prima facie case of obviousness in regard to new claims 48--444. Applicant's have carefully reviewed Rosser, which appears to describe transmitting information to a media venue, i.e., an electronic billboard embedded in a broadcast transmission, and respectfully submit that Rosser et al and White do not describe, teach or suggest, alone or in combination, all of the elements of the claims.

More particularly, Rosser et al and White, alone or in combination, do not describe, teach or suggest at least the following limitations:

a first interface to the computer system through which each of the internet media venues is prompted to input presentation rules for the internet media venue for displaying electronic advertisements on the internet media venue;

a second interface to the computer system through which a seller is prompted to input information to select one or more of the internet media venues and prompted to input information to create an electronic advertisement for publication to the selected internet media venues;

a computer controller of the computer system processing and publishing the electronic advertisement to one or more of the selected internet media venues whereby the electronic advertisement is displayed on each of the one or more of the selected internet media venues in compliance with the presentation rules of the internet media venue.

as claimed in claim 48, and

prompting each of the internet media venues through a first interface to the computer system to input presentation rules for the internet media venue for displaying electronic advertisements on the media venue;

prompting a seller through a second interface to the computer system to input information to select one or more of the internet media venues;

prompting the seller through the second interface to input information to create an electronic advertisement;

processing and publishing the electronic advertisement to one or more of the selected internet media venues, whereby the electronic advertisement is

> displayed on each of the one or more of the selected internet media venues in
>
> compliance with the presentation rules of the internet media venue.

as claimed in claim 226. Accordingly, new claims 48 and 226, and claims 49--225 and 226 --
404 by virtue of their dependence upon claims 48 and 226, respectively, meet the requirements
for patentability under 35 USC § 103. Similarly, new claims 405—404 are not described taught
or suggested by Rosser et al. and therefore meet the requirements for patentabality under 35 USC
§ 103

### Applicants to be their own Lexicographer

As Applicants noted during the interview that the specifications include a Glossary
(paragraph 0057 of the Patent Application Publication (U.S. 2005/0044009 A1)) for the purpose
of defining many of the terms or descriptions used by the Applicants within the specifications
and claims.

### Information Disclosure Statement

As Applicants noted during the interview, Applicants conducted a prior art investigation
and have included the results of the investigation in an Information Disclosure Statement("IDS")
submitted herewith. Included in the IDS is a Declaration of Kenneth S. Roberts ("Declaration")
regarding United States Patent No. 6,401,075 ("the '075 patent"), entitled Methods of placing,
purchasing and monitoring internet advertising, which issued to Mason et al on June 4, 2002,
from United States Patent Application No. 09/503275, filed February 14, 2000. According to the
Declaration, the conception of the subject matter claimed in the '075 patent took place in October
or November of 1999. In view of the foregoing, Applicants submit that the '075 patent cannot be
deemed prior art under 35 USC §§ 102(e), 102(g), 102(e)/103 or 102(g)/103 because the subject

patent application, which is a continuation of United States patent application 09/480,303, has an effective filing date of January 10, 2000 and Applicants have a date of invention for the claimed subject matter that is prior to October 1999.

## Conclusion

In view of new claims 48 -- 444 and remarks presented in this amendment, Applicants respectfully submit that the forgoing amendment and response has placed the application in condition for allowance. A Notice of Allowance is hereby earnestly solicited.

The examiner is hereby requested to telephone the undersigned attorney of record at 972-233-7773 or applicants at 800-809-7111, if such would further or expedite the prosecution of the instant application.

Respectfully submitted,

Henry Croskell

Attorney for applicants
Registration No. 25847

Dated February 13, 2006
6817 Cliffbrook
Dallas TX. 75254
Phone 972-233-7773

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail (ER 503106273 US) in an envelope addressed to:
Mail Stop Amendment
Commissioner for Patents,
P.O. Box 1450, Alexandria VA. 22323-1450
On 2/13/06      By Melissa Mosely