IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S MOTION *IN LIMINE* NO. ONE:  MOTION TO PRECLUDE EVIDENCE AND ARGUMENT RELATING TO THE PARTIES' CONDUCT DURING DISCOVERY

Before the Court is Defendant Google's Motion *in Limine* No. Six:  Motion to Preclude Evidence and Argument Relating to the Parties' Conduct During Discovery.  After considering the Motion, the relief requested therein, and the relevant facts, evidence and arguments of the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED.**