# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Before the Court is Defendant Google, Inc's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,446,045, 7,240,025, and 7,249,059. After considering the Motion, the relief requested therein, and the relevant facts, evidence and arguments of the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED**.