# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| **v.** | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## <u>GOOGLE INC.'S NOTICE OF TRIAL TRANSCRIPT</u>

Defendant Google inc. hereby requests a daily transcript of the trial proceedings in this case.

Dated:  October 2, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By:  */s/ Amy H. Candido*

Charles K. Verhoeven (admitted *pro hac*)
  *Lead Attorney*
  charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
  amycandido@quinnemanuel.com
Billie D. Salinas (admitted *pro hac*)
  billiesalinas@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
  carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Stan Karas (admitted *pro hac*)
  stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Edward J. DeFranco (admitted *pro hac*)
  eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
  patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 2, 2009 to all counsel of record in this case.

/s/ Amy Candido
Amy Candido
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:        (415) 875-6600
Facsimile:        (415) 875-6700