IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE INC. AND YAHOO!, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION APPLICABLE TO DOCKET NO. 188

Plaintiff Function Media LLC requests that the Court accept for filing a brief, *see* Dkt. No. 188, in excess of the page limitation provided by Eastern District of Texas Local Rule CV-7(a). Defendant Google Inc. does not oppose the relief requested in this motion.

Docket No. 188 exceeds the page limitation by 12 pages in order to combine, for the Court's convenience, the presentation of forty-eight (48) separate motions in limine into a single brief. Under the rules, Plaintiff could have filed 48 separate motions in limine—with an allotment of 15 pages for each such motion. Because each such motion is short, however, Plaintiff combined all motions into a single 27-page brief for purposes of efficiency and manageability.

Accordingly, Plaintiff Function Media respectfully asks the Court to grant this motion to exceed the page limitation applicable to Docket No. 188.

Respectfully submitted,

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100

1

Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Lead Attorney for Plaintiff*

OF COUNSEL:
Joseph S. Grinstein, State Bar No. 24002188
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnselson@susmangodfrey.com

Jeremy Brandon, State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
Email:jbrandon@susmangodfrey.com

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Google discussed the contents of this motion via email on October 5, 2009. Counsel for Google indicated that they are unopposed to the relief requested herein.

/s/ Joseph Grinstein
Joseph Grinstein

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record via ECF this 5th day of October, 2009.

/s/ Joseph Grinstein
Joseph Grinstein