IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

FUNCTION MEDIA, L.L.C.                 §

Vs.                                    §          CIVIL ACTION NO. 2:07-CV-279

GOOGLE INC.                            §

## ORDER

The plaintiff's expedited motion to compel (#133) is granted. The defendant is directed to search the custodian files of Susan Wojcicki, Larry Page, Sergey Brin, Jonathan Rosenberg, and Eric Schmidt and to supplement its production with any relevant documents discovered from those efforts. The court carries the motion for protective order (#120) pending the delivery of the document production ordered herein.

The plaintiff's motion for judgment on the pleadings on inequitable conduct (#146) is denied.

The plaintiff's second expedited motion to compel (#153) is granted in part and denied in part. Google is ordered to supplement its production with price information related to its non-ads related transactions. Valuation reports need not be produced.

The plaintiff's motion to preclude depositions (#180) is granted. Google's motion for leave to take depositions (#181) is denied.

SIGNED this 9th day of October, 2009

_Charles Everingham IV_
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE