# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNCTION MEDIA, L.L.C.,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 2007-CV-279** |
| | § | |
| **vs.** | § | |
| | § | |
| **GOOGLE, INC. AND YAHOO, INC.,** | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF FUNCTION MEDIA, L.L.C.'S OBJECTIONS TO
## DEFENDANT GOOGLE, INC.'S TRIAL EXHIBITS

Plaintiff Function Media, L.L.C. ("Function Media") hereby files its objections to Defendant Google, Inc.'s Trial Exhibits. Function Media reserves its right to amend and/or supplement its objections to the extent permitted by this Court's rules.

| Exh. # | Bates Begin | Bates End | Plaintiff's Objection | Will Use | May Use |
|---|---|---|---|---|---|
| 1 | | | FRE 403; MIL 36 | | X |
| 2 | G000597 | G000623 | | | X |
| 3 | | | FRE 403; MIL 33 | | X |
| 4 | G026170 | G026171 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 5 | D017116 | D017117 | FRE 403; MIL 5; MIL 6; MIL 36 | | X |
| 6 | D017118 | D017119 | FRE 403; MIL 5; MIL 6; MIL 36 | | X |
| 7 | GGL-FM0005064 | GGL-FM0005074 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 8 | D017496 | D017744 | | | X |
| 9 | D063196 | D063294 | FRE 403; MIL 47 | | X |
| 10 | D017393 | D017394 | FRE 403; MIL 47 | | X |
| 11 | D057094 | D057137 | FRE 403 | | X |
| 12 | | | FRE 403; MIL 33 | | X |
| 13 | D062063 | D062068 | FRE 403; MIL 47 | | X |
| 14 | D016832 | D016835 | FRE 403; MIL 47 | | X |
| 15 | D062095 | D062096 | FRE 403; MIL 47 | | X |
| 16 | D062093 | D062094 | FRE 403; MIL 47 | | X |
| 17 | D038097 | D038104 | FRE 403; MIL 47 | | X |
| 18 | D032938 | D032939 | FRE 403; MIL 47 | | X |

986880v1/010020

Dockets.Justia.com

| | | | | | |
|---|---|---|---|---|---|
| 19 | | | FRE 403, 802, 901 | | X |
| 20 | G005358 | G005359 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 21 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 22 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 23 | G005378 | G005378 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 24 | G005379 | G005379 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 25 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 26 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 27 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 28 | G005380 | G005381 | FRE 803, 901; MIL 17; MIL 46 | | X |
| 29 | G005373 | G005374 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 30 | G026172 | G026189 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 31 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 32 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 33 | G005362 | G005364 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 34 | G005360 | G005361 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 35 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 36 | G005365 | G005369 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 37 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 38 | G005370 | G005372 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 39 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 40 | | | FRE 802, 901;MIL 46 | | X |
| 41 | G005375 | G005377 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 42 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 43 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 44 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 45 | G005380 | G005381 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 46 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 47 | G005382 | G005382 | FRE 802, 901; MIL 46 | | X |
| 48 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 49 | G005383 | G005383 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 50 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 51 | G005384 | G005386 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 52 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 53 | G005387 | G005389 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 54 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 55 | G005390 | G005390 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 56 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 57 | G005391 | G005393 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 58 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 59 | G018954 | G019071 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 60 | | | FRE 403, 802, 901 | | X |
| 61 | G045837 | G045837 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 62 | G006053 | G006061 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 63 | G006227 | GG00623 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 64 | G006233 | G006240 | FRE 802, 901; MIL 46 | | X |
| 65 | G045838 | G045857 | FRE 403, 802, 901; MIL 17; MIL 46 | | X |

| 66 | G045911 | G045955 | FRE 802, 901; MIL 17; MIL 46 | | X |
|---|---|---|---|---|---|
| 67 | G045858 | G045910 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 68 | FIELDING 0001 | FIELDING 0016 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 69 | | | FRE 403, 802 | | X |
| 70 | FIELDING 0017 | FIELDING 0031 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 71 | G005430 | G005527 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 72 | | | FRE 803, 901 | | X |
| 73 | G068212 | G068891 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 74 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 75 | G026146 | G026163 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 76 | G002-000372031 | G002-000372033 | FRE 803 | | X |
| 77 | | | FRE 803; MIL 17; MIL 46 | | X |
| 78 | G068892 | G069217 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 79 | D017178 | D017178 | FRE 403; MIL 42; MIL 43 | | X |
| 80 | D017179 | D017179 | FRE 403; MIL 42 | | X |
| 81 | D017180 | D017180 | FRE 403; MIL 42 | | X |
| 82 | D017181 | D017181 | FRE 403; MIL 42 | | X |
| 83 | D017182 | D017182 | FRE 403; MIL 42 | | X |
| 84 | D058827 | D058828 | FRE 403; MIL 42; MIL 44 | | X |
| 85 | D058700 | D058702 | FRE 403; MIL 42; MIL 44 | | X |
| 86 | G002-001080541 | G002-001080552 | FRE 802 | | X |
| 87 | | | FRE 403; MIL 5; MIL 6 | | X |
| 88 | | | | | X |
| 89 | | | | X | |
| 90 | | | | | X |
| 91 | G005296 | G005301 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 92 | G014946 | G014963 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 93 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 94 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 95 | | | FRE 403; 802, 901; MIL 17; MIL 46 | | X |
| 96 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 97 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 98 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 99 | | | FRE 403, 802, 901; MIL 17; MIL 46 | | X |
| 100 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 101 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 102 | G016551 | G016753 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 103 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 104 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 105 | | | FRE 802, 901; MIL 46 | | X |
| 106 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 107 | G017488 | G017488 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 108 | G016760 | G016760 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 109 | | | FRE 403; MIL 47 | | X |
| 110 | D063234 | D063235 | FRE 403; MIL 47 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 111 | D063272 | D063272 | FRE 403; MIL 47 | | X |
| 112 | D061940 | D061942 | FRE 403; MIL 47 | | X |
| 113 | D016826 | D016829 | FRE 403; MIL 47 | | X |
| 114 | D062088 | D062089 | FRE 403; MIL 47 | | X |
| 115 | D059249 | D059250 | | | X |
| 116 | D054988 | D054989 | | | X |
| 117 | D059240 | D059242 | | | X |
| 118 | | | | X | |
| 119 | | | | X | |
| 120 | D017462 | D017462 | MIL 36 | | X |
| 121 | G001011 | G001017 | | | X |
| 122 | G026170 | G026170 | FRE 403, 802, 901; MIL 36; MIL 46 | | X |
| 123 | D005045 | D005052 | | | X |
| 124 | D069361 | D069376 | | | X |
| 125 | D032371 | ? | | | X |
| 126 | D039374 | D039376 | FRE 403; MIL 24; MIL 44 | | X |
| 127 | D036905 | D036977 | FRE 403, 802; MIL 36 | | X |
| 128 | D036638 | D036640 | FRE 802, 901; MIL 36 | | X |
| 129 | | | | | X |
| 130 | | | | | X |
| 131 | | | | | X |
| 132 | | | | | X |
| 133 | | | | | X |
| 134 | | | | | X |
| 135 | | | MIL 36 | | X |
| 136 | | | MIL 36 | | X |
| 137 | | | FRE 802, 901; MIL 36 | | X |
| 138 | D032938 | D032939 | FRE 403; MIL 47 | | X |
| 139 | D055043 | D055043 | | | X |
| 140 | D063265 | D063267 | FRE 403; MIL 47 | | X |
| 141 | | | | X | |
| 142 | | | FRE 403; 802, 901; MIL 17; MIL 46 | X | |
| 143 | G015008 | G015009 | FRE 802, 901; MIL 17; MIL 46 | X | |
| 144 | G014996 | G014996 | FRE 802, 901; MIL 17; MIL 46 | X | |
| 145 | G015134 | G015134 | FRE 802, 901; MIL 17; MIL 46 | X | |
| 146 | G004016 | G004065 | FRE 802, 901; MIL 17; MIL 46 | X | |
| 147 | G004162 | G004182 | FRE 802, 901; MIL 17; MIL 46 | X | |
| 148 | G004016 | G004161 | FRE 802, 901; MIL 46 | X | |
| 149 | G003512 | G003587 | FRE 802, 901; MIL 17; MIL 46 | X | |
| 150 | | | FRE 403; MIL 33 | X | |
| 151 | | | FRE 403; MIL 33 | X | |
| 152 | | | FRE 403; MIL 33 | X | |
| 153 | G002-002737565 | G002-002737566 | FRE 802 | X | |
| 154 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 155 | | | FRE 802, 901; MIL 17; MIL 46 | | X |

| 156 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
|---|---|---|---|---|---|
| 157 | G014779 | G014801 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 158 | G014856 | G014881 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 159 | G014689 | G014778 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 160 | G014815 | G014818 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 161 | G014885 | G014887 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 162 | G014819 | G014821 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 163 | | | FRE 403; MILS 5, 6, 36, 39, 41, 44, 47 | | X |
| 164 | | | FRE 403; MILS 5, 6, 28, 36, 39, 41, 44, 47 | | X |
| 165 | | | FRE 403; MILS 5, 6, 28, 36, 39, 41, 44, 47 | | X |
| 166 | | | FRE 403; MILS 39, 40, 42 | | X |
| 167 | | | FRE 403; MIL 47 | | X |
| 168 | | | FRE 403, MIL 5; MIL 6 | | X |
| 169 | | | FRE 802 | | X |
| 170 | GGL-FM0040572 | GGL-FM0040621 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 171 | GGL-FM0039392 | GGL-FM0039518 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 172 | | | | | X |
| 173 | | | FRE 403; MIL 33 | | X |
| 174 | | | | | X |
| 175 | | | FRE 403; MIL 33 | | X |
| 176 | | | FRE 403, 802, 901; MIL 17; MIL33; MIL 46 | | X |
| 177 | | | FRE 403, 802, 901; MIL 17; MIL33; MIL 46 | | X |
| 178 | G058633 | G059466 | FRE 403, 802, 901; MIL 17; MIL 33; MIL 46 | | X |
| 179 | G060169 | G060888 | FRE 403, 802, 901; MIL 17; MIL 33; MIL 46 | | X |
| 180 | G060889 | G061035 | FRE 403, 802, 901; MIL 17; MIL 33; MIL 46 | | X |
| 181 | G061407 | G062240 | FRE 403, 802, 901; MIL 17; MIL 33; MIL 46 | | X |
| 182 | G062943 | G063662 | FRE 403, 802, 901; MIL 17; MIL 33; MIL 46 | | X |
| 183 | G063663 | G063809 | FRE 403, 802, 901; MIL 17; MIL 33; MIL 46 | | X |
| 184 | G014990 | G014995 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 185 | G014996 | G014998 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 186 | G015001 | G015001 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 187 | G015011 | G015015 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 188 | G015018 | G015094 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 189 | G015095 | G015097 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 190 | G015134 | G015134 | FRE 802, 901; MIL 46 | | X |
| 191 | G015166 | G015167 | FRE 802, 901; MIL 17; MIL 46 | | X |

| 192 | G173214 | G173253 | FRE 802, 901; MIL 17; MIL 46 | | X |
|---|---|---|---|---|---|
| 193 | G036543 | G036583 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 194 | G035977 | G036019 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 195 | G005719 | G005721 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 196 | G014688.01 | G014688.01 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 197 | G014963.01 | G014963.01 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 198 | G015443.01 | G015443.01 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 199 | G015443.02 | G015443.02 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 200 | G015443.03 | G015443.03 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 201 | G015443.04 | G015443.04 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 202 | G017496.01 | G017496.01 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 203 | G046080 | G046080 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 204 | G065016 | G065016 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 205 | G065907 | G065907 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 206 | G064578 | G064578 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 207 | G026190 | G027485 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 208 | G177035 | G177035 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 209 | G068204 | G068204 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 210 | IV-FM 000009 | IV-FM 000009 | FRE 403, 802 | | X |
| 211 | IV-FM 000036 | IV-FM 000039 | FRE 403, 802; MIL 28 | | X |
| 212 | IV-FM 000045 | IV-FM 000048 | FRE 403, 802; MIL 28 | | X |
| 213 | IV-FM 000054 | IV-FM 000083 | FRE 403, 802; MIL 28 | | X |
| 214 | G000631 | G000640 | MIL 17 | | X |
| 215 | | | MIL 17 | | X |
| 216 | | | MIL 17 | | X |
| 217 | G000716 | G000734 | MIL 17 | | X |
| 218 | G000762 | G000818 | MIL 17 | | X |
| 219 | D065903 | D065034 | MIL 17 | | X |
| 220 | G017603 | G017614 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 221 | GGL-FM0042833 | GGL-FM0042934 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 222 | G020792 | G020792 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 223 | GGL-FM0039680 | GGL-FM0039681 | FRE 802; MIL 48 | | X |
| 224 | GGL-FM0039682 | GGL-FM000039684 | FRE 802; MIL 48 | | X |
| 225 | G005715 | G005718 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 226 | G022202 | G022202 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 227 | G016001 | G016001 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 228 | G017767 | G017767 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 229 | G005308 | G005308 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 230 | GGL-FM0039391 | GGL-FM0039391 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 231 | G005302 | G005302 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 232 | G005353 | G005354 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 233 | G005355 | G005357 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 234 | G014999 | G014999 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 235 | G015000 | G015000 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 236 | G015002 | G015004 | FRE 802, 901; MIL 17; MIL 46 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 237 | G015005 | G015007 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 238 | G015010 | G015010 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 239 | G015016 | G015016 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 240 | G015017 | G015017 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 241 | G015098 | G015100 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 242 | G015101 | G015103 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 243 | G015104 | G015107 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 244 | G015108 | G015123 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 245 | G015124 | G015125 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 246 | G015126 | G015130 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 247 | G015131 | G015133 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 248 | G015134 | G015134 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 249 | G015137 | G015139 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 250 | G015140 | G015140 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 251 | G015141 | G015142 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 252 | G015156 | G015158 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 253 | G015164 | G015165 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 254 | G003690 | G003714 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 255 | G003715 | G003738 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 256 | G003739 | G003762 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 257 | G003763 | G003808 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 258 | G003844 | G003850 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 259 | G003943 | G003951 | FRE 802, 901; MIL 46 | | X |
| 260 | G003953 | G003958 | FRE 802, 901; MIL 46 | | X |
| 261 | G003965 | G003973 | FRE 802, 901; MIL 46 | | X |
| 262 | G003980 | G004015 | FRE 802, 901; MIL 46 | | X |
| 263 | G024674 | G024685 | FRE 802, 901; MIL 46 | | X |
| 264 | G024686 | G024688 | FRE 802, 901; MIL 46 | | X |
| 265 | G024689 | G024699 | FRE 802, 901; MIL 46 | | X |
| 266 | G024700 | G024704 | FRE 802, 901; MIL 46 | | X |
| 267 | G024705 | G024707 | FRE 802, 901; MIL 46 | | X |
| 268 | G024708 | G024709 | FRE 802, 901; MIL 46 | | X |
| 269 | G024710 | G024715 | FRE 802, 901; MIL 46 | | X |
| 270 | G024716 | G024719 | FRE 802, 901; MIL 46 | | X |
| 271 | G024720 | G024735 | FRE 802, 901; MIL 46 | | X |
| 272 | G024736 | G024748 | FRE 802, 901; MIL 46 | | X |
| 273 | G024749 | G024756 | FRE 802, 901; MIL 46 | | X |
| 274 | G024757 | G024758 | FRE 802, 901; MIL 46 | | X |
| 275 | G024759 | G024770 | FRE 802, 901; MIL 46 | | X |
| 276 | G024771 | G024773 | FRE 802, 901; MIL 46 | | X |
| 277 | G024774 | G024775 | FRE 802, 901; MIL 46 | | X |
| 278 | G024776 | G024787 | FRE 802, 901; MIL 46 | | X |
| 279 | G024788 | G024790 | FRE 802, 901; MIL 46 | | X |
| 280 | G024791 | G024792 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 281 | G024793 | G024793 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 282 | G024794 | G024813 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 283 | G024814 | G024817 | FRE 802, 901; MIL 17; MIL 46 | | X |

| 284 | Deposition Exhibit 167 | | FRE 802, 901; MIL 17; MIL 46 | | X |
|---|---|---|---|---|---|
| 285 | Deposition Exhibit 169 | | FRE 403, 802, 901; MIL 17; MIL 46 | | X |
| 286 | FIELDING0001 | FIELDING0016 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 287 | FIELDING0032 | FIELDING0035 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 288 | FIELDING0036 | FIELDING0065 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 289 | G000170 | G000246 | | | X |
| 290 | G000381 | G000399 | MIL 17 | | X |
| 291 | G000424 | G000471 | MIL 17 | | X |
| 292 | G000472 | G000502 | MIL 17 | | X |
| 293 | G000550 | G000561 | | | X |
| 294 | G000597 | G000623 | | | X |
| 295 | G000624 | G000630 | MIL 17 | | X |
| 296 | G000676 | G000715 | MIL 17 | | X |
| 297 | G000819 | G000824 | MIL 17 | | X |
| 298 | G000825 | G000853 | MIL 17 | | X |
| 299 | G000854 | G000870 | MIL 17 | | X |
| 300 | G000900 | G000925 | MIL 17 | | X |
| 301 | G000947 | G000960 | MIL 17 | | X |
| 302 | G000985 | G001010 | MIL 17 | | X |
| 303 | G001011 | G001017 | | | X |
| 304 | G001029 | G001053 | MIL 17 | | X |
| 305 | G001100 | G001128 | MIL 17 | | X |
| 306 | G001129 | G001144 | MIL 17 | | X |
| 307 | G001157 | G001177 | MIL 17 | | X |
| 308 | G001178 | G001227 | | | X |
| 309 | G001424 | G001435 | MIL 17 | | X |
| 310 | G001891 | G001894 | FRE 802 | | X |
| 311 | G001900 | G001901 | FRE 802 | | X |
| 312 | G001902 | G001904 | FRE 802 | | X |
| 313 | G001906 | G001916 | FRE 802 | | X |
| 314 | G001918 | G001927 | FRE 802 | | X |
| 315 | G001969 | G001976 | FRE 802 | | X |
| 316 | G002-000710691 | G002-000710698 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 317 | G002-001618865 | G002-001618892 | FRE 802 | | X |
| 318 | G002-003483068 | G002-003483079 | FRE 802 | | X |
| 319 | G002-003734707 | G002-003734738 | FRE 802 | | X |
| 320 | G002088 | G002092 | FRE 802 | | X |
| 321 | G002103 | G002107 | FRE 802 | | X |
| 322 | G002117 | G002124 | FRE 802 | | X |
| 323 | G002585 | G002593 | FRE 802 | | X |
| 324 | G002636 | G002642 | FRE 802 | | X |
| 325 | G002643 | G002652 | FRE 802 | | X |
| 326 | G002681 | G002690 | FRE 802 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 327 | G002691 | G002698 | FRE 802 | | X |
| 328 | G002924 | G002935 | FRE 802 | | X |
| 329 | G003-0000017 | G003-0000018 | FRE 802 | | X |
| 330 | G003-0000065 | G003-0000066 | FRE 802 | | X |
| 331 | G003-0000352 | G003-0000355 | FRE 802 | | X |
| 332 | G003-0000356 | G003-0000356 | FRE 802 | | X |
| 333 | G003-0000478 | G003-0000485 | FRE 802 | | X |
| 334 | G003-0000546 | G003-0000546 | FRE 802 | | X |
| 335 | G003-0000593 | G003-0000598 | FRE 802 | | X |
| 336 | G003-0000622 | G003-0000631 | FRE 802 | | X |
| 337 | G003-0000650 | G003-0000651 | FRE 802 | | X |
| 338 | G003-0000671 | G003-0000722 | FRE 802 | | X |
| 339 | G003-0000869 | G003-0000879 | FRE 802 | | X |
| 340 | G003-0001043 | G003-0001053 | FRE 802 | | X |
| 341 | G003-0001212 | G003-0001225 | FRE 802 | | X |
| 342 | G003-0001246 | G003-0001247 | FRE 802 | | X |
| 343 | G003-0001250 | G003-0001251 | FRE 802 | | X |
| 344 | G003-0001252 | G003-0001264 | FRE 802 | | X |
| 345 | G003-0001327 | G003-0001349 | FRE 802 | | X |
| 346 | G003-0001402 | G003-0001433 | FRE 802 | | X |
| 347 | G003-0001476 | G003-0001497 | FRE 802 | | X |
| 348 | G003-0003130 | G003-0003154 | FRE 802 | | X |
| 349 | G003-0003155 | G003-0003191 | FRE 802 | | X |
| 350 | G003-0003252 | G003-0003255 | FRE 802 | | X |
| 351 | G003-0003276 | G003-0003299 | FRE 802 | | X |
| 352 | G003-0003305 | G003-0003311 | FRE 802 | | X |
| 353 | G003-0003312 | G003-0003315 | FRE 802 | | X |
| 354 | G003-0003394 | G003-0003425 | FRE 802 | | X |
| 355 | G003-0003437 | G003-0003458 | FRE 802 | | X |
| 356 | G003-0003527 | G003-0003540 | FRE 802 | | X |
| 357 | G003-0003556 | G003-0003562 | FRE 802 | | X |
| 358 | G003-0003563 | G003-0003586 | FRE 802 | | X |
| 359 | G003-0003587 | G003-0003600 | FRE 802 | | X |
| 360 | G003-0003668 | G003-0003677 | FRE 802 | | X |
| 361 | G003016 | G003017 | FRE 802 | | X |
| 362 | G003018 | G003020 | FRE 802 | | X |
| 363 | G003081 | G003083 | FRE 802 | | X |
| 364 | G003115 | G003134 | FRE 802 | | X |
| 365 | G003467 | G003467 | FRE 802 | | X |
| 366 | G003512 | G003587 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 367 | G003588 | G003689 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 368 | G003818 | G003843 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 369 | G003851 | G003942 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 370 | G004016 | G004144 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 371 | G004162 | G004293 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 372 | G004581 | G004603 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 373 | G004607 | G004697 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 374 | G004709 | G004714 | FRE 802 | | X |

| 375 | G004792 | G004796 | FRE 802 | | X |
|---|---|---|---|---|---|
| 376 | G004797 | G004807 | FRE 802 | | X |
| 377 | G004797 | G004807 | FRE 802 | | X |
| 378 | G004811 | G004832 | FRE 802 | | X |
| 379 | G004844 | G004854 | FRE 802 | | X |
| 380 | G004882 | G003475 | FRE 802 | | X |
| 381 | G004923 | G004930 | FRE 802 | | X |
| 382 | G004944 | G004945 | FRE 802 | | X |
| 383 | G004959 | G004967 | FRE 802 | | X |
| 384 | G004990 | G004994 | FRE 802 | | X |
| 385 | G004995 | G004998 | FRE 802 | | X |
| 386 | G004999 | G005004 | FRE 802 | | X |
| 387 | G005005 | G005030 | FRE 802 | | X |
| 388 | G005031 | G005038 | FRE 802 | | X |
| 389 | G005039 | G005042 | FRE 802 | | X |
| 390 | G005071 | G005074 | FRE 802 | | X |
| 391 | G005118 | G005125 | FRE 802 | | X |
| 392 | G005133 | G005147 | FRE 802 | | X |
| 393 | G005148 | G005160 | FRE 802 | | X |
| 394 | G005172 | G005178 | FRE 802 | | X |
| 395 | G005179 | G005182 | FRE 802 | | X |
| 396 | G005214 | G005218 | FRE 802 | | X |
| 397 | G005219 | G005224 | FRE 802 | | X |
| 398 | G005227 | G005235 | FRE 802 | | X |
| 399 | G005266 | G005279 | FRE 802 | | X |
| 400 | G005296 | G005301 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 401 | G005311 | G005312 | FRE 802, 901; MIL 17; MIL 46 | | |
| 402 | G005358 | G005359 | | | X |
| 403 | G005430 | G005714 | FRE 802, 901; MIL 46 | | X |
| 404 | G005733 | G005740 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 405 | G008119 | G008133 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 406 | G014779 | G014780 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 407 | G014815 | G014818 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 408 | G014828 | G014855 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 409 | G014856 | G014881 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 410 | G014899 | G014913 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 411 | G014967 | G014989 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 412 | G015008 | G015009 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 413 | G015095 | G015097 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 414 | G015162 | G015163 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 415 | G015168 | G015240 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 416 | G015241 | G015443 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 417 | G015443.01 (native production) | G015443.01 (native production) | FRE 802, 901; MIL 17; MIL 46 | | X |
| 418 | G015443.01 (native production) | G015443.01 (native production) | FRE 802, 901; MIL 17; MIL 46 | | X |
| 419 | G015473 | G015994 | FRE 802, 901; MIL 17; MIL 46 | | X |

| 420 | G016419 | G016451 | FRE 802, 901; MIL 17; MIL 46 | | X |
|---|---|---|---|---|---|
| 421 | G016452 | G016465 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 422 | G017154 | G017482 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 423 | G017758 | G017766 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 424 | G018509 | G018952 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 425 | G018953 | G019257 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 426 | G024818 | G024880 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 427 | G024996 | G025039 | MIL 17 | | X |
| 428 | G025040 | G025063 | MIL 17 | | X |
| 429 | G025074 | G025086 | MIL 17 | | X |
| 430 | G025087 | G025097 | MIL 17 | | X |
| 431 | G025110 | G025116 | MIL 17 | | X |
| 432 | G025117 | G025126 | MIL 17 | | X |
| 433 | G025161 | G025194 | MIL 17 | | X |
| 434 | G025195 | G025217 | MIL 17 | | X |
| 435 | G025291 | G025306 | MIL 17 | | X |
| 436 | G025307 | G025333 | MIL 17 | | X |
| 437 | G025334 | G025349 | MIL 17 | | X |
| 438 | G025350 | G025391 | MIL 17 | | X |
| 439 | G025524 | G025548 | FRE 802 | | X |
| 440 | G025549 | G025552 | FRE 802 | | X |
| 441 | G025553 | G025562 | FRE 802 | | X |
| 442 | G025563 | G025574 | FRE 802 | | X |
| 443 | G025575 | G025592 | FRE 802 | | X |
| 444 | G025668 | G025695 | FRE 802 | | X |
| 445 | G025870 | G025895 | FRE 802 | | X |
| 446 | G025896 | G025906 | FRE 802 | | X |
| 447 | G025907 | G025920 | FRE 802 | | X |
| 448 | G025921 | G025938 | FRE 802 | | X |
| 449 | G025939 | G025948 | FRE 802 | | X |
| 450 | G025949 | G026046 | FRE 802 | | X |
| 451 | G026047 | G026048 | FRE 802 | | X |
| 452 | G026049 | G026063 | FRE 802 | | X |
| 453 | G026064 | G026067 | FRE 802 | | X |
| 454 | G026068 | G026068 | FRE 802 | | X |
| 455 | G026069 | G026077 | FRE 802 | | X |
| 456 | G026078 | G026084 | FRE 802 | | X |
| 457 | G026085 | G026087 | FRE 802 | | X |
| 458 | G026088 | G026092 | FRE 802 | | X |
| 459 | G026093 | G026093 | FRE 802 | | X |
| 460 | G026094 | G026101 | FRE 802 | | X |
| 461 | G026102 | G026103 | FRE 802 | | X |
| 462 | G026104 | G026106 | FRE 802 | | X |
| 463 | G026107 | G026112 | FRE 802 | | X |
| 464 | G026113 | G026123 | FRE 802 | | X |
| 465 | G026146 | G026163 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 466 | G026170 | G026171 | FRE 802, 901; MIL 17; MIL 36; MIL 46 | | X |

| 467 | G027532 | G027535 | FRE 802, 901; MIL 17; MIL 46 | | X |
|-----|---------|---------|------------------------------|---|---|
| 468 | G027810 | G027811 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 469 | G027812 | G027833 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 470 | G027834 | G027851 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 471 | G027902 | G027903 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 472 | G027933 | G027939 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 473 | G027941 | G027946 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 474 | G027948 | G027963 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 475 | G027964 | G027966 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 476 | G027967 | G027968 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 477 | G027975 | G027975 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 478 | G028305 | G028337 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 479 | G028509 | G028535 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 480 | G028962 | G028966 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 481 | G028974 | G028990 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 482 | G028991 | G029000 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 483 | G029001 | G029019 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 484 | G029020 | G029021 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 485 | G029030 | G029041 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 486 | G029042 | G029047 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 487 | G029053 | G029053 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 488 | G029125 | G029133 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 489 | G029125 | G029133 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 490 | G029134 | G029134 | FRE 802, 901; MIL 46 | | X |
| 491 | G029135 | G029136 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 492 | G029137 | G029143 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 493 | G029212 | G029228 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 494 | G029283 | G029305 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 495 | G029338 | G029348 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 496 | G029349 | G029363 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 497 | G029364 | G029368 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 498 | G029369 | G029370 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 499 | G029371 | G029372 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 500 | G029373 | G029378 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 501 | G029883 | G029885 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 502 | G029886 | G029887 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 503 | G029918 | G029919 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 504 | G029920 | G029924 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 505 | G029925 | G029925 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 506 | G029926 | G029946 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 507 | G029947 | G029950 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 508 | G029951 | G029952 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 509 | G029959 | G029960 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 510 | G029972 | G029976 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 511 | G029977 | G030034 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 512 | G030277 | G030277 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 513 | G043058 | G043059 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 514 | G043060 | G043060 | FRE 802, 901; MIL 17; MIL 46 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 515 | G043062 | G043062 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 516 | G043063 | G043063 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 517 | G043064 | G043064 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 518 | G045772 | G045791 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 519 | G045822 | G045822 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 520 | G045823 | G045823 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 521 | G045827 | G045830 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 522 | G045970 | G045993 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 523 | G045994 | G046016 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 524 | G046050 | G046079 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 525 | G046050 | G046079 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 526 | G048446 | G049183 | | | X |
| 527 | G064500 | G064501 | FRE 802 | | X |
| 528 | G065911 | G065911 | | | X |
| 529 | G065912 | G066036 | | | X |
| 530 | G066037 | G066037 | | | X |
| 531 | G066038 | G066041 | | | X |
| 532 | G066042 | G066043 | | | X |
| 533 | G066044 | G066045 | | | X |
| 534 | G066046 | G066048 | | | X |
| 535 | G066049 | G066050 | | | X |
| 536 | G066051 | G066052 | | | X |
| 537 | G066053 | G066055 | | | X |
| 538 | G066056 | G066057 | | | X |
| 539 | G066058 | G066067 | | | X |
| 540 | G066068 | G066101 | | | X |
| 541 | G066102 | G066104 | | | X |
| 542 | G066105 | G066114 | | | X |
| 543 | G066115 | G066123 | | | X |
| 544 | G066124 | G066126 | | | X |
| 545 | G066127 | G066132 | | | X |
| 546 | G066133 | G066134 | | | X |
| 547 | G066135 | G066138 | | | X |
| 548 | G066139 | G066144 | | | X |
| 549 | G066145 | G066166 | | | X |
| 550 | G066167 | G066174 | | | X |
| 551 | G066175 | G066259 | | | X |
| 552 | G066260 | G066260 | | | X |
| 553 | G066261 | G066262 | | | X |
| 554 | G066263 | G066273 | | | X |
| 555 | G066274 | G066277 | | | X |
| 556 | G066278 | G066279 | | | X |
| 557 | G066280 | G066281 | | | X |
| 558 | G066282 | G066283 | | | X |
| 559 | G066284 | G066299 | | | X |
| 560 | G066300 | G066302 | | | X |
| 561 | G066303 | G066304 | | | X |
| 562 | G066305 | G066332 | | | X |

| 563 | G066333 | G066340 | | | X |
|---|---|---|---|---|---|
| 564 | G066341 | G066342 | | | X |
| 565 | G066343 | G066364 | | | X |
| 566 | G066365 | G066368 | | | X |
| 567 | G066369 | G066372 | | | X |
| 568 | G066373 | G066379 | | | X |
| 569 | G066380 | G066384 | | | X |
| 570 | G066385 | G066386 | | | X |
| 571 | G066387 | G066390 | | | X |
| 572 | G066391 | G066401 | | | X |
| 573 | G066402 | G066404 | | | X |
| 574 | G066405 | G066405 | | | X |
| 575 | G066406 | G066407 | | | X |
| 576 | G066408 | G066409 | | | X |
| 577 | G066410 | G066412 | | | X |
| 578 | G066413 | G066414 | | | X |
| 579 | G066415 | G066419 | | | X |
| 580 | G066420 | G066428 | | | X |
| 581 | G066529 | G067818 | | | X |
| 582 | G068214 | G068440 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 583 | G068441 | G068566 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 584 | G068892 | G069217 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 585 | G084303 | G084333 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 586 | G174743 | G174743 | FRE 802 | | X |
| 587 | G174744 | G174744 | FRE 802 | | X |
| 588 | G174809 | G174814 | FRE 802 | | X |
| 589 | G174822 | G174824 | FRE 802 | | X |
| 590 | G174838 | G174841 | FRE 802 | | X |
| 592 | GGL-FM0000988 | GGL-FM0001000 | FRE 802 | | X |
| 593 | GGL-FM0002126 | GGL-FM0002133 | FRE 802 | | X |
| 594 | GGL-FM0040181 | GGL-FM0040220 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 595 | GGL-FM0040221 | GGL-FM0040239 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 596 | GGL-FM0040240 | GGL-FM0040271 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 597 | GGL-FM0039575 | GGL-FM0039604 | FRE 802 | | X |
| 598 | G003-0299503 | G003-0299504 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 599 | G002-004025374 | G002-004025380 | FRE 802 | | X |
| 600 | GGL-FM0019128 | GGL-FM0019139 | FRE 802 | | X |
| 601 | G003-0299106 | G003-0299281 | FRE 802 | | X |
| 602 | G003-0299282 | G003-0299497 | FRE 802 | | X |
| 603 | G003-0299498 | G003-0299500 | FRE 802 | | X |
| 604 | G003-0299501 | G003-0299502 | FRE 802 | | X |

| 605 | G003-0299503 | G003-0299504 | FRE 802 | | X |
|-----|--------------|--------------|---------|--|---|
| 606 | G003-0299505 | G003-0299505 | FRE 802 | | X |
| 607 | G003-0299506 | G003-0299507 | FRE 802 | | X |
| 608 | G003-0299508 | G003-0299508 | FRE 802 | | X |
| 609 | G003-0299509 | G003-0299509 | FRE 802 | | X |
| 610 | G003-0299510 | G003-0299510 | FRE 802 | | X |
| 611 | G003-0299511 | G003-0299514 | FRE 802 | | X |
| 612 | G003-0299515 | G003-0299516 | FRE 802 | | X |
| 613 | G003-0299517 | G003-0299517 | FRE 802 | | X |
| 614 | G003-0299518 | G003-0299520 | FRE 802 | | X |
| 615 | G003-0299521 | G003-0299522 | FRE 802 | | X |
| 616 | G003-0299523 | G003-0299524 | FRE 802 | | X |
| 617 | G003-0299525 | G003-0299526 | FRE 802 | | X |
| 618 | G003-0299527 | G003-0299528 | FRE 802 | | X |
| 619 | G003-0299529 | G003-0299530 | FRE 802 | | X |
| 620 | G003-0299531 | G003-0299531 | FRE 802 | | X |
| 621 | G003-0299532 | G003-0299534 | FRE 802 | | X |
| 622 | G003-0299535 | G003-0299537 | FRE 802 | | X |
| 623 | G003-0299538 | G003-0299540 | FRE 802 | | X |
| 624 | G003-0299541 | G003-0299542 | FRE 802 | | X |
| 625 | G003-0299543 | G003-0299544 | FRE 802 | | X |
| 626 | G003-0299545 | G003-0299546 | FRE 802 | | X |
| 627 | G003-0299547 | G003-0299548 | FRE 802 | | X |
| 628 | G003-0299549 | G003-0299550 | FRE 802 | | X |
| 629 | G003-0299551 | G003-0299551 | FRE 802 | | X |
| 630 | G003-0299552 | G003-0299552 | FRE 802 | | X |
| 631 | G003-0299553 | G003-0299554 | FRE 802 | | X |
| 632 | G003-0299555 | G003-0299556 | FRE 802 | | X |
| 633 | G003-0299557 | G003-0299558 | FRE 802 | | X |
| 634 | G003-0299559 | G003-0299559 | FRE 802 | | X |
| 635 | G003-0299560 | G003-0299561 | FRE 802 | | X |
| 636 | G003-0299562 | G003-0299564 | FRE 802 | | X |
| 637 | G003-0299565 | G003-0299566 | FRE 802 | | X |
| 638 | G003-0299567 | G003-0299568 | FRE 802 | | X |
| 639 | G003-0299569 | G003-0299570 | FRE 802 | | X |
| 640 | G003-0299571 | G003-0299572 | FRE 802 | | X |
| 641 | G003-0299573 | G003-0299576 | FRE 802 | | X |
| 642 | G003-0299577 | G003-0299579 | FRE 802 | | X |
| 643 | G003-0299580 | G003-0299581 | FRE 802 | | X |
| 644 | G003-0299582 | G003-0299584 | FRE 802 | | X |
| 645 | G003-0299585 | G003-0299586 | FRE 802 | | X |
| 646 | G003-0299587 | G003-0299588 | FRE 802 | | X |
| 647 | G003-0299589 | G003-0299590 | FRE 802 | | X |
| 648 | G003-0299591 | G003-0299592 | FRE 802 | | X |
| 649 | G003-0299593 | G003-0299593 | FRE 802 | | X |
| 650 | G003-0299594 | G003-0299595 | FRE 802 | | X |
| 651 | G003-0299596 | G003-0299597 | FRE 802 | | X |
| 652 | G003-0299598 | G003-0299599 | FRE 802 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 653 | G003-0299600 | G003-0299601 | FRE 802 | | X |
| 654 | G003-0299602 | G003-0299603 | FRE 802 | | X |
| 655 | G003-0299604 | G003-0299604 | FRE 802 | | X |
| 656 | GGL-FM0044113 | GGL-FM0044167 | FRE 802 | | X |
| 657 | GGL-FM0007708 | GGL-FM0007720 | FRE 802 | | X |
| 658 | G005227 | G005235 | FRE 802 | | X |
| 659 | G002-000243732 | G002-000243750 | FRE 802 | | X |
| 660 | | | FRE 802 | | X |
| 661 | | | FRE 802 | | X |
| 662 | | | FRE 802 | | X |
| 663 | | | FRE 802 | | X |
| 664 | | | FRE 802 | | X |
| 665 | | | FRE 802 | | X |
| 666 | G004797 | G004807 | FRE 802 | | X |
| 667 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 668 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 669 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 670 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 671 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 672 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 673 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 674 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 675 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 676 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 677 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 678 | G003-0131248 | G003-0131261 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 679 | G003-0131342 | | | | X |
| 680 | G003-0131343 | G003-0131344 | | | X |
| 681 | G003-0131350 | G003-0131352 | | | X |
| 682 | G003-0131353 | G003-0131361 | | | X |
| 683 | G003-0131362 | G003-0131366 | | | X |
| 684 | G003-0131377 | G003-0131386 | | | X |
| 685 | G003-0131387 | G003-0131393 | | | X |
| 686 | G003-0131394 | G003-0131402 | | | X |
| 687 | G003-0131403 | G003-0131413 | | | X |
| 688 | G003-0131425 | G003-0131439 | | | X |
| 689 | G003-0131455 | G003-0131467 | | | X |
| 690 | G003-0131468 | G003-0131480 | | | X |
| 691 | G003-0131481 | G003-0131502 | | | X |
| 692 | G003-0131503 | G003-0131516 | | | X |
| 693 | G003-0131345 | G003-0131347 | | | X |
| 694 | G003-0131338 | G003-0131339 | | | X |
| 695 | G003-0131539 | G003-0131549 | | | X |
| 696 | G003-0131550 | G003-0131565 | | | X |
| 697 | G003-0131802 | G003-0131807 | | | X |

| | | | | |
|---|---|---|---|---|
| 698 | G003-0131817 | G003-0131822 | | X |
| 699 | G003-0131860 | G003-0131870 | | X |
| 700 | G003-0131871 | G003-0131881 | | X |
| 701 | G003-0131882 | G003-0131893 | | X |
| 702 | G003-0131930 | G003-0131949 | | X |
| 703 | G003-0131971 | G003-0132009 | | X |
| 704 | G003-131348 | G003-0131349 | | X |
| 705 | G061036 | G061041 | | X |
| 706 | G064319 | G064333 | | X |
| 707 | G064334 | G064372 | | X |
| 708 | G064373 | G064374 | | X |
| 709 | G064375 | G064381 | | X |
| 710 | G065166 | G065174 | | X |
| 711 | G065097 | G065103 | | X |
| 712 | G067965 | G067967 | | X |
| 713 | G067968 | G067972 | | X |
| 714 | G067973 | G067978 | | X |
| 715 | G067979 | G067981 | | X |
| 716 | G067982 | G067987 | | X |
| 717 | G067988 | G068049 | | X |
| 718 | G068050 | G068061 | | X |
| 719 | G068062 | G068067 | | X |
| 720 | G068068 | G068084 | | X |
| 721 | G068085 | G068155 | | X |
| 722 | G068156 | G068167 | | X |
| 723 | G068168 | G068170 | | X |
| 724 | G068171 | G068177 | | X |
| 725 | G068178 | G068180 | | X |
| 726 | G068181 | G068183 | | X |
| 727 | G068184 | G068186 | | X |
| 728 | G068187 | G068189 | | X |
| 729 | G068190 | G068192 | | X |
| 730 | G068193 | G068196 | | X |
| 731 | G068197 | G068200 | | X |
| 732 | G068201 | G068203 | | X |
| 733 | G068205 | G068207 | | X |
| 734 | G068208 | G068210 | | X |
| 735 | G172925 | G172945 | | X |
| 736 | GGL-FM0008543 | GGL-FM0008548 | | X |
| 737 | GGL-FM0008549 | GGL-FM0010498 | | X |
| 738 | GGL-FM0026509 | GGL-FM0026511 | FRE 403, 802, 901 | X |
| 739 | GGL-FM0026512 | GGL-FM0026512 | FRE 403, 802, 901 | X |
| 740 | GGL-FM0026513 | GGL-FM0026514 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 741 | GGL-FM0026515 | GGL-FM0026520 | | | X |
| 742 | GGL-FM0026521 | GGL-FM0026603 | | | X |
| 743 | GGL-FM0026604 | GGL-FM0026676 | | | X |
| 744 | GGL-FM0026677 | GGL-FM0026732 | | | X |
| 745 | GGL-FM0026733 | GGL-FM0029214 | | | X |
| 746 | GGL-FM0029215 | GGL-FM0037474 | | | X |
| 747 | GGL-FM0037475 | GGL-FM0039169 | | | X |
| 748 | GGL-FM0025620 | GGL-FM0025663 | | | X |
| 749 | GGL-FM0025664 | GGL-FM0025712 | | | X |
| 750 | GGL-FM0025713 | GGL-FM0025776 | | | X |
| 751 | G046471 | G046591 | | | X |
| 752 | G046592 | G046723 | | | X |
| 753 | G046166 | G046293 | | | X |
| 754 | G046294 | G046417 | | | X |
| 755 | G046418 | G046470 | | | X |
| 756 | GGL-FM0004985 | GGL-FM0005004 | FRE 802 | | X |
| 757 | GGL-FM0005005 | GGL-FM0005012 | FRE 802 | | X |
| 758 | GGL-FM0005013 | GGL-FM0005027 | FRE 802 | | X |
| 759 | GGL-FM0005029 | GGL-FM0005045 | FRE 802 | | X |
| 760 | GGL-FM0005047 | GGL-FM0005063 | FRE 802 | | X |
| 761 | GGL-FM0018822 | GGL-FM0019114 | FRE 802 | | X |
| 762 | GGL-FM0019115 | GGL-FM0019201 | FRE 802 | | X |
| 763 | GGL-FM0019202 | GGL-FM0019492 | FRE 802 | | X |
| 764 | GGL-FM0019493 | GGL-FM0019875 | FRE 802 | | X |
| 765 | GGL-FM0019876 | GGL-FM0019953 | FRE 802 | | X |
| 766 | GGL-FM0019954 | GGL-FM0020031 | FRE 802 | | X |
| 767 | GGL-FM0020032 | GGL-FM0020487 | FRE 802 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 768 | G002-002841893 | G002-002842102 | FRE 802 | | X |
| 769 | GGL-FM0040296 | GGL-FM0040309 | FRE 802 | | X |
| 770 | G002-002745164 | G002-002745221 | FRE 802 | | X |
| 771 | G002-001102221 | G002-001102253 | FRE 802 | | X |
| 777 | G050667 | G050795 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 778 | G050831 | G050897 | | | X |
| 779 | G051050 | G051107 | | | X |
| 780 | | | | | X |
| 781 | | | | | X |
| 782 | | | | | X |
| 783 | | | | | X |
| 784 | | | | | X |
| 785 | | | | | X |
| 786 | | | | | X |
| 787 | | | | | X |
| 788 | | | | | X |
| 789 | | | MIL 17 | | X |
| 790 | | | | | X |
| 791 | | | | | X |
| 792 | | | MIL 17 | | X |
| 793 | | | MIL 17 | | X |
| 794 | | | MIL 17 | | X |
| 795 | | | MIL 17 | | X |
| 796 | | | MIL 17 | | X |
| 797 | | | MIL 17 | | X |
| 798 | | | MIL 17 | | X |
| 799 | | | MIL 17 | | X |
| 800 | | | | | X |
| 801 | | | | | X |
| 802 | | | MIL 17 | | X |
| 803 | | | | | X |
| 804 | | | MIL 17 | | X |
| 805 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 806 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 807 | G002-001538575 | G002-001538585 | FRE 802 | | X |
| 808 | G003-0015530 | G003-0015546 | FRE 802 | | X |
| 809 | G002-001084310 | G002-001084310.0016 | FRE 802 | | X |
| 810 | G002-000682373 | G002-000682452 | FRE 802 | | X |
| 811 | G002-000941269 | G002-000941373 | FRE 802 | | X |
| 812 | Ex. 3 MILLER Depo. | | FRE 802 | | X |

| 813 | | | FRE 802, 901; MIL 17; MIL 46 | | X |
| 814 | G014779 | G014801 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 815 | G014856 | G014881 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 816 | G014689 | G014778 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 817 | G014815 | G014818 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 818 | G014885 | G014887 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 819 | G014819 | G014821 | FRE 802, 901; MIL 17; MIL 46 | | X |
| 820 | | | FRE 802 | | X |
| 821 | | | FRE 802 | | X |
| 822 | | | FRE 802 | | X |
| 823 | | | FRE 802 | | X |
| 824 | | | FRE 802 | | X |
| 825 | | | FRE 802 | | X |
| 826 | | | FRE 802 | | X |
| 827 | | | FRE 802 | | X |
| 828 | | | FRE 802 | | X |
| 829 | | | FRE 802 | | X |
| 830 | | | FRE 802 | | X |
| 831 | | | FRE 802 | | X |
| 832 | | | FRE 802 | | X |
| 833 | | | FRE 802 | | X |
| 834 | | | FRE 802 | | X |
| 835 | | | FRE 802 | | X |
| 836 | | | FRE 802 | | X |
| 837 | | | FRE 802 | | X |
| 838 | | | FRE 802 | | X |
| 839 | GGL-FM004413 | GGL-FM0044167 | FRE 802 | | X |
| 840 | G003-0299106 | G003-0299605 | FRE 802 | | X |
| 841 | D000009 | D000695 | | | X |
| 842 | D000697 | D001118 | | | X |
| 843 | D001120 | D001993 | | | X |
| 844 | D001994 | D002386 | | | X |
| 845 | D022334 | D022851 | | | X |
| 846 | D023605 | D024050 | | | X |
| 847 | D024053 | D024773 | | | X |
| 848 | D031545 | D031735 | | | X |
| 849 | D031739 | D032297 | | | X |
| 850 | D032298 | D032830 | | | X |
| 851 | | | FRE 403, 802; MIL 36 | | X |
| 852 | D000218 | D000290 | MIL 17 | | X |
| 853 | CROSK 1299 | CROSK 1355 | MIL 17 | | X |
| 854 | G171095 | G171101 | | | X |
| 855 | G026170 | G026171 | FRE 403, 802, 901; MIL 17; MIL 36; MIL 46 | | X |
| 856 | G060169 | G060888 | FRE 403, 802, 901; MILS 6, 17, 33, 46 | | X |
| 857 | G062950 | G062967 | FRE 403, 802, 901; MIL 17,MIL 33, MIL 46 | | X |

| 858 | G062968 | G063231 | FRE 403, 802, 901; MIL 17,MIL 33, MIL 46 | | X |
|---|---|---|---|---|---|
| 859 | Depo Exhibit 616 | | FRE 802, 901; MIL 17,MIL 33, MIL 46 | | X |
| 860 | G002-000710691 | G002-000710698 | FRE 802, 901; MIL 17,MIL 33, MIL 46 | | X |
| 861 | G000524 | G000549 | MIL 17 | | X |
| 862 | G003589 Kdelfa0000077 | G003689 | FRE 802, 901; MIL 17,MIL 33, MIL 46 | | X |
| 863 | G034339 | G034434 | FRE 802, 901; MIL 17,MIL 33, MIL 46 | | X |
| 864 | G045824 | G045830 | FRE 802, 901; MIL 17,MIL 33, MIL 46 | | X |
| 865 | | | | | X |
| 866 | | | | | X |
| 867 | | | | | X |
| 868 | D017214 | D017220 | FRE 403; MIL 5; MIL 6 | | X |
| 869 | D038097 | D038104 | FRE 403; MIL 47 | | X |
| 870 | D040127 | D040134 | MIL 42; MIL 44 | | X |
| 871 | D019179 | D019254 | MIL 42; MIL 44 | | X |
| 872 | D016838 | D016842 | MIL 44 | | X |
| 873 | D060045 | D060051 | FRE 403; MIL 47 | | X |
| 874 | D066759 | D066766 | FRE 403, 408; MIL 27; MIL 28 | | X |
| 875 | D062093 | D062096 | FRE 403; MIL 47 | | X |
| 876 | D017161 | D017171 | FRE 403; MIL 5; MIL 6 | | X |
| 877 | D017116 | D017127 | FRE 403; MIL 5; MIL 6 | | X |
| 878 | D017115 | D017115 | FRE 403 | | X |

Respectfully submitted,


/s/ Max L. Tribble, Jr._____
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff


OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188

Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com


Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000

Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Max L. Tribble, Jr._____
Max L. Tribble, Jr.