# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S COUNTER DESIGNATIONS AND
## OBJECTIONS TO DEPOSITION TESTIMONY

Function Media, L.L.C.. ("Plaintiff") hereby makes the following disclosure of its deposition designations in accordance with the Court's Docket Control Order. Plaintiff expressly reserves the right to supplement, amend, or otherwise modify these designations based on circumstances as they may evolve prior to the commencement of trial.

| OBJECTIONS TO DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF HENRY CROSKELL Date of Deposition: May 28, 2009 |||
|---|---|---|
| **From (page:line)** | **To (page:line)** | **Objections** |
| 160:12 | 163:21 | FRE 402, 403 MIL 36 |

| COUNTER DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF ROY FIELDING Date of Deposition: August 27, 2009 |||||
|---|---|---|---|---|
| **From** || | **To** ||
| **Page** | **Line** | | **Page** | **Line** |
| 51 | 21 | | 51 | 22 |
| 51 | 24 | | 52 | 7 |

| OBJECTIONS TO DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CHRIS KEMPTON  Date of Deposition: September 2, 2009 | | |
|---|---|---|
| From (page:line) | To (page:line) | Objections |
| 4:19 | 4:20 | Not a Question |
|  |  |  |

| COUNTER DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CHRIS KEMPTON  Date of Deposition: September 2, 2009 | | | | |
|---|---|---|---|---|
| From | | | To | |
| Page | Line |  | Page | Line |
| 12 | 17 |  | 13 | 12 |
| 15 | 2 |  | 16 | 2 |
| 25 | 21 |  | 26 | 2 |
| 30 | 2 |  | 30 | 10 |
| 35 | 2 |  | 36 | 1 |
| 36 | 8 |  | 36 | 18 |
| 36 | 22 |  | 37 | 11 |
| 57 | 23 |  | 59 | 23 |
|  |  |  |  |  |

| COUNTER DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF SANDI LEE MATHERS  Date of Deposition: July 31, 2009 | | | | |
|---|---|---|---|---|
| From | | | To | |
| Page | Line |  | Page | Line |
| 12 | 23 |  | 12 | 23 |
| 26 | 11 |  | 26 | 13 |
| 69 | 7 |  | 69 | 12 |

| COUNTER DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF GOKUL RAJARAM  Date of Deposition: June 17, 2009 | | | | |
|---|---|---|---|---|
| From | | | To | |
| Page | Line |  | Page | Line |
| 40 | 22 |  | 41 | 1 |
| 82 | 6 |  | 82 | 13 |
| 139 | 11 |  | 140 | 4 |
| 144 | 1 |  | 144 | 6 |
| 144 | 8 |  | 145 | 3 |

| 145 | 5  | 145 | 10 |
|-----|----|-----|----|
| 145 | 12 | 145 | 24 |
| 164 | 24 | 165 | 9  |
| 165 | 11 | 165 | 15 |

| OBJECTIONS TO DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF KENNETH ROBERTS Date of Deposition: June 2, 2009 | | |
|---|---|---|
| **From (page:line)** | **To (page:line)** | **Objections** |
| 35:17 | 36:16 | FRE 402, 403; MIL 36 |
| 45:24 | 47:21 | FRE 402, 403; MIL 36 |
| 80:6 | 85:8 | FRE 402, 403; MIL 36 |
| | | |

| OBJECTIONS TO DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF ELI ROUSSO Date of Deposition: July 22, 2009 | | |
|---|---|---|
| **From (page:line)** | **To (page:line)** | **Objections** |
| 130:3 | 130:15 | Foundation; Speculation |
| 130:17 | 131:3 | Foundation; Speculation |
| 131:15 | 131:18 | Foundation; Speculation |
| 131:20 | 132:7 | Foundation; Speculation |
| 132:9 | 132:17 | Foundation; Speculation |
| 193:22 | 193:23 | Speculation |
| 194:2 | 195:14 | Speculation |

| COUNTER DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF ELI ROUSSO Date of Deposition: July 22, 2009 |||||
|---|---|---|---|---|
| **From** || | **To** ||
| **Page** | **Line** | | **Page** | **Line** |
| 51  | 1  | | 51  | 4  |
| 51  | 11 | | 51  | 14 |
| 51  | 16 | | 51  | 21 |
| 54  | 8  | | 54  | 12 |
| 54  | 14 | | 54  | 14 |
| 75  | 24 | | 75  | 25 |
| 84  | 1  | | 84  | 8  |
| 178 | 24 | | 179 | 2  |
| 179 | 7  | | 179 | 16 |
| 180 | 25 | | 181 | 3  |

| 189 | 2 | 189 | 3 |
|---|---|---|---|
| 189 | 5 | 189 | 6 |
|  |  |  |  |

| COUNTER DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF SHOAIB HASAN<br>Date of Deposition: September 21, 2009 ||||
|---|---|---|---|
| From || To ||
| Page | Line | Page | Line |
| 18 | 2 | 19 | 12 |
| 49 | 6 | 49 | 12 |
| 75 | 20 | 75 | 25 |
|  |  |  |  |

| OBJECTIONS TO DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF RUSS SELIGMAN<br>Date of Deposition: August 12, 2009 |||
|---|---|---|
| From (page:line) | To (page:line) | Objections |
| 95:4 | 95:11 | Speculation |
| 143:20 | 143:24 | Leading |
| 144:19 | 145:1 | Leading |
| 157:13 | 157:20 | Leading |
| 158:1 | 158:22 | Leading |
| 159:4 | 159:11 | Leading |
|  |  |  |

| COUNTER DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF SELIGMAN<br>Date of Deposition: August 12, 2009 ||||
|---|---|---|---|
| From || To ||
| Page | Line | Page | Line |
| 13 | 6 | 13 | 14 |
| 13 | 22 | 13 | 25 |
| 14 | 12 | 14 | 24 |
| 15 | 1 | 15 | 7 |
| 15 | 13 | 15 | 17 |
| 16 | 23 | 17 | 15 |
| 19 | 6 | 19 | 12 |
| 19 | 20 | 20 | 13 |
| 21 | 9 | 21 | 15 |
| 21 | 17 | 22 | 11 |
| 26 | 4 | 26 | 5 |
| 26 | 19 | 27 | 7 |
| 27 | 14 | 27 | 15 |

| | | | | |
|---|---|---|---|---|
| 27 | 17 | | 27 | 24 |
| 28 | 1 | | 28 | 6 |
| 28 | 12 | | 28 | 15 |
| 28 | 17 | | 28 | 18 |
| 30 | 16 | | 30 | 18 |
| 30 | 20 | | 31 | 2 |
| 36 | 12 | | 36 | 18 |
| 36 | 24 | | 37 | 25 |
| 38 | 4 | | 38 | 15 |
| 40 | 22 | | 40 | 24 |
| 41 | 1 | | 41 | 19 |
| 43 | 3 | | 43 | 10 |
| 43 | 18 | | 43 | 22 |
| 43 | 24 | | 44 | 4 |
| 44 | 16 | | 44 | 23 |
| 46 | 22 | | 47 | 1 |
| 51 | 18 | | 51 | 23 |
| 51 | 25 | | 52 | 2 |
| 60 | 21 | | 61 | 17 |
| 65 | 16 | | 65 | 16 |
| 65 | 18 | | 66 | 3 |
| 67 | 8 | | 67 | 12 |
| 67 | 15 | | 67 | 19 |
| 67 | 22 | | 67 | 23 |
| 67 | 25 | | 68 | 3 |
| 68 | 14 | | 68 | 15 |
| 68 | 18 | | 68 | 20 |
| 68 | 22 | | 68 | 25 |
| 76 | 25 | | 77 | 16 |
| 77 | 18 | | 77 | 22 |
| 80 | 10 | | 80 | 14 |
| 81 | 15 | | 81 | 21 |
| 81 | 23 | | 81 | 24 |
| 82 | 2 | | 82 | 13 |
| 82 | 15 | | 83 | 2 |
| 83 | 4 | | 83 | 17 |
| 83 | 19 | | 83 | 24 |
| 84 | 1 | | 84 | 2 |
| 84 | 21 | | 85 | 6 |
| 85 | 25 | | 86 | 5 |
| 86 | 8 | | 87 | 2 |
| 87 | 4 | | 87 | 7 |
| 88 | 21 | | 88 | 23 |
| 89 | 21 | | 89 | 25 |
| 90 | 25 | | 92 | 2 |
| 92 | 22 | | 92 | 25 |
| 93 | 3 | | 93 | 5 |

| | | | | |
|---|---|---|---|---|
| 93 | 7 | | 93 | 10 |
| 96 | 2 | | 96 | 6 |
| 101 | 20 | | 102 | 13 |
| 102 | 16 | | 102 | 25 |
| 104 | 8 | | 104 | 10 |
| 104 | 12 | | 104 | 21 |
| 113 | 22 | | 113 | 25 |
| 114 | 2 | | 114 | 6 |
| 117 | 5 | | 117 | 17 |
| 119 | 2 | | 119 | 3 |
| 119 | 6 | | 119 | 14 |
| 129 | 1 | | 130 | 15 |
| 163 | 5 | | 163 | 13 |
| 163 | 15 | | 164 | 1 |
| 164 | 3 | | 164 | 12 |
| 164 | 15 | | 164 | 19 |
| 164 | 22 | | 164 | 23 |
| 164 | 25 | | 165 | 22 |
| 165 | 25 | | 166 | 2 |
| | | | | |

Respectfully submitted,

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com

Jeremy Brandon
State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, TX  75702
Telephone:  (903) 531-3535
Fax:  (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone:  (903) 236-9800
Fax:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:  (903) 561-1600
Fax:  (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 16, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

                                      */s/ Max L. Tribble, Jr.*
                                      Max L. Tribble, Jr.