# Exhibit A

# Kaye W. Epps

**From:** Joseph S. Grinstein
**Sent:** Monday, August 10, 2009 2:46 PM
**To:** 'Fish Richardson Attorneys'; 'Harry L. Gillam, Jr.'; 'Melissa R. Smith'; 'Quinn Emanuel Attorneys'
**Cc:** 'wolff@fr.com'; 'gil@gillamsmithlaw.com'; Justin A. Nelson; Max L. Tribble; Stacy Schulze; Sandeep Seth; 'chenry@capshawlaw.com'; 'charley@pbatyler.com'; 'ederieux@capshawlaw.com'; Jeremy Brandon; 'Stan Karas'
**Subject:** Function Media v. Google -- Election of Claims

Counsel --

Function Media intends to litigate at the first trial of this matter the below-listed claims. In making this election, Function Media reserves all rights with respect to all other claims.

'045: 1, 5

'025: 1, 12, 20, 30, 32, 37, 52, 62, 63, 81, 90, 140, 179, 191, 231, 260, 319

'059: 1

Cordially,
Joe