# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEGOTIATED DATA SOLUTIONS, LLC, | § § § | |
| vs. | § | CASE NO. 2:06-CV-528 |
| DELL, INC. | § § § | |

## ORDER

The court grants-in-part and denies-in-part Dell's motion to limit the plaintiff's claims-in-suit (#99). The plaintiff is ordered to limit the number of claims-in-suit to 40 across all four patents-in-suit on or before the due date for its opening *Markman* brief. The court will entertain a reasonable request from the parties to extend the current *Markman* briefing deadlines provided that the parties maintain the current date for the *Markman* hearing in this case.

SIGNED this 30th day of July, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE