Exhibit E

**quinn emanuel** trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com

September 22, 2009

<u>VIA EMAIL</u>

Joseph S. Grinstein. Esq.
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

Joe:

As we discussed, in a good faith effort to narrow the issues for trial, Google has reviewed and reduced the number of asserted prior art references. These references are listed on the attachment to this letter. The attachment also sets forth the first bates number for some of the documents on which Google will rely.

Please note that Google also reserves its rights under L.P.R. 3-6, and it may rely on other references to rebut any assertions by FM on the prior art, such as the state of the online advertising art at the time of the alleged inventions.

Please let me know if you have any questions.

Regards,

Edward J. DeFranco
EJD:JRL

**quinn emanuel urquhart oliver & hedges, llp**
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

01980.51542/3115019.4

| Prior Art References On Which Google Intends to Rely | |
|---|---|
| Reference | Starting Bates Number/Exhibit Number |
| U.S. Patent No. 5,918,014 | G025074 |
| U.S. Patent No. 5,948,061 | G000550 |
| U.S. Patent No. 6,026,368 | G000597 |
| U.S. Patent No. 6,401,075 | G001011 |
| U.S. Patent No. 6,985,882 | G001178 |
| WO 97/21183 | G000170 |
| Robbin Zeff & Brad Aronson, Advertising on the Internet (John Wiley & Sons, 1997) | G018953 |
| Robbin Zeff & Brad Aronson, Advertising on the Internet, 2nd ed. (John Wiley & Sons, 1999) | G018509 |
| Langheinrich et al., Unobtrusive Customization Techniques for Web Advertising, 31 Computer Networks, pp. 1259–1272 (May 1999) | G016452 |
| AdForce | AdForce, Inc., User Guide: A Complete Guide to AdForce, Version 2.6 (1998) | G005430 |
| | Passing and Using Multiple Parameters in AdForce Tags | G005733 |
| | Guidelines for Creating and Submitting Creatives | G008119 |
| Aaddzz | Information Access Technologies, Inc., Aaddzz Brochure (1997) | G005296 |
| AdKnowledge | Campaign Manager: Reviewer's Guide (1996) | G014779 |
| | MarketMatch Planner: Reviewer's Guide (1996) | G014856 |
| NetGravity | NetGravity AdServer v. 3.5, User Assistance Guide (1998) | G017154 |
| DoubleClick | Doubleclick User Manual | G003512 |
| | DoubleClick DART Brochure | G014967 |
| | DoubleClick University | GGL-FM0040181 |
| | DART for Advertisers Quick Reference Cards | GGL-FM0040221 |
| | DART for Advertisers Trafficking Training | GGL-FM0040240 |
| AdStar | Ad-Star Orange County Register User's Manual (1996) | Deposition Exhibit 167 |
| | Ad-Star Web site | Deposition Exhibit 169 |
| AdManagerPro | Baseview Products, Inc., AdManagerPro Administrator's Manual, Version 2.0 (June 1998) | G068214 |
| | Baseview Products, Inc., AdManagerPro User Manual, v. 2.0 (June 1998) | G068441 |