# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## GOOGLE INC.'S NOTICE OF POTENTIAL SCHEDULING CONFLICT

With respect to future scheduling in the above matter, lead counsel for Defendant Google Inc., Charles Verhoeven, learned yesterday after the close of business that the Federal Circuit scheduled oral argument in Bid for Position v. Google for December 8, 2009 in Washington, D.C. Mr. Verhoeven is lead counsel for Google in that matter and is expected to argue the appeal on December 8. Consequently, Mr. Verhoeven is unavailable on December 7-8. While we have not yet received the formal notice from the Federal Circuit, the Federal Circuit's Calendar Announcement is attached hereto as Exhibit A.

In addition, certain conflicts of which the Court was previously advised have not changed. Mr. Verhoeven has an ICC arbitration hearing on December 15, 2009 in Zurich, Switzerland in Hoechst GmbH and Sanofi-Aventis v. Genentech Inc. Due to that hearing and the constraints of international travel, Mr. Verhoeven is unavailable on December 14-17, 2009. Google's in-house counsel with primary responsibility for this matter, Shana Stanton, has a mediation in Australia on December 9, 2009 and, therefore, will be unavailable from December 7-11, 2009.

Dated: October 22, 2009

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: */s/ Amy H. Candido*

Charles K. Verhoeven (admitted *pro hac*)
 *Lead Attorney*
 charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
 amycandido@quinnemanuel.com
Billie D. Salinas (admitted *pro hac*)
 billiesalinas@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
 carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Edward J. DeFranco (admitted *pro hac*)
 eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
 jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
 patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
 gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
 melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 22, 2009 to all counsel of record in this case.

>
> */s/ Amy H. Candido*
> Amy H. Candido
> QUINN EMANUEL URQUHART
> OLIVER & HEDGES, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111
> Telephone: (415) 875-6600
> Facsimile: (415) 875-6700