# United States Court of Appeals for the Federal Circuit

## Calendar Announcement

### (This calendar is subject to revision.)

November Calendar Announcement
(This calendar is subject to revision.)

rev. 10/13/2009

Panel A:  Monday, November 2, 2009, 10:00 A.M., Courtroom 201

| 2009-1022 | DCT | MEDIA TECHNOLOGIES V UPPER DECK | [argued] |
| 2009-7037 | CVA | DOUGLAS V DVA | [argued] |
| 2009-1374 | DCT | TIVO V ECHOSTAR | [argued] |
| 2009-5053 | CFC | TEKNOWLEDGE CORPORATION V US | [on the briefs] |
| 2009-5093 | CFC | THOMAS V US | [on the briefs] |

Panel B:  Monday, November 2, 2009, 10:00 A.M., Courtroom 402

| 2008-5190 | CFC | STOBIE CREEK INVESTMENTS V US | [argued] |
| 2009-1150 | CIT | GLEASON INDUSTRIAL V US | [argued] |
| 2009-7039 | CVA | GOLZ V DVA | [argued] |
| 2009-1217 | PTO | IN RE RACKMAN | [argued] |
| 2009-5057 | CFC | MOBERLY V HHS | [argued] |

Panel C:  Tuesday, November 3, 2009, 10:00 A.M., Courtroom 201

| 2008-1334 | DCT | SILICON GRAPHICS V ATI TECHNOLOGIE | [argued] |
| 2009-1163 | CIT | SHANGHAI ESWELL V US | [argued] |
| 2009-5064 | CFC | BANNUM INC V US | [argued] |
| 2009-7038 | CVA | PINTHER V DVA | [argued] |
| 2009-7059 | CVA | TALLEY V DVA | [on the briefs] |

Panel D:  Tuesday, November 3, 2009, 10:00 A.M., Courtroom 402

| 2009-7018 | CVA | CARPENTER V DVA | [argued] |
| 2009-1179 | CIT | OUTER CIRCLE PRODUCTS V US | [argued] |
| 2009-5044 | CFC | GAYLORD V US | [argued] |
| 2009-7096 | CVA | BELL V DVA | [on the briefs] |

Panel E:  Wednesday, November 4, 2009, 10:00 A.M., Courtroom 201

| 2009-1064 | PTO | UNIV S CAROLINA V UNIV SO CAL | [argued] |
| 2009-1234 | CIT | NUCOR CORPORATION V US | [argued] |
| 2009-7068 | CVA | HAWKINS V DVA | [argued] |
| 2006-3298 | MSPB | DE MAIO V OPM | [on the briefs] |

Panel F:  Wednesday, November 4, 2009, 10:00 A.M., Courtroom 402

| 2009-1058 | DCT | MEDTRONIC NAVIGATION V BRAINLAB | [argued] |
| 2009-3083 | MSPB | KELLER V MSPB | [argued] |
| 2009-1156 | PTO | GOEDDEL V SUGANO | [argued] |
| 2009-1267 | CIT | CHRYSLER CORPORATION V US | [argued] |
| 2009-3110 | MSPB | WILLIAMS V MSPB | [on the briefs] |

Panel G:  Thursday, November 5, 2009, 10:00 A.M., Courtroom 201

| 2009-1188 | PTO | IN RE DIAL-A-MATTRESS | [argued] |
| 2008-3352 | MSPB | DOW V GSA | [argued] |
| 2009-1087 | DCT | ENCYCLOPAEDIA V ALPINE ELECTRONICS | [argued] |
| 2009-1280 | CIT | SINCE HARDWARE V US | [argued] |
| 2009-3126 | MSPB | RAMOS V MSPB | [on the briefs] |

Panel H:  Thursday, November 5, 2009, 10:00 A.M., Courtroom 402

| 2009-1282 | CIT | GALLANT OCEAN V US | [argued] |
| 2009-3065 | MSPB | ZELENKA V OPM | [argued] |
| 2009-1212 | DCT | EASTMAN KODAK V AGFA-GEVAERT | [argued] |
| 2009-1229 | PTO | IN RE HYATT | [argued] |
| 2009-3165 | MSPB | FONG V MSPB | [on the briefs] |

**Panel I:**   Friday, November 6, 2009, 10:00 A.M., Courtroom 201

```
2008-3307  MSPB   SIPE V NAVY                        [argued]
2008-5175  CFC    ANCHOR SAVINGS BANK V US           [argued]
2009-1147  DCT    ASPEX EYEWEAR V CLARITI EYEWEAR    [argued]
2009-1239  PTO    CRASH DUMMY V MATTEL               [argued]
2009-3178  MSPB   ROSS V USPS                        [on the briefs]
```

**Panel J:**   Friday, November 6, 2009, 10:00 A.M., Courtroom 402

```
2008-5181  CFC    HONEYWELL INTERNATIONAL V US       [argued]
2009-7023  CVA    GILMOUR V DVA                      [argued]
2009-3099  MSPB   EKPERIGIN V HHS                    [argued]
2009-3185  MSPB   WEEKES V DHS                       [on the briefs]
```

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CALENDAR ANNOUNCEMENT
Sitting in Houston, Texas
Counsel check in 30 minutes prior to the opening of the session
rev. 10/16/2009

**Panel K:**   Tuesday, November 3, 2009, 10:00 A.M.,Univ. of Houston Law Ctr.

```
2008-1288  DCT    MBO LABS V BECTON                  [argued]
2009-1210  BCA    BEYLEY CONSTRUCTION V ARMY         [argued]
2009-1270  PTO    IN RE CHAPMAN                      [argued]
2009-3193  MSPB   KNIGHT V MSPB                      [on the briefs]
```

**Panel L:**   Tuesday, November 3, 2009, 10:00 A.M.,Univ. of Houston Law Ctr.

```
2009-3155  MSPB   ARMSTRONG V TREASURY               [argued]
2009-1281  DCT    ENZO BIOCHEM V APPLERA CORP        [argued]
2009-1343  PTO    IN RE WHITTAKER                    [argued]
2009-1313  PTO    AMERICAN RICE V DUNMORE PROPERTIES [on the briefs]
2009-3200  MSPB   GIBSON-MICHAELS V FDIC             [on the briefs]
```

**Panel M:**   Wednesday, November 4, 2009, 10:00 A.M., U.S. District Court

```
2009-1130  DCT    ORION IP V HYUNDAI MOTOR           [argued]
2009-7046  CVA    RODRIGUE V DVA                     [argued]
2009-5045  CFC    GRIFFIN V US                       [argued]
2009-3156  MSPB   DENSON V VA                        [argued]
2009-3202  MSPB   VASQUEZ V MSPB                     [on the briefs]
```

**Panel N:**   Wednesday, November 4, 2009, 10:00 A.M., U.S. District court

```
2009-1158  DCT    AUTOMATED MERCHANDISING V CRANE CO [argued]
2009-5052  CFC    CLOER V HHS                        [argued]
2009-1258  DCT    VANDERBILT UNIV V ICOS CORP        [argued]
2009-1262  ITC    SIRF TECHNOLOGY V ITC              [argued]
2009-3212  MSPB   VILLARUEL V OPM                    [on the briefs]
```

DECEMBER CALENDAR ANNOUNCEMENT

rev. 10/22/2009

**Panel O:**   Monday, December 7, 2009,   2:00 P.M., Courtroom 201

```
2008-1248  DCT    ARIAD PHARMACEUTICAL V ELI LILLY   [argued][en banc]
```

**Panel A:**   Tuesday, December 8, 2009, 10:00 A.M., Courtroom 201

```
2009-8004  DOJ    WOODWARD V JUSTICE                 [argued]
2009-3104  MSPB   RACHAL V MSPB                      [argued]
2009-1344  DCT    TALTECH LTD V ESQUEL ENTERPRISES   [argued]
2009-5090  CFC    WILKERSON V HHS                    [argued]
2009-5105  CFC    O'CONNOR V US                      [on the briefs]
2009-7124  CVA    HATHORNE V DVA                     [on the briefs]
```

**Panel B:**   Tuesday, December 8, 2009, 10:00 A.M., Courtroom 402

```
            2009-1107  DCT    ALLOC V PERGO                      [argued]
            2009-3111  MSPB   ROCHE V MSPB                       [argued]
            2009-1354  DCT    RICHARDSON V STANLEY WORKS         [argued]
            2009-5091  CFC    RESOURCE CONSERVATION GROUP V US   [argued]
            2009-1373  PTO    IN RE GLEIZER                      [on the briefs]
            2009-3232  MSPB   MOWERY V MSPB                      [on the briefs]

      Panel C:  Tuesday, December 8, 2009, 10:00 A.M., Courtroom 203

            2009-1259  DCT    MICROSTRATEGY V BUSINESS OBJECTS   [argued]
            2009-3138  MSPB   KENNEDY V AIR FORCE                [argued]
            2009-1271  BCA    OREGON WOODS V INTERIOR            [argued]
            2009-1391  DCT    PATENT RIGHTS V VIDEO GAMING       [argued]
            2009-3231  MSPB   MUMME V VA                         [on the briefs]
            2009-3233  MSPB   MUMME V VA                         [on the briefs]

      Panel D:  Tuesday, December 8, 2009,  2:00 P.M., Courtroom 201

            2009-1068  DCT    BID FOR POSITION V AOL             [argued]
            2009-1165  CIT    CELANESE CHEMICALS V US            [argued]
            2009-3143  MSPB   POLLOCK V USPS                     [argued]
            2009-1395  DCT    DAVIS V BROUSE MCDOWELL            [argued]
            2009-3234  MSPB   COUNCIL V MSPB                     [on the briefs]
            2009-7139  CVA    ROTH V DVA                         [on the briefs]

      Panel E:  Wednesday, December 9, 2009, 10:00 A.M., Courtroom 201

            2008-1501  DCT    POWER-ONE V ARTESYN TECHNOLOGIES   [argued]
            2008-1577  PTO    YORKEY V DIAB                      [argued]
            2008-1578  PTO    YORKEY V DIAB                      [argued]
            2009-3144  MSPB   BLACK V DHS                        [argued]
            2009-3235  MSPB   CABANAYAN V MSPB                   [on the briefs]
            2009-7142  CVA    SCOTT V DVA                        [on the briefs]

      Panel F:  Wednesday, December 9, 2009, 10:00 A.M., Courtroom 402

            2009-1132  DCT    GEO M MARTIN V ALLIANCE MACHINE    [argued]
            2009-1264  PTO    BOSS V CABILLY                     [argued]
            2009-3173  MSPB   GONZALEZ V DHS                     [argued]
            2009-1375  CIT    AD HOC SHRIMP TRADE V US           [argued]
            2009-3115  MSPB   DI PAOLO V USPS                    [on the briefs]
            2009-3245  MSPB   COKER V COMMERCE                   [on the briefs]

      Panel G:  Wednesday, December 9, 2009, 10:00 A.M., Courtroom 203

            2009-3101  MSPB   PUCILOWSKI V JUSTICE               [argued]
            2009-5047  CFC    BLAKEY V US                        [argued]
            2009-1287  PTO    IN RE ARVINMERITOR                 [argued]
            2009-1328  DCT    OLD RELIABLE V CORNELL             [argued]
            2009-3128  MSPB   FARRELL V MSPB                     [on the briefs]
            2009-3251  MSPB   PARKER V USPS                      [on the briefs]

      Panel H:  Thursday, December 10, 2009, 10:00 A.M., Courtroom 201

            2009-1291  PTO    IN RE MEDICIS PHARMACEUTICAL       [argued]
            2009-1183  DCT    ORACLE CORP V PARALLEL NETWORKS    [argued]
            2009-5074  CFC    ENERGY SECURITY V US               [argued]
            2009-3177  MSPB   CAIN V NAVY                        [argued]
            2009-3154  MSPB   DUBOISE V OPM                      [on the briefs]
            2009-3252  MSPB   TOMBOC V OPM                       [on the briefs]

      Panel I:  Thursday, December 10, 2009, 10:00 A.M., Courtroom 402

            2009-1081  ITC    AJINOMOTO V ITC                    [argued]
            2009-5024  CFC    M MAROPAKIS CARPENTRY V US         [argued]
            2009-1225  DCT    FUNAI ELECTRIC V DAEWOO ELECTRONIC [argued]
            2009-1377  PTO    IN RE ENCAPSULATION TECHNOLOGY     [argued]
            2009-3196  MSPB   KENNEY V MSPB                      [on the briefs]
            2009-3254  MSPB   DELGADO V OPM                      [on the briefs]

      Panel J:  Thursday, December 10, 2009, 10:00 A.M., Courtroom 203

            2009-1041  DCT    TECHNICAL FURNITURE V CBT SUPPLY   [argued]
            2009-7043  CVA    ORENA V DVA                        [argued]
            2009-5036  CFC    ATK THIOKOL INC V US               [argued]
            2009-1196  ITC    TILLOTSON CORPORATION V ITC        [argued]
```

```
      2009-3206  MSPB    FERNANDEZ V OPM              [on the briefs]
      2009-3258  MSPB    SEWARD V VA                  [on the briefs]
```

Panel K:  Thursday, December 10, 2009,  2:00 P.M., Courtroom 201

```
      2008-5114  CFC     AGREDANO V US                [argued]
      2009-1273  DCT     GED INTEGRATED V DUROTECH INTL [argued]
      2009-7072  CVA     DE RAMOS V DVA               [argued]
      2009-1386  ITC     VIZIO V ITC                  [argued]
      2009-3209  MSPB    GALL V AGRICULTURE           [on the briefs]
      2009-3260  MSPB    WENSINK V TREASURY           [on the briefs]
```

Panel L:  Friday, December 11, 2009, 10:00 A.M., Courtroom 201

```
      2009-3073  MSPB    DRISCOLL V USPS              [argued]
      2009-5054  CFC     NORTH STAR ALASKA HOUSING V US [argued]
      2009-1312  DCT     ASTRAZENECA AB V DR. REDDY'S LABS [argued]
      2009-5046  CFC     CRONIN V US                  [on the briefs]
      2009-3218  MSPB    CAMACHO V OPM                [on the briefs]
```

Panel M:  Friday, December 11, 2009, 10:00 A.M., Courtroom 402

```
      2008-5173  CFC     INFORMATION SYSTEMS V US     [argued]
      2009-3093  MSPB    MARSHALL-MOSBY V USPS        [argued]
      2009-5048  CFC     FAUVERGUE V US               [argued]
      2009-1307  DCT     ROLLS-ROYCE V UNITED TECHNOLOGIES [argued]
      2009-3222  MSPB    BARELA V NAVY                [on the briefs]
```

Panel N:  Friday, December 11, 2009, 10:00 A.M., Courtroom 203

```
      2009-1167  DCT     ENOVSYS V NEXTEL COMMUNICATIONS [argued]
      2009-5076  CFC     SAVANTAGE FINANCIAL V US     [argued]
      2009-3174  MSPB    DISHART V DHS                [argued]
      2009-5101  CFC     KALOS V US                   [on the briefs]
      2009-3226  MSPB    CHAPMAN V VA                 [on the briefs]
```

---

**Home** | **About the Court** | **Court opinions & orders** | **Rules & forms** | **Calendar** | **Dispositions** |
**Information, statistics & directions** | **Employment** | **Motions**