# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR JOINT PRETRIAL ORDER

Before the Court is Plaintiff Function Media, L.L.C. and Defendant Google, Inc.'s Joint Motion for Leave to Extend the Deadline for Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict to October 23, 2009. After considering the Motion, the relief requested therein, and the fact that it is submitted jointly by the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED.**