# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

In light of the Court's October 23, 2009 Notice of Hearing, Function Media and Google jointly move to extend certain pre-trial deadlines as follows:

1. Function Media and Google jointly move to extend the October 26, 2009 deadline for the parties' Responses to Motions in Limine, Responses to Dispositive Motions, Expert Witness designations and reports, and compliance with Local Patent Rule 3-7 to Tuesday, November 3, 2009.

2. Function Media and Google jointly move to extend the October 23, 2009 deadline to file their Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict to December 3, 2009, which is more than one month before the January 4, 2010 date for jury selection.

These extensions will not affect the pretrial conference, jury selection and trial dates set in the Court's October 23, 2009 Notice of Hearing.

Dockets.Justia.com

Dated: October 23, 2009

Respectfully submitted,
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By:  /s/ Amy H. Candido

Charles K. Verhoeven (admitted *pro hac*)
  *Lead Attorney*
  charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
  amycandido@quinnemanuel.com
Billie D. Salinas (admitted *pro hac*)
  billiesalinas@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
  carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Stan Karas (admitted *pro hac*)
  stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Edward J. DeFranco (admitted *pro hac*)
  eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
  patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

Counsel for Defendant and Counter-Claimant Google Inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Joseph S. Grinstein has been contacted regarding the relief requested in this motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.

Dated: October 23, 2009      /s/
                             Amy H. Candido


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 23, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                             /s/
                             Amy H. Candido