## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. § | | |
| § | | |
| Plaintiff, § | | Civil Action No. 2:07-CV-279 |
| § | | |
| vs. § | | |
| § | | |
| GOOGLE INC. AND YAHOO, INC. § | | |
| § | | |
| Defendants. § | | JURY TRIAL DEMANDED |

### ORDER REGARDING
### JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

Before the Court is the parties' Joint Motion to Extend Pretrial Deadlines. After considering the Motion, the relief requested therein, and the fact that it is submitted jointly by the parties, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1. The deadline for the parties to file Responses to Motions in Limine, Responses to Dispositive Motions, Expert Witness designations and reports, and compliance with Local Patent Rule 3-7 shall be November 3, 2009.

2. The deadline for the parties to file their Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict shall be December 3, 2009.

SIGNED this 26th day of October, 2009.

                                               _____
                                               CHARLES EVERINGHAM IV
                                               UNITED STATES MAGISTRATE JUDGE