IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., <br><br> v. <br><br> GOOGLE, INC. AND YAHOO!, INC. | Civil Case No. 2:07-CV-279 (CE) <br><br> JURY TRIAL DEMANDED |

**GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION APPLICABLE TO ITS BRIEF IN OPPOSITION TO PLAINTIFF'S <u>MOTIONS IN LIMINE</u>**

Defendant Google Inc. ("Google") respectfully requests permission to exceed the page limit applicable to its briefs in opposition to Plaintiff's Motions in Limine (Dkt. No. 188). The Court previously granted a similar Motion filed by Plaintiff (Dkt. No. 214), and Plaintiff does not oppose this relief.

With the Court's permission, Plaintiff combined forty-eight Motions in Limine into a single document exceeding the page limit imposed by Local Rule CV-7(a)(2) (Dkt. No. 188). In lieu of opposing individual Motions in Limine in separate filings, Google similarly wishes to file a single document, in excess of fifteen pages, containing all of its oppositions.

Therefore, Google respectfully requests that the Court grant leave to exceed the page limitation applicable to Google's oppositions to Plaintiff's Motions in Limine.

| | |
|---|---|
| Dated: November 3, 2009 | Respectfully submitted,<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By: ___*/s/ Amy H. Candido*___<br><br>Charles K. Verhoeven (admitted *pro hac*)<br>  *Lead Attorney*<br>  charlesverhoeven@quinnemanuel.com<br>Amy H. Candido (admitted *pro hac*)<br>  amycandido@quinnemanuel.com<br>Billie D. Salinas (admitted *pro hac*)<br>  billiesalinas@quinnemanuel.com<br>Carl G. Anderson (admitted *pro hac*)<br>  carlanderson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>Stan Karas (admitted *pro hac*)<br>  stankaras@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Edward J. DeFranco (admitted *pro hac*)<br>  eddefranco@quinnemanuel.com<br>James M. Glass (admitted *pro hac*)<br>  jimglass@quinnemanuel.com<br>Patrick Curran (admitted *pro hac*)<br>   patrickcurran@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:    (212) 849-7000<br>Facsimile:    (212) 849-7100<br><br>Harry L. Gillam, Jr., Bar No. 07921800<br>  gil@gillamsmithlaw.com<br>Melissa R. Smith, Bar No. 24001351<br>  melissa@gillamsmithlaw.com<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone:    (903) 934-8450<br>Facsimile:    (903) 934-9257 |

Counsel for Defendant and Counter-Claimant Google Inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Joseph S. Grinstein has been contacted regarding the relief requested in this motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.

Dated: October 23, 2009

/s/
Amy H. Candido

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 3, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/
Amy H. Candido