IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE INC. AND YAHOO!, INC. | § § | |
| Defendants. | § § | JURY TRIAL DEMANDED |

### [PROPOSED] ORDER DENYING GOOGLE'S MOTION IN LIMINE NO. 4

Before the Court is Google's Motion in Limine No. 4. After considering said Motion, and the opposition and replies thereto, the Court finds that the Motion should be and hereby is **DENIED AS MOOT.**