IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S RESPONSE TO GOOGLE'S MOTION IN *LIMINE* NO. SIX: MOTION TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING CREDIT FOR INVENTION OF THE ACCUSED PRODUCTS

Google's Motion *in Limine* No. Six is aimed at preventing Function Media from introducing evidence suggesting that either Susan Wojcicki or Sergey Brin have claimed credit for developing the Accused Products. According to Google, FM lacks evidence that Ms. Wojcicki or Mr. Brin in fact did develop the Accused Products, and, in any event, the issue is supposedly confusing to the jury and prejudicial to Google.

Google, however, never precisely explains how it could "prejudice" Google for FM to establish that Ms. Wojcicki and/or Mr. Brin developed the Accused Products. Indeed, it is difficult to fathom how evidence regarding the development of the products accused of infringement would not be relevant to a whole host of issues, ranging from infringement (what was Google's intent for how the Accused Products would operate?) to validity (did Google consider the Accused Products to be new, novel, and non-obvious?) to damages (how did Google prospectively value the Accused Products?).

The true reason Google does not want FM introducing evidence as to who developed the Accused Products is because Google has doggedly refused to produce Ms. Wojcicki or Mr. Brin

1

for deposition. So Google wants to exclude evidence relating to their role in developing the Accused Products, lest <u>Google's own trial tactic</u> of withholding its executives from discovery prejudice it in front of the jury. Were FM able to discuss who at Google developed the Accused Products, worries Google, then the jury might wonder why Google has not produced them as witnesses. But this gamesmanship is no basis for excluding relevant evidence regarding product development.

In the end, this Court substantially undercut the basis for this motion *in limine* in its discovery rulings on October 9, 2009, when it ordered Google to produce relevant documents from the files of multiple Google executives, including Ms. Wojcicki and Mr. Brin. The Court also held open, pending the document production, the issue of FM's deposing Mr. Wojcicki and Mr. Brin. Any discussion of what evidence should or should not be admitted regarding Google's executives, therefore, logically ought to wait until the completion of the discovery ordered by this Court.

For these reason, FM requests that this Court deny Google's Motion *in Limine* No. Six.

Respectfully submitted,

/s/ Joseph S. Grinstein
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188

980745v1/08426-010020

Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com


Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux

State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

/s/ Joseph S. Grinstein
Joseph S. Grinstein