# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C., <br><br> v. <br><br> GOOGLE, INC. AND YAHOO!, INC. | Civil Case No. 2:07-CV-279 (CE) <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION APPLICABLE TO ITS BRIEF IN <u>OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE</u>**

Before the Court is Google Inc.'s Unopposed Motion for Leave to Exceed Page Limitation Applicable to Its Brief in Opposition to Plaintiff's Motions in Limine. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court ORDERS that for good cause appearing the motion is hereby GRANTED.

SIGNED this 4th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE