**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE THE FINAL**
**PRETRIAL CONFERENCE AND PRETRIAL DEADLINES**

Before the Court is Google, Inc.'s Unopposed Motion to Reschedule the Final Pretrial

Conference and Pre-Trial Deadlines. After considering the Motion, the relief requested therein,

and the fact that it is unopposed, the Court finds that for good cause appearing the motion should

be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1.      The Final Pretrial Conference is rescheduled from December 16, 2009, at 9:30

a.m., to December 4, 2009, at 9:30 a.m.

2.      The deadline for the parties to file their Joint Pretrial Order, Joint Proposed Jury

Instructions and Form of the Verdict shall be November 20, 2009.