IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR REBUTTAL EXPERT WITNESS DESIGNATIONS AND REPORTS

Before the Court is Plaintiff Function Media, L.L.C. and Defendant Google, Inc.'s Joint Motion to Extend the Deadline for Rebuttal Expert Witness Designations and Reports to November 24, 2009. After considering the Motion, the relief requested therein, and the fact that it is submitted jointly by the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED**.