IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.**<br><br>Defendants. | Civil Case No. 2:07-CV-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

### GOOGLE'S UNOPPOSED MOTION TO EXTEND TIME FOR REPLY ON ITS MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING PRESENTATION OF CONFIDENTIAL MATERIAL AT TRIAL

Defendant Google, Inc. ("Google") respectfully moves the Court for a short extension to November 16, 2009 of the deadline for filing a reply on its Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial. (Dkt. No. 190.)

This motion is unopposed by Plaintiff Function Media. An extension will allow Google to simply the issues before the Court by taking into consideration recently served expert reports, and will not affect any other dates for jury selection or trial scheduled by the Court. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: November 5, 2009 | Respectfully submitted,<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By:     */s/ Carl G. Anderson*<br><br>Charles K. Verhoeven (admitted *pro hac*)<br>  *Lead Attorney*<br>  charlesverhoeven@quinnemanuel.com<br>Amy H. Candido (admitted *pro hac*)<br>  amycandido@quinnemanuel.com<br>Billie D. Salinas (admitted *pro hac*)<br>  billiesalinas@quinnemanuel.com<br>Carl G. Anderson (admitted *pro hac*)<br>  carlanderson@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>Edward J. DeFranco (admitted *pro hac*)<br>  eddefranco@quinnemanuel.com<br>James M. Glass (admitted *pro hac*)<br>  jimglass@quinnemanuel.com<br>Patrick Curran (admitted *pro hac*)<br>  patrickcurran@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:    (212) 849-7000<br>Facsimile:     (212) 849-7100<br><br>Harry L. Gillam, Jr., Bar No. 07921800<br>  gil@gillamsmithlaw.com<br>Melissa R. Smith, Bar No. 24001351<br>  melissa@gillamsmithlaw.com<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone:    (903) 934-8450<br>Facsimile:     (903) 934-9257<br><br>Counsel for Defendant and Counter-Claimant Google Inc. |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Joseph S. Grinstein, has been contacted regarding the relief requested in this Motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.


Dated: November 5, 2009     /s/
                                            Carl G. Anderson


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 5, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


                                            /s/
                                            Carl G. Anderson