IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| FUNCTION MEDIA, L.L.C. | § | |
|---|---|---|
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| vs. | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE THE FINAL PRETRIAL CONFERENCE AND PRETRIAL DEADLINES

Before the Court is Google, Inc.'s Unopposed Motion to Reschedule the Final Pretrial Conference and Pre-Trial Deadlines. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1. The Final Pretrial Conference is rescheduled from December 16, 2009, at 9:30 a.m., to December 4, 2009, at 9:30 a.m.

2. The deadline for the parties to file their Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict shall be November 20, 2009.

SIGNED this 6th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE