IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.**<br><br>Defendants. | Civil Case No. 2:07-CV-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING GOOGLE'S UNOPPOSED MOTION TO EXTEND TIME FOR REPLY ON ITS MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING PRESENTATION OF CONFIDENTIAL MATERIAL AT TRIAL

Before the Court is Defendant Google, Inc.'s Unopposed Motion to Extend Time for Reply on its Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial to November 16, 2009. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

SIGNED this 6th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE