# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.**<br><br>Defendants. | **Civil Case No. 2:07-CV-279 (CE)**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR REPLIES ON SUMMARY JUDGMENT MOTIONS AND MOTIONS IN LIMINE

Before the Court is the parties' Joint Motion to Extend Deadline For Replies On Summary Judgment Motions and Motions in Limine. After considering the Motion, the relief requested therein, and the fact that it is joint, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1. The deadline for Replies on Motions for Summary Judgment will be Friday, November 20, 2009.

2. The deadline for Replies on Motions in Limine will be Friday, November 20, 2009.

3. There will be no Surreplies on Motions in Limine.