# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

## GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN ITS REPLY IN SUPPORT OF ITS MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING PRESENTATION OF CONFIDENTIAL MATERIAL AT TRIAL

Defendant Google, Inc. ("Google") respectfully moves the Court for leave to file two additional pages, for a total of seven pages, in its Reply in support of its Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial. (Dkt. No. 190.)

This motion is unopposed by Plaintiff Function Media. Two additional pages will allow Google to present more specific examples of the relief it seeks. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: November 16, 2009 | Respectfully submitted,<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By: */s/ Carl G. Anderson*<br><br>Charles K. Verhoeven (admitted *pro hac*)<br>  *Lead Attorney*<br>  charlesverhoeven@quinnemanuel.com<br>Amy H. Candido (admitted *pro hac*)<br>  amycandido@quinnemanuel.com<br>Billie D. Salinas (admitted *pro hac*)<br>  billiesalinas@quinnemanuel.com<br>Carl G. Anderson (admitted *pro hac*)<br>  carlanderson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Edward J. DeFranco (admitted *pro hac*)<br>  eddefranco@quinnemanuel.com<br>James M. Glass (admitted *pro hac*)<br>  jimglass@quinnemanuel.com<br>Patrick Curran (admitted *pro hac*)<br>  patrickcurran@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Harry L. Gillam, Jr., Bar No. 07921800<br>  gil@gillamsmithlaw.com<br>Melissa R. Smith, Bar No. 24001351<br>  melissa@gillamsmithlaw.com<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br><br>Counsel for Defendant and Counter-Claimant Google Inc. |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Joseph S. Grinstein, has been contacted regarding the relief requested in this Motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.

Dated: November 16, 2009        /s/
                                Carl G. Anderson


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 16, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                /s/
                                Carl G. Anderson