IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN ITS REPLY IN SUPPORT OF ITS MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING PRESENTATION OF CONFIDENTIAL MATERIAL AT TRIAL**

Before the Court is Google Inc.'s Unopposed Motion for Leave to Exceed Page Limit in its Reply in support of its Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court ORDERS that for good cause appearing the motion is hereby GRANTED.