# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| **v.** | |
| **GOOGLE, INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN ITS REPLY IN SUPPORT OF ITS MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING PRESENTATION OF CONFIDENTIAL MATERIAL AT TRIAL

Before the Court is Google Inc.'s Unopposed Motion for Leave to Exceed Page Limit in

its Reply in support of its Motion to Seal Documents and Close the Courtroom During

Presentation of Confidential Material at Trial. After considering the Motion, the relief requested

therein, and the fact that it is unopposed, the Court ORDERS that for good cause appearing the

motion is hereby GRANTED.


SIGNED this 18th day of November, 2009.



_____

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE


01980.51542/3206518.1