# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

### JOINT MOTION TO EXTEND DEADLINES FOR REPLY BRIEFS IN SUPPORT OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE, GOOGLE'S INEQUITABLE CONDUCT SURREPLY AND FUNCTION MEDIA'S INEQUITABLE CONDUCT EXPERT REPORT

Pursuant to the Court's October 26, 2009 Order on Joint Motion to Extend Pre-Trial Deadlines, the deadline for Replies on Dispositive Motions and Motions in Limine falls on November 16, 2009. (See Dkt. No. 231, LR CV-6, LR CV-7, Fed. R. Civ. P. Rule 6(a).) The parties' previously filed a Joint Motion requesting to move that deadline to November 20. (See Dkt. No. 265.) The parties now jointly move for leave to extend this deadline for Replies on Dispositive Motions and Motions in Limine to November 23, 2009.

The parties also jointly move for leave to extend the deadline for Google's Surreply in Opposition to Function Media's Motion for Summary Judgment of No Inequitable Conduct to November 20 (from November 19), and the deadline on Function Media's Inequitable Conduct Expert Report to November 25 (from November 24).

The requested extension will not affect the due date of the rebuttal Expert Reports on issues other than Inequitable Conduct, the December 4, 2009 Pretrial Conference, the date for

jury selection, or the trial date set forth in the Court's October 23, 2009 Notice of Hearing. (See Dkt. No. 228.)

A proposed order is submitted herewith.

Dated: November 18, 2009 Respectfully submitted,

/s/ Joseph S. Grinstein
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiffs

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com

/s/ Amy H. Candido
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Amy H. Candido (Bar No. 237829)
amycandido@quinnemanuel.com
Carl G. Anderson (CA Bar No. 239927)
carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

Edward J. DeFranco (Bar No. ED-6524)
eddefranco@quinnemanuel.com
James M. Glass (Bar No. 2944353)
jimglass@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: (212) 849 7000
Facsimile: (212) 849 7100

Harry L. Gillam, Jr., Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant GOOGLE INC.

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703

Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com