# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE, INC. AND YAHOO!, INC.** <br><br> Defendants. | **Civil Case No. 2:07-CV-279 (CE)** <br><br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR REPLY BRIEFS IN SUPPORT OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE, GOOGLE'S INEQUITABLE CONDUCT SURREPLY AND FUNCTION MEDIA'S INEQUITABLE CONDUCT EXPERT REPORT

Before the Court is the parties' Joint Motion to Extend Deadlines For Reply Briefs In Support of Dispositive Motions and Motions In Limine, Google's Inequitable Conduct Surreply and Function Media's Inequitable Conduct Expert Report. After considering the Motion, the relief requested therein, and the fact that it is joint, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1. The deadline for Google's Surreply in Opposition to Function Media's Motion for Summary Judgment of No Inequitable Conduct will be November 20, 2009.

2. The deadline for Replies on Dispositive Motions and Motions in Limine will be November 23, 2009.

3. The deadline for Function Media's Inequitable Conduct Expert Report will be November 25, 2009.