# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## AGREED MOTION TO EXPEDITE
## SUPPLEMENTAL MOTION TO COMPEL DEPOSITIONS

Function Media respectfully requests that this Court hear this Supplemental Motion to Compel Depositions at the previously-scheduled Pretrial Conference on December 4, 2009. The issues already have been briefed in the Motion for Protective Order (Docket Numbers 120, 134, 142, and 147), and this Court already has the issue under advisement. *See* Docket Number 219. Thus, the issue here is quite discrete, and indeed Function Media has limited its Supplemental Motion to 5 pages.

Function Media and Google jointly have agreed to a schedule whereby Google will file a response two weeks from today -- by Wednesday, December 2; that both parties waive reply and surreply briefing; and that the parties request the Court to hear this issue at the Pretrial Conference on December 4, 2009.

Function Media thus requests entry of the following agreed schedule:

        Opening Brief:        November 18, 2009

  Responsive Brief: December 2, 2009

  Hearing: December 4, 2009

The parties will not file any reply or surreply briefing.

    Respectfully submitted,

    /s/ Justin A. Nelson
    Max L. Tribble, Jr.
    State Bar No. 20213950
    Email: mtribble@susmangodfrey.com
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, Texas, 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Lead Attorney for Plaintiffs

OF COUNSEL:
Justin A. Nelson, State Bar No. 24034766
**SUSMAN GODFREY L.L.P.**
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnselson@susmangodfrey.com

Joseph S. Grinstein, State Bar No. 24002188
Aimée Robert, State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: jgrinstein@susmangodfrey.com
Email: arobert@susmangodfrey.com

Jeremy Brandon, State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
Email:jbrandon@susmangodfrey.com

## CERTIFICATE OF CONFERENCE

Counsel for plaintiffs have conferred with counsel for defendants about this Motion. Defendants are agreed to the schedule as proposed above and do not oppose this Motion to Expedite.

/s/ Justin A. Nelson
Justin A. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents have been served on all counsel of record via ECF/PACER this 18th day of November, 2009.

/s/ Justin A. Nelson
Justin A. Nelson