# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## **[PROPOSED] ORDER ON MOTION TO EXPEDITE**

The Court orders the following schedule for briefing and hearing on the Supplemental Motion to Compel:

        Opening Brief:       November 18, 2009

        Responsive Brief:     December 2, 2009

        Hearing:             December 4, 2009

The parties will not file any reply or surreply briefing.