IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiffs, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER ON MOTION TO EXPEDITE

The Court orders the following schedule for briefing and hearing on the Supplemental Motion to Compel:

      Opening Brief:     November 18, 2009

      Responsive Brief:   December 2, 2009

      Hearing:           December 4, 2009

The parties will not file any reply or surreply briefing.

SIGNED this 19th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE