# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | |
| v. | Civil Case No. 2:07-cv-279 (CE) |
| **GOOGLE INC. AND YAHOO!, INC.** | (JURY TRIAL DEMANDED) |

## UNOPPOSED MOTION BY FOR LEAVE OF COURT
## TO WITHDRAW APPEARANCE OF COUNSEL

Fish & Richardson P.C. requests leave of Court to withdraw its appearance as counsel for Defendant Google Inc. in this action, and states:

1. Jason W. Wolff, Juanita R. Brooks, Thomas B. Walsh, IV, and Fish & Richardson P.C. hereby move the Court to withdraw as counsel of record for Google Inc. in the above-captioned matter.

2. Google Inc. is still represented by able counsel of record Quinn Emanuel Urquhart Oliver & Hedges, LLP, and therefore will not be prejudiced by the withdrawal. Neither Google Inc. nor its remaining counsel oppose this Motion.

3. Plaintiff Function Media, L.L.C. does not oppose this Motion.

Dated: November 23, 2009                    Respectfully submitted,

FISH & RICHARDSON P.C.


By:    /s/ Jason W. Wolff_____
    Juanita R. Brooks
    (CA SBN 75934)
    E-mail: brooks@fr.com
    Jason W. Wolff
    (CA SBN 215819)
    E-mail: wolff@fr.com
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    E-mail: walsh@fr.com
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

    Counsel for Defendant and Counter-Claimant
    GOOGLE INC.

    .

## CERTIFICATE OF CONFERENCE

   I hereby certify that I communicated with counsel for Function Media, L.L.C. (Jeremy Brandon) concerning this Motion on November 23, 2009 and opposing counsel indicated they would not oppose the requested withdrawal. Thus, this Motion is unopposed.

                /s/ Jason W. Wolff
                Jason W. Wolff

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 23, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                /s/ Jason W. Wolff
                Jason W. Wolff

10955369.doc