# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>v.<br><br>**GOOGLE INC. AND YAHOO!, INC.** | Civil Case No. 2:07-cv-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of Fish & Richardson P.C.'s Unopposed Motion For Leave of Court to Withdraw Appearance as Counsel for Google Inc. in the above matter, it is hereby:

**ORDERED** that said Motion be, and hereby is **GRANTED**.