IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.**<br><br>Defendants. | Civil Case No. 2:07-CV-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO EXTEND DEADLINES FOR REPLY BRIEFS IN SUPPORT OF MOTIONS IN LIMINE, CERTAIN DISPOSITIVE MOTION REPLY BRIEFS AND REBUTTAL EXPERT REPORTS

Pursuant to the Court's October 26, 2009 Order on Joint Motion to Extend Pre-Trial Deadlines, the deadline for Replies on Dispositive Motions and Motions in Limine falls on November 16, 2009. (See Dkt. No. 231, LR CV-6, LR CV-7, Fed. R. Civ. P. Rule 6(a).) The Court granted the parties' previously-filed Joint Motion moving that deadline to November 20. (See Dkt. No. 273.) The parties now jointly move for leave to extend the deadline for Replies on Motions in Limine, for Google's Reply Brief in Support of its Motion for Summary Judgment of Non-Infringement, and for Function Media's Reply Brief in Support of its Motion for Summary Judgment of Validity to 5 p.m. CST, November 25, 2009.

The parties also jointly move for leave to extend the deadline for Rebuttal Expert Reports to 5 p.m. CST, November 25 (from November 24).

The requested extension will not affect the date of the December 4, 2009 Pretrial Conference, the date for jury selection, or the trial date set forth in the Court's October 23, 2009 Notice of Hearing. (See Dkt. No. 228.)

1

A proposed order is submitted herewith.

Dated: November 23, 2009 Respectfully submitted,

| | |
|---|---|
| /s/ Joseph S. Grinstein | /s/ Amy H. Candido |
| Max L. Tribble, Jr. | Charles K. Verhoeven (Bar No. 170151) |
| State Bar No. 20213950 | charlesverhoeven@quinnemanuel.com |
| Email: mtribble@susmangodfrey.com | Amy H. Candido (Bar No. 237829) |
| SUSMAN GODFREY LLP | amycandido@quinnemanuel.com |
| 1000 Louisiana, Suite 5100 | Carl G. Anderson (CA Bar No. 239927) |
| Houston, Texas, 77002 | carlanderson@quinnemanuel.com |
| Telephone: (713) 651-9366 | QUINN EMANUEL URQUHART |
| Facsimile: (713) 654-6666 | OLIVER & HEDGES, LLP |
| | 50 California Street, 22nd Floor |
| Lead Attorney for Plaintiffs | San Francisco, California 94111 |
| | Telephone: (415) 875 6600 |
| OF COUNSEL: | Facsimile: (415) 875 6700 |
| Joseph S. Grinstein | |
| State Bar No. 24002188 | Edward J. DeFranco (Bar No. ED-6524) |
| Aimée Robert | eddefranco@quinnemanuel.com |
| State Bar No. 24046729 | James M. Glass (Bar No. 2944353) |
| SUSMAN GODFREY L.L.P. | jimglass@quinnemanuel.com |
| 1000 Louisiana Street, Suite 5100 | QUINN EMANUEL URQUHART |
| Houston, Texas 77002-5096 | OLIVER & HEDGES, LLP |
| Telephone: (713) 651-9366 | 51 Madison Avenue, 22nd Floor |
| Fax: (713) 654-6666 | New York, NY 10010-1601 |
| jgrinstein@susmangodfrey.com | Telephone: (212) 849 7000 |
| arobert@susmangodfrey.com | Facsimile: (212) 849 7100 |
| | |
| | Harry L. Gillam, Jr., Bar No. 07921800 |
| Jeremy Brandon | E-mail: gil@gillamsmithlaw.com |
| State Bar No. 24040563 | Melissa R. Smith, Bar No. 24001351 |
| SUSMAN GODFREY L.L.P. | E-mail: melissa@gillamsmithlaw.com |
| Suite 5100 | GILLAM & SMITH, L.L.P. |
| 901 Main Street | 303 South Washington Avenue |
| Dallas, Texas 75202-3775 | Marshall, TX 75670 |
| Telephone: (214) 754-1900 | Telephone: (903) 934-8450 |
| Fax: (214) 754-1933 | Facsimile: (903) 934-9257 |
| jbrandon@susmangodfrey.com | |
| | Counsel for Defendant and Counter-Claimant GOOGLE INC. |
| Justin A. Nelson | |
| State Bar No. 24034766 | |

SUSMAN GODFREY L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com