IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR REPLY BRIEFS IN SUPPORT OF MOTIONS IN LIMINE, CERTAIN DISPOSITIVE MOTION REPLY BRIEFS AND REBUTTAL EXPERT REPORTS

Before the Court is the parties' Joint Motion to Extend Deadlines For Reply Briefs In Support of Motions In Limine, Certain Dispositive Motion Reply Briefs, and Rebuttal Expert Reports. After considering the Motion, the relief requested therein, and the fact that it is joint, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1. The deadline for Replies on Motions in Limine will be 5 p.m. CST, November 25, 2009.

2. The deadline for Google's Reply Brief in Support of its Motion for Summary Judgment of Non-Infringement will be 5 p.m. CST, November 25, 2009.

3. The deadline for Function Media's Reply Brief in Support of its Motion for Summary Judgment of Validity will be 5 p.m. CST, November 25, 2009.

Dockets.Justia.com

4. The deadline for Rebuttal Expert Reports will be 5 p.m. CST, November 25, 2009.

SIGNED this 24th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE