IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-cv-279 (CE) |
| v. | |
| **GOOGLE INC. AND YAHOO!, INC.** | **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of Fish & Richardson P.C.'s Unopposed Motion For Leave of Court to Withdraw Appearance as Counsel for Google Inc. in the above matter, it is hereby:

**ORDERED** that said Motion be, and hereby is **GRANTED**.

SIGNED this 24th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE