IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE INC. AND YAHOO!, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Before the Court is Plaintiff Function Media's Unopposed Motion for Leave to Exceed Page Limitation. After reviewing the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.