# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.** | **Civil Case No. 2:07-CV-279 (CE)**<br><br>**JURY TRIAL DEMANDED** |

### GOOGLE'S REPLY TO ITS MOTION *IN LIMINE* NO. NINE: MOTION TO PRECLUDE ARGUMENT THAT GOOGLE HINDERED FUNCTION MEDIA OR ITS EXPERT FROM TESTING OR ANALYZING THE ACCUSED PRODUCTS

Google agrees that it would be improper for either party to use the agreement regarding testing or analyzing the accused products against the other party.  It would be difficult, however, to discern whether one party's criticism of the other expert's testing should fairly open the door to argument that the agreement was the cause of the deficiency.  For example, there may have been tests that could have been performed under the agreement but were not or were not performed rigorously.  Rather than potentially setting up disputes regarding which kinds of tests were or were not possible under the parties' agreement, Google proposes that criticism by either party of the other expert's failure to perform certain tests should be off limits.  This would obviate the need for any argument that the parties' agreement to limit testing may or may not have been the cause.

Accordingly, the Court should grant Google's Motion *in Limine* No. 9 and further preclude either party from offering criticism of the other party's testing of the accused products.


Dated:  November 25, 2009

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By:  */s/ Amy H. Candido*

    Charles K. Verhoeven (admitted *pro hac*)
     *Lead Attorney*
     charlesverhoeven@quinnemanuel.com
    Amy H. Candido (admitted *pro hac*)
     amycandido@quinnemanuel.com
    Carl G. Anderson (admitted *pro hac*)
     carlanderson@quinnemanuel.com
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone:     (415) 875-6600
    Facsimile:      (415) 875-6700

    Edward J. DeFranco (admitted *pro hac*)

eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
   patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:     (903) 934-8450
Facsimile:      (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 25, 2009 to counsel of record via ECF/PACER.

                                        */s/ Amy H. Candido*
                                        Amy H. Candido

.