IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § § | JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING FUNCTION MEDIA'S UNOPPOSED
MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN ITS SURREPLY TO GOOGLE
INC.'S MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING
<u>PRESENTATION OF CONFIDENTIAL INFORMATION AT TRIAL</u>**

Before the Court is Plaintiff Function Media, L.L.C.'s Unopposed Motion for Leave to Exceed Page Limit in Its Surreply to Google Inc.'s Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Information at Trial. After considering the motion, the relief sought therein, and the fact that it is unopposed, the Court ORDERS that for good cause appearing the Motion is hereby GRANTED.

SIGNED this 1st day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE