# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNCTION MEDIA, L.L.C.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| **GOOGLE, INC. AND YAHOO, INC.,** | § | |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED
### MOTION FOR EXTENSION OF TIME TO FILE SURREPLY TO GOOGLE INC.'S
### MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING
### PRESENTATION OF CONFIDENTIAL INFORMATION AT TRIAL

Before the Court is Plaintiff Function Media, L.L.C.'s Unopposed Motion for Extension of Time to File Surreply to Google Inc.'s Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Information at Trial. After considering the motion, the relief sought therein, and the fact that it is unopposed, the Court ORDERS that for good cause appearing the Motion is hereby GRANTED. Function Media shall files its Surreply to the aforementioned Motion no later than Tuesday, December 1, 2009.

SIGNED this 1st day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE