AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FUNCTION MEDIA, LLC

V.

GOOGLE, INC., ET AL

**NOTICE**

CASE NUMBER: 2:07-CV-279 (CE)

TYPE OF CASE:

X  **CIVIL**          **CRIMINAL**

XX **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court | Judge Everingham's Courtroom |
| 100 E. Houston St. | DATE AND TIME |
| Marshall, TX 75670 | January 5, 2010, 9:00 a.m. |

TYPE OF PROCEEDING

**HEARING ON PRE-ADMISSION OF EXHIBITS AND DEPO DESIGNATIONS**

TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

December 4, 2009                              Debbie Latham
DATE                                                    (BY) DEPUTY CLERK

TO:     ALL COUNSEL OF RECORD

# ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM

# ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

---

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____
                                                             Date

Print Name of Atty._____

Counsel for _____
                (Name of Party)

Type of Proceeding: _____
                       (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____