# ATTORNEY SIGN-IN SHEET

No. 2:07-cv-279 (CE)　　　　　　　　　　Judge Everingham

Style: Function Media v. Google, Inc.

Date: December 4, 2009　　　　　　　　　Time: 9:30 a.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Max Tribble | Function Media |
| Joseph Grinstein | " |
| Justin Nelson | " |
| Charles Ainsworth | " |
| Otis Carroll | " |
| Gil Gillam | Google |
| Charles Verhoeven | Google |
| Amy Candido | " |
| Ed Difranco | " |