# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S EXPEDITED SUPPLEMENTAL
## MOTION TO COMPEL DEPOSITION OF GOOGLE EXECUTIVES

The Court hereby GRANTS in part Plaintiff Function Media's Expedited Supplemental Motion to Compel Deposition of Google Executives (Dkt. No. 271). The Court hereby orders Sergey Brin and Susan Wojcicki to appear for deposition. Depositions will be limited to two hours for Mr. Brin and three hours for Ms. Wojcicki.

SIGNED this 4th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE