# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION TO COMPEL PREVIOUSLY-TAKEN DEPOSITION TESTIMONY

Pursuant to Federal Rule of Civil Procedure Rule 6(a), Google's Opposition to Function Media's Motion to Compel Previously-Taken Deposition Testimony of Google Executives (Dkt. No. 275.) is due on December 4, 2009. Google respectfully moves to extend the deadline to Monday, December 7, 2009.

Plaintiff Function Media LLC does not oppose this Motion. The requested extension will not affect the date for jury selection or the trial date set forth in the Court's October 23, 2009 Notice of Hearing. (Dkt. No. 228.)

A proposed order is submitted herewith.

Dated: December 4, 2009					Respectfully submitted,


					By:	__/s/ *Amy H. Candido*_____

						Charles K. Verhoeven (admitted *pro hac*)
						 *Lead Attorney*
						 charlesverhoeven@quinnemanuel.com
						Amy H. Candido (admitted *pro hac*)
						 amycandido@quinnemanuel.com
						Carl G. Anderson (admitted *pro hac*)
						 carlanderson@quinnemanuel.com
						QUINN EMANUEL URQUHART
						OLIVER & HEDGES, LLP
						50 California Street, 22nd Floor
						San Francisco, California 94111
						Telephone: (415) 875-6600
						Facsimile: (415) 875-6700


						Edward J. DeFranco (admitted *pro hac*)
						 eddefranco@quinnemanuel.com
						James M. Glass (admitted *pro hac*)
						 jimglass@quinnemanuel.com
						Patrick Curran (admitted *pro hac*)
						 patrickcurran@quinnemanuel.com
						QUINN EMANUEL URQUHART
						OLIVER & HEDGES, LLP
						51 Madison Avenue, 22nd Floor
						New York, New York 10010
						Telephone: (212) 849-7000
						Facsimile: (212) 849-7100

						Harry L. Gillam, Jr., Bar No. 07921800
						 gil@gillamsmithlaw.com
						Melissa R. Smith, Bar No. 24001351
						 melissa@gillamsmithlaw.com
						GILLAM & SMITH, L.L.P.
						303 South Washington Avenue
						Marshall, TX 75670
						Telephone: (903) 934-8450
						Facsimile: (903) 934-9257

						Counsel for Defendant and Counter-Claimant
						GOOGLE INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Joseph S. Grinstein, has been contacted regarding the relief requested in this Motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.

>*/s/ Amy H. Candido*
>Amy H. Candido

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 4, 2009 to counsel of record via electronic mail.

>*/s/ Amy H. Candido*
>Amy H. Candido