# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION TO COMPEL PREVIOUSLY-TAKEN DEPOSITION TESTIMONY

Before the Court is Google's Unopposed Motion to Extend Deadline For Google's Opposition To Function Media's Motion to Compel Previously-Taken Deposition Testimony. After considering the Motion, the relief requested therein, and the fact that it is unopposed, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1.   The deadline for Google's Opposition to Function Media's Motion to Compel Previously-Taken Deposition Testimony will be December 7, 2009.