IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| v. | |
| **GOOGLE, INC. AND YAHOO!, INC.** | JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT GOOGLE, INC'S MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS

Before the Court is the defendant Google, Inc's Motion to Limit the Number of Asserted Claims (Dkt. No. 192). The defendant's motion is GRANTED in part and DENIED in part. The plaintiff Function Media, L.L.C. shall limit the number of asserted claims for trial to a total of nine across both patents. The plaintiff shall notify the defendant by Friday, December 11, 2009 at 12:00pm which patent claims it will assert at trial.

SIGNED this 7th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE