# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | **Civil Case No. 2:07-CV-279 (CE)** |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |

## ORDER GRANTING GOOGLE'S EXPEDITED MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF GOOGLE'S *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY AND OPINIONS OF MR. WALTER BRATIC

Before the Court is Google's Expedited Motion to Expedite Briefing and Consideration of Google's *Daubert* Motion to Exclude Certain Testimony and Opinions of Mr. Walter Bratic. After considering the Expedited Motion, the relief requested therein, and evidence and arguments of the parties, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that:

1. The deadline for Google's *Daubert* Motion to Exclude Certain Testimony and Opinions of Mr. Walter Bratic will be December 16, 2009.

2. The deadline for any Response by Function Media will be December 23, 2009.

3. The deadline for any Reply by Google will be December 30, 2009.

4. The parties are notified that Court may hear argument on Google's motion at the previously scheduled hearing on January 5, 2010.