# Exhibit B

**Subject:** FW: Exh B

---

**From:** Edward DeFranco [mailto:eddefranco@quinnemanuel.com]
**Sent:** Friday, October 23, 2009 12:06 PM
**To:** Joseph S. Grinstein
**Cc:** Amy Candido; Max L. Tribble
**Subject:** RE: Expert Reports

Joe – We discussed pushing it back a week, but let's add a day to avoid ruining the weekend – so everything will be due on Tuesday the 3rd. Does that work for you?

---

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Friday, October 23, 2009 12:59 PM
**To:** Edward DeFranco
**Cc:** Amy Candido; Max L. Tribble
**Subject:** RE: Expert Reports

Ed --

Where do you stand on due dates for the Monday filings?

Thanks,
Joe

---

**From:** Edward DeFranco [mailto:eddefranco@quinnemanuel.com]
**Sent:** Thursday, October 22, 2009 9:35 PM
**To:** Joseph S. Grinstein
**Cc:** Amy Candido
**Subject:** Expert Reports

Joe – I need to speak with you in the morning – our liability expert (Lanning) has the flu and we'd like to discuss pushing expert reports back a couple of days. Of course, this is subject to what we hear from Judge Everingham regarding the trial date. Regards, Ed

Edward J. DeFranco | Co-Chair, Intellectual Property Litigation | **quinn emanuel urquhart oliver & hedges, llp** | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | Office: +1.212.849.7106 | Fax: +1.212.849.7100 | Email: eddefranco@quinnemanuel.com
www.quinnemanuel.com

This message may be privileged and confidential. If you are not the intended recipient, any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

12/14/2009