UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279-CE |
| | § | |
| GOOGLE, INC. and | § | |
| YAHOO!, INC. | § | |

## **ORDER**

    Before the court is the defendant Google, Inc.'s ("Google") expedited motion to expedite briefing and consideration of Google's *Daubert* motion (Dkt. No. 321). Google's motion is DENIED. The plaintiff Function Media, L.L.C.'s response is due fourteen days after Google files its opening brief. If Google notifies the court that it will forego a reply brief, the hearing on Google's *Daubert* motion will be scheduled on January 5, 2010 or soon thereafter.

    SIGNED this 16th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE