# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER ON MOTION TO COMPEL PREVIOUSLY-TAKEN DEPOSITION TESTIMONY OF GOOGLE EXECUTIVES

The Court grants Plaintiff's Motion to Compel Previously-Taken Deposition Testimony of Google Executives (Dkt. No. 275) and hereby orders Google to produce: (1) the deposition transcript plus any accompanying deposition exhibits of Eric Schmidt in the *Viacom* case; and (2) any other depositions in the *Viacom* case or otherwise that relate to the reasons why Google acquired a company in the advertising space.

SIGNED this 22nd day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE