# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## MOTION TO CONSOLIDATE ARGUMENT ON GOOGLE, INC.'S AND FUNCTION MEDIA'S MOTIONS TO EXCLUDE EXPERT OPINIONS

On December 17, Google filed a motion to exclude certain opinions of FM's damages expert, Walt Bratic. Likewise, FM has filed, concurrently with the submission of this motion, a separate motion to exclude certain opinions of Google's experts, Mr. Wagner and Mr. Lanning.[1]

The issues in the motions are, to some extent, complimentary. For example, Google argues in its motion for the exclusion of Mr. Bratic's opinions regarding acquisitions. In so doing, Google at least implicitly relies upon the acquisitions opinions of Mr. Wagner – which FM's motion seeks to exclude.

This Court had indicated that it will hear argument on Google's motion to exclude on "January 5 or soon thereafter," if Google indicates it will forego a reply brief on its motion to exclude. Google has not yet done so, to FM's knowledge. In any event, if Google foregoes its reply brief, then FM will forego its own reply brief, and the motions should be heard jointly, at some point after Google responds in opposition to FM's motion to exclude.

---

[1] Mr. Wagner's deposition was taken on December 22, 2009, and FM filed its motion to exclude the next day – relying, in part, on that deposition.

1

998651v1/08426-010020

Respectfully submitted,

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com


Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000

Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

3
998651v1/08426-010020

## CERTIFICATE OF CONFERENCE

Counsel for plaintiff has conferred with counsel for defendant on December 23, 2009 and counsel for defendant is opposed as to the disposition of the matters raised in this motion.

/s/ Joseph S. Grinstein
Joseph S. Grinstein

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Joseph S. Grinstein
Joseph S. Grinstein

998651v1/08426-010020