IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING FUNCTION MEDIA'S MOTION TO CONSOLIDATE ARGUMENT

Before the Court is Plaintiff Function Media, L.L.C.'s Motion to Consolidate Argument on Google, Inc.'s and Function Media's Motions to Exclude Expert Opinions. After considering the motion, and the relief sought therein, the Court ORDERS that the Motion is hereby GRANTED.

The hearing on both Google and Function Media's currently pending motions to exclude expert opinions shall occur on _____.