# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF MOTION TO PRECLUDE ADMISSION OF UNTIMELY EVIDENCE

Before the Court is plaintiff Function Media's Motion to Expedite Consideration of its Motion to Preclude Admission of Untimely Evidence. Having reviewed the motion, the Court determines that it should be and hereby is GRANTED. Google shall file its response to said motion on or before noon on December 31st. If Function Media wishes to file a reply, any reply shall be due January 2nd at noon. Any sur-reply is due January 3rd at midnight. The motion will be heard at the hearing on January 5th. SO ORDERED.