IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE INC. AND YAHOO!, INC. | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## CERTIFICATE OF CONFERENCE

Counsel for plaintiff conferred with counsel for Google on Plaintiff's Motion to Preclude Admission of Untimely Evidence via e-mail on 121/22/09 and Google is opposed to the motion.

/s/ Joseph S. Grinstein
Joseph S. Grinstein

998820v1/08426-010020