IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE INC. AND YAHOO!, INC. | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## CERTIFICATE OF CONFERENCE

Prior to the pretrial conference on December 5, 2009, the parties conferred on Motion *in Limine* 47. Google is opposed to Plaintiff's Motion to Reconsider Function Media's Motion *in Limine* 47.

/s/ Joseph S. Grinstein
Joseph S. Grinstein