IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## [PROPOSED] ORDER DENYING FUNCTION MEDIA'S MOTION TO EXPEDITE CONSIDERATION OF MOTION TO PRECLUDE ADMISSION OF UNTIMELY EVIDENCE

Before the Court is Function Media's Motion To Expedite Consideration of Motion to Preclude Admission of Untimely Evidence. (Dkt. No. 334.) After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is DENIED.