IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C.<br>Plaintiff<br><br>vs.<br><br>GOOGLE, INC. and YAHOO!, INC.<br>Defendants | NO. 2:07-cv-279 (CE)<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Robert M. Parker enters his appearance in this matter as additional counsel for Plaintiff Function Media, LLC for the purpose of receiving notices from the Court.

Respectfully submitted,

/s/ *Robert M. Parker*
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 29th day of December, 2009, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ *Robert M. Parker*
                                          Robert M. Parker