IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| vs. | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**FUNCTION MEDIA'S REPLY TO GOOGLE'S RESPONSE
TO FUNCTION MEDIA'S MOTION TO EXPEDITE
CONSIDERATION OF MOTION TO
<u>PRECLUDE ADMISSION OF UNTIMELY EVIDENCE</u>**

Google's opposition to Function Media's Motion to Expedite fails to establish a basis for slow-rolling Google's briefing. Google complains about the burden associated with responding quickly to Function Media's motion. But this burden, such as it is, is of Google's own making – if Google did not wish to have to brief this motion so quickly, and during the holidays, then it should not have (a) produced 22,000 new computer files on the Saturday before Christmas; and (b) identified Ben Lee as a "will call" witness on the Tuesday before Christmas.

By contrast, the burden on Function Media is substantial in having to prepare for trial for several more weeks, not knowing whether these 22,000 files will be let into evidence and not knowing whether Ben Lee will be permitted to testify. It will require extraordinary amounts of last-minute work for Function Media to fully analyze those 22,000 files (the relevance of which Google has **STILL** not explained to Function Media) and to prepare to cross-examine Ben Lee (without the benefit of his prior, timely deposition or any of the documents from his files).

As such, as between Google and Function Media, the party who should be made to bear the "burden" here is plainly Google. Google should be required to respond to Function Media's

1

motion to exclude in such time that the matter can be taken up at the pretrial hearing on January 5.

          Respectfully submitted,

/s/ Joseph S. Grinstein
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Joseph S. Grinstein
Joseph S. Grinstein