# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNCTION MEDIA, L.L.C.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| **GOOGLE, INC. AND YAHOO, INC.,** | § | |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

## ORDER GRANTING FUNCTION MEDIA'S
## MOTION TO RECONSIDER MOTION IN LIMINE 47

Before the court is Plaintiff Function Media, L.L.C.'s Motion to Reconsider Motion in Limine 47 (Dkt. No. 335). After considering the motion and the relief sought therein, the Court ORDERS that the Motion is hereby GRANTED. Function Media's Motion in Limine 47 as to "Evidence, Testimony, Argument That the Inventors Drafted Patent Claims Based on Google's AdSense Product" is GRANTED for purposes of voir dire only. At the January 5, 2010 evidentiary hearing, the court shall hear argument on whether to grant or deny Motion in Limine 47 for the remainder of the trial.

SIGNED this 4th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE