IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2:07-CV-279-CE |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF ORDER
## REGARDING ADFORCE SOFTWARE FILES

On December 19, 2009, Google informed Function Media that it had located a CD containing software files related to AdForce, one of the prior art references Google is asserting in this Action.

On December 23, 2009, Function Media filed a motion to preclude Google from introducing this CD at trial.

The parties have discussed their dispute, and have agreed that neither side will use this CD or the files it contains in any way at trial. Accordingly, the parties jointly request that the Court enter the attached order, which embodies this agreement.

Dated: January 4, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph S. Grinstein | /s/ Amy H. Candido |
| Max L. Tribble, Jr. | Charles K. Verhoeven (CA Bar No. 170151) |
| State Bar No. 20213950 | charlesverhoeven@quinnemanuel.com |
| Joseph S. Grinstein | Amy H. Candido (CA Bar No. 237829) |
| State Bar No. 24002188 | amycandido@quinnemanuel.com |
| Aimée Robert | Carl G. Anderson (CA Bar No. 239927) |
| State Bar No. 24046729 | carlanderson@quinnemanuel.com |

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: mtribble@susmangodfrey.com
Email: jgrinstein@susmangodfrey.com
Email: arobert@susmangodfrey.com

Jeremy Brandon
State Bar No. 24040563
SUSMAN GODFREY L.L.P.
Suite 5100
901 Main Street
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

Edward J. DeFranco (Bar No. ED-6524)
eddefranco@quinnemanuel.com
James M. Glass (NY Bar No. 2944353)
jimglass@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: (212) 849 7000
Facsimile: (212) 849 7100

Harry L. Gillam, Jr., Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-
Claimant GOOGLE INC.

Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 4, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                  /s/ Amy H. Candido
                                                  Amy H. Candido

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2:07-CV-279-CE |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § § | JURY TRIAL DEMANDED |

## ORDER ON JOINT MOTION FOR ENTRY OF ORDER REGARDING ADFORCE SOFTWARE FILES

WHEREAS, on December 19, 2009, Google informed Function Media that it had recently located a CD containing software files, which Google contends relate to AdForce, a prior art reference Google asserts in this Action; and

WHEREAS, a dispute exists as to whether this CD or the files it contains should be used at trial; and

WHEREAS, the parties have resolved their dispute and have agreed that neither party will use this CD or the files it contains in any way at trial, and jointly move the Court for an Order excluding the use of these materials at trial.

After considering the Motion, the relief requested therein, and the fact that it has been submitted jointly by the parties, the Court finds that for good cause appearing the motion should be and hereby is GRANTED. Neither party shall introduce or mention at trial the CD identified by Google on December 19, 2009, or any of the files it contains.