IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## FUNCTION MEDIA'S
## SUPPLEMENTAL NOTICE ON MOTION TO STRIKE ACQUISITION TESTIMONY

In order to allay any concern this Court may have about the introduction of evidence related to acquisitions in the expert report of Walter Bratic and the potential prejudice of the amount of the transaction, Function Media agrees and stipulates that it will not introduce the dollar value of any acquisition. The stipulation is: "Function Media agrees not to mention, discuss, or otherwise refer to the dollar value of any acquisition made by Google."

For the purposes of clarity, Function Media still intends to rely on acquisitions for details other than the actual dollar value of the transaction. Function Media believes that these non-price details are squarely within the ambit of the fact-finder because they go to the weight – not the admissibility – of the evidence. It will not repeat the reasons for the admission of this non-price evidence here, which are well-laid out in both the Response and the Argument.

Given Function Media's agreement to a stipulation on not referring to the dollar value of any acquisition, Function Media urges the Court to deny as moot Google's Motion to Strike to the extent it concerns the introduction of the actual purchase price or dollar amount of the acquisition. And Function Media also of course urges the Court to deny the Motion to Strike on all other grounds for the reasons stated in the Response and at Argument.

Respectfully submitted,

/s/ Justin Nelson
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com


Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800

Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas  75702
Telephone:  (903) 531-3535
Fax:  (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Fax:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:  (903) 561-1600
Fax:  (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            /s/ Justin Nelson
                                            Justin Nelson