IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07cv279 CE |
| | § | |
| GOOGLE, INC. | § | |

**Jury Selection Minutes**
**January 4, 2010**

**OPEN: 2:13 p.m.**                                   **ADJOURN: 4:45 p.m.**

ATTORNEYS FOR PLAINTIFF:           Max Tribble
                                    Robert Parker
                                    Joe Grinstein
                                    Calvin Capshaw
                                    Elizabeth DeRieux
                                    Chris Bunt
                                    Otis Carroll
                                    Collin Maloney
                                    Justin Nelson

ATTORNEYS FOR DEFENDANTS:           Gil Gillam
                                    Charles Verhoeven
                                    Ed DeFranco
                                    Amy Candido

LAW CLERK:                          Jim Warriner

COURT REPORTER:                     Susan Simmons, CSR

COURTROOM DEPUTY:                   Jan Lockhart

2:13 p.m.   Court opened.

The parties announced ready for hearing. Mr. Tribble gave the jury an overview of what the case was about. Mr. Parker conducted voir dire examination on behalf of Plaintiff. Mr. Gillam and Mr. Verhoeven conducted voir dire examination on behalf of Defendant.

The parties were allowed four strikes per side. An 8-person jury was selected. The jury was sworn.

Trial will begin on January 19, 2010 at 8:30 a.m. An evidentiary hearing regarding pretrial disputes is scheduled on Tuesday, January 5, 2010, at 9:30 a.m.

4:45 p.m. Court adjourned.