IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA LLC | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:07cv279 CE |
| GOOGLE, INC. | § | |

Exhibit/Evidentiary Hearing Minutes
January 5, 2010

OPEN: 9:40 a.m.      ADJOURN: 12:23 p.m.

ATTORNEYS FOR PLAINTIFF:      See attached Sign-in sheet.

ATTORNEYS FOR DEFENDANTS:      See attached Sign-in sheet.

LAW CLERK:      Jim Warriner

COURT REPORTER:      Shelly Holmes, CSR

COURTROOM DEPUTY:      Jan Lockhart

9:40 a.m. Court opened. The parties announced ready for hearing.

9:41 a.m. The Court conducted the hearing to resolve remaining pretrial disputes between the parties.

Mr. Tribble, Mr. Grinstein, Mr. Nelson and Mr. Brandon presented arguments on behalf of Plaintiff. Ms. Candido and Mr. DeFranco presented arguments on behalf of Defendant. The Court responded and made rulings.

12:23 p.m. Court adjourned.