IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FUNCTION MEDIA, L.L.C. §
§
v. § No. 2:07-cv-279 (CE)
§
GOOGLE, INC., ET AL §

**Date: January 5, 2010**  **Time: 9:30 a.m.**

Exhibit Hearing

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Max Tribble | Function Media |
| Joe Grinstein | " " |
| Justin Nelson | " " |
| Jeremy Brandon | " " |
| Gil Gillam | Google |
| Edward DeFranco | Google |
| Amy Candido | " |
| Charles Ainsworth | FM |
| Elizabeth DeRieux | FM |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |