# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § § | |
| vs. | § § | CASE NO. 2:07-CV-279-CE |
| GOOGLE, INC. and YAHOO!, INC. | § § | |

## ORDER

Regarding the jury trial in this case, scheduled to begin January 19, 2010, each side will have 15 hours to present its evidence. Such time is inclusive of direct examination of a party's witnesses and cross-examination of opposing witnesses, together with any deposition designations. Such time is exclusive of voir dire, opening statements, and final argument. Each side will have 40 minutes to make opening statements.

SIGNED this 7th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE