IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

# GOOGLE'S RESPONSE TO FUNCTION MEDIA'S
# MOTION TO CONSOLIDATE ARGUMENT ON
# GOOGLE'S AND FUNCTION MEDIA'S MOTIONS TO EXCLUDE EXPERT OPINIONS

Function Media has asked the Court to hear arguments at the same time for the parties' pending motions to exclude expert testimony. At the January 5th pre-trial hearing, the Court already heard argument on Google's Motion to Exclude Certain Opinions of Function Media's Damages Expert Walter Bratic. (Dkt. No. 329.) Accordingly, the two motions can no longer be argued on the same day, and the Court should deny Function Media's motion as moot.

Dated: January 7, 2010

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: */s/ Amy H. Candido*

    Charles K. Verhoeven (admitted *pro hac*)
     *Lead Attorney*
     charlesverhoeven@quinnemanuel.com
    Amy H. Candido (admitted *pro hac*)
     amycandido@quinnemanuel.com
    Carl G. Anderson (admitted *pro hac*)
     carlanderson@quinnemanuel.com
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone:   (415) 875-6600
    Facsimile:    (415) 875-6700

    Edward J. DeFranco (admitted *pro hac*)
     eddefranco@quinnemanuel.com
    James M. Glass (admitted *pro hac*)
     jimglass@quinnemanuel.com
    Patrick Curran (admitted *pro hac*)
     patrickcurran@quinnemanuel.com
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Telephone:   (212) 849-7000
    Facsimile:    (212) 849-7100

    Harry L. Gillam, Jr., Bar No. 07921800
     gil@gillamsmithlaw.com
    Melissa R. Smith, Bar No. 24001351
     melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone:   (903) 934-8450
    Facsimile:    (903) 934-9257

    Counsel for Defendant and Counter-Claimant
    GOOGLE INC.

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 7, 2010 to counsel of record in the manner agreed by the parties, via electronic mail.

                                             */s/ Amy H. Candido*
                                             Amy H. Candido