# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## ORDER DENYING FUNCTION MEDIA'S
## MOTION TO CONSOLIDATE ARGUMENT ON
## GOOGLE'S AND FUNCTION MEDIA'S MOTIONS TO EXCLUDE EXPERT OPINIONS

Before the Court is Function Media's Motion to Consolidate Argument on Google's and Function Media's Motions to Exclude Expert Opinions. (Dkt. No. 332). After considering the Motion, the relief requested therein, and the fact that the Court has already heard argument on Google's Motion to Exclude Certain Opinions of Function Media's Damages Expert Walter Bratic, it is hereby ordered that Plaintiff's Motion is DENIED AS MOOT.