# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF EIGHTEEN MINUTES TO FILE GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS

Google's Opposition to Function Media's Motion to Exclude Certain Expert Opinions (Dkt. No. 331) was due on Thursday, January 7th. <u>See</u> Local Rule CV-7(e); Fed. R. Civ. P. 6(a). In order to remedy a last-minute error regarding the page limitation imposed by Local Rule CV-7(a)(2), the Opposition was filed eighteen minutes past the deadline, at 12:18 a.m. Friday, January 8th. (Dkt. No. 356.) Google requests an eighteen-minute extension of time to file its Opposition. Function Media does not oppose this motion.

01980.51542/3272714.1

Dated: January 8, 2010

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: */s/ Amy H. Candido*

Charles K. Verhoeven (admitted *pro hac*)
 *Lead Attorney*
 charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
 amycandido@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
 carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700


Edward J. DeFranco (admitted *pro hac*)
 eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
 jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
 patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100


Harry L. Gillam, Jr., Bar No. 07921800
 gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
 melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 8, 2010 to counsel of record in the manner agreed by the parties, via electronic mail.

             */s/ Amy H. Candido*
             Amy H. Candido