## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2:07-CV-00279-CE |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PROPOSED ORDER GRANTING
## JOINT MOTION TO EXPEDITE HEARING

Before the Court is the Parties' Joint Motion to Expedite Hearing, filed on January 8, 2010. After reviewing the Motion, the Court finds that the Joint Motion to Expedite Hearing should be and hereby is **GRANTED**. The Court further **ORDERS** the Parties to appear at 1:30 p.m. on Tuesday, January 12, 2009, for hearing on the following motions:

- Google's Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial (Dkt. 190);

- FM's Sealed Motion to Exclude Certain Expert Opinions (Dkt. 331)—Google will file a surreply to FM's motion by Monday, January 11, 2009;

- FM's Sealed Motion to Strike the Deposition Errata Sheet of Mireya Bravomalo (Dkt. 359)—Google will file its response by Monday, January 11, 2009;

- FM's Sealed Motion for Clarification Concerning Defense Exhibit 213 (Dkt. 360)—Google will file its response by Monday, January 11, 2009.