IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## MOTION TO EXPEDITE
## MOTION FOR ADVERSE INFERENCE INSTRUCTION
## REGARDING GOOGLE'S DESTRUCTION OF DOCUMENTS

Function Media respectfully requests that this Court hear argument on this Motion for Adverse Inference before trial, whether at the hearing on Tuesday at 1:30 or otherwise. Function Media has filed this Motion as soon as possible after learning of Google's spoliation at the deposition of Susan Wojcicki on Thursday afternoon Pacific time, January 7. On Saturday, Function Media informed Google of its intention to file this Motion, and it asked Google to respond on whether it would oppose by 8 PM Central on the expectation that Function Media could file this Motion soon thereafter. Despite Function Media's continuing requests for an answer from Google and the need to file a Motion as soon as possible, Google did not indicate its opposition until after 10:15 AM on Monday. Function Media filed the underlying Motion as soon as possible thereafter.

Google has indicated it opposes this Motion and states that it needs more time to prepare a Response. Given that trial is in one week, and Function Media has filed this Motion as soon as possible after learning of Google's continuing destruction of documents, Function Media requests a hearing before Opening Statements, whether at the hearing on Tuesday afternoon or otherwise. Function Media also represents that due to Google's scheduling of the deposition of

Sergey Brin on Thursday, January 14, it will be unavailable for a hearing from Wednesday afternoon until at least 3:30 PM on Friday assuming no delay in flight time.

Respectfully submitted,

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com

cmaloney@jcklaw.com

## CERTIFICATE OF CONFERENCE

This is to certify that Function Media has met and conferred with Google about this Motion. Google has indicated its opposition.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served via ECF.

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.