IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| FUNCTION MEDIA, L.L.C., | § | |
|---|---|---|
| Plaintiff, | § § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PROPOSED ORDER ON MOTION TO EXPEDITE

This Court GRANTS Function Media's Motion to Expedite and sets argument at 1:30 PM on Tuesday, January 12 or at such other time before Opening Statements.