AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FUNCTION MEDIA, LLC

V.

**NOTICE**

GOOGLE, INC., ET AL

CASE NUMBER: 2:07-CV-279 (CE)

TYPE OF CASE:

X **CIVIL**      **CRIMINAL**

**XX TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | ROOM NO. |
|---|---|
| United States District Court | Judge Everingham's Courtroom |
| 100 E. Houston St. | DATE AND TIME |
| Marshall, TX 75670 | January 12, 2010, 1:30 p.m. |

TYPE OF PROCEEDING

**HEARING ON GOOGLE'S MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM (DKT. #190); FUNCTION MEDIA'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS (DKT. #331); FUNCTION MEDIA'S SEALED MOTION TO STRIKE THE DEPOSITION ERRATA SHEET OF MIREYA BRAVOMALO (DKT. #359); AND FUNCTION MEDIA'S SEALED MOTION FOR CLARIFICATION CONCERNING DEFENSE EXHIBIT 213 (DKT. #360).**

TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

January 11, 2010
DATE

Debbie Latham
(BY) DEPUTY CLERK

TO: ALL COUNSEL OF RECORD

# ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM

# ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                             Date

Print Name of Atty. _____

Counsel for _____
                (Name of Party)

Type of Proceeding: _____
                          (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____