# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF EIGHTEEN MINUTES TO FILE GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS

Before the Court is Google's Unopposed Motion for Extension of Time of Eighteen Minutes to File Google's Opposition to Function Media's Motion to Exclude Certain Expert Opinions. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

SIGNED this 11th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE