**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FUNCTION MEDIA, LLC | § § § § § | NO. 2:07-CV-279 (CE) |
| GOOGLE, INC., ET AL | | |

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached sign-in sheet |
| ATTORNEYS FOR DEFENDANT: | See attached sign-in sheet |
| LAW CLERK: | Jim Warriner |
| COURTROOM DEPUTY: | Debbie Latham |
| COURT REPORTER: | Shelly Holmes |

**MOTIONS HEARING
January 12, 2010, 1:30 p.m.**

OPEN: 1:32 p.m.  ADJOURN: 2:53 p.m.

1:32 p.m. - Court opened. The parties introduced themselves to the Court and announced ready.

The Court heard arguments and made rulings regarding Docket Nos. 190, 359, 360, and 331.

The parties were told to get their limited deposition objections in, along with transcripts of those portions still objected to, by close of business Thursday.

The parties were advised the Court will get them rulings on the other outstanding matters.

2:53 p.m. - Hearing adjourned.