# ATTORNEY SIGN-IN SHEET

No. 2:07-cv-279 (CE)  Judge Everingham

Style: Function Media v. Google, Inc.

Date: January 12, 2010  Time: 1:30 p.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| CHARLES VERHOEVEN | GOOGLE |
| Amy Candide | " |
| Gil Gillam | " |
| Max Tribble | FM |
| Joseph Grinstein | " |
| Justin Nelson | " |
| Warren Burns | " |