IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| FUNCTION MEDIA, L.L.C., | § | |
|---|---|---|
| Plaintiff, | § § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## FUNCTION MEDIA'S IDENTIFICATION OF DOCUMENTS FALLING OUTSIDE GOOGLE'S OBJECTION TO ACQUISITIONS RELATED DOCUMENTS

Coincident with this filing, Function Media LLC will submit to the Court Plaintiffs' trial exhibits concerning which outstanding objections remain. The documents fall into two categories: (1) Documents which Google alleges are inadmissible because they relate to acquisitions; and (2) IP Agreements Google alleges are irrelevant. Each category is marked for this Court's consideration. A listing of the documents by category is attached to this filing as Exhibit A.

During this Court's January 5, 2009 evidentiary hearing, counsel for Function Media offered to provide a list of documents Function Media contends are admissible notwithstanding Google's objection to acquisition-related documents. The following is a listing of such documents and a short statement as to the bases for admission. Google has informed Function Media that it will file a response.

| Exhibit No. | Exhibit Description | Google Objections | FM Response |
|---|---|---|---|
| PX0108 | Email from G. Rajaram to S. Wojcicki re Liberty: Post for the Google Blog (Rajaram 136) | Acquisitions | This is an internal Google e-mail that is also relevant to Google's market position and emphasis on core ads technology. The document is also relevant to Google's assertion of DoubleClick as prior art, demonstrating a distinction between technologies. |
| PX0110 | Overview : Liberty Online Advertising Products (Rajaram 138) | Acquisitions | Relevant to DoubleClick prior art products, Google's market position, and Google's emphasis on core ads technology. |
| PX0439 | Blinkfire Acquisition Review A component of Google's publisher strategy (Zoufonoun 720) | Acquisitions | Relevant to Google strategy, industry characteristics, and Google growth patterns. |
| PX0456 | Google Inc. - Kaltix Corporation Closing Documents (Zoufonoun 737) | Acquisitions | Relevant to the Kaltix licensing agreement. This Court previously overruled a similar objection to Exhibit 743, another Kaltix document. As explained in the 01/05/09 hearing, Mr. Bratic is relying on the Kaltix licensing agreement. |
| PX0474 | Google - Kaltix Corporation Closing Documents | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |
| PX0513 | Publisher AdServing Overview | Acquisitions | Relevant generally to AdSense for Content and Google's servicing of publishers through the accused products. |
| PX0690 | E-mail to K. Aldrich from D. Drummond re outline for search consolidation analysis | Acquisitions | Relevant to Google's market position and competitive intelligence. |
| PX0721 | Seller Disclosure Schedule between Galaxy Inc. and Search-1 Acquisition | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |
| PX0722 | Consent and Amendment to Agreement between Kaltix Corporation, The Board of Trustees of the Leland Stanford Junior University and Search-1 Acquisition Corporation | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |
| PX0723 | Letter to Google Inc. from Wilson Sonsini Goodrich & Rosati re Agreement and Plan of Merger dated September 25, 2003 | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |

| PX0724 | Employment and Non-Competition Agreement between Google and Sepandar Kamvar | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |
|---|---|---|---|
| PX0725 | Officer's Certificate re: Agreement & Plan of Merger | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |
| PX0726 | Agreement and Plan of Merger among Google Inc., Search-1 Acquisition Corporation, Kaltix Corporation, The Founders and The Stockholder Representative | Acquisitions | Relevant to the Kaltix licensing agreement. *See* PX0456 FM Response. |
| PX0757 | E-mail to M. Fuchs from A. Hiraki re Kaltix Acquisition Write-up (Purchase of Assets) | Acquisitions | Relevant to the Kaltix licensing agreement; also relevant to Google's market position and core technologies. *See* PX0456 FM Response. |
| PX0782 | E-mail to P. Todd from A. Hansjee re Microsoft/Yadata acquisition | Acquisitions | Relevant to market position; elements of the accused products; and competitive intelligence. |
| PX1031 | E-mail to N. Shivakumar from D. Jindal re Overture Content Match revealed | Acquisitions | Relevant to market position and competitive intelligence. |
| PX1689 | "03/11/2008 Houlihan Lokey Valuation Analysis of Certain Assets of DoubleClick, Inc. | Acquisitions | Relevant to DoubleClick system asserted as prior art. |

Respectfully submitted,

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com


Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com


Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585

D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF CONFERENCE

The parties have conferred at multiple times concerning objections to Plaintiffs' Trial Exhibits. The exhibits referenced herein remain disputed.

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.