# EXHIBIT A

# CATEGORICAL LISTING OF PLAINTIFFS' EXHIBITS
# SUBMITTED TO THE COURT ON JANUARY 14, 2009

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0108 | 4/13/2007 | G002-002253489 | G002-002253491 | Email from G. Rajaram to S. Wojcicki re Liberty: Post for the Google Blog (Rajaram 136) | Acquisitions |
| PX0110 | 2/28/2005 | G002-003476139 | G002-003476148 | Overview : Liberty Online Advertising Products (Rajaram 138) | Acquisitions |
| PX0181 | 10/3/2005 | G002-003269061 | G002-003269067 | Email from B. Stein to G. Badros re Proj Newton: Internal Eng Contacts (Altherr 210) | Acquisitions |
| PX0354 | 9/1/2005 | G002-001077763 | G002-001077787 | Google Presentation re Project Newton: Financial Review (Scheele 416) | Acquisitions |
| PX0355 | | G002-001077815 | G002-001077845 | dMarc Broadcasting Inc. Presentation (Scheele 417) | Acquisitions |
| PX0356 | 2/16/2006 | G003-0028992 | G003-0029005 | Google Inc. Acquisition White Paper - dMarc Broadcasting Inc. (Scheele 418) | Acquisitions |
| PX0402 | 6/26/2007 | unnumbered | | Google Blog entitled "Why we're buying DoubleClick" (Rupp 600) | Acquisitions |
| PX0403 | 1/13/2008 | unnumbered | | Article entitled "Why Google's Acquisition of Doubleclick Makes a Lot of Sense" (Rupp 601) | Acquisitions |
| PX0404 | 4/13/2007 | G002-000158416 | G002-000158417 | E-mail to googlers@google.com from E. Schmidt re Google acquiring DoubleClick!! (Rupp 602) | Acquisitions |
| PX0429 | | | | List of Closed Transactions (Zoufonoun 710) | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0435 | 6/1/2007 | G174485 | G174495 | Google Acquisition White Paper FeedBurner, Inc. (Project Blinkfire) (Zoufonoun 716) | Acquisitions |
| PX0436 | 12/15/2006 | G002-001098671 | G002-001098691 | Presentation entitled Project Blinkfire (Feedburner) (Zoufonoun 717) | Acquisitions |
| PX0437 | 6/1/2007 | G003-0168901 | G003-0168995 | Google Inc. Valuation Analysis of Certain Intangible Assets of Feedburner, Inc. (Zoufonoun 718) | Acquisitions |
| PX0438 | | G002-001314088 | G002-001314088 | Google Offer Considerations (Zoufonoun 719) | Acquisitions |
| PX0439 | 1/15/2007 | G002-001314410 | G002-001314410.001 | Blinkfire Acquisition Review A component of Google's publisher strategy (Zoufonoun 720) | Acquisitions |
| PX0441 | 4/23/2003 | G174467 | G174484 | Google Technology Inc. Acquisition Whitepaper Applied Semantics, Inc. (Zoufonoun 722) | Acquisitions |
| PX0443 | 8/23/2004 | G002-001288954 | G002-001288962 | Email from M. Maxwell to B. Axe re Quigo mtg in NY - a quick update (Zoufonoun 724) | Acquisitions |
| PX0444 | 4/23/2003 | G003-0028580 | G003-0028596 | Agreement of Merger of Applied Semantics, Inc. And Bermuda Acquisition Inc. (Zoufonoun 725) | Acquisitions |
| PX0445 | 4/23/2003 | G003-0168574 | G003-0168609 | Draft of Google Inc. Acquisition of Applied Semantics Inc. (Zoufonoun 726) | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0446 | 4/18/2003 | G067871 | G067964 | Merger Agreement and Plan of Reorganization by and among Google Technology, Inc., Bermuda Acquisition Inc., Applied Semantics, Inc. and The Other Parties Signatory Hereto (Zoufonoun 727) | Acquisitions |
| PX0447 | | GGL-FM0042835 | GGL-FM0042891 | Applied Semantics Inc. (aka Project Bermuda) Summary of Purchase Consideration A (Zoufonoun 728) | Acquisitions |
| PX0449 | 2/16/2006 | G174496 | G174509 | Google Inc. Acquisition White Paper dMarc Broadcasting Inc (Zoufonoun 730) | Acquisitions |
| PX0450 | 7/22/2005 | G002-001077815 | G002-001077845 | dMarc Summary Presentation (Zoufonoun 731) | Acquisitions |
| PX0451 | 2/17/2006 | G003-0168662 | G003-0168724 | Presentation re Google Inc. Valuation of the Acquired Intangible Assets of dMarc Broadcasting Inc. (Zoufonoun 732) | Acquisitions |
| PX0452 | 8/4/2005 | G003-0286291 | G003-0286325 | Google Presentation re Project Newton: M&A Review (Zoufonoun 733) | Acquisitions |
| PX0453 | 9/1/2005 | GGL-FM0004960 | GGL-FM0004984 | Google Presentation re Project Newton: Financial Review (Zoufonoun 734) | Acquisitions |
| PX0455 | 1/6/2004 | G174545 | G174546 | E-mail to K. Chang from A.Hiraki re Dec-03 Close: Sprinks Accounting (Zoufonoun 736) | Acquisitions |
| PX0456 | 9/25/2003 | G003-0130668 | G003-0130675 | Google Inc. - Kaltix Corporation Closing Documents (Zoufonoun 737) | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0457 | 9/25/2003 | G003-0130682 | G003-0130693 | Seller Disclosure Schedule between Galaxy, Inc. And Star Corporation (Zoufonoun 738) | Acquisitions |
| PX0459 | 9/24/2003 | G003-0130782 | G003-0130793 | Stockholder Information Statement re Kaltix Corporation (Zoufonoun 740) | Acquisitions |
| PX0460 | 3/11/2008 | G174510 | G174533 | Google Acquisition White Paper DoubleClick Inc. (Project Liberty) (Zoufonoun 741) | Acquisitions |
| PX0461 | 7/26/2006 | G002-001193494 | G002-001193494.002 | Google Presentation re Display Ads M&A Opportunity Review (Zoufonoun 742) | Acquisitions |
| PX0462 | 4/12/2007 | G002-001684977 | G002-001684977.0016 | Project Liberty BoD Review (Zoufonoun 743) | Acquisitions |
| PX0463 | 3/16/2007 | G174534 | G174544 | Google Acquisition White Paper Adscape Media Inc. (Project Infinity) (Zoufonoun 744) | Acquisitions |
| PX0464 | 8/16/2006 | GGL-FM0004337 | GGL-FM0004353 | Google Presentation re AdScape Media Project Maple (Zoufonoun 745) | Acquisitions |
| PX0465 | 4/20/2005 | G174547 | G174559 | Google Acquisition White Paper Urchin Software Corporation (Zoufonoun 746) | Acquisitions |
| PX0466 | 12/15/2004 | G002-000737242 | G002-000737243 | E-mail to R. Holden et al. from K. Desai re Citidel Acquisition Status, Notes from Yesterday (Zoufonoun 747) | Acquisitions |
| PX0467 | 12/13/2004 | G002-000737244 | G002-000737270 | Google Presentation re Urchin Acquisition Review as part of Google's Site Analytics Products (Zoufonoun 748) | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0468 | 3/13/2006 | GGL-FM0008520 | GGL-FM0008530 | Google Presentation re Orion M&A Review (Zoufonoun 749) | Acquisitions |
| PX0469 | 4/23/2004 | G003-0132021 | G003-0132024 | Memo re Ignite Logic Inc. Purchase of Assets (Zoufonoun 800) | Acquisitions |
| PX0470 | 2/27/2006 | G002-001084220 | G002-001084261 | Google Presentation re Project Mario EMG Deal Review (Zoufonoun 801) | Acquisitions |
| PX0474 | 9/25/2003 | G003-0130668 | G003-0130675 | Google - Kaltix Corporation Closing Documents | Acquisitions |
| PX0513 | 9/15/2005 | G002-000521783 | G002-000521791 | Publisher AdServing Overview | Acquisitions |
| PX0669 | 11/14/2005 | G002-000954274 | G002-000954275 | Article entitled "Web Analytics Free of Charge, Courtesy of Google" | Acquisitions |
| PX0670 | 12/15/2004 | G002-001071455 | G002-001071456 | E-mail to B. Axe et al. from G. Rajaram re Citidel Acquisition Status, Notes from Yesterday | Acquisitions |
| PX0672 | 8/11/2005 | G002-001077623 | G002-001077664 | Google Presentation re Project Newton: M&A Review | Acquisitions |
| PX0673 | 1/1/2005 | G002-001077848 | G002-001077881 | Presentation re dMarc | Acquisitions |
| PX0690 | 12/27/2002 | G003-0013575 | G003-0013576 | E-mail to K. Aldrich from D. Drummond re outline for search consolidation analysis | Acquisitions |
| PX0701 | 4/12/2007 | G002-001103307 | G002-001103307.0016 | Google Presentation re Project Liberty Revisited EMG Deal Review | Acquisitions |
| PX0707 | 5/4/2006 | G002-001638037 | G002-001638038 | E-mail to R. Dhawan from N. Bar-Lev re Draft of Jingle deal terms for AdSense for Voice | Acquisitions |
| PX0710 | 1/1/2005 | G002-002956521 | G002-002956521.0015 | Google Presentation re Project Mario | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0721 | 9/25/2003 | G003-0130682 | G003-0130693 | Seller Disclosure Schedule between Galaxy Inc. and Search-1 Acquisition | Acquisitions |
| PX0722 | 9/24/2003 | G003-0130697 | G003-0130699 | Consent and Amendment to Agreement between Kaltix Corporation, The Board of Trustees of the Leland Stanford Junior University and Search-1 Acquisition Corporation | Acquisitions |
| PX0723 | 9/25/2003 | G003-0130717 | G003-0130720 | Letter to Google Inc. from Wilson Sonsini Goodrich & Rosati re Agreement and Plan of Merger dated September 25, 2003 | Acquisitions |
| PX0724 | 9/25/2003 | G003-0130726 | G003-0130736 | Employment and Non-Competition Agreement between Google and Sepandar Kamvar | Acquisitions |
| PX0725 | 9/25/2003 | G003-0130880 | G003-0130909 | Officer's Certificate re: Agreement & Plan of Merger | Acquisitions |
| PX0726 | 9/25/2003 | G003-0130960 | G003-0130997 | Agreement and Plan of Merger among Google Inc., Search-1 Acquisition Corporation, Kaltix Corporation, The Founders and The Stockholder Representative | Acquisitions |
| PX0756 | 10/30/2006 | G003-0132025 | G003-0132036 | Google Acquisition White Paper re JotSpot, Inc. | Acquisitions |
| PX0757 | 12/29/2003 | G003-0132038 | G003-0132047 | E-mail to M. Fuchs from A. Hiraki re Kaltix Acquisition Write-up (Purchase of Assets) | Acquisitions |
| PX0758 | 2/13/2006 | G003-0132048 | G003-0132057 | Google Acquisition White Paper re Adaptive Path, LLC (MeasureMap) | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0772 | 3/28/2007 | G003-0168545 | G003-0168573 | Presentation re Valuation Analysis of Google Inc. Related to the Acquisition of Adscape Media | Acquisitions |
| PX0773 | 4/20/2005 | G003-0168610 | G003-0168661 | Presentation re Google Inc. Valuation of the Acquired Intangible Assets of Urchin Software Corporation | Acquisitions |
| PX0774 | 3/11/2008 | G003-0168725 | G003-0168900 | Presentation re Google Inc. Valuation Analysis of Certain Assets of DoubleClick Inc. | Acquisitions |
| PX0775 | 10/30/2006 | G003-0168996 | G003-0169053 | Presentation re Google Inc. Valuation of the Acquired Intangible Assets of JotSpot Inc. | Acquisitions |
| PX0782 | 12/13/2007 | G003-0285811 | G003-0285815 | E-mail to P. Todd from A. Hansjee re Microsoft/Yadata acquisition | Acquisitions |
| PX0807 | 4/10/2003 | GGL-FM0004297 | GGL-FM0004304 | Google Presentation re Acquisition of Applied Semantics, Inc. | Acquisitions |
| PX0808 | 3/7/2003 | GGL-FM0004305 | GGL-FM0004312 | Google Presentation re Project Bermuda - Valuation Discussion | Acquisitions |
| PX0809 | 12/19/2006 | GGL-FM0004313 | GGL-FM0004336 | Google Presentation re Project Blinkfire (Feedburner) | Acquisitions |
| PX0810 | 12/9/2004 | GGL-FM0004354 | GGL-FM0004372 | Google Presentation re Project Citadel | Acquisitions |
| PX0814 | 8/11/2005 | GGL-FM0004816 | GGL-FM0004857 | Google Presentation re Project Newton: M&A Review | Acquisitions |
| PX0815 | Nov-04 | GGL-FM0004858 | GGL-FM0004871 | Presentation re Urchin Executive Summary | Acquisitions |
| PX0816 | 5/18/2007 | GGL-FM0004889 | GGL-FM0004901 | Non-Competition Agreement between Richard Costolo and Google Inc. | Acquisitions |
| PX0817 | 6/14/2005 | GGL-FM0004941 | GGL-FM0004951 | Google Presentation re Radio Advertising | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0818 | 8/4/2006 | GGL-FM0004952 | GGL-FM0004959 | Letter to J. Kraus from D. Drummond re Term Sheet for the Acquisition of JotSpot Inc. by Google Inc. | Acquisitions |
| PX0819 | 2/29/2004 | GGL-FM0008422 | GGL-FM0008431 | Google Presentation re Ignite Logic, Inc. M&A Review | Acquisitions |
| PX0820 | 12/5/2005 | GGL-FM0008508 | GGL-FM0008519 | Google Presentation re MeasureMap - Deal Status Review | Acquisitions |
| PX0825 | 1/10/2008 | GGL-FM0025545 | GGL-FM0025550 | Spreadsheet re Google Inc. - Purchase of GMO AdNetworks Assets | Acquisitions |
| PX0826 | 4/14/2004 | GGL-FM0025551 | GGL-FM0025554 | Spreadsheet re Google Inc. - Ignite Logic Acquisition Summary of Terms | Acquisitions |
| PX0827 | 10/30/2006 | GGL-FM0025557 | GGL-FM0025558 | Spreadsheet re Google Inc. - Purchase of JotSpot Inc. | Acquisitions |
| PX0828 | 10/30/2006 | GGL-FM0025559 | GGL-FM0025616 | Presentation re Google Inc. Valuation of the Acquired Intangible Assets of JotSpot Inc. | Acquisitions |
| PX0829 | 2/13/2006 | GGL-FM0025617 | GGL-FM0025619 | Spreadsheet re Google Inc. - Measuremap Asset Purchase Accounting JE | Acquisitions |
| PX0842 | 10/30/2009 | GGL-FM0025555 | GGL-FM0025556 | Google Inc. Spreadsheet re JotSpot, Inc. Stock Purchase Accounting JE | Acquisitions |
| PX0844 | 3/3/2003 | G003-0286044 | | E-mail to S. Wojcicki from J. Rosenberg re Applied S input | Acquisitions |
| PX0845 | 3/10/2003 | G003-0286053 | G003-0286054 | E-mail to K. Morrissey et al. from K. Thompson re Earthlink Issues | Acquisitions |
| PX0846 | Apr-03 | G003-0286056 | G003-0286057 | Google Press Release re Google Acquires Applied Semantics | Acquisitions |
| PX0847 | 2/17/2006 | G003-0286229 | G003-0286230 | E-mail to googlers@google.com from S. Wojcicki re dMarc acquisition complete | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0848 | Apr-05 | G003-0286233 | G003-0286242 | dMarc Broadcasting Presentation re RadioAds Introduction | Acquisitions |
| PX0849 | 5/31/2005 | G003-0286244 | | E-mail to music-search@google.com et al. from G. Rajaram re List of companies to meet with | Acquisitions |
| PX0850 | 6/14/2005 | G003-0286247 | G003-0286257 | Google Presentation re Radio Advertising | Acquisitions |
| PX0851 | 6/1/2005 | G003-0286258 | G003-0286262 | dMarc Broadcasting Presentation re Technology Introduction | Acquisitions |
| PX0852 | 10/22/2005 | G003-0286342 | | E-mail to K. Thompson et al. from J. McFarland re Newton EMG deck - intro material | Acquisitions |
| PX0853 | 1/17/2006 | G003-0286397 | | E-mail to ads-features-eng@google.com from K. Thompson re dMarc acquisition | Acquisitions |
| PX0989 | 8/4/2005 | G002-002223303 | | E-mail to G. Rajaram re S. Kamangar re Presentations from M&A Review Tomorrow Morning | Acquisitions |
| PX1005 | 1/16/2004 | G002-002682087 | G002-002682088 | E-mail to googlers@google.com from D. Krane re Today's News: Lycos + Kaltix | Acquisitions |
| PX1009 | 7/19/2005 | G002-002881435 | G002-002881454 | Google Presentation re Urchin from Google Executive Review | Acquisitions |
| PX1010 | 12/8/2004 | G002-002881491 | G002-002881501 | Google Presentation re Urchin Core Team Recommendation | Acquisitions |
| PX1011 | 1/5/2005 | G002-002881654 | G002-002881673 | Presentation re 2005 Google + Urchin Product Strategy | Acquisitions |
| PX1020 | 7/16/2003 | G002-003456964 | G002-003456993 | Google Presentation re Double Click Click Overview Bid Management | Acquisitions |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX1024 | 12/13/2004 | G002-003951124 | G002-003951150 | Google Presentation re Urchin Acquisition Review as part of Google's Site Analytics Products | Acquisitions |
| PX1031 | 7/1/2003 | G003-0016840 | G003-0016842 | E-mail to N. Shivakumar from D. Jindal re Overture Content Match revealed | Acquisitions |
| PX1375 | 5/20/2008 | GGL-FM0043286 | GGL-FM0043294 | DoubleClick - Costs to Involuntarily Terminate Employees of an Acquired Enterprise | Acquisitions |
| PX1689 | 4/2008 | GGL-FM0043090 | GGL-FM0043265 | "03/11/2008 Houlihan Lokey Valuation Analysis of Certain Assets of DoubleClick, Inc. | Acquisitions |
| PX0311 | 1/7/2009 | G003-0285610 | | E-mail from J. Chen to N. Ahlsten re FMG lite deal (VoiceAge codec deal) (Chen 377) | Irrelevant IP Agreements |
| PX0750 | 2/25/2008 | G003-0131894 | G003-0131904 | YouTube Integration Agreement between Google Inc. and Sorenson Media Inc. | Irrelevant IP Agreements |
| PX0320 | 5/1/2002 | G002-003909977 | G002-003910029 | Web Search Services Agreement between America Online, Inc. and Google, Inc. (Chen 386) | Irrelevant IP Agreements, discussed in Google's Motion to Exclude Certain Opinions of Walter Bratic |
| PX0321 | 5/1/2002 | G002-000719226 | G002-000719292 | Interactive Marketing Agreement between America Online, Inc. and Google, Inc. (Chen 387) | Irrelevant IP Agreements, discussed in Google's Motion to Exclude Certain Opinions of Walter Bratic |

| EXH.# | DATE | BATES BEGIN | BATES END | DOCUMENT DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|
| PX0705 | 3/12/2003 | G002-001271818 | G002-001271832 | Draft Amendment No. 1 to Interactive Marketing Agreement between America Online Inc. and Google Technology Inc. | Irrelevant IP Agreements, discussed in Google's Motion to Exclude Certain Opinions of Walter Bratic |