UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279-CE |
| | § | |
| GOOGLE, INC. and | § | |
| YAHOO!, INC. | § | |

## ORDER

Function Media, L.L.C.'s ("FM") motion *in limine* No. 17 (References or Expert Opinions Regarding Prior Art not Previously Selected or Prior Art not Timely Identified/Charted) (Dkt. No. 188) is DENIED.

SIGNED this 15th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE