# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. § | |
| § | |
| vs. § | CASE NO. 2:07-CV-279-CE |
| § | |
| GOOGLE, INC. and § | |
| YAHOO!, INC. § | |

## ORDER

The court has reviewed the deposition designations and objections thereto. The court sustains Google's objections that are directed toward testimony concerning its own patent prosecution activities. The court overrules the balance of Google's objections to the plaintiff's deposition designations.

The plaintiff's objections to Google's deposition designations are carried with the case. The court will address the admissibility of the acquisition documents on a case-by-case basis during the course of the trial.

SIGNED this 15th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE