## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **FUNCTION MEDIA, L.L.C.,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 2007-CV-279** |
| | § | |
| **vs.** | § | |
| | § | |
| **GOOGLE, INC. AND YAHOO, INC.,** | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING FUNCTION MEDIA'S RESPONSE TO EMERGENCY MOTION OF GOOGLE FOR SANCTIONS BASED ON FUNCTION MEDIA'S FAILURE TO DISCLOSE MICHAEL DEAN'S FRAUDULENT ACTIVITIES

Before the Court is Plaintiff Function Media, L.L.C.'s Unopposed Motion for Leave to Exceed Page Limit in Its Response to Emergency Motion of Google for Sanctions Based on Function Media's Failure to Disclose Michael Dean's Fraudulent Activities. After considering the motion, the relief sought therein, and the fact that it is unopposed, the Court ORDERS that for good cause appearing the Motion is hereby GRANTED.

Dockets.Justia.com