UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279 |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |

## ORDER

Pending before the court is the plaintiff Function Media, L.L.C. ("FM") emergency motion for adverse inference instruction (Dkt. No. 364). FM argues that the defendant Google Inc. ("Google") failed to retain and produce instant messages and certain e-mails. FM's motion is CARRIED. The court shall address FM's motion for an adverse inference instruction prior to closing arguments. During trial, FM is prohibited from mentioning Google's alleged failure to produce instant messages and e-mail, absent further order from the court.

SIGNED this 19th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE