# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA, L.L.C. § | |
| § | |
| vs. § | CASE NO. 2:07-CV-279 |
| § | |
| GOOGLE INC. AND YAHOO, INC. § | |

## ORDER

Pending before the court is the defendant Google Inc.'s ("Google") emergency motion to enforce order and prohibit damages expert testimony (Dkt. No. 391). Google argues that the plaintiff Function Media L.L.C.'s ("FM") damages expert, Walter Bratic, should be precluded from testifying that the jury should award FM 65% of Google's profits, which is 12% of Google's gross revenue. Google also seeks to prevent FM from asking for $607 million in damages in its opening statement. Google's motion is DENIED. Google may address FM's damages theory through cross-examination of Mr. Bratic and in its own opening statement.

SIGNED this 19th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE