IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the court is Plaintiff's Motion to Enforce Opinion Regarding Google's Expert Michael Wagner filed on January 23, 2010. After reviewing the Motion, the Court finds that the Motion to Enforce Opinion Regarding Google's Expert Michael Wagner should be and hereby is **GRANTED**.