IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FUNCTIONAL MEDIA, LLC

V

GOOGLE, INC. AND YAHOO! INC.

§
§
§
§
§

PLAINTIFF'S EXHIBIT LIST
CASE NO.: 2007-CV-279

| Presiding Judge: Chad Everingham | Plaintiff's Attorney(s): Max Tribble | Defendant's Attorneys: Charles Verhoeven |
|---|---|---|
| Trial Date(s):January 19, 2010 | Court Reporter: Shelly Holmes | Courtroom Deputy: Jan Lockhart |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1 | 865 | | √ | | | √ | 07/03/2007 Certified United States Patent Number 7,240,025 B2 unnumbered |
| 2 | | | | | | | Withdrawn |
| 3 | 867 | | √ | | | √ | 07/24/2007 Certified United States Patent Number 7,249,059 B2 unnumbered |
| 4 - 6 | | | | | | | Withdrawn |

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 7 | | | | ✓ | | ✓ | 00/00/0000 Google AdSense Video<br>unnumbered |
| 8 | | | | ✓ | | ✓ | 00/00/0000 Video: Managing Ads<br>unnumbered |
| 9 | | | | ✓ | | ✓ | 00/00/0000 Video AdSense Channels and reporting<br>webinar.mp4<br>unnumbered |
| 10 | | | | ✓ | | ✓ | 00/00/0000 Video AdSense Channels Tutorial, Part I<br>unnumbered |
| 11 | | | | ✓ | | ✓ | 00/00/0000 Video AdSense Channels Tutorial, Part II<br>unnumbered |
| 12 | | | | ✓ | | ✓ | 00/00/0000 Video AdSense Channels Tutorial, Part III<br>unnumbered |
| 13 | | | | ✓ | | ✓ | 00/00/0000 Video AdSense for search<br>unnumbered |
| 14 | | | | ✓ | | ✓ | 04/01/2009 Video AdSense Optimization Webinar<br>unnumbered |
| 15 | | | | ✓ | | ✓ | 05/08/2009 Video AdSense Optimization Webinar<br>unnumbered |
| 16 | | | | ✓ | | ✓ | 04/23/2009 Video AdSense Orientation Webinar<br>unnumbered |
| 17 | | | | ✓ | | ✓ | 05/22/2009 Video AdSense Payments Webinar<br>unnumbered |
| 18 | | | | ✓ | | ✓ | 00/00/0000 Video CleverMedia, Inc.'s AdSense Story<br>unnumbered |

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 19 | | | | ✓ | | ✓ | 00/00/0000 Video Demo AdSense reporting in Analytics unnumbered |
| 20 | | | | ✓ | | ✓ | 00/00/0000 Video Demo Generating Ad Code unnumbered |
| 21 | | | | ✓ | | ✓ | 00/00/0000 Video Demo Linking AdSense and Analytics unnumbered |
| 22 | | | | ✓ | | ✓ | 00/00/0000 Video Demo Managing Ads unnumbered |
| 23 | | | | ✓ | | ✓ | 00/00/0000 Video Google AdSense Steps to Success unnumbered |
| 24 | | | | ✓ | | ✓ | 00/00/0000 Demonstrations of Google's System unnumbered |
| 25 | | | | ✓ | | ✓ | 00/00/0000 Video Google-certifiedad networks in AdSense unnumbered |
| 26 | | | | ✓ | | ✓ | 00/00/0000 Video Meet an AdSense Publisher Darren Rowse unnumbered |
| 27 | | | | ✓ | | ✓ | 00/00/0000 Video Meet an AdSense Publisher Matt Adams unnumbered |
| 28 | | | | ✓ | | ✓ | 00/00/0000 Video Meet an AdSense Publisher Tim Carter unnumbered |
| 29 | | | | ✓ | | ✓ | 00/00/0000 Video Optimization Essentials Bigger is Better unnumbered |
| 30 | | | | ✓ | | ✓ | 00/00/0000 Video Optimization Essentials Dress for success unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 31 | | | | ✓ | | ✓ | 00/00/0000 Video Optimization Essentials Position for performance unnumbered |
| 32 | | | | ✓ | | ✓ | 00/00/0000 Video PIN Without the Pain unnumbered |
| 33 | | | | ✓ | | ✓ | 00/00/0000 Video Problogger's AdSense optimization tips unnumbered |
| 34 | | | | ✓ | | ✓ | 00/00/0000 Video Speeding Up in a Slowdown Attracting More Advertiser Spend unnumbered |
| 35 | | | | ✓ | | ✓ | 00/00/0000 Video Speeding Up in a Slowdown Attracting More Visitors unnumbered |
| 36 | | | | ✓ | | ✓ | 00/00/0000 Video Speeding Up in a Slowdown Increasing Your Revenue Potential |
| 37 | | | | ✓ | | ✓ | 00/00/0000 Video Speeding Up in a Slowdown Retaining Your Visitors unnumbered |
| 38 | | | | ✓ | | ✓ | 00/00/0000 Video Speeding Up in a Slowdown Understanding Your Business unnumbered |
| 39 | | | | ✓ | | ✓ | 00/00/0000 Video _Managing Ads unnumbered |
| 40 | | | | ✓ | | ✓ | 00/00/0000 Video _Generating Ad Code unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 41 | | | | ✓ | | ✓ | **00/00/0000 Video Activation Demo** <br> **unnumbered** |
| 42 | | | | ✓ | | ✓ | **00/00/0000 Video Demv1** <br> **unnumbered** |
| 43 | | | | ✓ | | ✓ | **00/00/0000 Video Powered by Macromedia Breeze** <br> **unnumbered** |
| 44 | | | | | | | **Withdrawn** |
| 45 | | | | ✓ | | ✓ | **00/00/2008 Web page re Google Content Network -** <br> **Overview** <br> **(Miller 2)** <br> **unnumbered** |
| 46 | 812 | | | ✓ | | ✓ | **00/00/2009 Web page re Google AdSense - Overview** <br> **(Miller 3)** <br> **unnumbered** |
| 47 | | | | ✓ | | ✓ | **00/00/2009 Web page re Google AdSense - Help** <br> **(Miller 4)** <br> **unnumbered** |
| 48 | | | | ✓ | | ✓ | **00/00/2009 Web page re Google AdSense -Help** <br> **(Miller 5)** <br> **unnumbered** |
| 49 | | | | ✓ | | ✓ | **00/00/2009 Web page re Google AdSense - Help** <br> **(Miller 6)** <br> **unnumbered** |
| 50 | 820 | | | ✓ | | ✓ | **00/00/2009 Screen Shots re Google AdSense Demo** <br> **(Miller 7)** <br> **unnumbered** |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 51 | 821 | | | ✓ | | ✓ | 00/00/2009 Web page re Google Content Network - Ad formats<br>(Miller 8)<br>unnumbered |
| 52 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help<br>(Miller 9)<br>unnumbered |
| 53 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help<br>(Miller 10)<br>unnumbered |
| 54 | 822 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Ad Formats<br>(Miller 11)<br>unnumbered |
| 55 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help<br>(Miller 12)<br>unnumbered |
| 56 | 823 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help<br>(Miller 13)<br>unnumbered |
| 57 | 824 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help<br>(Miller 14)<br>unnumbered |
| 58 | 825 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help<br>(Miller 15)<br>unnumbered |
| 59 | 826 | | | ✓ | | ✓ | 00/00/2009 Web page re Welcome to AdSense<br>(Miller 16)<br>unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 60 | 827 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense for content (Miller17) unnumbered |
| 61 | 828 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help Center (Miller 18) unnumbered |
| 62 | 829 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller19) unnumbered |
| 63 | 830 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller20) unnumbered |
| 64 | 831 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller21) unnumbered |
| 65 | 832 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller 22) unnumbered |
| 66 | 833 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller23) unnumbered |
| 67 | 834 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller24) unnumbered |
| 68 | 835 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller25) unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 69 | 836 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller 26) unnumbered |
| 70 | 837 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Help (Miller 27) unnumbered |
| 71 | 838 | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdSense - Overview (Miller 28) unnumbered |
| 72 | | | | ✓ | | ✓ | 00/00/2009 Screen Shot re Google AdSense - Help (Miller 29) unnumbered |
| 73 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdWords - Help (Holden 31) unnumbered |
| 74 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdWords - Help (Holden 32) unnumbered |
| 75 | | | | ✓ | | ✓ | 00/00/2007 Screen Shots re Google AdWords - Create an ad (Holden 33) unnumbered |
| 76 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdWords - Help (Holden 34) unnumbered |
| 77 | | | | ✓ | | ✓ | 00/00/2009 Screen Shot re Google AdWords - Content Network (Holden 35) unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 78 | | | | ✓ | | ✓ | 00/00/2007 Screen Shot re Google AdWords - Create an ad (Holden 36) unnumbered |
| 79 | | | | ✓ | | ✓ | 12/14/2007 E-mail to P. Schindler from B. Axe re Blended Ads (Holden 37) G002-001593359-G002-001593362 |
| 80 | | | | ✓ | | ✓ | 00/00/2007 Screen Shots re Ads by Google - Nintendo Wii (Holden 38) unnumbered |
| 81 | | | | ✓ | | ✓ | 00/00/2009 Screen Shots re Google AdWords - Learning Center (Holden 39) unnumbered |
| 82 | 811 | | | ✓ | | ✓ | 11/09/2005 Google Presentation re 2006 Ads/Commerce Strategy (Holden 40) G002-000941269-G002-000941373 |
| 83 | | | | ✓ | | ✓ | 04/15/2003 E-mail to R. Holden et al. from S. Kamangar re 24x7 Call 04.15.03 (Holden 41) G002-000814790-G002-000814791 |
| 84 | | | | ✓ | | ✓ | 01/18/2007 E-mail to Industry Info from A. Reynar re Marrying old-media ads with Internet selling (Holden 42) G002-002904983-G002-002904986 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 85 | | | | ✓ | | ✓ | 00/00/2009 Web page re Google AdWords - Help (Holden 43) unnumbered |
| 86 | | | | ✓ | | ✓ | 00/00/2009 Screen Shot re Cheese.com (Miller 44) unnumbered |
| 87 | | | | ✓ | | ✓ | 00/00/2009 Screen Shots re Google AdSense - Support (Miller 45) unnumbered |
| 88-90 | | | | | | | Withdrawn |
| 91 | | | | ✓ | | ✓ | 02/27/2009 Exhibit A - Curriculum Vitae of V. Thomas Rhyne (Rhyne 85) unnumbered |
| 92 | | | | ✓ | | ✓ | 00/00/2000 Screen Shots re Virtual Cities Reservation Network (Dean 88) D 017496-017744 |
| 93-97 | | | | | | | Withdrawn |
| 98 | | | | ✓ | | ✓ | 09/20/1999 O.N.S., Inc. Board Minutes (Stone 114) D 059298 |
| 99 | 84 | | | ✓ | | ✓ | 00/00/0000 Presentation re 1st Travelers Choice (Stone 117) D 058827-058828 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 100 | 90 141 | | | ✓ | | ✓ | 07/24/2007 Issue Notification from USPTO re Determination of Patent Term Adjustment under 35 U.S.C. 154 (b) (Croskell 126) unnumbered |
| 101-105 | | | | | | | Withdrawn |
| 106 | 86 | | | ✓ | | ✓ | 12/20/2005 Google Resume of G. Rajaram, Group Project Manager (Rajaram 134) G002-001080541 - 01080552 |
| 107 | | | | ✓ | | ✓ | 07/11/2005 Email from G. Rajaram to S. Patel re Googlee Perf Reminder (Rajaram 135) G002-002025731 - 002025734 |
| 108 | | | | | | | Withdrawn |
| 109 | | | | ✓ | | ✓ | 11/07/2005 Email from D. Thacker to S. Agrawal re example of a good quality due diligence doc? (Rajaram 137) G002-003476138 |
| 110 | | | | | | | Withdrawn |
| 111 | | | | ✓ | | ✓ | 10/17/2006 Email from R. Moonka to G. Rajaram re Google testing ads on for pay video (Rajaram 139) G002-003250747 - 003250749 |
| 112 | | | | ✓ | | ✓ | 03/00/2007 Presentation entitled "AFC Overview for Joan" (Rajaram 140) G002-001315381 - 001315407 |

FM FINAL EXHP 1/26/2010

11

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 113 | | | | ✓ | | ✓ | 12/02/2003 Email from G. Rajaram to G. Rajaram re [visible changes] AdSense Front-End: new feature launch tomorrow (Rajaram 141) G002-003460181 |
| 114 | | | | ✓ | | ✓ | 06/17/2006 Email from G. Rajaram to K. Baxter re [Adsense - core] AdSense May Usability Focus Groups Report (Rajaram 142) G002-000155536 - 000155537 |
| 115 | | | | ✓ | | ✓ | 03/22/2004 Email from L. Wiseman to A. Koch re How should image ads look?? (Rajaram 143) G002-002919241 - 002919245 |
| 116 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled "Site Targeting Update" (Rajaram144) G002-000681030 - 000681054 |
| 117 | | | | ✓ | | ✓ | 05/03/2006 Email from G. Rajaram to S. Wojcicki re just so you know (Rajaram 145) G002-002235436 - 002235438 |
| 118 | | | | ✓ | | ✓ | 07/29/2004 Email from T. Aiello to P. Dova re Con-call on Monday, July 25 at 9am (Rajaram 146) G002-002924896 - 002924899 |
| 119 | | | | ✓ | | ✓ | 01/23/2004 Email from J. Morrison to G. Rajaram re W8-W9 collection (Rajaram 147) G002-003279161 - 003279163 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 120 | | | | ✓ | | ✓ | 03/24/2004 Email from K. Desel to R. Holden re Guiding Principles for the BFS implementation (Rajaram 148) G002-000901139 |
| 121 | | | | ✓ | | ✓ | 03/22/2004 Overall Guiding Principles for Google Billing and Payment Platform (Rajaram 149) G002-000901140 - 000901143 |
| 122 | | | | ✓ | | ✓ | 06/22/2009 Screenshot re Google AdSense Help (Feng 150) unnumbered |
| 123 | | | | ✓ | | ✓ | 03/00/2007 Presentation entitled "Mobile AdSense for Content Online - Mocks (Feng 151) G003-0001043 - 0001056 |
| 124 | | | | ✓ | | ✓ | 01/00/2007 Presentation entitled "Google's Mobile Ads Platform (Feng 152) G003-0000671 - 0000720 |
| 125 | | | | ✓ | | ✓ | 06/17/2009 Presentation entitled Google OC Business Review (Feng 153) G003-0000199 - 0000250 |
| 126 | 76 | | | ✓ | | ✓ | 07/00/2005 Resume of Angela Lai, Engineering Director (Lai 154) G002-000372031-000372033 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 127 | 169 | | | ✓ | | ✓ | 02/13/2009 Google Inc. Accounting Policy Overview of Revenue Recognition and Traffic Acquisition Costs (Lai 155) G174933-174936 |
| 128 | 661 | | | ✓ | | ✓ | 00/00/0000 Presentation re Previewing the New AdWords Interface (Lai 156) unnumbered |
| 129 | | | | ✓ | | ✓ | 03/07/2007 Email from A. Bardin to S. Wojcicki, R. Holden, S. Ramaswamy, et al re Larry review followup (Lai 157) G002-003374429 |
| 130 | 662 | | | ✓ | | ✓ | 06/10/2005 C2 Features by Launch Date (Lai 158) unnumbered |
| 131 | 663 | | | ✓ | | ✓ | 06/30/2005 Q2 2005 Release Calendar (Lai 159) unnumbered |
| 132 | 664 | | | ✓ | | ✓ | 09/26/2006 2006 Q3 Release Calendar (Lai 160) unnumbered |
| 133 | 665 | | | ✓ | | ✓ | 03/21/2008 2008 Q1 Adwords Release Calendar (Lai 161) unnumbered |
| 134 | 666 | | | ✓ | | ✓ | 00/0/0000 Ads Frontend Architecture (Lai 162) G004797 - 004807 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 135-147 | | | | | | | Withdrawn |
| 148 | | | | ✓ | | ✓ | 01/08/2009 Notice of First Rule 30(b)(6) Deposition of Google Inc.<br>(Axe 176; Miller 1)<br>unnumbered |
| 149 | | | | ✓ | | ✓ | 01/19/2007 Article re It's official! You can now run AdSense on the same page as other contextual ad programs<br>(Axe 177)<br>unnumbered |
| 150 | | | | ✓ | | ✓ | 00/00/0000 Various screenshots<br>(Axe 178)<br>unnumbered |
| 151 | | | | ✓ | | ✓ | 02/13/2009 Google Inc. Accounting Policy Overview of Revenue Recognition and Traffic Acquisition Costs<br>(Axe 179)<br>G174933-174936 |
| 152 | | | | ✓ | | ✓ | 03/01/2006 Email from S. Oskool to B. Mehta et al re [AdSense-core] ASFE UI Roadmap Meeting minutes 2/28<br>(Axe 180)<br>G002-00015315O-000153156 |
| 153 | 771 | | | ✓ | | ✓ | 00/00/2007 2007 Strategy Review - Question #20<br>(Axe 181)<br>G002-001102221-001102253 |
| 154 | 733 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue 2002-2008<br>(Axe 182)<br>G068205-068207 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 155 | 734 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue 2002-2008<br>(Axe 183)<br>G068208- 068210 |
| 156 | 770 | | | ✓ | | ✓ | 12/14/2007 Email from J. Braddi to S. Wojcicki re Complete 2008 AdSense Strategy Draft<br>(Axe 184)<br>G002-002745164-002745221 |
| 157 | | | | ✓ | | ✓ | 07/04/2007 USA Today article entitled "The house that helped build Google"<br>(Axe 185)<br>unnumbered |
| 158 | | | | ✓ | | ✓ | 09/05/2003 Utility Patent Application Transmittal<br>(Axe 186)<br>G051343-051395 |
| 159 | | | | ✓ | | ✓ | 03/15/2007 U. S. Patent Application Publication re US 2007/0061196 A1<br>(Axe 187)<br>unnumbered |
| 160 | | | | ✓ | | ✓ | 09/04/2007 Information Disclosure Statement by Applicant re Application Number 11/240,793<br>(Axe 188)<br>unnumbered |
| 161 | | | | | | | Withdrawn |
| 162 | | | | ✓ | | ✓ | 07/19/2009 Google Research Scientists and Engineers re Jeffrey Dean<br>(Dean, J. 191)<br>unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 163 | | | | ✓ | | ✓ | 08/23/1999 Email from R. Kutras to tech@google.com re Engineering Update: 8.23 (Dean, J. 192) G003-0003722-0003726 |
| 164 | | | | | | | Withdrawn |
| 165 | | | | ✓ | | ✓ | 01/29/2004 Email from S. Wojcicki to gps-notes@google.com re 1B GPS Notes (Dean, J. 194) G002-00258225-00258127 |
| 166 | | | | ✓ | | ✓ | 00/00/0000 Presentation re Benchmark talking points (Dean, J. 195) G002-00241968-002419648 |
| 167 | 315 | | | ✓ | | ✓ | 03/21/2000 Article entitled "Advertising System (Dean, J. 196) G001969-001976 |
| 168 | 321 | | | ✓ | | ✓ | 00/00/0000 Document entitled "Content-Based Ad Serving System (Dean, J. 197) G002103-002107 |
| 169 | | | | ✓ | | ✓ | 10/31/2002 Email from S. Wojcicki to Content-Ads@Google.com re content ads mtg notes 10.31.02 (Dean, J. 198) G002-000731689-000731690 |
| 170 | 778 | | | ✓ | | ✓ | 11/14/2006 U. S. Patent Number 7,136,875 B2 (Dean, J. 199) unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 171 | | | | ✓ | | ✓ | 08/26/2004 U. S. Patent Application Publication Number US 2004/0167928 A1 (Dean, J. 200) unnumbered |
| 172-173 | | | | | | | Withdrawn |
| 174 | | | | ✓ | | ✓ | 06/08/2009 Notice of Third Rule 30(b)(6) Videotaped Deposition (Altherr 203) unnumbered |
| 175 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Product Team Best Practices (Altherr 204) G002-002535606-002535678 |
| 176 | | | | ✓ | | ✓ | 01/23/2004 Email from S. Wojcicki to B. Axe re Conversion (Altherr 205) G002-001270395-001270407 |
| 177 | | | | ✓ | | ✓ | 04/24/2007 Email from J. Rosenberg to S. Pichai, G. Rajaram re Proposed slides for "Board Presentation to Employees" (Altherr 206) G002-003995235-003995278 |
| 178-179 | | | | | | | Withdrawn |
| 180 | 768 | | | ✓ | | ✓ | 12/31/2005 Google Q4 Earnings Book (Altherr 209) G002-002841893-002842102 |
| 181 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 182 | 733 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue 2002-2008<br>(Altherr 211; Axe 182)<br>G068205-068207 |
| 183 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Revenue & Margin<br>(Altherr 212)<br>G002-000853264-000853277 |
| 184 | | | | ✓ | | ✓ | 00/00/0000 Adwords Status Panel<br>(Altherr 213)<br>G002-000249636-000249644 |
| 185 | | | | ✓ | | ✓ | 05/16/2005 Adwords Status Panel<br>(Altherr 214)<br>G002-001864837-001864837.0022 |
| 186 | | | | ✓ | | ✓ | 00/00/0000 Draft of Adwords On-line & Direct End-to-End Processing Business Requirements & Specifications Billing & Payment Platform -NEMO- BFS Finance Version 1.6<br>(Altherr 215)<br>G002-003469934-003470073 |
| 187 | | | | ✓ | | ✓ | 07/08/2003 Document re Everest: The Ads Decision Support<br>(Altherr216)<br>G002-00038l048-00381061 |
| 188 | | | | ✓ | | ✓ | 01/23/2004 Email from M. Horowitz to B. Axe re domain stats<br>(Altherr 217)<br>G002-002552244-002552246 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 189 | | | | ✔ | | ✔ | 01/07/2005 Email from S. Fullove to adsense-announce@google.com et al re AdSense Competitive Landscape - Issue VI<br>(Altherr 218)<br>G002-000743750-000743754 |
| 190 | 807 | | | ✔ | | ✔ | 01/29/2007 Email from C. Lee to afc-announce@google.com et al re The AdSense Product Landscape - Q1 2007 Edition<br>(Altherr 219)<br>G002-001538575-001538585 |
| 191 | | | | ✔ | | ✔ | 10/03/2005 Presentation re Sales Finance P&L Project<br>(Altherr 220)<br>G002-000774045-000774063 |
| 192 | | | | ✔ | | ✔ | 00/00/0000 Draft 3 of Communications Plan Fresh Choice Launch Q2, 2003<br>(Altherr 221)<br>G002-002044417-002044419 |
| 193 | | | | ✔ | | ✔ | 06/25/2003 Email from L. DeBonis to content-ads@google.com et al re AdSense Daily Report<br>(Altherr222)<br>G002-000838532-000838533 |
| 194 | | | | ✔ | | ✔ | 08/01/2003 Email from T. Maly to content-ads@google.com et re AdSense Online Weekly Report Seven Days Ending 7/31/2003<br>(Altherr 223)<br>G002-000840202-000840203 |
| 195 | | | | ✔ | | ✔ | 01/23/2003 Email from S. Wojcicki to gps-notes@google.com re 1B GPS notes<br>(Altherr 224)<br>G002-000790564-000790566 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 196 | | | | ✓ | | ✓ | 01/29/2004 Email from S. Wojcicki to gps-notes@google.com re 1B GPS notes (Altherr 225) G002-002582125-002582127 |
| 197 | | | | ✓ | | ✓ | 05/28/2002 Email from A. Patel to weekly@google.com re Amit's snippet (Altherr 226) G003-0029287 |
| 198 | | | | | | | Withdrawn |
| 199 | | | | ✓ | | ✓ | 08/04/2008 Screenshot re Google Desktop for Enterprise (Altherr 228) unnumbered |
| 200 | | | | ✓ | | ✓ | 08/04/2008 Screenshot re Google Search Appliance (Altherr 229) unnumbered |
| 201 | | | | ✓ | | ✓ | 05/30/2002 Email from J. Rosenberg to vips@google.com re Minutes from Google Q2 Quarterly Operations Review (Altherr 230) G002-004071203-004071206 |
| 202-203 | | | | | | | Withdrawn |
| 204 | 77 | | | ✓ | | ✓ | 00/00/2009 Resume of Sandi L. Mathers (Mathers 234) unnumbered |
| 205 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 206 | | | | ✓ | | ✓ | 02/02/2009 Various AdSense screenshots<br>(Ranganath 263)<br>unnumbered |
| 207 | | | | ✓ | | ✓ | 08/05/2009 Google AdSense Terms and Conditions<br>(Ranganath 264)<br>unnumbered |
| 208 | | | | ✓ | | ✓ | 08/05/2009 Google AdSense Online Standard Terms and Conditions<br>(Ranganath 265)<br>unnumbered |
| 209 | 658 | | | ✓ | | ✓ | 08/02/2006 Draft re Goowiki Placement Targeting<br>(Ranganath 266)<br>G005227 - 005235 |
| 210 | 441 | | | ✓ | | ✓ | 01/26/2006 Draft Goowick Publisher Controls in AdSense<br>(Ranganath 267)<br>G025553 - 025562 |
| 211 | | | | ✓ | | ✓ | 12/01/2005 U.S. Patent Application Publication Number 2005/0267799 A1<br>(Ranganath 268)<br>unnumbered |
| 212 | | | | ✓ | | ✓ | 03/10/2005 U.S. Patent Application Publication Number 2005-0055271 A1<br>(Ranganath 269)<br>unnumbered |
| 213 | | | | ✓ | | ✓ | 03/29/2007 Letter from Brian to Amit re joining product management team<br>(Ranganath 270)<br>G002-000686171 - 000686180 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 214 | 659 | | | ✓ | | ✓ | 06/28/2005 Article re Contents Ad Targeting<br>(Ranganath 271)<br>G002-000243732 - 000243750 |
| 215 | | | | | | | Withdrawn |
| 216 | | | | ✓ | | ✓ | 08/05/2009 Screenshot Google AdSense Help re category filtering<br>(Ranganath 273)<br>unnumbered |
| 217 | 99 | | | ✓ | | ✓ | 08/11/2009 Resume of R. Seligman<br>(Seligman 274)<br>unnumbered |
| 218-285 | | | | | | | Withdrawn |
| 286 | 71 | | | ✓ | | ✓ | 00/00/1998 Excerpts for AdForce User Guide 2.6<br>(Fielding 342)<br>G005430, 005527 |
| 287 | | | | ✓ | | ✓ | 08/31/2007 Presentation re Ads* SRE Update<br>(Curtiss 350)<br>GGL-FM0001719 - 0001728 |
| 288 | | | | ✓ | | ✓ | 00/00/0000 Presentation re Scaling the Web: An Overview of Google<br>(Curtiss 351)<br>G002-002582522 - 002582562 |
| 289 | | | | ✓ | | ✓ | 04/19/2009 Notice of Rule 30(b)(6) Videotaped Deposition of Google Inc Regarding U.S./International Issues and Financial Topics Related to the Accused Products<br>(Curtiss 352)<br>unnumbered |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 290 | | | | ✓ | | ✓ | 12/04/2008 Google Developer Handbook<br>(Curtiss 353)<br>GGL-FM0005076 - 0005078 |
| 291 | 7 | | | ✓ | | ✓ | 03/28/2007 Life of a request: how our traffic management system works<br>(Curtiss 354)<br>GGL-FM0005064 - 0005074 |
| 292 | | | | ✓ | | ✓ | 02/16/2006 Email from T. Curtiss to T. Hutchinson re Data Center Equipment in Foreign Locations<br>(Curtiss 355)<br>G002-003626613 - 003626617 |
| 293 | | | | ✓ | | ✓ | 02/01/2006 Email from A. Lai to S. Ramaswamy re Data Center Equipment in Foreign Locations<br>(Curtiss 356)<br>G002-002593790 - 002593792 |
| 294 | | | | ✓ | | ✓ | 02/01/2006 Email from S. Ramaswamy to G. Badros re Data Center Equipment in Foreign Locations<br>(Curtiss 357)<br>G002-001227196 - 001227198 |
| 295 | | | | ✓ | | ✓ | 06/18/2009 Presentation re Ads Frontend Release Process<br>(Curtiss 358)<br>GGL-FM0007826 - 0007839 |
| 296 | | | | ✓ | | ✓ | 02/01/2006 Email from E. Nolan to T. Hutchinson re Data Center Equipment in Foreign Locations<br>(Curtiss 359)<br>G002-002761881 - 002761884 |

FM FINAL.EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 297 | | | | ✓ | | ✓ | 00/00/0000 2 AdsDB or !2 AdsDB The Need for a 3rd Ads DB Primary & Front End Cluster **(Curtiss 360)** GGL-FM0024450 - 0024466 |
| 298 | | | | ✓ | | ✓ | 11/04/2005 Email from T. Curtiss to ads-alert@google.com re Ads summary of Thursday night network event **(Curtiss 361)** G002-000400613 |
| 299-300 | | | | | | | Withdrawn |
| 301 | 689 | | | ✓ | | ✓ | 12/01/1998 License Agreement between The Board of Trustees of the Leland Stanford Junior University and Google, Inc. **(Curtiss 364)** G003-0131455 - 0131467 |
| 302 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet **(Curtiss 365)** unnumbered |
| 303 | | | | ✓ | | | Not Used |
| 304 | | | | ✓ | | ✓ | 00/00/0000 Google Resume of Johnny Chen, Business Development Manager **(Chen 370)** G003-0286017-0286022 |
| 305 | | | | ✓ | | ✓ | 01/23/2004 E-mail from N. Shivakumar to S. Brin and S. Wojcicki re Request for review: User feedback design doc **(Chen 371)** G002-002553815-002553817 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 306 | 754 | | | ✓ | | ✓ | 12/31/2007 Google Annual Report<br>(Chen 372)<br>G046294-046417 |
| 307 | | | | ✓ | | ✓ | 08/15/2005 Product Team Directors Meeting Agenda, GPS/GBS Matrix, GPS/GBS Schedule, Patent and Action Items<br>(Chen 373)<br>G002-004025316-004025361 |
| 308 | | | | ✓ | | ✓ | 06/18/2004 File History for Application No. 60/581,276<br>(Chen 374)<br>G003-0205160-0205218 |
| 309 | | | | ✓ | | ✓ | 04/09/2004 AdSense for Search (AFS) Online<br>(Chen 375)<br>G004875-004881 |
| 310 | | | | ✓ | | ✓ | 01/06/2004 E-mail from G. Rajaram to T. Maly re International Email Questions<br>(Chen 376)<br>G002-003978240-003978243 |
| 311 | | | | | | | Withdrawn |
| 312 | | | | ✓ | | ✓ | 12/03/2008 Google Presentation re FMG-Lite Deal Review Template - New Business Development<br>(Chen 378)<br>G003-0285611-0285613 |
| 313 | | | | ✓ | | ✓ | 08/06/2008 E-mail from J. Chen to J. Koplin re Discussion re AMR encoding via VoiceAge<br>(Chen 379)<br>G003-0285851-0285853 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 314 | | | | ✓ | | ✓ | 10/07/2004 Hewlett-Packard/Google Intellectual Property Agreement<br>(Chen 380)<br>G064344-064372 |
| 315 | | | | | | | Withdrawn |
| 316 | | | | ✓ | | ✓ | 00/00/0000 Book excerpt entitled "Use of the 25% Rule in Valuing Intellectual Property" by R. Goldscheider, J. Jarosz and C. Mulhern<br>(Chen 382)<br>G003-0272546-0272562 |
| 317 | 690 | | | ✓ | | ✓ | 08/18/2003 Agreement between The Board of Trustees of the Leland Stanford Junior University and Kaltix, Inc.<br>(Chen 383)<br>G003-0131468-0131480 |
| 318 | 689 | | | ✓ | | ✓ | 12/01/1998 License Agreement The Board of Trustees of the Leland Stanford Junior University and Google, Inc.<br>(Chen 384)<br>G003-0131455-0131467 |
| 319-326 | | | | | | | Withdrawn |
| 327 | | | | ✓ | | ✓ | 08/19/2005 Letter to Person D from Y. Hashemi re Patent License Agreement between Entity A and Google, Inc.<br>(Chen 393)<br>G068050-068061 |
| 328-329 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 330 | 719 | | | ✓ | | ✓ | 05/02/2008 Subscription Agreement Amendment between Google, Inc., Entity A, Entity B and Entity C (Chen 396) G068062-068067 |
| 331-340 | | | | | | | Withdrawn |
| 341 | | | | ✓ | | ✓ | 01/01/2009 Patent License Agreement between Microsoft Corporation, Microsoft Licensing, GP and Google Inc. (Chen 407) G003-0131673-0131694 |
| 342-343 | | | | | | | Withdrawn |
| 344 | | | | ✓ | | ✓ | 11/00/2000 Presentation re Google by S. Brin (Chen410) G002-002582497-002582521 |
| 345 | 123 | | | ✓ | | ✓ | 00/00/0000 Notes re Patent Application Number 10/165,078 D005045 - 005052 (Dean 400) |
| 346 | 124 | | | ✓ | | ✓ | 06/01/2000 O.N.S. Incorporated Checks to M. Hasan from July 10, 1998 - June 1, 2000 (Dean, M. 401) D069361 - 069376 |
| 347-353 | | | | | | | Withdrawn |
| 354 | | | | ✓ | | ✓ In redacted form | 09/01/2005 Google Presentation re Project Newton: Financial Review (Scheele 416) G002-001077763-001077787 |

FM FINAL EXHP 1/26/2010

28

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 355-357 | | | | | | | Withdrawn |
| 358 | 733 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue, 2002-2008<br><br>(Bravomalo 450)<br>G068205-068207 |
| 359 | 734 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue, 2002-2008<br><br>(Bravomalo 451)<br>G068208-068210 |
| 360 | 705 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue, 2002-2008<br><br>(Bravomalo 452)<br>G061036-061038 |
| 361 | 705 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Google Served Revenue, 2002-2008<br><br>(Bravomalo 453)<br>G061039-061041 |
| 362 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Revenue<br><br>(Bravomalo 454)<br>GGL-FM0026610-0026676 |
| 363 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Revenue<br><br>(Bravomalo 455)<br>GGL-FM0010818-0011195 |
| 364 | 741 | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Product P&L - FY 2008 - Quarterly<br><br>(Bravomalo 456)<br>GGL-FM0026515-0026520 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 365 | 808 | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Contextual Advertising: Increase Website Revenues and Maintain Editorial Quality by K. Abrahamson<br>(Bravomalo 457)<br>G003-0015530-0015547 |
| 366 | | | | ✓ | | ✓ | 00/00/2004 Spreadsheet re Q&A for Q3 2004<br>(Bravomalo 458)<br>G002-001107919-001107957 |
| 367 | | | | ✓ | | ✓ | 00/00/2003 Spreadsheet re Google 2003 and 2004 Line of Business P&Ls<br>(Bravomalo 459)<br>G177372-177426 |
| 368 | 736 | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Reporting Roll-Up for FY01-FY05<br>(Bravomalo 460)<br>GGL-FM0008543-0008548 |
| 369 | | | | ✓ | | ✓ | 09/00/2004 Google Presentation re Line of Business P&Ls<br>(Bravomalo 461)<br>G177427-177501 |
| 370 | | | | ✓ | | ✓ | 01/27/2004 Google Presentation re 2004 Plan<br>(Bravomalo 462)<br>G003-0286428-0286469 |
| 371 | | | | ✓ | | ✓ | 00/00/0000 Google Product P&L Revenue, TAC and Other Cost of Sales (COS)<br>(Bravomalo 463)<br>GGL-FM0025782-0025783 |
| 372 | | | | ✓ | | ✓ | 03/00/2007 Google Presentation re AFC Overview for Joan<br>(Bravomalo 464)<br>G002-000686028-000686054 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 373 | | | | ✓ | | ✓ | 11/19/2003 Google Presentation re Adsense for Content Business Review **(Bravomalo 465)** G002-000681612-000681647 |
| 374 | | | | ✓ | | ✓ | 09/14/2006 Google Presentation re Adsense Direct **Contribution P&L** **(Bravomalo 466)** G002-003652153-003652153.0010 |
| 375 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re 2003-2004 Operating **Margin Comparison** **(Bravomalo 467)** G002-000909667-000909673 |
| 376 | | | | ✓ | | ✓ | 10/15/2003 Spreadsheet re Per Property Conversion Stats **(Bravomalo 468)** G002-002552537-002552609 |
| 377 | | | | ✓ | | ✓ | 03/30/2006 Adsense Summary Document re Content, Search and Feeds **(Bravomalo 469; Yu 827)** G002-000682453-000682457 |
| 378 | 809 | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Google AdSense - Partnering for Sustained Growth by S. Patel **(Bravomalo 470)** G002-001084310-01084310.0016 |
| 379 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re AFS Direct **(Bravomalo 471)** GGL-FM0029215-0029274 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 380 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re AFS, AFC and AFD<br>(Bravomalo 472)<br>GGL-FM0038942-0039169 |
| 381 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Sum of Revenue and Sum of Cost fo Sales<br>(Bravomalo 473)<br>GGL-FM0010507-0010809 (various ranges) |
| 382 | | | | ✓ | | ✓ | 02/19/2004 E-mail from R. Holden re Monetization Strategy Meeting Minutes - 02.03.04<br>(Bravomalo 474)<br>G002-000909321-000909329 |
| 383 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Exploring our Products: Introduction<br>(Bravomalo 475)<br>G002-002511246-002511246.0090 |
| 384 | | | | ✓ | | ✓ | 08/31/2004 Google Presentation re Online Sales Operations GBS Business Review<br>(Bravomalo 476)<br>G002-000918713-000918747 |
| 385 | | | | ✓ | | ✓ | 09/14/2004 Google Presentation re AFC Strategic Review GBS Presentation<br>(Bravomalo 477)<br>G002-000682373-000682452 |
| 386 | 810 | | | ✓ | | ✓ | 00/00/0000 Google Presentation re The Google Partnership: AdSense for Content<br>(Bravomalo 478)<br>G002-002523351-002523351.0015 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 387 | 753 | | | ✓ | | ✓ | 12/31/2006 Google Annual Report<br>(Bravomalo 479)<br>G046166-046293 |
| 388 | | | | ✓ | | ✓ | 03/15/2006 E-mail to G. Rajaram from D. Troper re Site Targeting Memo<br>(Bravomalo 480)<br>G002-001085318-001085324 |
| 389 | | | | ✓ | | ✓ | 00/00/0000 Presentation re Benchmark talking points<br>(Bravomalo 481)<br>G002-002419618-002419648 |
| 390 | | | | ✓ | | ✓ | 12/17/2003 E-mail to J. Huber from R. Holden re Jeff Huber Ads Engineering Review Meeting Minutes - 12.16.03<br>(Bravomalo 482)<br>G002-000892433-000892436 |
| 391 | | | | ✓ | | ✓ | 03/26/2003 Google Presentation re Content Targeting 2003-05 P&L Evaluation<br>(Bravomalo 483)<br>G002-000681264-000681280 |
| 392 | | | | ✓ | | ✓ | 08/17/2004 Google Presentation re Q3 Founder's MQU Finance Update<br>(Bravomalo 484)<br>G002-000919942-000919969 |
| 393 | | | | ✓ | | ✓ | 08/31/2004 E-mail to V. Monical et al. from B. Axe re Q3 Company OKRS - mid quarter update<br>(Bravomalo 485)<br>G002-002101110-002101118 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 394 | | | | ✓ | | ✓ | 04/02/2008 Google Presentation re Increasing Profitability of AFC Online<br>(Bravomalo 486)<br>GGL-FM0020646-0020668 |
| 395 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re AdSense Integration Issues<br>(Bravomalo 487)<br>GGL-FM0004078-0004084 |
| 396 | | | | ✓ | | ✓ | 10/24/2007 Google Presentation re Summary for Week Ending 24 October 2007<br>(Bravomalo 488)<br>GGL-FM0026026-0026055 |
| 397 | 657 | | | ✓ | | ✓ | 06/30/2009 Google Presentation re 2009 Q2 Eng All Hands<br>(Bravomalo 489)<br>GGL-FM0007708-0007720 |
| 398 | | | | ✓ | | ✓ | 00/00/0000 Chart re % AdWords Revenue Managed through AW API<br>(Bravomalo 490)<br>G177554 |
| 399 | | | | ✓ | | ✓ | 00/00/0000 Financial Spreadsheet<br>(Bravomalo 491)<br>GGL-FM0037435-0037474 |
| 400 | 751 | | | ✓ | | ✓ | 12/31/2004 Google Annual Report<br>(Bravomalo 492)<br>G046471-046591 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 401 | 749 | | | ✓ | | ✓ In redacted form | 12/00/2003 Valuation of Google, Inc. by Houlihan Lokey Howard & Zukin (Bravomalo 493) GGL-FM0025664-0025712 |
| 402-404 | | | | | | | Withdrawn |
| 405 | | | | ✓ | | ✓ | 03/22/2007 Presentation re Google Ad Manager for Publishers Sales Training (Rupp 603.) G002-000151051-000151086 |
| 406-415 | | | | | | | Withdrawn |
| 416 | | | | ✓ | | ✓ | 06/15/1998 Virtual Cities Inc. Consultant Proprietary Information Agreement (Hasan 615) D 023349-023357 |
| 417 | | | | ✓ | | ✓ | 03/02/1998 All Purpose General Utility Module (Hasan 619) D 032805-032813 |
| 418 | | | | ✓ | | ✓ | 00/00/0000 Source Code re modVCTransportGlobal (Hasan 620) D 032399-032411 |
| 419-429 | | | | | | | Withdrawn |
| 430 | | | | ✓ | | ✓ | 05/08/2006 Product Team Directors Meeting (Zoufonoun 711) G002-001089834 - 001089853 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 431 | | | | ✓ | | ✓ | 00/00/2003 2003 Annual Plan<br>(Zoufonoun 712)<br>G003-0286577 - 0286617 |
| 432 | | | | ✓ | | ✓ | 00/00/0000 AdSense Online Business & Marketing Review<br>(Zoufonoun 713)<br>G002-001069085 - 106085.0064 |
| 433-436 | | | | | | | Withdrawn |
| 437 | | | | ✓ | | ✓ In redacted form | 06/01/2007 Google Inc. Valuation Analysis of Certain Intangible Assets of Feedburner, Inc.<br>(Zoufonoun 718)<br>G003-0168901 - 0168995 |
| 438-439 | | | | | | | Withdrawn |
| 440 | 733 | | ✓ | | | ✓ | 00/00/2008 Spreadsheet entitled Google Served Revenue 2002-2008<br>(Zoufonoun 721)<br>G068205 - 068207 |
| 441 | | | | ✓ | | ✓ In redacted form | 04/23/2003 Google Technology Inc. Acquisition Whitepaper Applied Semantics, Inc.<br>(Zoufonoun 722)<br>G174467 - 174484 |
| 442 | | | | ✓ | | ✓ | 02/12/2003 Google Content Ads Launch & Beyond<br>(Zoufonoun 723)<br>G002-000680649 - 000680682 |
| 443-447 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 448 | | | | ✓ | | ✓ | 00/00/0000 Google AdSense Interview Reference Document (Zoufonoun 729) G002-001290223 - 001290224 |
| 449-450 | | | | | | | Withdrawn |
| 451 | | | ✓ | | | ✓ In redacted form | 02/17/2006 Presentation re Google Inc. Valuation of the Acquired Intangible Assets of dMarc Broadcasting Inc. (Zoufonoun 732) G003-0168662-0168724 |
| 452-453 | | | | | | | Withdrawn |
| 454 | | | | ✓ | | ✓ | 00/00/0000 Google We Offered: (Zoufonoun 735) G002-001078236 - 001078236.0004 |
| 455-457 | | | | | | | Withdrawn |
| 458 | | | | ✓ | | ✓ | 09/24/2003 Consent and Amendment to Agreement between Kaltix Corporation and Leland Stanford Junior University and Search-1 Acquisition Corporation (Zoufonoun 739) G003-0130697 - 0130699 |
| 459-461 | | | | | | | Withdrawn |
| 462 | | | | ✓ | | ✓ In redacted form | 04/12/2007 Project Liberty BoD Review (Zoufonoun 743) G002-001684977 - 1684977.0016 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 463-470 | | | | | | | Withdrawn |
| 471 | | | | ✓ | | ✓ | 07/03/2007 Certified File History of U.S, Patent Number 7,240,025 DD064903 - 066079 |
| 472 | | | | ✓ | | ✓ | 09/03/2002 Certified File History of U.S. Patent Number 6,446,045 D064583 - 64896 |
| 473 | | | | ✓ | | ✓ | 07/24/2007 Certified File History of U.S. Patent Number 7,249,059 D066080 - D66719 |
| 474 | | | | | | | Withdrawn |
| 475 | | | | ✓ | | ✓ | 04/23/2003 Presentation entitled Products Team Overview G002-000808158 - 000808218 |
| 476 | | | | ✓ | | ✓ | 07/18/2003 Everest: The Ads Decision Support System G002-000381048 - 000381061 |
| 477 | | | | ✓ | | ✓ | 07/13/03 Manual for Product Team Members G002-000223254 - 000223293 |
| 478 | | | | ✓ | | ✓ | 07/25/2006 Presentation entitled AdSense for commerce sites G002-000503918 - 000503936 |
| 479 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled AFC Update G002-000686337 - 000686346 |
| 480 | | | | ✓ | | ✓ | 08/05/2005 Spreadsheet of Marketing Programs (Yu 803) G002-000773288 - 000773376 |