| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 481 | | | | ✓ | | ✓ | 08/01/2005 Spreadsheet of Marketing Programs G002-000780401 - 000780430 |
| 482 | | | | ✓ | | ✓ | 01/31/2005 Email from J. Ferguson to R. Holden et al re Offer Review - Urgent request G002-000851210 |
| 483 | | | | | | | Withdrawn |
| 484 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Washington Post Site Targeting Turn Around Post Mortem G002-001096267 - 001096292 |
| 485 | | | | ✓ | | ✓ | 03/12/2007 Presentation entitled Display & Video Advertising Product Marketing Q1 Review & Q2 Outlook G002-001102488 - 001102508 |
| 486 | | | | ✓ | | ✓ | 08/07/2007 Email from C. Yu to G. Rajaram re GFP deck G002-01105972 |
| 487 | | | | ✓ | | ✓ | 07/12/2007 Q2 Product Insights Executive Summary G002-001107639 - 001107674 |
| 488 | | | | ✓ | | ✓ | 09/09/2006 AdSense Content/Search/Feeds G002-01148017 - 01148021 |
| 489 | | | | ✓ | | ✓ | 01/02/2007 Email from J. Alferness to C. Yu et al re AFS Online/CSE Integration - 2007 Review G002-001152877 |
| 490 | | | | ✓ | | ✓ | 01/03/2007 Email from hr-help@google.com to koomen@google.com re Googlee Perf Confirmation G002-001152899 |

Dockets.Justia.com

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 491 | | | | ✓ | | ✓ | 00/00/2006 Presentation entitled Context: AdSense 2006 Strategy<br>G002-00119267 - 00119267.0009 |
| 492 | | | | ✓ | | ✓ | 07/10/2006 Presentation entitled Google AdSense China Strategy Focus on premium & mid-size publishers<br>G002-00119370 - 001193203 |
| 493 | | | | ✓ | | ✓ | 01/20/2006 Email from B. Vu to K. Malone re Interviews with myself & the YPN Team on the YPN beta (JenSense)<br>G002-001226150 - 001226153 |
| 494 | | | | ✓ | | ✓ | 01/20/2006 Email from B. Axe to B. Vu re Interviews with myself & the YPN Team on the YPN beta (JenSense)<br>G002-001226180 - 001226183 |
| 495 | | | | ✓ | | ✓ | 01/20/2006 Email from B. Axe to J. Miller et al re Interviews with myself & the YPN Team on the YPN beta (JenSense)<br>G002-001303156 - 001303159 |
| 496 | | | | ✓ | | ✓ | 00/00/0000 AFC Update Review Growth CPS CRAVE Initiative<br>G002-001315777 - 001315777.0008 |
| 497 | | | | ✓ | | ✓ | 12/20/2007 Email from B. Axe to C. Yu et al re AdSense 2008 Direction Offsite - Take aways & Presentations<br>G002-001465966 - 001465968 |
| 498 | | | | ✓ | | ✓ | 10/04/2007 Q3 Product Insights Executive Summary<br>G002-001692303 - 001692349 |
| 499 | | | | ✓ | | ✓ | 08/15/2005 People Allocation<br>G002-001918814 - 001918814.0022 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 500 | | | | ✓ | | ✓ | 02/28/2006 Yahoo! Publisher Network & AdSense Status and Competitive Response<br>G002-001834686 - 001834686.0045 |
| 501 | | | | ✓ | | ✓ | 08/14/2007 Project Slingshot Executive Committee Update<br>G002-001938042 - 001938042.0027 |
| 502 | | | | ✓ | | ✓ | 12/00/2006 Presentation entitled AdSense Acquisition Source "None" update<br>G002-001959595 - 001959595.0007 |
| 503 | | | | ✓ | | ✓ | 06/21/2006 Presentation entitled CRAVE: Content Advertiser Plan 2007<br>G002-001963484 - 001963532 |
| 504 | | | | ✓ | | ✓ | 07/12/2007 AdWords Ads<br>G002-002011258 - 002011264 |
| 505 | | | | ✓ | | ✓ | 04/13/2007 Q1 Product Summary<br>G002-002254192 - 002254215 |
| 506 | | | | ✓ | | ✓ | 00/00/0000 AdSense Online Front-End Launch<br>G002-002306440 - 002306447 |
| 507 | | | | ✓ | | ✓ | 02/22/2008 Email from T. Ramineni to K. Malone et al re AdSense Online Dashboard - Week Ending Feb 20 2008<br>G002-002665605 - 002665607 |
| 508 | | | | ✓ | | ✓ | 03/13/2008 Presentation entitled Marketing at Google 2008 and beyond<br>G002-002672971 - 002672990 |
| 509 | | | | ✓ | | ✓ | 05/15/2006 Email from B. Mehta to A. Vartan re Improving blogger monetization by making improving ads coverage of blogger pages<br>G002-002543042 - 002543049 |

FM FINAL EXHP 1/26/2010

41

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 510 | | | | | | | Withdrawn |
| 511 | | | | ✓ | | ✓ | 05/10/2006 Email from K. Malone to B. Axe re Draft outline for three trillion ad<br>G002-002703748 - 002703750 |
| 512 | | | | ✓ | | ✓ | 07/05/2006 AdSense Content/Searches/Feeds<br>G002-002737497 - 002737502 |
| 513 | | | | | | | Withdrawn |
| 514 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Agenda<br>(Yu 818)<br>G002-000736474 - 000736508 |
| 515 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Mobile Ads GPS<br>G002-002079072 - 002079072.0013 |
| 516 | | | | ✓ | | ✓ | 06/20/2007 Presentation entitled AdWords<br>MCC/GAP/Reseller Ads/Parners Eng Review<br>GGL-FM0002168 - 0002182 |
| 517 | | | | ✓ | | ✓ | 03/00/2008 Product Finance<br>GGL-FM0025394 - 0025404 |
| 518 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Ads Eng/ Partners Q4 All Hands Off the hook!<br>GGL-FM 0025357 - 0025393 |
| 519 | | | | ✓ | | ✓ | 12/23/2007 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-003005201 - 003005201.004 |
| 520 | | | | ✓ | | ✓ | 03/18/2006 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-002563844 - 002563844.002 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 521 | | | | ✓ | | ✓ | 05/25/2007 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-002567696 - 005676696.004 |
| 522 | | | | ✓ | | ✓ | 05/17/2007 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-002566868 - 002566868.0004 |
| 523 | | | | ✓ | | ✓ | 05/31/2007 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-002567992 - 002567992.0004 |
| 524 | | | | ✓ | | ✓ | 08/04/2006 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-002739752 - 002739752.0002 |
| 525 | | | | ✓ | | ✓ | 08/18/2006 Spreadsheets and graphs re Global Onlin AdSense Dashboard<br>G002-002739922 - 002739922.0002 |
| 526 | | | | ✓ | | ✓ | 03/27/2007 Presentation entitled $100B Revenue Plan Cross-business findings<br>G002-002372610 - 002372610.0033 |
| 527 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled AdSense - Expand Online Advertising Beyond Search<br>G002-00369881 - 003069881.004 |
| 528 | | | | | | | Withdrawn |
| 529 | | | | ✓ | | ✓ | 08/19/2005 Presentation entitled Google AdSense Competitive Overview<br>(Yu 816)<br>G002-001827575 - 001827575.0012 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 530 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Ads/Commerce (Yu 828) G002-000723788 - 00072378.0044 |
| 531 | | | | ✓ | | ✓ | 04/28/2005 Presentation entitled Agency Site-Training Pitch G002-001300042 -0001300042.0031 |
| 532 | | | | ✓ | | ✓ | 02/05/2006 Presentation entitled Yahoo! Publisher Network Overview Status and Competitive Response G002-002983745 - 002983745.0031 |
| 533 | | | | ✓ | | ✓ | 01/05/2006 Adsense for Arbitrage Conspiracy Theory #237 G002-002982939 - 002982939.0024 |
| 534 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Microsoft AdCenter G002-003140340 - 003140340.0004 |
| 535 | | | | ✓ | | ✓ | 00/00/2007 Presentation entitled Google Strategy 2007 G002-001102350 - 00110235.0025 |
| 536 | | | | ✓ | | ✓ | 11/00/2005 Presentation entitled Yahoo! Search Marketing Gateway Search Integration into Overall Media mix (Yu 812) G002-001080046 - 001080046.0012 |
| 537 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Print Ads Lessons Learned (Yu 826) GGL-FM0025084 - 0025090 |
| 538 | | | | ✓ | | ✓ | 11/10/2006 Presentation Yahoo Panama/Microsoft adCenter An Update (Yu 813) G002-003852720 - 003852720.0050 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 539 | | | | ✓ | | ✓ | 00/00/0000 AdsFrontend Cluster Deployment Model FEDR Presentation GGL-FM 008186 - 008196 |
| 540 | | | | ✓ | | ✓ | 06/30/2009 Adwords/Adsense Frontends, Analytics Q2 2009 Capacity Review GGL-FM0007783 - 0007802 |
| 541 | | | | ✓ | | ✓ | 04/00/2007 Presentation entitled AdWords API, Telephony Ads, and Google for Publishers G002-001658546 - 001658546.0033 |
| 542 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Adwords Release what does it take? G002-001414556 - 001414556.0008 |
| 543 | | | | ✓ | | ✓ | 11/00/2007 Presentation Ad Serving 101 G002-003380016 - 003380016.0058 |
| 544 | | | | ✓ | | ✓ | 10/00/2008 Why is AFC Holding Well? GGL-FM0003106 - 0003124 |
| 545 | | | | ✓ | | ✓ | 00/00/0000 Google AdSense earning revenue GGL-FM0043605 - 0043614 |
| 546 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Unraveling the Ad Network Landscape GGL-FM 0044016 - 0044023 |
| 547 | | | | ✓ | | ✓ | 08/07/2009 Google sites Yahoo! Advertising GGL-FM0044111 - 0044112 |
| 548 | | | | ✓ | | ✓ | 09/18/2009 Google sites Acquisio GGL-FM0043767 - 0044005 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 549 | | | | ✓ | | ✓ | 03/27/2003 Email from B. Axe to gps-notes@google.com, content-ads@google.com re Content Ads GPS Notes 3/26/03 (Yu 831) G003-0023343 - 0023365 |
| 550 | | | | ✓ | | ✓ | 09/25/2006 Presentation entitled EMG Top Partners Update G002-0010096226 - 001096264 |
| 551 | | | | ✓ | | ✓ | 03/31/2005 Questions and Answers re Q1 2005 G002-001107958 - 0011008161 |
| 552 | | | | ✓ | | ✓ | 04/19/2006 Presentation entitled Google AdSense Partnering for Sustained Growth G002-000681580 - 000681611 |
| 553 | | | | ✓ | | ✓ | 10/19/2004 Email from J. Rosenberg to R. Holden re CONFIDENTIAL draft earnings script G002-004111257 - 004111265 |
| 554 | | | | ✓ | | ✓ | 11/02/2004 Presentation entitled Google Strategy Overview G002-003991175 - 003991253 |
| 555 | | | | ✓ | | ✓ | 00/00/0000 Alex Kinnier Seville Presentation Zero...One...Ten...Hundred Speaker Notes G002-003163665 - 003163676 |
| 556 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Everything You need to know about AdSense for content G002-002208819 - 002208865 |
| 557 | | | | ✓ | | ✓ | 00/00/0000 Historical Market Statistics D055305 - 055309 |
| 558 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 559 | | | | ✓ | | ✓ | 00/00/0000 Innovation in Online Advertising<br>G002-002858057 - 002858057.001 |
| 560 | | | | ✓ | | ✓ | 12/00/2006 Presentation entitled AdWords API<br>G002-002858388 - 002858388.0014 |
| 561 | | | | ✓ | | ✓ | 07/19/2006 Presentation entitled AdSense, YPN and Advertiser Value<br>G002-002738046 - 002738046.0021 |
| 562 | | | | ✓ | | ✓ | 04/19/2006 Presentation entitled AdSense Partnering for Sustained Growth<br>G002-003003059 - 003003059.0029 |
| 563 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Content Ads Quality<br>G002-002371419 - 002371419.0036 |
| 564 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Product Update<br>G002-002834896 - 002834896.0045 |
| 565 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled AdWords API beta program<br>G002-002420433 - 002420433.0008 |
| 566 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Brand Marketing Platform Why, What, Challenges & Next Steps<br>G002-002141696 - 002141696.0009 |
| 567 | | | | ✓ | | ✓ | 00/00/0000 AdWords API Beta Program<br>G002-002091836 - 002091836.002 |
| 568 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled The Life of an Ads Query<br>G002-002076124 - 002076124.0027 |
| 569 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Mobile Ads GPS<br>G002-002079072 - 002079072.0013 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 570 | | | | ✓ | | ✓ | 03/31/2008 Presentation entitled Q1 2008 Ads/Partners All-Hands<br>GGL-FM0022475 - 0022534 |
| 571 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Google Ads - A Deep Dive Google European Developer Conference<br>G002-001240377 - 001240377.0046 |
| 572 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled AdWords 3.0<br>GGL-FM0022093 - 0022120 |
| 573 | | | | ✓ | | ✓ | 03/31/2006 Ads/Commerce<br>GGL-FM0019223 - 0019279 |
| 574 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled AdSense Startup User Flow<br>G002-001174251 - 001174251.0017 |
| 575 | | | | ✓ | | ✓ | 03/18/2006 Email from J. Miller to C. Yu re Strategy slides for Richard Holden's meeting<br>G002-001751077 |
| 576 | | | | ✓ | | ✓ | 11/22/2006 Email from O. Deighton to kapdham@google.com re [Adsense-core] Got any AdSense competitive updates?<br>(Yu 814 & 815)<br>G002-003288185 - 003288187.0050 |
| 577 | | | | ✓ | | ✓ | 02/25/2006 Email from M. Vidano to C. Yu re MCC Opportunity<br>G002-002984599 - 002984606 |
| 578 | | | | ✓ | | ✓ | 02/25/2006 Email from M. Vidano to C. Yu re MCC Opportunity<br>G002-002984592 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 579 | | | | ✓ | | ✓ | 06/06/2006 Email from K. Malone to C. Yu et al re [AdSense-PM] Top 10 feature requests for q3 G002-002956629 - 002956671 |
| 580 | | | | ✓ | | ✓ | 09/30/2005 Email from G. Rajaram to M. Vidano re AdSense Marketing Presentations G002-002525289 - 002525312 |
| 581 | | | | ✓ | | ✓ | 03/15/2006 Email from C. Yu to S. Oskooi re MCM G002-002563661 - 002563664 |
| 582 | | | | ✓ | | ✓ | 08/07/2006 Email from M. Vidano to G. Rajaram re we need to counter this G002-003537694 |
| 583 | | | | ✓ | | ✓ | 09/01/2005 Email from P. Ho to C. Vestner re YPN Verticals? (Yu 811) G002-003533657 - 003533660 |
| 584 | | | | ✓ | | ✓ | 03/06/2008 Email to J. Miller re We are excited to announce the launch of Category G002-003201561 |
| 585 | | | | ✓ | | ✓ | 08/21/2007 Presentation entitled Google's New Ad Formats G002-003518417 - 003518455 |
| 586 | | | | ✓ | | ✓ | 03/13/2008 Presentation entitled Marketing at Google 2008 and beyond G002-004101913 - 004101932 |
| 587 | | | | ✓ | | ✓ | 11/12/2007 Email from K. Padham Taylor to C. Yu et al re [Ads-gps] Ads GPS Meeting Notes 11/7 G002-003200532 - 003200536 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 588 | | | | ✓ | | ✓ | 11/00/2007 Presentation entitled VPNs, Yield Manager, and Ad Exchanges<br>G002-003002511 - 003002567 |
| 589 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled Value Track Internal Training<br>G002-002996202 - 002996288 |
| 590 | | | | ✓ | | ✓ | 06/00/2007 Presentation entitled Ad Networks<br>G002-002989482 - 002989541 |
| 591 | | | | ✓ | | ✓ | 06/00/2007 Presentation entitled Ad Networks (Yu 819)<br>G002-002989480 - 002989480.0060 |
| 592 | | | | ✓ | | ✓ | 02/28/2006 Yahoo! Publisher Network & AdSense Status and Competitive Response<br>G002-002984049 - 002984104 |
| 593 | | | | ✓ | | ✓ | 12/00/2005 Presentation entitled Partner Marketing 2005 Re-Cap 2006<br>G002-002982005 - 002982005.0021 |
| 594 | | | | | | | Withdrawn |
| 595 | | | | ✓ | | ✓ | 02/11/2006 Email from J, Miller to G. Rajaram re Interviews with myself & the YPN Team on the YPN beta (JenSense)<br>G002-003487465 - 003487469 |
| 596 | | | | ✓ | | ✓ | 01/18/2006 Email from C. Vestner to G. Rajaram et al re Yahoo Q4 earnings conference call - look at highlight YPN<br>G002-003485409 - 003485428 |
| 597 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 598 | | | | ✓ | | ✓ | 12/00/2005 Presentation entitled Partner Marketing 2005 Re-Cap 2006<br>G002-003479048 - 003479048.0021 |
| 599 | | | | ✓ | | ✓ | 00/00/0000 Presentation entitled AdSense Online Front-End Launch<br>G002-003476995 - 003477002 |
| 600 | | | | ✓ | | ✓ | 09/18/2007 Email from M. Evans to C. Yu, B. Axe re Bloomberg story<br>G002-003291436 - 003291441 |
| 601 | | | | ✓ | | ✓ | 05/22/2007 Email from D. Jindal to S. Mudunun re L&S Project Review - 23 May 2007<br>G002-003276856 - 003276860 |
| 602 | | | | ✓ | | ✓ | 00/00/0000Presentation entitled AdWords API Terms<br>G002-001659399 - 001659399.0021 |
| 603 | | | | ✓ | | ✓ | 10/23/2000 Email from K. Vogel to Googlers-Misc@google.com re Google Launches Self-Service Advertising Program - Press Release<br>G002-003430560 - 003430562 |
| 604 | | | | ✓ | | ✓ | 11/18/2002 B. Axe Request to be promoted to:Senior PM<br>G002-000686904 - 000686907 |
| 605 | p98 | | | ✓ | | ✓ | 09/20/1999 O.N.S. Inc Board Minutes<br>D059298 |
| 606 | | | | ✓ | | ✓ | 06/20/2000 O.N.S. Inc Board Minutes<br>D059299 |
| 607 | | | | ✓ | | ✓ | 06/30/2001 O.N.S. Inc Board Minutes<br>D059300 |

51

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 608 | | | | ✓ | | ✓ | 09/15/2002 O.N.S. Inc Board Minutes D059301 |
| 609 | | | | ✓ | | ✓ | 11/20/2002 O.N.S. Inc Board Minutes D059302 |
| 610-612 | | | | | | | Withdrawn |
| 613 | | | | ✓ | | ✓ | 10/17/2006 Google AdSense Help Center What is Google AdSense? G026049 - 026061 |
| 614-623 | | | | | | | Withdrawn |
| 624 | | | | ✓ | | ✓ | 02/18/2009 Native Spreadsheet Google Served Revenue unnumbered |
| 625 | | | | ✓ | | ✓ | 00/00/0000 Native Spreadsheet Hyperion Revenue COS OpExRT unnumbered |
| 626 | | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet G177372-177426 |
| 627 | | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet G177502 |
| 628 | 736 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL-FM0008543 - 0008548 |
| 629 | 738 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL-FM0026509-0026511 |
| 630 | 739 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL-FM0026512 |

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 631 | 740 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0026513 - 0026514 |
| 632 | 741 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0026515 - 0026520 |
| 633 | 742 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0026521 - 0026603 |
| 634 | 743 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0026604 - 0026676 |
| 635 | 744 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0026677 - 0026732 |
| 636 | 745 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0026733 - 0029214 |
| 637 | 746 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0029215 - 0037474 |
| 638 | 747 | | | ✓ | | ✓ | 00/00/0000 Google Spreadsheet GGL_FM0037475 - 0039169 |
| 639 | | | | ✓ | | ✓ | 04/24/2005 Ad-Tech Survival Guide G002-000145893-000145894 |
| 640 | | | | ✓ | | ✓ | 03/10/2008 Google Presentation re Site Targeting & Negative Site Tool (AdWords Enhancements) G002-000145962-000146091 |
| 641 | | | | ✓ | | ✓ | 07/00/2004 Google Presentation re Google AFC Internal Contextual Advertising Roadshow G002-000149206-000149271 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 642 | | | | ✓ | | ✓ | 00/00/2004 Sales Study Guide for Sales Certification Exam Q3 2004<br>G002-000149305-000149343 |
| 643 | | | | ✓ | | ✓ | 00/00/2005 Presentation re Google Product & Competitive Update - Agenda<br>G002-000149787-000149863 |
| 644 | | | | ✓ | | ✓ | 01/15/2003 Google Presentation re Content Ads<br>G002-000223495-000223547 |
| 645 | | | | ✓ | | ✓ | 09/00/2005 Google Presentation re Yahoo Publisher Network - Competitive Analysis<br>(Yu 809)<br>G002-000237760-000237810 |
| 646 | | | | ✓ | | ✓ | 03/26/2003 Google Presentation re Content Ads - The Business<br>G002-000680734-000680779 |
| 647 | | | | ✓ | | ✓ | 02/28/2006 Google Presentation re Yahoo! Publisher Network & AdSense - Status and Competitive Response<br>(Yu 810)<br>G002-000681215-000681261 |
| 648 | | | | ✓ | | ✓ | 00/00/2005 Google Presentation re AdSense - The Road Ahead<br>G002-000682281-000682354 |
| 649 | | | | ✓ | | ✓ | 00/00/2005 Chart re AdSense for Content: 2005 Product Themes<br>G002-000682638-000682640 |
| 650 | | | | ✓ | | ✓ | 06/04/2003 Google Presentation re ASI & Google Integration<br>G002-000682728-000682738 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 651 | | | | ✓ | | ✓ | 05/13/2003 Google Presentation re ASI Integration<br>G002-000682795-000682801 |
| 652 | | | | ✓ | | ✓ | 00/00/0000 Google Slide re AdSense for Content (AFC)<br>(Yu 822)<br>G002-000682808-000682809 |
| 653 | | | | ✓ | | ✓ | 00/00/0000 Google Slide re AdSense for Content (AFC)<br>(Yu 823)<br>G002-000682810-000682811 |
| 654 | | | | ✓ | | ✓ | 04/00/2006 Google Presentation re Partner Marketing -<br>AdSense Marketing Update<br>G002-000682878-000682901 |
| 655 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Advertising<br>G002-000683266-000683307 |
| 656 | | | | ✓ | | ✓ | 00/00/0000 Memo to J. Miller from B. Axe re Your New<br>Google Adventure...<br>(Yu 807)<br>G002-000683394-000683402 |
| 657 | | | | ✓ | | ✓ | 00/00/0000 AdSense Product Briefs<br>G002-000685892-000685913 |
| 658 | | | | | | | Withdrawn |
| 659 | | | | ✓ | | ✓ | 06/08/2002 E-mail from R. Holden re Some Notes from GPS<br>Meeting on 6/7/02<br>G002-000717455-000717456 |
| 660 | | | | ✓ | | ✓ | 02/28/2003 E-mail to J. Piscitello from R. Holden re Ads GPS<br>G002-000792697-000792699 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 661 | | | | ✓ | | ✓ | 05/12/2003 E-mail to pmm-team@google.com from M. Vidano re Fresh Choice – Name Change<br>G002-000799928 |
| 662 | | | | ✓ | | ✓ | 08/07/2003 Premium Sales Ops Conference Product Group Presentation Q&A Notes<br>G002-000808319-000808327 |
| 663 | | | | | | | Withdrawn |
| 664 | | | | ✓ | | ✓ | 06/12/2003 E-mail to gps-notes@google.com from M. Vidano re GPS Notes: Fresh Choice Launch Review<br>G002-000837778-000837779 |
| 665 | | | | ✓ | | ✓ | 06/11/2004 Google Presentation re Q2 Finance MQU Update<br>G002-000909634-000909666 |
| 666 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Online Weekly Reports<br>G002-000920303-000920349 |
| 667 | | | | ✓ | | ✓ | 09/28/2004 Google Presentation re Ads Projects GPS<br>G002-000920354-000920372 |
| 668 | | | | ✓ | | ✓ | 11/09/2005 Google Presentation re 2006 Ads/Commerce Strategy<br>G002-000949681-000949783 |
| 669-670 | | | | | | | Withdrawn |
| 671 | | | | ✓ | | ✓ | 00/00/2005 Google Presentation re AdSense for Content<br>G002-001072996-001073008 |
| 672-673 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 674 | | | | ✓ | | ✓ | 02/02/2006 E-mail to googlers@google.com from E. Schmidt re Directors Promoted! G002-001082472-001082476 |
| 675 | | | | ✓ | | ✓ | 05/08/2006 Product Team Directors Meeting G002-001089834-001089853 |
| 676 | | | | ✓ | | ✓ | 09/24/2006 E-mail to deal_review@google.com et al. from G. Hiscock re EMG Deal Review G002-001096225-001096264 |
| 677 | | | | ✓ | | ✓ | 03/05/2003 Google Presentation re Content-Targeted Advertising Discussion G002-001273189-001273216 |
| 678 | | | | ✓ | | ✓ | 10/07/2003 Google Presentation re AdSense Key Sales Learnings G002-001274587-001274630 |
| 679 | | | | ✓ | | ✓ | 09/28/2007 E-mail to A. Kinnier et al. from S. Pichai re Latest Memo Draft...FYI only G002-001692250-001692258 |
| 680 | | | | | | | Withdrawn |
| 681 | | | | ✓ | | ✓ | 10/18/2005 Google Presentation re All the Cash G002-002337584-002337614 |
| 682 | | | | ✓ | | ✓ | 03/13/2006 E-mail to R. Holden et al. from J. Barabino re Updated deal value for call with Meg tonight G002-002621129-002621133 |
| 683 | | | | ✓ | | ✓ | 12/18/2007 Google 2008 AdSense Strategy G002-002745166-002745221 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 684 | | | | ✓ | | ✓ | 00/00/0000 Quick Outline re Innovation<br>G002-003210898-003210909 |
| 685 | | | | ✓ | | ✓ | 00/00/0000 Presentation re Google Product Overview<br>G002-003239753-003239863 |
| 686 | | | | | | | Withdrawn |
| 687 | | | | ✓ | | ✓ | 00/00/0000 Presentation re Google Strategy: Past, Present & Future<br>G002-003991064-003991084 |
| 688-690 | | | | | | | Withdrawn |
| 691 | | | | ✓ | | ✓ | 02/25/2003 E-mail to urs@google.com from K. Bharat re Overture to Acquire Web Search Unit of Fast Search & Transfer<br>G003-0013590 |
| 692 | | | | ✓ | | ✓ | 02/26/2003 E-mail to B. Chang from S. Singh re overture content targeting<br>G003-0013592-0013593 |
| 693 | | | | ✓ | | ✓ | 12/31/2005 Google Annual Report<br>G046592-046723 |
| 694 | | | | ✓ | | ✓ | 07/01/2008 Spreadsheet re AdSense Status Panel: Daily Stats<br>2003-03-12–2007-06-07<br>(Yu 804)<br>G174590-0174626 |
| 695 | | | | ✓ | | ✓ | 07/01/2008 Spreadsheet re AdSense Summary<br>(Yu 805)<br>G174627-174637 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 696 | | | | ✓ | | ✓ | 07/01/2008 Charts re Adwords Status Panel<br>GI74652-174688 |
| 697 | | | | ✓ | | ✓ | 05/18/2001 Presentation re Friday Business Meeting Topic: Future of Google's Ad Business Part 2<br>G002-000396120-000396142 |
| 698 | | | | ✓ | | ✓ | 06/20/2005 Google Presentation re 2005 National Advertising Sales Conference - The Competitive Landscape Perspectives<br>G002-000683936-000683969 |
| 699 | | | | ✓ | | ✓ | 06/26/2002 Draft Advertising Services Agreement between Ask Jeeves, Inc. and Google Inc.<br>G002-000718065-000178093 |
| 700 | | | | ✓ | | ✓ | 09/28/2004 E-mail to K. Malone et al. from R. Holden re Ads dashboard for new GPS format<br>G002-000920301-000920302 |
| 701 | | | | | | | Withdrawn |
| 702 | | | | ✓ | | ✓ | 04/17/2007 Google Presentation re $100B Revenue Vision Cross- Business findings<br>G002-001183077-001183077.0018 |
| 703 | | | | ✓ | | ✓ | 08/19/2005 Google Presentation re AdSense Competitive Overview<br>G002-001188982-001188982.0012 |
| 704 | | | | ✓ | | ✓ | 02/10/2006 Google Presentation re Yahoo! Publisher Network Overview - Status and Competitive Response<br>G002-001190730-001190730.0046 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 705 | | | | ✓ | | ✓ | 03/12/2003 Draft Amendment No. 1 to Interactive Marketing Agreement between America Online Inc. and Google Technology Inc.<br>G002-001271818-001271832 |
| 706-707 | | | | | | | Withdrawn |
| 708 | | | | ✓ | | ✓ | 06/08/2005 Google Presentation re AFC Online Q1 Business Review<br>G002-001790390-001790390.0029 |
| 709 | | | | ✓ | | ✓ | 03/17/2004 E-mail to J. Fitzpatrick from G. Rajaram re UI designer for AFS Online<br>G002-002693134 |
| 710 | | | | | | | Withdrawn |
| 711 | | | | ✓ | | ✓ | 12/18/2007 AdSense Business Review and Strategy<br>G002-003004515-003004515.0054 |
| 712 | | | | ✓ | | ✓ | 06/10/2004 E-mail to J. Chen from R. Ranganath re allow advertisers to target specific sites<br>G002-003733835-003733836 |
| 713 | 324 | | | ✓ | | ✓ | 10/26/2004 Google document re C2 - Ads Frontend<br>G002636-002642 |
| 714 | | | | ✓ | | ✓ | 03/08/2002 E-mail to nelson@google.com from S. Zhupanov re TGIF questions<br>G003-0005262 |
| 715 | | | | ✓ | | ✓ | 03/27/2003 E-mail to gps-notes@google.com et al. from B. Axe re Content Ads GPS Notes<br>G003-0023343-0023365 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 716-728 | | | | | | | Withdrawn |
| 729 | 679 | | | ✓ | | ✓ | 04/28/2004 Amendment No. 1 to the License Agreement between Stanford University and Google Inc. G003-0131342 |
| 730 | 680 | | | ✓ | | ✓ | 05/01/2000 Amendment No. 1 to the License Agreement between Stanford University and Google Inc. G003-0131343-0131344 |
| 731-732 | | | | | | | Withdrawn |
| 733 | 681 | | | ✓ | | ✓ | 10/01/2004 Amendment No. 1 to the License Agreement between Stanford University and Google Inc. G003-0131350-0131352 |
| 734-735 | | | | | | | Withdrawn |
| 736 | 686 | | | ✓ | | ✓ | 07/02/2001 Agreement between The Board of Trustees of the Leland Stanford Junior University and Google Inc. G003-0131394-0131402 |
| 737 | | | | | | | Withdrawn |
| 738 | | | | ✓ | | ✓ | 10/13/2003 Amended & Restated License Agreement between The Board of Trustees of the Leland Stanford Junior University and Google Inc. G003-0131425-0131439 |
| 739 | | | | ✓ | | ✓ | 10/13/2003 Amended & Restated License Agreement between The Board of Trustees of the Leland Stanford Junior University and Google Inc. G003-0131440-0131454 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 740-742 | | | | | | | Withdrawn |
| 743 | | | ✓ | ✓ | | ✓ | 10/06/2005 Asset Purchase Agreement by and among Google Inc., Gossett & Gunter, Inc., Carroll Philip Gossett, Michial Allen Gunter, Sheldon J. Kaphan, Jared M. Harris and US Bank G003-0131695-0131747 |
| 744-752 | | | | | | | Withdrawn |
| 753 | 703 | | | ✓ | | ✓ | 00/00/2008 Patent License between Voiceage Corporation and Google Inc. G003-0131971-0132009 |
| 754-759 | | | | | | | Withdrawn |
| 760 | | | | ✓ | | ✓ | 06/04/2007 Google Chart re 2007 Weekly Rolling Revenue Forecast G003-0165559-0165570 |
| 761 | | | | ✓ | | ✓ | 04/00/2008 Google Presentation re Q1 Sales Summary G003-0165571-0165614 |
| 762 | | | | | | | Withdrawn |
| 763 | | | | ✓ | | ✓ | 00/00/2005 Spreadsheet re Google Revenue for 2005-2008 G003-0166408-0166412 |
| 764 | | | | ✓ | | ✓ | 02/11/2002 Spreadsheet re Google Revenue Backlog G003-0166521-0166649 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 765 | | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re 2008 Weekly Rolling Revenue Forecast<br>G003-0166842-0166989 |
| 766 | | | | ✓ | | ✓ | 00/00/2007 Spreadsheet re 2007 Weekly Rolling Revenue Forecast<br>G003-0167133-0167175 |
| 767 | | | | ✓ | | ✓ | 00/00/2007 Spreadsheet re 2007 Weekly Rolling Revenue Forecast<br>G003-0167176-0167311 |
| 768 | | | | ✓ | | ✓ | 00/00/2007 Spreadsheet re 2007 Weekly Rolling Revenue Forecast<br>G003-0167312-0167415 |
| 769 | | | | ✓ | | ✓ | 00/00/2007 Spreadsheet re 2007 Weekly Rolling Revenue Forecast<br>G003-0167676-0167821 |
| 770 | | | | ✓ | | ✓ | 00/00/2001 Spreadsheet re 2001 Weekly Revenue Summary<br>G003-0168164-0168294 |
| 771 | | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re 2008 Weekly Rolling Revenue Forecast<br>G003-0168527-0168544 |
| 772 | | | | | | | Withdrawn |
| 773 | | | | ✓ | | ✓ In redacted form | 04/20/2005 Presentation re Google Inc. Valuation of the Acquired Intangible Assets of Urchin Software Corporation<br>G003-0168610-0168661 |
| 774 | | | | ✓ | | ✓ In redacted form | 03/11/2008 Presentation re Google Inc. Valuation Analysis of Certain Assets of DoubleClick Inc.<br>G003-0168725-0168900 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 775 | | | | ✓ | | ✓ In redacted form | 10/30/2006 Presentation re Google Inc. Valuation of the Acquired Intangible Assets of JotSpot Inc. G003-0168996-0169053 |
| 776 | | | | ✓ | | ✓ | 07/09/2008 Rebuttal Report of Matthew R. Lynde, Ph.D. Pursuant to Rule 26(a)(2)(B) Regarding Damages from *Bid for Position LLC vs. AOL LLC* G003-0272015-0272074 |
| 777-778 | | | | | | | Withdrawn |
| 779 | | | | ✓ | | ✓ | 01/00/2005 Spreadsheet re Revenue (January 2005-April 2008) G003-0272563-0272565 |
| 780 | | | | ✓ | | ✓ | 01/00/2005 Spreadsheet re Revenue (January 2005-April 2008) G003-0272673-0272675 |
| 781-782 | | | | | | | Withdrawn |
| 783 | | | | ✓ | | ✓ | 08/05/2008 E-mail to J. Koplin et al. from J. Chen re Discussion re AMR encoding via VoiceAge G003-0285830-0285831 |
| 784 | | | | ✓ | | ✓ | 01/30/2007 Presentation re CFO Update to the Board of Directors G003-0286399-0286408 |
| 785 | | | | ✓ | | ✓ | 01/14/2008 Google Presentation re Board of Directors Q4 2008 Finance Report G003-0286409-0286419 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 786 | | | | ✓ | | ✓ | 01/30/2008 Google Presentation re Board of Directors Q4 2007 CFO Report<br>G003-0286420-0286427 |
| 787 | | | | ✓ | | ✓ | 01/20/2002 Google Presentation re EMG Finance Update - December Results<br>G003-0286470-0286487 |
| 788 | | | | ✓ | | ✓ | 02/02/2004 Google Presentation re EMG Finance Update - FY 2003 Results<br>G003-0286488-0286526 |
| 789 | | | | ✓ | | ✓ | 01/25/2006 Google Presentation re Audit Committee Q4 Report<br>G003-0286527-0286544 |
| 790 | | | | ✓ | | ✓ | 07/07/2009 Google Presentation re Board of Directors Q2 2009 Finance Report<br>G003-0286545-0286565 |
| 791 | | | | ✓ | | ✓ | 01/09/2006 Google Presentation re 2006 Annual Plan<br>G003-0286566-0286576 |
| 792 | | | | ✓ | | ✓ | 04/27/2004 Google Design Document re WS + AFS Online Product Plan<br>G004931-004937 |
| 793 | | | | ✓ | | ✓ | 06/20/2005 Patent Application entitled "Advertisement Supported Search"<br>G052754-052811 |
| 794-797 | | | | | | | Withdrawn |
| 798 | | | | ✓ | | ✓ | 07/01/2008 Spreadsheet re Dashboards<br>G174723-174730 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 799 | | | | ✓ | | ✓ | 07/01/2007 Spreadsheet re Reporting Roll-Up GGL-FM0000001-0000051 |
| 800 | | | | ✓ | | ✓ | 00/00/2008 Spreadsheet re Reporting Roll-Up GGL-FM0000052-0000120 |
| 801 | | | | ✓ | | ✓ | 01/01/2008 Spreadsheet re Reporting Roll-Up GGL-FM0000121-0000202 |
| 802 | | | | ✓ | | ✓ | 01/08/2009 Presentation re Content Network Monetization Product Strategy 2009 GGL-FM0002269-0002285 |
| 803 | | | | ✓ | | ✓ | 04/29/2009 Google Presentation re AdSense Quality Summit 2009 GGL-FM0002297-0002327 |
| 804 | | | | ✓ | | ✓ | 00/00/2008 Google Presentation re AdSense OSO Business Review Q2 2008 GGL-FM0002575-0002595 |
| 805 | | | | ✓ | | ✓ | 00/00/2009 Google Presentation re AdWords API Relaunch Update GGL-FM0003030-0003040 |
| 806 | | | | ✓ | | ✓ | 05/14/2009 Google Presentation re Ads Eng/Product Q2 2009 All Hands GGL-FM0003977-0004025 |
| 807 | | | | ✓ | | ✓ In redacted form | 04/10/2003 Google Presentation re Acquisition of Applied Semantics, Inc. GGL-FM0004297-0004304 |
| 808-811 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 812 | | | | ✓ | | ✓ | 10/07/2004 Hewlett-Packard/Google Intellectual Property Agreement GGL-FM0004514-0004542 |
| 813 | | | | ✓ | | ✓ | 04/30/2006 Letter to G. Char from D. Drummond re Report of E-mail Related Revenues (contains multiple letters 04/30/2006-04/23/2008) GGL-FM0004543-0004551 |
| 814-820 | | | | | | | Withdrawn |
| 821 | | | | ✓ | | ✓ | 00/00/2001 Spreadsheet re Reporting Roll-Up (2001-2005) GGL-FM00010501-0010506 |
| 822 | | | | ✓ | | ✓ | 00/00/2009 Google Presentation re Content AWFE Proposal GGL-FM0020918-0020928 |
| 823 | | | | ✓ | | ✓ | 04/10/2007 Google Presentation re Monetization Projects & Partnerships Update from New Business Development go/nbd GGL-FM0021668-0021678 |
| 824 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Turning 10 Q3 Ads Eng/Partner All-Hands GGL-FM0023777-0023836 |
| 825-827 | | | | | | | Withdrawn |
| 828 | | | | ✓ | | ✓ In redacted form | 10/30/2006 Presentation re Google Inc. Valuation of the Acquired Intangible Assets of JotSpot Inc. GGL-FM0025559-0025616 |
| 829 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 830 | 748 | | | ✓ | | ✓ | 04/00/2003 Valuation of Google Inc. By Houlihan Lokey Howard & Zukin GGL-FM0025620-0025663 |
| 831 | 750 | | | ✓ | | ✓ | 05/26/2000 Valuation of Google Inc. By Houlihan Lokey Howard & Zukin GGL-FM0025713-0025776 |
| 832 | | | | ✓ | | ✓ | 00/00/2005 Spreadsheet re Revenue (2005-2008) GGL-FM0025777-0025778 |
| 833 | | | | ✓ | | ✓ | 00/00/0000 Google Product P&L - Functional Headcount and OpEx Allocation Methodology GGL-FM0025779-0025781 |
| 834 | | | | ✓ | | ✓ | 00/00/0000 Google Product P&L - Operations (Machines, Network and SRE) GGL-FM0025784-0025788 |
| 835 | | | | ✓ | | ✓ | 04/29/2009 Google Presentation re Product P&L Overview GGL-FM0025789-0025799 |
| 836 | | | | ✓ | | ✓ | 07/15/2009 Google Presentation re Ads Staples GGL-FM0026056-0026123 |
| 837 | | | | ✓ | | ✓ | 04/08/2009 Google Presentation re Adwords in 2009 GGL-FM0039210-0039223 |
| 838 | | | | ✓ | | ✓ | 00/00/2008 Google Presentation re AdWords in 2008 GGL-FM0039243-0039259 |
| 839 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Content Sponsored Links Program GGL-FM0039260-0039288 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 840 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Strategy: Past, Present & Future<br>GGL-FM0039289-0039308 |
| 841 | | | | ✓ | | ✓ | 07/12/2006 E-mail to B. Axe from A. Ritzer re Director promo packet<br>G002-002737881-002737884 |
| 842 | | | | | | | Withdrawn |
| 843 | | | | ✓ | | ✓ | 10/09/2006 Google design document re AdSense Content/Search/Feeds<br>GGL-FM0019595-0019648 |
| 844-853 | | | | | | | Withdrawn |
| 854 | | | | ✓ | | ✓ | 00/00/2005 Google Web Page re MOMA Q2 2005 Founders Awards<br>GGL-FM0040272-0040273 |
| 855 | | | | ✓ | | ✓ | 00/00/2006 Google Web Page re MOMA 2006 Founders Awards<br>GGL-FM0040274-0040277 |
| 856 | | | | ✓ | | ✓ | 00/00/2007 Google Web Page re MOMA 2007 EMG Awards<br>GGL-FM0040278-0040289 |
| 857 | | | | ✓ | | ✓ | 00/00/2006 Google Web Page re MOMA Overview (and Selection Process)<br>GGL-FM0040310-0040311 |
| 858 | | | | ✓ | | ✓ | 00/00/2005 Google Web Page re MOMA 2005 Founders Awards<br>GGL-FM0040312-0040314 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 859 | | | | ✓ | | ✓ | 00/00/2007 Spreadsheet re Revenue (2007-2008) GGL-FM00291194-0029214 |
| 860 | | | | ✓ | | ✓ | 07/00/2005 Spreadsheet re Headcount Metrics by Region GGL-FM0037475-0037583 |
| 861-864 | | | | | | | Withdrawn |
| 865 | | | | ✓ | | ✓ | 05/23/2006 Google Inc. Advertising Program Terms G002-000020638-000020640 |
| 866 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Products by J. Rosenberg G002-000145674-000145693 |
| 867 | | | | ✓ | | ✓ | 04/24/2005 Site Targeting (Site-targeted Campaigns) FAQ G002-000145936-000145943 |
| 868 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Site Targeted Campaigns G002-000145953-000145961 |
| 869 | | | | ✓ | | ✓ | 00/00/2004 Google Presentation re Google Agency Training G002-000149357-000149375 |
| 870 | | | | ✓ | | ✓ | 04/01/2003 Google Presentation re Google Advertising: Maximizing Success Across the Web G002-000149395-000149419 |
| 871 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re How We Got Here... G002-000149469-000149528 |
| 872 | | | | ✓ | | ✓ | 06/20/2005 Google Presentation re 2005 National Advertising Sales Conference G002-000149565-000149632 |
| 873 | | | | ✓ | | ✓ | 00/00/0000 AdWords for content - Direct Sales FAQ G002-000149989-000149996 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 874 | | | | ✓ | | ✓ | 03/22/2007 Presentation re Google Ad Manager for Publishers Sales Training<br>G002-00151051-00151086 |
| 875 | | | | ✓ | | ✓ | 03/25/2004 Google Ireland Limited AdWords Program Terms<br>G002-000222336-000222340 |
| 876 | | | | ✓ | | ✓ | 09/01/2005 Google AdSense Q&A<br>G002-000222405-000222418 |
| 877 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Products Group Organizational Framework<br>G002-000223036-000223051 |
| 878 | | | | ✓ | | ✓ | 03/12/2003 E-mail to R. Holden from J. Rosenberg re Meeting Minutes Format<br>G002-000223059-000223064 |
| 879 | | | | ✓ | | ✓ | 06/16/2003 E-mail to product-team@google.com from L. Yeh re Product Team meeting notes - 6.16.2003<br>G002-000223161-000223165 |
| 880 | | | | ✓ | | ✓ | 06/18/2003 E-mail to googlers@google.com from D. Krane re Press Release: Google AdSense Launch<br>G002-000223166-000223167 |
| 881 | | | | | | | Withdrawn |
| 882 | | | | ✓ | | ✓ | 01/16/2003 E-mail to M. Vidano et al. from B. Axe re Content Targeting GPS Notes<br>G002-000223491-000223494 |
| 883 | | | | ✓ | | ✓ | 00/00/0000 Publisher Ad Server Feature Requirements<br>G002-000243880-000243892 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 884 | | | | ✓ | | ✓ | 01/06/2003 1099 Tax Reporting Design Document<br>G002-000380483-000380490 |
| 885 | | | | ✓ | | ✓ | 06/17/2004 Draft Paper re Partner Frontend Convergence<br>G002-000380530-000380551 |
| 886 | | | | ✓ | | ✓ | 03/21/2003 Paper re Puppy Category Screening<br>Implementation<br>G002-000382302-000382307 |
| 887 | | | | ✓ | | ✓ | 12/22/2004 Paper re Feeding the Puppy: Improving Content Coverage<br>G002-000382637-000382646 |
| 888 | | | | | | | Withdrawn |
| 889 | | | | ✓ | | ✓ | 05/21/2001 E-mail to estaff@google.com et al. from S. Wojcicki re Biz Meeting Agenda Notes 5.18.01<br>G002-000396119-000396142 |
| 890 | | | | ✓ | | ✓ | 11/30/2005 Google Presentation re Keyword Planner<br>G002-000401034-000401052 |
| 891 | | | | ✓ | | ✓ | 07/11/2002 E-mail to ad-gps@google.com from K. Aldrich re 7/10/02 Ads GPS Meeting Minutes<br>G002-000402316-000402320 |
| 892 | | | | ✓ | | ✓ | 07/00/2002 Small Competitor Summary<br>G002-000402608-000402615 |
| 893 | | | | ✓ | | ✓ | 10/18/2002 E-mail to ad-gps@google.com et al. from S. Kamangar re 10/18/02 Ad GPS<br>G002-000404070 |
| 894 | | | | ✓ | | ✓ | 00/00/0000 Chart re Ads System - Needs or Rationale<br>G002-000406180-000406185 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 895 | | | | ✓ | | ✓ | 02/27/2003 E-mail to emg@google.com et al. from R. Holden re Content Targeting Launched<br>G002-000407035-000407036 |
| 896 | | | | ✓ | | ✓ | 10/04/2004 Google Presentation re Product Overview<br>G002-00043934-00043963 |
| 897 | | | | ✓ | | ✓ | 03/05/2003 Google Presentation re Content Ads - Launch & Beyond<br>G002-000680683-000680733 |
| 898 | | | | ✓ | | ✓ | 01/18/2003 Google Presentation re Content Targeting - Launch Recommendation & Plans<br>(Yu 829)<br>G002-000681367-000681408 |
| 899 | | | | ✓ | | ✓ | 01/15/2003 Google Presentation re Content Targeting - Launch & Beyond<br>G002-000681409-000681463 |
| 900 | | | | ✓ | | ✓ | 01/29/2003 Google Presentation re Content Ads - Market Share Launch & Beyond<br>(Yu 830)<br>G002-000681464-000681492 |
| 901 | | | | ✓ | | ✓ | 04/19/2006 Google Presentation re Google AdSense - Partnering for Sustained Growth<br>G002-000681580-000681611 |
| 902 | | | | ✓ | | ✓ | 10/00/2005 AdSense Core Roadmap (part 1 and 2)<br>G002-000681670-000681671 |
| 903 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re AdSense - Product Roadmap Discussion<br>G002-000681688-000681710 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 904 | | | | ✓ | | ✓ | 07/22/2003 Google Presentation re AdSense OffSite - State of the Product G002-000681759-000681798 |
| 905 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re AdSense Online Publisher Index G002-000681812-000681850 |
| 906 | | | | ✓ | | ✓ | 00/00/2005 Google Presentation re AdSense Publisher Strategy - Key issues (Direct) G002-000681986-000682004 |
| 907 | | | | ✓ | | ✓ | 00/00/2004 Google Presentation re AFC Training; What Drives AFC Performance G002-000682527-000682577 |
| 908 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Evolving the AdSense for Content UI G002-000682628-000682637 |
| 909 | | | | ✓ | | ✓ | 02/12/2003 Google Presentation re Content Ads - Launch & Beyond G002-000683052-000683085 |
| 910 | | | | ✓ | | ✓ | 01/29/2003 Google Presentation re Content Ads - Launch & Beyond G002-000683086-000683128 |
| 911 | | | | ✓ | | ✓ | 01/15/2003 Google Presentation re Content Ads - Launch & Beyond G002-000683129-000683181 |
| 912 | | | | ✓ | | ✓ | 04/06/2005 Sales Notes re Expanded AdWords Features Issue G002-000683258-000683265 |

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 913 | | | | ✓ | | ✓ | 04/28/2005 Google Presentation re Site Targeting - New AdWords Feature Accelerates Agency Creativity and Efficiency<br>G002-000684829-000684864 |
| 914 | | | | ✓ | | ✓ | 03/06/2007 Google Presentation re Google Ad Platform<br>G002-000686756-000686798 |
| 915 | | | | ✓ | | ✓ | 00/00/0000 Paper re Ad Copy<br>G002-000686799-000686809 |
| 916 | | | | ✓ | | ✓ | 00/00/2003 Google Presentation re AdSense Related Ad Links Mini GPS<br>G002-000697417-000697428 |
| 917 | | | | ✓ | | ✓ | 11/09/2005 Google Presentation re 2006 Ads/Commerce Strategy<br>G002-000717168-000717272 |
| 918 | | | | ✓ | | ✓ | 06/10/2002 E-mail to R. Holden from S. Kamangar re Operating costs summary<br>G002-000717469-000717470 |
| 919 | | | | ✓ | | ✓ | 00/00/0000 Spreadsheet re Weekly Rolling Forecast<br>G002-000717658-000717698 |
| 920 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Google Background<br>G002-000718381-000718396 |
| 921 | | | | ✓ | | ✓ | 07/26/2002 E-mail to jonathan@google.com from B. Rakowski re Staff Agenda July 26th<br>G002-000721976-000721979 |
| 922 | | | | ✓ | | ✓ | 00/00/2005 Google Presentation re Products Group Organizational Framework<br>G002-000738275-000738313 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 923 | | | | ✓ | | ✓ | 11/23/2004 Goldman Sachs Global Investment Research re Google<br>G002-000740097-000740168 |
| 924 | | | | ✓ | | ✓ | 10/22/2004 E-mail to S. Agarwal from R. Holden re 10/20 GPS/GBS - Meeting Notes<br>G002-000740659-000740661 |
| 925 | | | | ✓ | | ✓ | 08/31/2004 Google Presentation re Online AdWords GBS Business Review<br>G002-000742256-000742311 |
| 926 | | | | ✓ | | ✓ | 12/00/2004 Google Presentation re Domain Channel Update<br>G002-000743722-000743746 |
| 927 | | | | ✓ | | ✓ | 10/25/2005 E-mail to S. Wojcicki from B. Axe re Ads Strategy Update<br>G002-000774307-000774314 |
| 928 | | | | ✓ | | ✓ | 02/00/2003Google Presentation re Ads/Syndication Product Themes & Roundtables<br>G002-000790844-000790856 |
| 929 | | | | ✓ | | ✓ | 03/04/2003 E-mail to B. Axe et al. from P. Renaker re Deli meeting notes 3/3/03<br>G002-000792992-000792993 |
| 930 | | | | ✓ | | ✓ | 04/14/2003 Puppy Agenda Items<br>G002-000796609-000796622 |
| 931 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Ads GPS - Third Party Relationships with Agencies, ABMs, DCLK, and others<br>G002-000800337-000800361 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 932 | | | | ✓ | | ✓ | 06/17/2003 E-mail to C. Lu et al. From M. Vidano re AdSense Launch Update G002-000803328-000803329 |
| 933 | | | | ✓ | | ✓ | 05/28/2003 Google Presentation re Content Ads 2Q'03 "Mid" Quarter Status & Plan G002-000805924-000805957 |
| 934 | | | | ✓ | | ✓ | 03/21/2003 E-mail to content-ads@google.com et al. from B. Axe re catlists – helping puppy G002-000813981-000813983 |
| 935 | | | | ✓ | | ✓ | 06/02/2003 E-mail to contentads@google.com et al. from B. Axe re AdSense G002-000816278 |
| 936 | | | | | | | Withdrawn |
| 937 | | | | ✓ | | ✓ | 05/16/2003 Spreadsheet re AdSense Daily Report G002-000817135-000817234 |
| 938 | | | | ✓ | | ✓ | 08/07/2003 Google Presentation re The Previously Hyped Google Products Team Report G002-000833835-000833854 |
| 939 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Q2 Product Announcement G002-000855533-000855578 |
| 940 | | | | ✓ | | ✓ | 06/20/2005 Google Presentation re The Competitive Landscape Perspectives (Yu 817) G002-000859496-000859529 |
| 941 | | | | ✓ | | ✓ | 03/08/2004 Google Presentation re To Name Deli and Beyond G002-000900230-000900253 |

FM FINAL EXHP 1/26/2010

77

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|---------|--------------|----------|---------|--------|----------|------------------------|
| 942 | | | | ✓ | | ✓ | 08/04/2004 E-mail to omg@google.com et al. from Y. Shacham re image ads gps notes G002-000908265-000908267 |
| 943 | | | | ✓ | | ✓ | 10/29/2003 E-mail to emg@google.com from A. Lee re Minutes from Intl Exp Mtg G002-000910974-000910976 |
| 944 | | | | ✓ | | ✓ | 08/11/2004 E-mail to omg@google.com et al. from Y. Shacham re Quigo GPS 8/10/04 notes G002-000917991-000917993 |
| 945 | | | | ✓ | | ✓ | 08/14/2004 E-mail to B. Axe et al. from D. Brown re Q3 Company OKRS - mid quarter update G002-000918068-000918075 |
| 946 | | | | | | | Withdrawn |
| 947 | | | | ✓ | | ✓ | 09/14/2004 Google Presentation re AFC Strategic Review GBS Presentation G002-000938891-000938905 |
| 948 | | | | ✓ | | ✓ | 11/00/2005 Google Presentation re 2006 Ads/Commerce Strategy G002-000940730-000940845 |
| 949 | | | | ✓ | | ✓ | 11/09/2005 E-mail to S. Kamangar from B. Ling re Strategy Presentations G002-000941222-000941227 |
| 950 | | | | ✓ | | ✓ | 11/09/2005 E-mail to S. Kamangar from R. Holden re Strategy Presentations G002-000941228-000941237 |
| 951 | | | | ✓ | | ✓ | 11/30/2005 Google Presentation re Keyword Planner G002-000957794-000957812 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 952 | | | | ✓ | | ✓ | 00/00/2005 Google Presentation re 2005 & Q1 '05 Partner PMM Plan<br>G002-001071523-001071578 |
| 953 | | | | ✓ | | ✓ | 04/24/2005 E-mail to G. Rajaram et al. from M. Stribling re Internal Announcement of C2<br>G002-001074929-001074932 |
| 954 | | | | ✓ | | ✓ | 00/00/2005 Google Q4 Earnings Book<br>G002-001081973-001082181 |
| 955 | | | | ✓ | | ✓ | 05/02/2006 E-mail to emg@google.com et al. from G. Rajaram re Meeting Minutes from Branding GPS<br>G002-001089442-001089443 |
| 956 | | | | ✓ | | ✓ | 05/03/2006 E-mail to G. Rajaram from K. Malone re Branding GPS - post-mortem<br>G002-001089535-001089537 |
| 957 | | | | ✓ | | ✓ | 05/03/2006 E-mail to G. Rajaram from J. Schindler re Branding GPS - post-mortem<br>G002-001089584-001089587 |
| 958 | | | | ✓ | | ✓ | 08/19/2005 E-mail to H. Walk from G. Rajaram re AFS Online Core Team Mtg Notes: 8-18-05<br>G002-001077592-001077593 |
| 959 | | | | ✓ | | ✓ | 12/11/2006 Letter to P. Todd from S. Wojcicki re Q1/07 Focus<br>G002-001100548-001100557 |
| 960 | | | | ✓ | | ✓ | 00/00/2006 The Googler Handbook<br>G002-001100560-001100656 |
| 961 | | | | ✓ | | ✓ | 02/00/2007 Google Presentation re AFC Overview for Joan<br>G002-001101636-001101648 |

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 962 | | | | ✓ | | ✓ | 03/19/2007 E-mail to S. Pichai et al. from G. Rajaram re Updated strategy deck based on L/S comments G002-001101790 |
| 963 | | | | ✓ | | ✓ | 03/20/2007 E-mail to S. Kamangar et al. from S. Pichai re Ads Product Review - Company Strategy Notes G002-001101817-001101849 |
| 964 | | | | ✓ | | ✓ | 03/00/2007 Google Presentation re AFC Overview for Joan G002-001102438-001102464 |
| 965 | | | | ✓ | | ✓ | 00/00/2004 Spreadsheet re Q&A for Q3 2004 G002-001107919-001108161 |
| 966 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re AdWords 3.0 - OSO Update G002-001135344-001135411 |
| 967 | | | | ✓ | | ✓ | 01/10/2008 E-mail to monetization-pm@google.com from C. Oestlien re Ads Product Review Schedule G002-001224572-001224573 |
| 968 | | | | ✓ | | ✓ | 09/07/2006 E-mail to T. Armstrong from G. Rajaram re Branding review with Larry/Sergey tomorrow G002-001233259 |
| 969 | | | | ✓ | | ✓ | 00/00/0000 Graph re AdSense channel economics G002-001235253-001235253.0003 |
| 970 | | | | | | | Withdrawn |
| 971 | | | | ✓ | | ✓ | 11/19/2003 Google Presentation re AdSense for Content Business Review G002-001266434-001266469 |

FM FINAL EXHP 1/26/2010

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 972 | | | | ✓ | | ✓ | 11/06/2006 E-mail to 2007strategycoreteam@google.com from S. Pichai re Strategy Takeaways & Action items G002-001097709-001097714 |
| 973 | | | | ✓ | | ✓ | 05/29/2003 Google Presentation re Fresh Choice Update G002-001271664-001271673 |
| 974 | | | | ✓ | | ✓ | 03/26/2003 Google Presentation re Content Targeting 2003-05 P&L Evaluation G002-001271764-001271780 |
| 975 | | | | ✓ | | ✓ | 03/19/2003 Google Presentation to Yahoo! Europe re Content-Targeted Advertising G002-001273885-001273899 |
| 976 | | | | ✓ | | ✓ | 00/00/0000 Google Presentation re Everything You Need to Know About AdWords for content G002-001274683-001274747 |
| 977 | | | | ✓ | | ✓ | 06/11/2003 Google Presentation re AdSense Product Review G002-001274910-001274946 |
| 978 | | | | ✓ | | ✓ | 02/10/2005 E-mail to B. Axe from A. Smith re Ideas from Larry and Sergey G002-001295832-001295833 |
| 979 | | | | ✓ | | ✓ | 08/31/2005 E-mail to B. Axe et al. from C. Vestner re YPN Response - L&S (Yu 808) G002-001301220-001301222 |
| 980 | | | | ✓ | | ✓ | 09/25/2006 Google Presentation re EMG Top Partners Update G002-001312838-001312876 |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 981 | | | | ✓ | | ✓ | 12/13/2007 E-mail to P. Koomen et al. from C. Bowman re Please provide AdSense Frontend data for Company OKR 27<br>G002-001378662-001378667 |
| 982 | | | | ✓ | | ✓ | 01/29/2004 E-mail to vips@google.com from W. Rosing re Minutes from Google Q2 Quarterly Operations Review<br>G002-001386132-001386135 |
| 983 | | | | ✓ | | ✓ | 03/27/2008 E-mail to J. Miller from R. Ho re Slide overview for 1:1<br>G002-001770977 |
| 984 | | | | ✓ | | ✓ | 00/00/2006 Google Presentation re AdSense<br>G002-001771666-001771697 |
| 985 | | | | ✓ | | ✓ | 03/11/2005 E-mail to google-coverage@google.com from K. Wickre re Daily Coverage Monitoring - Friday, March 11, 2005/special edition<br>G002-001941337-001941342 |
| 986 | | | | ✓ | | ✓ | 03/25/2006 E-mail to B. Axe from G. Rajaram re Need feedback: AdSense API Rev Share Model<br>G002-001957752-001957756 |
| 987 | | | | ✓ | | ✓ | 03/27/2003 Puppy Agenda Items<br>G002-002045457-002045469 |
| 988 | | | | ✓ | | ✓ | 08/30/2004 E-mail to D. Woodside from R. Holden re Discussion with Eric re AdSense for Content GBS<br>G002-002101017-002101018 |
| 989 | | | | | | | Withdrawn |

| PLF NO. | DEF NO. | DATE OFFERED | WILL USE | MAY USE | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 990 | | | | ✓ | | ✓ | 05/01/2006 E-mail to G. Rajaram from A. Bruce re Cynical view of the $100 AdSense threshold G002-00225162-002235163 |
| 991 | | | | | | | Withdrawn |
| 992 | | | | ✓ | | ✓ | 01/23/2004 E-mail to B. Axe et al. from D. Edwards re branding CT ads G002-002299794-002299795 |
| 993 | | | | ✓ | | ✓ | 08/04/2004 E-mail to omg@google.com et al. from Y. Shacham re image ads gps notes G002-00233343-002333345 |
| 994 | | | | ✓ | | ✓ | 03/02/2007 E-mail to S. Ramaswamy from S. Wojcicki re AW front end - larry feedback G002-002370365-002370367 |
| 995 | | | | ✓ | | ✓ | 00/00/0000 Google AdWords Presentation re Online Sales & Operations Overview G002-002374008-002374038 |
| 996 | | | | ✓ | | ✓ | 03/05/2006 E-mail to R. Holden from D. Rubinstein re draft benchmark slides G002-002419617 |
| 997 | | | | ✓ | | ✓ | 03/07/2006 Presentation re Google Product Development Behind the Ad Scenes G002-002419649-002419689 |
| 998 | | | | ✓ | | ✓ | 09/22/2006 Google Presentation re Product Team Re-Organization G002-002432391-002432402 |