IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

In this case, Google has destroyed instant messages that are relevant to this case. You may infer from Google's destruction of these documents that the communications are favorable to the plaintiff Function Media and not favorable to the defendant Google.

GIVEN _____                                         REFUSED _____

_____
Hon. Charles Everingham

1001968v2/010020