IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA LLC § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07cv279 CE |
| § | |
| GOOGLE, INC. § | |

Jury Trial Day One - Minutes
January 19, 2010

OPEN: 8:31 a.m.                                                                ADJOURN: 5:05 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Max Tribble |
| | Joe Grinstein |
| | Robert Parker |
| | Justin Nelson |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Edward DeFranco |
| | Amy Candido |
| | Gil Gillam |
| LAW CLERK: | Jim Warriner |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart, PLS, CP |

8:31 a.m.  Court opened.  The Court gave the jury preliminary instructions regarding the schedule for the trial.

The parties announced ready for hearing.

8:42 a.m.  The Court gave additional instructions to the jury regarding the claims of the parties.

8:56 a.m.   Thomas Rhyne,  Lucidna Stone and Michael Dean sworn.  Experts and Plaintiffs allowed to remain in Courtroom.

8:58 a.m.  Mr. Tribble conducted opening statement on behalf of Plaintiff.

9:35 a.m.  Mr. Charles Verhoeven presented opening statement on behalf of defendant.

10:13 a.m.  Morning recess until 10:35 a.m.  Jury left the Courtroom

10:15 a.m.  Court gave attorneys instruction.

10:35 a.m.  Back on the record.  Bench  bench conference.

10:37 a.m.  Mr. Nelson called Mr. Dean to testify.  Mr. Dean was previously sworn and examined under oath.

10:38 a.m.  Bench conference.

10:39 a.m.  Mr. Nelson continued direct examination of Mr. Dean.

1151 a.m.  Mr. Verhoeven conducted cross examination of Mr. Dean.

12:01 p.m. Jury excused for lunch recess.

1:22 p.m.  Jury back in courtroom.

1:23 p.m.  Court reconvened.  Mr. Verhoeven continued cross examination of Mr. Dean.

1:30 p.m. Mr. Verhoeven presented a video deposition clip of Mr. Dean.

1:30 p.m. Mr. Nelson addressed the Court regarding a completeness proffer.

1:31 p.m. Mr. Verhoeven continued his examination of Mr. Dean.

1:36 p.m. Mr. Verhoeven presented a video deposition excerpt of Mr. Dean.

1:37 p.m. Mr. Nelson requested additional cites for optional completeness. The Court responded.

1:39 p.m. Bench conference.

1:40 p.m. Mr. Verhoeven continued his examination of Mr. Dean.

1:45 p.m. The Court gave Mr. Verhoeven instruction re the witness question.

1:51 p.m. Bench conference.

1:52 p.m. Mr. Verhoeven continued examination of Mr. Dean.

2:11 p.m. Re-direct examination of Mr. Dean by Mr. Nelson.

2:29 p.m. Bench conference.

2:30 p.m. The parties passed the witness.

2:31 p.m. Mr. Tribble presented witness Brian Axe by video deposition.

3:03 p.m. Brian Axe deposition concluded.

3:06 p.m. Mr. Tribble presented witness Angela Lai by video deposition. This proffer included both parties deposition designations.

3:10 p.m. The Court excused the jury for its afternoon break.

Attorneys remained in Courtroom for brief Court conference.

3:12 p.m. Court recess.

3:31 p.m. Jury returned to the courtroom. Court reconvened.

Mr. Grinstein called Dr. Vernon Thomas Rhyne to testify. Dr. Rhyne was previously sworn.

3:50 p.m. Bench conference. Mr. Grinstein continued his examination of Dr. Rhyne.

4:31 p.m. Bench conference.

4:33 p.m. Mr. Grinstein continued his examination of Dr. Rhyne.

5:03 p.m. The jury was excused from the courtroom for the evening recess.

The Court held a conference on various issues.

5:05 p.m. Court adjourned.