IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNCTION MEDIA LLC § | |
| § | |
| § | |
| v.  § | CIVIL ACTION NO.  2:07cv279 CE |
| § | |
| GOOGLE, INC., ET AL § | |

Jury Trial Day Five - Minutes
January 25, 2010

OPEN: 8:25 a.m.                                                          ADJOURN: 5:35 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Max Tribble |
| | Joe Grinstein |
| | Robert Parker |
| | Justin Nelson |
| | Jeremy Brandon |
| | |
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven |
| | Edward DeFranco |
| | Amy Candido |
| | Gil Gillam |
| | |
| LAW CLERK: | Jim Warriner |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart, PLS, CP |

.

8:25 a.m.  Court opened.  Hearing outside the presence of the jury.

8:27 a.m. Joe Grinstein presented argument on behalf of Plaintiff.  Mr. Verhoeven presented argument on behalf of Defendant.

8:28 a.m.  The Court ruled.

Court adjourned until 8:30 a.m.

8:29 a.m. Jury entered courtroom.

8:33 a.m.  Court opened.  Mr. Verhoeven continued direct examination of Mr. Lanning.

10:09 a.m.  Jury excused for morning break until 10:30 a.m.

10:10 a.m.  Bench conference

10:11 a.m.  Court recess.

10:30 a.m.  Mr. Verhoeven continued his examination of Mr. Lanning.

11:10 a.m.  Cross examination of Mr. Lanning by Mr. Grinstein.

12:01 p.m.  Lunch recess until 1:15 p.m.

1:18 p.m.  Jury back in courtroom.

1:19 p.m.  Mr. Grinstein continued his examination of Mr. Lanning.

1:47 a.m.  The parties passed the witness.

1:48 p.m.  Mark Scheele was called by Mr. DeFranco to testify.  Mr. Scheele was sworn and examined under oath.

2:19 p.m.   Mr. Brandon conducted cross examination of Mr. Scheele.

2:33 p.m.  Mr. DeFranco conducted re-direct examination of Mr. Scheele.

2:36 p.m.  The parties passed the witness.  Mr. Scheele was excused.

2:37 p.m.  Mr. DeFranco called Sandi Mathers to testify.  Ms. Mathers was sworn and examined under oath.

2:39 p.m.  Mr. Brandon conducted cross examination of Ms. Mathers.

2:42 p.m.  Mr. DeFranco conducted re-direct examination of Ms. Mathers.

2:43 p.m.  The parties passed the witness.    Ms. Mathers was excused.

2:43 p.m.  Bench conference.

2:44 p.m.  Ms. Candido called Mike Wagner to testify.  Mr. Wagner was sworn and examined under oath.

2:56 p.m.  Bench conference.

2:56 p.m.  Ms. Candido continued her examination of Mr. Wagner.

3:07 p.m. Mr. Verhoeven requested a moment to confer with counsel.

3:08 p.m.  Ms. Candido continued her examination of Mr. Wagner.

3:15 p.m.  Afternoon recess until 3:35 p.m.

3:36 p.m.  Jury back in courtroom.  Ms. Candido continued her direct examination of Mr. Wagner.

3:55 p.m.  Bench conference.

3:56 p.m.  Ms. Candido continued her examination of Mr. Wagner.

4:00 p.m.  Mr. Tribble conducted cross examination of Mr. Wagner.

4:03 p.m.  Bench conference.

4:04 p.m.  Mr. Tribble continued his cross examination of Mr. Wagner.

4:05 p.m. Bench conference.

4:05 p.m. Mr. Tribble continued his examination of Mr. Wagner.

4:17 p.m.  Audience asked to leave courtroom. Courtroom sealed.

4:18 p.m.  Mr. Tribble continued his examination of Mr. Wagner.

4:19 p.m.  Bench conference.  Court gave witness instruction re answering question.

4:22 p.m.  Bench conference.

4:23 p.m.  Mr. Tribble continued his cross examination of Mr. Wagner.

4:24 p.m.  Bench conference.

4:25 p.m.  Mr. Tribble continued his examination of Mr. Wagner.

4:35 p.m. Bench conference.

4:36 p.m.  Mr. Tribble continued his examination of Mr. Wagner.

4:40 p.m.  Audience asked to leave courtroom.  Courtroom sealed.

4:41 p.m.  Mr. Tribble continued his examination of Mr. Wagner.

4:42 p.m.  Bench conference.

4:42 p.m.  Mr. Tribble continued his examinaiton of Mr. Wagner.

4:45 p.m.  Mr. Tribble passed the witness.  Bench conference.

4:46 p.m.  Ms. Candido conducted re-direct examination of Mr. Wagner.

4:49 p.m.  Court inquired as to confidential information.

4:54 p.m. Re-cross examination of Mr. Wagner.

4:56 p.m.  Re-direct examination of Mr. Wagner by Ms. Candido.

4:58 p.m.  Parties passed the witness.  Mr. Wagner was excused.

5:00 p.m.  Mr. Todd Curtiss was called by Ms. Candido to testify.  Mr. Curtiss was sworn and examined under oath.

5:07 p.m.  Mr. Nelson conducted cross examination of Mr. Curtiss.

5:15 p.m.  Ms. Candido conducted re-direct examination of Mr. Curtiss.

5:16 p.m.  Bench conference.

5:17 p.m.  Mr. Verhoeven stated that Defendant rests.

5:18 p.m.  Jury excused until 8 :00 a.m.

5:19 p.m.  Hearing outside the presence of the jury.  The Court heard argument on Google's reference to exclude with reference to patent activities

5:21 p.m  Mr. DeFranco presented argument on behalf of Google.  Mr. Grinstein presented argument on behalf of Plaintiff.

5:26 p.m.  Court responded.  Mr. Grinstein responded to Court's question re Motion in Limine.

5:27 p.m.  The Court responded.

5:27 p.m.  Mr. Grinstein responded further.  The Court inquired further as to the motion in limine.

5:28 p.m.  Mr. DeFranco presented further argument on behalf of Google.

5:29 p.m.  The Court responded.  Re function media's #47.  The Court ruled.

5:30 p.m.  Mr. Verhoeven addressed the Court re demonstratives to be used by the parties for closing argument.

5:31 p.m.  Mr. Tribble responded to Mr. Verhoeven's argument.  The Court responded.  Parties to exchange demonstratives at 8:00 a.m.

5:32 p.m.  Mr. Grinstein inquired as to the Court's procedure regarding Judgments as a Mater of Law.  The Court responded.  Mr. Verhoeven responded further.

5:35 p.m.  Court adjourned.