```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                     MARSHALL DIVISION

 3  FUNCTION MEDIA, LLC         *   Civil Docket No.
                                *   2:07-CV-279
 4  VS.                         *   Marshall, Texas
                                *
 5                              *   January 26, 2010
    GOOGLE, INC.                *   1:30 P.M.
 6
                    TRANSCRIPT OF JURY TRIAL
 7          BEFORE THE HONORABLE CHAD EVERINGHAM
               UNITED STATES MAGISTRATE JUDGE
 8

 9  APPEARANCES:

10  FOR THE PLAINTIFFS:    MR. MAX TRIBBLE
                           MR. JOSEPH GRINSTEIN
11                          Susman Godfrey
                           1000 Louisiana Street
12                         Suite 5100
                           Houston, TX   77002
13                         MR. JUSTIN NELSON
                           Susman Godfrey
14                         1201 Third Avenue
                           Suite 3800
15                         Seattle, WA   98101
                           MR. JEREMY BRANDON
16                         Susman Godfrey
                           901 Main Street
17                         Suite 5100
                           Dallas, TX    75202
18                         MR. ROBERT PARKER
                           Parker, Bunt & Ainsworth
19                         100 East Ferguson
                           Suite 1114
20                         Tyler, TX     75702

21  APPEARANCES CONTINUED ON NEXT PAGE:

22  COURT REPORTERS:       MS. SUSAN SIMMONS, CSR
                           MS. SHELLY HOLMES, CSR
23                         Official Court Reporters
                           100 East Houston, Suite 125
24                         Marshall, TX   75670
                           903/935-3868
25  (Proceedings recorded by mechanical stenography,
    transcript produced on CAT system.)
```

APPEARANCES CONTINUED:

FOR THE DEFENDANTS:   MR. CHARLES VERHOEVEN
                      MS. AMY CANDIDO
                      Quinn Emanuel
                      50 California Street
                      22nd Floor
                      San Francisco, CA   94111

                      MR. EDWARD DEFRANCO
                      Quinn Emanuel
                      51 Madison Avenue
                      22nd Floor
                      New York, NY   10010

                      MR. HARRY L. GILLAM
                      Gillam & Smith
                      303 South Washington Avenue
                      Marshall, TX   75670

P R O C E E D I N G S

COURT SECURITY OFFICER:  All rise.

(Jury in.)

THE COURT:  Please be seated.

Judge Ward had a couple of criminal proceedings going on upstairs, so we'll be adaptable and conduct part of the proceedings down here.

I received a note that states:  We re -- we request a copy of the charge from the Judge to the jury, signed Juror No. 1, and the timeline that defense used during closing, is also written on the bottom of the note.

The Court's charge to the jury is an oral

```
 1  charge, and a copy is not provided to the -- to the jury
 2  and is not sent back to the jury room.
 3                  The timeline that you requested was not
 4  offered in evidence, so I can't send a copy back to the
 5  jury room for you to look at, but it was used for
 6  demonstrative purposes, and I can bring you back into
 7  the court and allow you to view it and will allow you to
 8  view it for such time you-all would like to view it.
 9  And I believe we've got it over here if y'all want to
10  put it on the easel.
11                  MR. VERHOEVEN:  May I, Your Honor?
12                  THE COURT:  Yes, please.  And once you're
13  through viewing it, if you'll just signal me that --
14  I'll -- I'll excuse you and send you back upstairs to
15  continue your deliberation.
16                  Can all of the jurors see it?  Raise your
17  hand if you can't see it.
18                  (Jurors view demonstrative.)
19                  THE COURT:  Okay.  Anyone need more time?
20  If you do, raise your hand.  Seeing no hands, I'll ask
21  that you return at this time to the jury room and
22  continue your deliberations in accordance with all the
23  Court's prior instructions.
24                  COURT SECURITY OFFICER:  All rise.
25                  (Jury out.)
```

```
 1                    THE COURT:  All right.  Ms. Lockhart, if
 2    -- if you'll file the two jury notes.
 3                    Any objections to the responses from the
 4    Court to the jury note --
 5                    MR. TRIBBLE:  No objections, Your Honor.
 6                    THE COURT:  -- from the Plaintiff?
 7                    MR. VERHOEVEN:  No objection.
 8                    THE COURT:  Okay.  We'll be in recess
 9    pending further communication from the jury.
10                    (Recess.)
11                    COURT SECURITY OFFICER:  All rise.
12                    (Jury in.)
13                    THE COURT:  Please be seated.
14                    All right.  Ladies and gentlemen, I've
15    been handed a note that says that the jury has reached a
16    verdict; is that correct?
17                    FOREPERSON:  Yes.
18                    THE COURT:  If you'll hand it to the
19    Court Security Officer.
20                    Okay.  Ladies and gentlemen and parties,
21    what I'm going to do is I'm going to read the question
22    number, and then with respect to each claim, the answer
23    the jury has given.
24                    Question No. 1, with respect to AdSense
25    for Content Online:  Claim 1, no.  Claim 20, no.  Claim
```

```
 1  37, no.  Claim 52, no.  Claim 63, no.  Claim 90, no.
 2  Claim 179, no.  Claim 231, no.
 3              With respect to AdSense for Mobile
 4  Online:  Claim 1, no.  Claim 20, no.  Claim 37, no.
 5  Claim 52, no.  Claim 63, no.  Claim 90, no.  Claim 179,
 6  no.  Claim 231, no.
 7              Question No. 2, with respect to AdSense
 8  for Content Online:  Claim 1, no.
 9              With respect to AdSense for Mobile
10  Online:  Claim 1, no.
11              Question No. 3:  Claim 1, yes.  Claim 20,
12  yes.  Claim 37, yes.  Claim 52, yes.  Claim 63, yes.
13  Claim 90, yes.  Claim 179, yes.  Claim 231, yes.
14  Subpart B:  Claim 1, yes.  Claim 20, yes.  Claim 37,
15  yes.  Claim 52, yes.  Claim 63, yes.  Claim 90, yes.
16  Claim 179, yes.  Claim 231, yes.
17              Question No. 4, Subpart A:  Claim 1, yes.
18  Subpart B:  Claim 1, yes.
19              In accordance with the Court's
20  instructions, Question No. 5 has not been answered.
21              Signed today's date, Wendy Bush, jury
22  foreperson.
23              Now, ladies and gentlemen, I'm going to
24  ask for each of you that this represents your verdict --
25  if it does represent your verdict, please stand at this
```

```
 1  time.
 2                  (Jurors stand.)
 3                  THE COURT:  The record will reflect that
 4  all of the jurors are standing, representing and
 5  reflecting a unanimous verdict.
 6                  Please have a seat.
 7                  All right.  Ladies and gentlemen, a
 8  couple more instructions.  I'm about to excuse you now
 9  and release you from your jury service.  I appreciate
10  very much the time that you have spent here in resolving
11  this difficult case.
12                  You have been prompt when you're supposed
13  to be here, and you've been attentive throughout the
14  entire trial, and you have the thanks of the Court and
15  the parties for your service today.
16                  Now, I've instructed you throughout the
17  trial up until you got the case for deliberations not to
18  discuss the case with anyone.  Well, I'm reversing all
19  of those instructions.  You can talk to whomever you
20  want to about the case, or you can not talk to whomever
21  you want to about the case.  It's entirely up to you as
22  to whether and to what extent you wish to discuss your
23  jury service.
24                  The rules that govern the practice of law
25  in this district do not allow lawyers to approach you
```

```
 1  and talk to you about your jury service.  However, the
 2  rules do not prevent you from approaching the lawyers
 3  and, you know, waving to them and saying, I'd like to
 4  visit with you about the jury service.  And I can assure
 5  you that if you do that, they'll be delighted to invest
 6  the time to have that discussion.
 7              So with that, you are excused now from
 8  jury service with the thanks of the Court and the
 9  parties.
10              Please remember to give Ms. Anderson back
11  your buttons, and she can supply you with whatever types
12  of work releases and things that you need for your
13  employment.
14              With that, you're excused.  Appreciate it
15  very much.
16              COURT SECURITY OFFICER:  All rise for the
17  jury.
18              (Jury out.)
19              THE COURT:  All right.  Anything from the
20  Plaintiff at this time?
21              MR. TRIBBLE:  Nothing at this time, Your
22  Honor.
23              THE COURT:  From the Defendant?
24              MR. VERHOEVEN:  Nothing at this time,
25  Your Honor.
```

```
 1                    THE COURT:  All right.  Thank you for
 2  your presentations.
 3                    MR. TRIBBLE:  Thank you.
 4                    THE COURT:  Court's in recess.
 5                    (Court adjourned.)
 6                    *     *     *     *     *
 7
 8                         CERTIFICATION
 9
10            I HEREBY CERTIFY that the foregoing is a
11  true and correct transcript from the stenographic notes
12  of the proceedings in the above-entitled matter to the
13  best of my ability.
14
15
16
17  /s/_____              _____
    SUSAN SIMMONS, CSR                     Date
18  Official Court Reporter
    State of Texas No.:  267
19  Expiration Date:  12/31/10
20
21
22  /s/_____                _____
    SHELLY HOLMES, CSR                     Date
23  Deputy Official Court Reporter
    State of Texas No.:  7804
24  Expiration Date  12/31/10
25
```