IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| vs. | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## FUNCTION MEDIA'S RESPONSE TO GOOGLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY

Function Media LLC ("FM") hereby responds to Google, Inc.'s ("Google") Motion for Judgment as a Matter of Law Regarding Invalidity. In light of the jury's January 26, 2009 verdict, this Court should deny Google's motion as moot. The advisory notes to the 1991 amendment to Rule 50 make clear that a jury verdict for the moving party renders that party's motion for judgment as a matter of law moot. ("Often it appears to the court or to the moving party that a motion for judgment as a matter of law made at the close of the evidence should be reserved for a post-verdict decision. This is so because a jury verdict for the moving party moots the issue . . . ."); *see also EMI Music Marketing v. Avatar Records, Inc.*, 364 F. Supp. 2d 337, 342 (S.D.N.Y. 2005) (holding that moving party's motion for judgment as a matter of law is rendered moot by jury verdict in moving party's favor). Accordingly, there are no issues raised in Google's Motion for Judgment as a Matter of Law Regarding Invalidity that require a decision.[1]

---

[1] To be clear, FM contends that the jury reached its verdict in error. FM will move for a new trial within the time period permitted under Rule 59.

To the extent this Court seeks a response to the issues raised in Google's motion, FM directs this Court to FM's Motion for Judgment as a Matter of Law on Validity.[2] Dkt. 409. FM explains therein why neither AdForce nor DoubleClick anticipate each and every limitation of the asserted claims of the '025 and '059 Patents. FM further explains why Google cannot demonstrate by clear and convincing evidence that NetGravity rendered the asserted claims obvious. For the reasons stated in FM's Motion for Judgment as a Matter of Law on Validity, Google's motion should be denied.

Respectfully submitted,

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com

---

[2] In contrast to Google's motion, FM's Motion for Judgment as a Matter of Law on Validity has not been mooted by the verdict. FM maintains its position that the issue of validity should not have been presented to the jury given Google's utter failure to demonstrate anticipation and obviousness by clear and convincing evidence. FM's motion should be granted.

arobert@susmangodfrey.com

Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas  75702
Telephone:  (903) 531-3535
Fax:  (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157

Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 9, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            */s/ Max L. Tribble, Jr.*
                                            Max L. Tribble, Jr.