# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. AND YAHOO!, INC. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY

Before the Court is Google's Motion for Judgment as a Matter of Law Regarding Invalidity. After considering said Motion, and the opposition thereto, the Court finds that the Motion should be and hereby is **DENIED** as moot.