IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. | § | |
| | § | |
| *Defendant*. | § | |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that Google will submit a Motion to Redact Trial Transcripts to the Court within 21 days from the filing of the transcripts with the Clerk of the Court. The trial proceedings in the above captioned case occurred on January 19-26 and were reported by Susan Simmons, the court reporter. The trial transcripts were filed with the Clerk of the Court on February 2, 2010. (Dkt. Nos. 427-37.) Google will file its Motion to Redact Trial Transcripts on or before February 23, 2010.

Dated: February 9, 2010	Respectfully submitted,
	QUINN EMANUEL URQUHART
	OLIVER & HEDGES, LLP

	By: _/s/ Amy H. Candido_____

	Charles K. Verhoeven (admitted *pro hac*)
	  *Lead Attorney*
	  charlesverhoeven@quinnemanuel.com
	Amy H. Candido (admitted *pro hac*)
	  amycandido@quinnemanuel.com
	Carl G. Anderson (admitted *pro hac*)
	  carlanderson@quinnemanuel.com
	QUINN EMANUEL URQUHART
	OLIVER & HEDGES, LLP
	50 California Street, 22nd Floor
	San Francisco, California 94111
	Telephone:	(415) 875-6600
	Facsimile:	(415) 875-6700


	Edward J. DeFranco (admitted *pro hac*)
	  eddefranco@quinnemanuel.com
	James M. Glass (admitted *pro hac*)
	  jimglass@quinnemanuel.com
	Patrick Curran (admitted *pro hac*)
	   patrickcurran@quinnemanuel.com
	QUINN EMANUEL URQUHART
	OLIVER & HEDGES, LLP
	51 Madison Avenue, 22nd Floor
	New York, New York 10010
	Telephone:	(212) 849-7000
	Facsimile:	(212) 849-7100

	Harry L. Gillam, Jr., Bar No. 07921800
	  gil@gillamsmithlaw.com
	Melissa R. Smith, Bar No. 24001351
	  melissa@gillamsmithlaw.com
	GILLAM & SMITH, L.L.P.
	303 South Washington Avenue
	Marshall, TX 75670
	Telephone:	(903) 934-8450
	Facsimile:	(903) 934-9257

	Counsel for Defendant and Counter-Claimant
	GOOGLE INC.

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 9, 2010 to counsel of record and the court reporter in the manner agreed by the parties, via electronic mail.

                 */s/ Amy H. Candido*

                 Amy H. Candido