IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR
GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION
FOR JUDGMENT AS A MATTER OF LAW ON VALIDITY**

Pursuant to Federal Rule of Civil Procedure Rule 6(a), Google's Opposition to Function Media's Motion For Judgment as a Matter of Law on Validity (Dkt. No. 409) is due on February 11, 2010. Google respectfully moves to extend the deadline to Tuesday, February 16, 2010.

Plaintiff Function Media LLC does not oppose this Motion. A proposed order is submitted herewith.

Dated: February 11, 2010               Respectfully submitted,


By:     __/s/ *Edward J. DeFranco*_____

           Charles K. Verhoeven (admitted *pro hac*)
             *Lead Attorney*
             charlesverhoeven@quinnemanuel.com
           Amy H. Candido (admitted *pro hac*)
             amycandido@quinnemanuel.com
           Carl G. Anderson (admitted *pro hac*)
             carlanderson@quinnemanuel.com
           QUINN EMANUEL URQUHART
           OLIVER & HEDGES, LLP
           50 California Street, 22nd Floor
           San Francisco, California 94111
           Telephone: (415) 875-6600
           Facsimile:  (415) 875-6700


           Edward J. DeFranco (admitted *pro hac*)
             eddefranco@quinnemanuel.com
           James M. Glass (admitted *pro hac*)
             jimglass@quinnemanuel.com
           Patrick Curran (admitted *pro hac*)
              patrickcurran@quinnemanuel.com
           QUINN EMANUEL URQUHART
           OLIVER & HEDGES, LLP
           51 Madison Avenue, 22nd Floor
           New York, New York 10010
           Telephone: (212) 849-7000
           Facsimile:  (212) 849-7100

           Harry L. Gillam, Jr., Bar No. 07921800
             gil@gillamsmithlaw.com
           Melissa R. Smith, Bar No. 24001351
             melissa@gillamsmithlaw.com
           GILLAM & SMITH, L.L.P.
           303 South Washington Avenue
           Marshall, TX 75670
           Telephone: (903) 934-8450
           Facsimile:  (903) 934-9257

           Counsel for Defendant and Counter-Claimant
           GOOGLE INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff, Mr. Max Tribble, has been contacted regarding the relief requested in this Motion. Mr. Max Tribble stated that Plaintiff was not opposed to the relief requested.

                                                       */s/ Edward J. DeFranco*
                                                       Edward J. DeFranco

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on Febraury 11, 2010 to counsel of record via electronic mail.

                                                       */s/ Edward J. DeFranco*
                                                       Edward J. DeFranco