IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** | Civil Case No. 2:07-CV-279 (CE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC. AND YAHOO!, INC.** | |
| Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON VALIDITY**

Before the Court is Google's Unopposed Motion to Extend the Deadline for its Opposition to Function Media's Motion for Judgment as a Matter of Law on Validity to February 16, 2010. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.