IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### ORDER GRANTING FUNCTION MEDIA, L.L.C.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOOGLE INC.'S RESPONSE TO FUNCTION MEDIA'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON VALIDITY

Before the Court is Function Media, L.L.C.'s Unopposed Motion for Extension of Time to File Reply to Google Inc.'s Response to Function Media's Motion for Judgment as a Matter of Law on Validity to March 3, 2010. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.