# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-CV-279-CE |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |

## GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY

01980.51542/3326726.2

In its Response to Google's Motion for Judgment as a Matter of Law Regarding Invalidity, Function Media states that the jury verdict in Google's favor rendered Google's Motion moot. Google agrees. Cummings-Allison Corp. v. SBM Co., 2009 WL 40917160 at * 4 (E.D. Tex. Nov. 13, 2009) (denying Defendants' JMOL for no willfulness as moot in light of jury's finding of no willfulness); EMI Music Marketing v. Avatar Records, Inc., 364 F. Supp. 2d 337, 342 (S.D.N.Y. 2005) ("Because the jury found in favor of EMI with respect to Avatar's breach of contract theory of liability, EMI's Rule 50(a) motion with respect to that basis of liability is moot.").

Function Media also states that to the extent the Court required a response to the issues raised in Google's Motion, such a response could be found in its Motion for Judgment as a Matter of Law on Validity. Google filed an Opposition to that Motion on February 16, 2010, and respectfully refers the Court to that Opposition for information regarding Google's positions on prior art issues.[1]

---

[1] Moreover, Function Media's Motion for Judgment as a Matter of Law on Validity should be denied for the reasons set forth in Google's Motion for Judgment as a Matter of Law Regarding Invalidity.

Dated: February 19, 2010

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: */s/ Edward J. DeFranco*

Charles K. Verhoeven (admitted *pro hac*)
  *Lead Attorney*
  charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
  amycandido@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
  carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Edward J. DeFranco (admitted *pro hac*)
  eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
  patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:   (903) 934-8450
Facsimile:   (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

# CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 19, 2010 to counsel of record in the manner agreed by the parties, via electronic mail.

                                                              */s/ Edward J. DeFranco*
                                                              Edward J. DeFranco