# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-CV-279-CE |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |

## GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING DAMAGES

01980.51542/3329491.1

In its Response to Google's Motion for Judgment as a Matter of Law Regarding Damages, Function Media states that the jury verdict in Google's favor rendered Google's Motion moot. Google agrees. Cummings-Allison Corp. v. SBM Co., 2009 WL 40917160 at * 4 (E.D. Tex. Nov. 13, 2009) (denying Defendants' JMOL for no willfulness as moot in light of jury's finding of no willfulness); EMI Music Marketing v. Avatar Records, Inc., 364 F. Supp. 2d 337, 342 (S.D.N.Y. 2005) ("Because the jury found in favor of EMI with respect to Avatar's breach of contract theory of liability, EMI's Rule 50(a) motion with respect to that basis of liability is moot.").

Dated: February 19, 2010                    Respectfully submitted,
                                            QUINN EMANUEL URQUHART
                                            OLIVER & HEDGES, LLP

                                            By:  */s/ Edward J. DeFranco*

                                                Charles K. Verhoeven (admitted *pro hac*)
                                                  *Lead Attorney*
                                                  charlesverhoeven@quinnemanuel.com
                                                Amy H. Candido (admitted *pro hac*)
                                                  amycandido@quinnemanuel.com
                                                Carl G. Anderson (admitted *pro hac*)
                                                  carlanderson@quinnemanuel.com
                                                QUINN EMANUEL URQUHART
                                                OLIVER & HEDGES, LLP
                                                50 California Street, 22nd Floor
                                                San Francisco, California 94111
                                                Telephone:    (415) 875-6600
                                                Facsimile:    (415) 875-6700


                                                Edward J. DeFranco (admitted *pro hac*)
                                                  eddefranco@quinnemanuel.com
                                                James M. Glass (admitted *pro hac*)
                                                  jimglass@quinnemanuel.com
                                                Patrick Curran (admitted *pro hac*)
                                                   patrickcurran@quinnemanuel.com
                                                QUINN EMANUEL URQUHART
                                                OLIVER & HEDGES, LLP
                                                51 Madison Avenue, 22nd Floor
                                                New York, New York 10010
                                                Telephone:    (212) 849-7000
                                                Facsimile:    (212) 849-7100

                                                Harry L. Gillam, Jr., Bar No. 07921800
                                                  gil@gillamsmithlaw.com
                                                Melissa R. Smith, Bar No. 24001351
                                                  melissa@gillamsmithlaw.com
                                                GILLAM & SMITH, L.L.P.
                                                303 South Washington Avenue
                                                Marshall, TX 75670
                                                Telephone:    (903) 934-8450
                                                Facsimile:    (903) 934-9257

                                                Counsel for Defendant and Counter-Claimant
                                                GOOGLE INC.

# CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 19, 2010 to counsel of record in the manner agreed by the parties, via electronic mail.

                                                 */s/ Edward J. DeFranco*
                                                 Edward J. DeFranco