**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. | § | |
| | § | |
| *Defendant*. | § | |

## CORRECTED NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that Google will submit a Motion to Redact Trial Transcripts to the Court within 21 days from the filing of the transcripts with the Clerk of the Court. The trial proceedings in the above captioned case occurred on January 19-26 and were reported by Susan Simmons, the court reporter. The trial transcripts were filed with the Clerk of the Court on February 2, 2010. (Dkt. Nos. 427-37.) Google will file its Motion to Redact Trial Transcripts on or before February 26, 2010, as indicated on the Docket entries for the filed transcripts.

Dockets.Justia.com

Dated: February 22, 2010

Respectfully submitted,
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: */s/* Amy H. Candido

    Charles K. Verhoeven (admitted *pro hac*)
     *Lead Attorney*
     charlesverhoeven@quinnemanuel.com
    Amy H. Candido (admitted *pro hac*)
     amycandido@quinnemanuel.com
    Carl G. Anderson (admitted *pro hac*)
     carlanderson@quinnemanuel.com
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone:    (415) 875-6600
    Facsimile:    (415) 875-6700


    Edward J. DeFranco (admitted *pro hac*)
     eddefranco@quinnemanuel.com
    James M. Glass (admitted *pro hac*)
     jimglass@quinnemanuel.com
    Patrick Curran (admitted *pro hac*)
     patrickcurran@quinnemanuel.com
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Telephone:    (212) 849-7000
    Facsimile:    (212) 849-7100

    Harry L. Gillam, Jr., Bar No. 07921800
     gil@gillamsmithlaw.com
    Melissa R. Smith, Bar No. 24001351
     melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone:    (903) 934-8450
    Facsimile:    (903) 934-9257

    Counsel for Defendant and Counter-Claimant
    GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 22, 2010 to counsel of record and the court reporter in the manner agreed by the parties, via electronic mail.


*/s/ Amy H. Candido*

Amy H. Candido