# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279 |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |

## **ORDER**

Pending before the court is the defendant's motion for protective order to preclude depositions (Dkt. No. 120) and the plaintiff's motion to expedite (Dkt. No. 150). The motion for protective order was orally DENIED. The motion to expedite is DENIED as moot.

SIGNED this 26th day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE