## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |

## ORDER GRANTING
## GOOGLE'S UNOPPOSED MOTION TO REDACT TRIAL TRANSCRIPTS

Defendant Google, Inc. ("Google") moved for an order to redact certain portions of the

transcripts from the jury trial held between January 19 through 26, 2010. (Dkt. 427-37.) Google

timely filed notice of its intent to request redaction on February 9, 2009. (Dkt. 442.) Plaintiff

Function Media, LLC ("Function Media") does not oppose Google's motion. After considering

the Motion and the relief requested therein, the Court finds that for good cause appearing the

motion should be and hereby is GRANTED. It is ORDERED THAT the following portions of

the transcripts of the jury trial held between January 19 through 26, 2010 be sealed:

| Dkt. No. | Date | Session | Start | End |
|---|---|---|---|---|
| 429 | Jan. 20, 2010 | Morning | 59:14 | 63:19 |
| 429 | Jan. 20, 2010 | Morning | 101:2 | 108:11 |
| 430 | Jan. 20, 2010 | Afternoon | 4:24 | 14:19 |
| 430 | Jan. 20, 2010 | Afternoon | 66:7 "the…" | 66:7 "…percent." |
| 430 | Jan. 20, 2010 | Afternoon | 66:9 "makes… | 66:10 "…exactly." |
| 430 | Jan. 20, 2010 | Afternoon | 62:4 "Applied… | 62:6 |
| 430 | Jan. 20, 2010 | Afternoon | 63:24 "Overture…" | 64:10 |

| Dkt. No. | Date | Session | Start | End |
|---|---|---|---|---|
| 430 | Jan. 20, 2010 | Afternoon | 65:7 "the…" | 65:8 "…percent" |
| 430 | Jan. 20, 2010 | Afternoon | 122:20 | 132:12 |
| 430 | Jan. 20, 2010 | Afternoon | 136:19 | 137:12 |
| 430 | Jan. 20, 2010 | Afternoon | 137:19 | 138:2 |
| 430 | Jan. 20, 2010 | Afternoon | 138:12 | 138:18 |
| 430 | Jan. 20, 2010 | Afternoon | 138:21 "the…" | 138:21 "…figure" |
| 430 | Jan. 20, 2010 | Afternoon | 139:10 "that…" | 139:13 |
| 430 | Jan. 20, 2010 | Afternoon | 140:1 | 142:3 |
| 430 | Jan. 20, 2010 | Afternoon | 144:7 | 146:17 |
| 430 | Jan. 20, 2010 | Afternoon | 147:6 | 147:18 |
| 430 | Jan. 20, 2010 | Afternoon | 149:2 | 149:25 |
| 430 | Jan. 20, 2010 | Afternoon | 150:15 | 151:1 |
| 430 | Jan. 20, 2010 | Afternoon | 154:10 | 158:4 |
| 431 | Jan. 21, 2010 | Morning | 11:12 | 35:18 |
| 431 | Jan. 21, 2010 | Morning | 48:4 | 48:6 |
| 431 | Jan. 21, 2010 | Morning | 48:11 | 48:13 |
| 431 | Jan. 21, 2010 | Morning | 49:1 | 49:8 |
| 431 | Jan. 21, 2010 | Morning | 100:5 | 101:4 |
| 431 | Jan. 21, 2010 | Morning | 101:12 | 103:1 |
| 431 | Jan. 21, 2010 | Morning | 113:10 | 139:13 |
| 432 | Jan. 21, 2010 | Afternoon | 6:9 "It…" | 6:9 "…million." |
| 432 | Jan. 21, 2010 | Afternoon | 12:8 | 17:25 |
| 432 | Jan. 21, 2010 | Afternoon | 20:14 | 20:16 |
| 432 | Jan. 21, 2010 | Afternoon | 27:10 | 29:13 |
| 432 | Jan. 21, 2010 | Afternoon | 66:25 | 81:16 |
| 432 | Jan. 21, 2010 | Afternoon | 101:16 | 112:5 |
| 432 | Jan. 21, 2010 | Afternoon | 125:23 | 131:18 |
| 432 | Jan. 21, 2010 | Afternoon | 138:9 | 139:16 |
| 432 | Jan. 21, 2010 | Afternoon | 141:5 | 141:11 |
| 433 | Jan. 22, 2010 | Morning | 15:3 | 15:12 |
| 433 | Jan. 22, 2010 | Morning | 16:21 | 18:11 |
| 433 | Jan. 22, 2010 | Morning | 19:14 | 20:6 |
| 433 | Jan. 22, 2010 | Morning | 20:25 | 21:4 |
| 433 | Jan. 22, 2010 | Morning | 78:10 | 89:21 |
| 436 | Jan. 25, 2010 | Afternoon | 97:1 "and…" | 97:2 "…acquisition" |

| Dkt. No. | Date | Session | Start | End |
|:---:|:---:|:---:|:---:|:---:|
| 436 | Jan. 25, 2010 | Afternoon | 98:8<br>"and…" | 98:9<br>"…rate" |
| 436 | Jan. 25, 2010 | Afternoon | 149:19 | 164:22 |
| 436 | Jan. 25, 2010 | Afternoon | 170:1 | 186:25 |
| 436 | Jan. 25, 2010 | Afternoon | 188:2 | 204:2 |
| 437 | Jan. 26, 2010 | Morning | 138:6 | 140:12 |

It is further ordered that the court reporter shall redact those passages from all publicly available versions of the transcripts.