IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## FUNCTION MEDIA, L.L.C.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN ITS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW ON VALIDITY

Function Media, L.L.C. ("Function Media") respectfully moves this Court for leave to file five additional pages, for a total of fifteen pages, in its Reply in Support of its Motion for Judgment as a Matter of Law on Validity and to grant Google a page extension to fifteen on its surreply.

Granting this motion will permit Function Media and Google to more fully brief the reply and surreply, thereby assisting the Court in its decision. This motion is unopposed by Google. A proposed order is submitted herewith.

Dated: March 3, 2010

Respectfully submitted,

/s/ Joseph S. Grinstein
Joseph S. Grinstein
State Bar No. 24002188
Max L. Tribble, Jr.
State Bar No. 20213950
Email: mtribble@susmangodfrey.com

1009992v1/08426-010020

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Plaintiff

OF COUNSEL:
Aimée Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com
arobert@susmangodfrey.com

Jeremy Brandon
State Bar No. 24040563
Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 754-1933
jbrandon@susmangodfrey.com
wburns@susmangodfrey.com

Justin A. Nelson
State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702

Telephone: (903) 531-3535
Fax: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 037839000
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Fax: (903) 581-1071
otiscarroll@icklaw.com
cmaloney@icklaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 1, 2010, counsel for Function Media conferred with counsel for Google regarding this motion. Counsel for Google indicated that Google is not opposed to the relief sought in this motion.

/s/ Joseph S. Grinstein
Joseph S. Grinstein

## CERTIFICATE OF SERVICE

  I hereby certify that on March 3, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/ Joseph S. Grinstein*
                Joseph S. Grinstein