IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING FUNCTION MEDIA'S UNOPPOSED
MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON ITS REPLY IN
SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW
ON VALIDITY AND
GOOGLE'S SURREPLY TO FUNCTION MEDIA'S MOTION FOR
JUDGMENT AS A MATTER OF LAW ON VALIDITY**

Before the Court is Plaintiff Function Media, L.L.C's Unopposed Motion for Leave to Exceed Page Limit on its Reply in Support of its Motion for Judgment as a Matter of Law on Validity from ten pages to fifteen pages. Also before the Court is Google's request to extend page limit to fifteen on its Surreply. After considering the motion, the relief sought therein and the fact that it is unopposed, the Court ORDERS that for good cause appearing the Motion is hereby GRANTED.