### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING FUNCTION MEDIA'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON ITS <u>MOTION FOR NEW TRIAL</u>

Before the Court is Plaintiff Function Media, L.L.C's Unopposed Motion for Leave to Exceed Page Limit on its Motion for New Trial from fifteen pages to twenty-seven pages. After considering the motion, the relief sought therein and the fact that it is unopposed, the Court ORDERS that for good cause appearing the Motion is hereby GRANTED.