IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § § | |
| Plaintiff, | § § | Civil Action No. 2007-CV-279 |
| vs. | § § § | |
| GOOGLE, INC. AND YAHOO, INC., | § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING FUNCTION MEDIA'S
### MOTION FOR NEW TRIAL

Before the Court is Plaintiff Function Media, L.L.C's Motion for New Trial. After considering the motion and the relief sought therein, the Court finds that the Motion for New Trial should be and hereby is GRANTED.