# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING FUNCTION MEDIA'S UNOPPOSED
## MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON ITS
## MOTION FOR NEW TRIAL

Before the Court is Plaintiff Function Media, L.L.C's Unopposed Motion for Leave to Exceed Page Limit on its Motion for New Trial from fifteen pages to twenty-seven pages. After considering the motion, the relief sought therein and the fact that it is unopposed, the Court ORDERS that for good cause appearing the Motion is hereby GRANTED.

SIGNED this 4th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE