IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,** <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE, INC. AND YAHOO!, INC.** <br><br> Defendants. | Civil Case No. 2:07-CV-279 (CE) <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR (1) GOOGLE'S SUR-REPLY TO FUNCTION MEDIA'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON VALIDITY AND FOR (2) GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION FOR A NEW TRIAL

Pursuant to Federal Rule of Civil Procedure Rule 6(a), Google's Sur-Reply to Function Media's Motion For Judgment as a Matter of Law on Validity (Dkt. No. 409) is due on March 11, 2010. Google respectfully moves to extend the deadline to Thursday, March 18, 2010.

Google's Opposition to Function Media's Motion for a New Trial (Dkt. No. 457) is due on March 18, 2010. Google respectfully moves to extend the deadline to Thursday, April 1, 2010.

Plaintiff Function Media LLC does not oppose this Motion. A proposed order is submitted herewith.

Dated: March 5, 2010                                Respectfully submitted,


By:     /s/ *Edward J. DeFranco*

Charles K. Verhoeven (admitted *pro hac*)
  *Lead Attorney*
  charlesverhoeven@quinnemanuel.com
Amy H. Candido (admitted *pro hac*)
  amycandido@quinnemanuel.com
Carl G. Anderson (admitted *pro hac*)
  carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700


Edward J. DeFranco (admitted *pro hac*)
  eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
  jimglass@quinnemanuel.com
Patrick Curran (admitted *pro hac*)
   patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Harry L. Gillam, Jr., Bar No. 07921800
  gil@gillamsmithlaw.com
Melissa R. Smith, Bar No. 24001351
  melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff, Mr. Joseph S. Grinstein, has been contacted regarding the relief requested in this Motion. Mr. Grinstein stated that Plaintiff was not opposed to the relief requested.

*/s/ Edward J. DeFranco*
Edward J. DeFranco

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 5, 2010 to counsel of record via electronic mail.

*/s/ Edward J. DeFranco*
Edward J. DeFranco