IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FUNCTION MEDIA, L.L.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC. AND YAHOO!, INC.**<br><br>Defendants. | Civil Case No. 2:07-CV-279 (CE)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR (1) GOOGLE'S SUR-REPLY TO FUNCTION MEDIA'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON VALIDITY AND FOR (2) GOOGLE'S OPPOSITION TO FUNCTION MEDIA'S MOTION FOR A NEW TRIAL**

Before the Court is Google's Unopposed Motion to extend the deadline for its Sur-Reply to Function Media's Motion for Judgment as a Matter of Law on Validity to March 18, 2010, and to extend the deadline for its Opposition to Function Media's Motion for a New Trial to April 1, 2010. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED.

SIGNED this 9th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE