# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-279-CE |
| | § | |
| GOOGLE INC. AND YAHOO, INC. | § | |

## ORDER

Several pre-trial motions remain pending before the court. In accordance with the court's oral ruling, the motion to seal documents and close the courtroom (Dkt. No. 190) is GRANTED. The motion for extension of time (Dkt. No. 265) and motion to expedite hearing (Dkt. No. 363) are GRANTED. The motion to consolidate arguments (Dkt. No. 332) and motion to expedite the motion for adverse inference (Dkt. No. 365) are DENIED as moot, as this case has already been tried. The court will address the underlying issues raised by the motion for adverse inference in connection with the motion for new trial.

SIGNED this 3rd day of September, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE